UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADONNA FROMETA,<br><br>                          Plaintiff,<br><br>-against-<br><br>MARIO E DIAZ-DIAZ, ALL AMERICAN HAULERS RECYLING,<br><br>                          Defendants. | Index No.: 07CIV6372<br><br>**JURY DEMAND** |

**PLEASE TAKE NOTICE** that pursuant to USCS Fed Rules Civ. Proc. R. 38, defendants MARIO E DIAZ-DIAZ, ALL AMERICAN HAULERS RECYLING by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby demands a trial by jury of each and every issue that is triable by a jury insofar as alleged against MARIO E DIAZ-DIAZ, ALL AMERICAN HAULERS RECYLING in the above entitled action.

Dated: New York, New York
July 26, 2007

                              Respectfully submitted,

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: _____
                              John A. Hsu, Esq. (JH-6425)
                              Attorneys for Defendant
                              **MARIO E. DIAZ-DIAZ**
                              **ALL AMERICAN HAULERS RECYLING**
                              150 East 42nd Street
                              New York, New York 10017
                              Tel. 212-490-3000
                              Our File No. 01502.00009

2894553.1

TO: DINKES & SCHWITZER, P.C
Attorneys for Plaintiff
112 Madison Avenue
New York, New York 10016
(212) 685-7800.

2894553.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**LYNN LOYD**, duly sworn, deposes, and says: that deponent is not a party to the action, is over 18 years of age and resides at COUNTY OF KINGS.

That on the 27th day of July, 2007, deponent served the within **JURY DEMAND,** upon:

DINKES & SCHWITZER, P.C
Attorneys for Plaintiff
112 Madison Avenue
New York, New York 10016
(212) 685-7800.

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
LYNN LOYD

Sworn to before me
this 27th day of July, 2007

_____
Notary Public

ALEXANDRA C. PINO
Notary Public, State of New York
No. 01PI6097210
Qualified in Bronx County
Commission Expires August 18, 20__

2894302.1