SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

Adonna Frometa,

    Plaintiff,

-against-

Mario E. Diaz-Diaz and All American Haulers & Recycling,

    Defendants.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6372 (HB) (MD)

Magistrate Judge Michael H. Dollinger

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[✓] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

The parties chose May 2008 as their trial month, and this will not change.

SO ORDERED.

DATED: New York, New York
April 2/08

United States District Judge

Revised: 8/29/05