```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ADONNA FROMETA,
                                    :
            Plaintiff,                      ORDER
                                    :
       -against-                            07 Civ. 6372 (HB)(MHD)
                                    :
MARIO E. DIAZ-DIAZ, et al.,
                                    :
            Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a conference has been scheduled in the above-captioned action on **MONDAY, APRIL 7, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       April 3, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Slawek Platta, Esq.
42 Broadway, Suite 1927
New York, NY 10004
Fax: 212-514-9300

John Andrew Hsu, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP (Albany, NY)
150 E. 42nd Street
New York, NY 10017
Fax: (212) 490-3038