**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev 3-98)-Pent (PMU)

Date: 02/14/07

Welcome to  13 PCT.  230 EAST 21 STREET, NYC, NY 10010  212-477-7416 or 7417
(Command)                (Address)                                        (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: X  Accident Report No.: 2302  Aided Report No.: X

Reported to: PO Rindos  Date of Occurrence: 02/14/07  Time: 0430
(Rank)  (Name)  (Shield No.)

Location of Occurrence: #3 & Lexington Ave

Crime: Vehicle Accident

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at  telephone number  Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

### COURTESY — PROFESSIONALISM — RESPECT

### REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!





