CABRINI MEDICAL CENTER — [illegible]7 EAST 19TH ST, New York NY 10003

## EMERGENCY ROOM • OUTPATIENT RECOR[D]

| SUB TYPE | SERVICE | PATIENT NUMBER |
|---|---|---|
| | EMER RM | 443204 |

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 443204 | 3 | FROMETTA ADDONNA | 38 | 3/25/1968 | F | SH | 2/14/07 | 05:51 | CMW |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 666 EAST 233RD ST | APT 1A | BRONX | NY | 10466 | 718-881-3716 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 058686478 | NADIA FABIAN | MOTHER | | 718-881-3716 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| NO FAULT -O/P | 058686478 | 2/14/07 | NO FAULT INS - A |
| | | TIME: 4:20 | EVENT: AMBULANCE |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| FROMETTA ADDONNA | 666 EAST 233RD ST | BRONX | NY | 10466 | 881-3716 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| | INDEPENDENT CO | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| | | | 763782 | BUTTERFASS/BUTTERFASS |

RELIGION: ROMAN CATHOLIC

**AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS**

The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and [illegible] of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained. [illegible] pay for services rendered by hospital upon release of patient. [illegible] hospital benefits, sick benefits, injury benefits due to a liability of a third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient. [illegible] the before contained insurance companies in connection with the above assignment. I do hereby [illegible] for constitute or claims collected [illegible] the above assignment and to apply any credit balance to any other [illegible] said hospital.

TIME: — SIGNED PATIENT: [signature] — SIGNED GUARANTOR:

CHIEF COMPLAINT (If Accident State How, When, and Where)
CAR CRASH — ID ATT/ SEE COMM

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TST. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

LAB DATA (Including X-Rays, EKGs, etc.) — NURSE'S SIGNATURE (RN OR LPN)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

INSTRUCTIONS TO PATIENT:

CONDITION ON DISC: IMP | STABLE | EXPIRED

FOLLOW-UP WITH ____ M.D.

PATIENT'S SIGNATURE ON DISCHARGE — BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

DATE - TIME OF DISC.

PHYSICIAN'S SIGNATURE ____ M.D.

©2001-2006 T-System, Inc. Circle or check affirm. s, backslash (\) negatives.

01

# Cabrini Medical Center
# EMERGENCY NURSING RECORD
# MVC

**TRIAGE** DATE 2/14/07 TIME [illegible]
emergent (urgent) non-urgent fast track

NAME: TRAMPTA, ADONNA
D.O.B. 3/25/68 AGE: 38 M / (F)
HISTORIAN: patient (paramedics) family
ARRIVAL MODE: car (EMS) police CABRINI
PMD: none
Primary language of pt ENGLISH interpreter
^IMMUNIZATIONS: current / referral
tetanus flu pneumovax

TREATMENT PTA see EMS report IV $O_2$ (c-collar) (backboard)
last blood glucose

**VITALS** Glucose finger stick
Approx Height Approx Weight
BP 146/87 P 91 RR 20 temp 97.9 (TM) O R Ax
$SaO_2$ 100 (RA) / $O_2$ GCS

**PAIN LEVEL** current: 7 /10 max /10 acceptable /10
scale used quality
location NECK / BACK type DULL

**CHIEF COMPLAINT** MVC
occurred just PTA 45 min hrs / days ago

**INJURIES / PAIN**
(head) face nose mouth coccyx
(neck) (back) chest abdomen

| | R | | L | |
|---|---|---|---|---|
| | shldr | hip | shldr | hip |
| | arm | thigh | arm | thigh |
| | elbow | knee | elbow | knee |
| | f-arm | leg | f-arm | leg |
| | wrist | ankle | wrist | ankle |
| | hand | foot | hand | foot |
| | fingers | toes | fingers | toes |

**CRASH**
(driver) / passenger front back
(lap belt / shoulder) / car seat
air bag deployed NO
walking at scene
lost consciousness
thrown from vehicle
long extrication

**SITE OF IMPACT**
"P" = primary "S" = secondary
speed low mod. (high)
direct glancing

**ALLERGIES** NKDA
drug - PCN / ASA / sulfa / latex / codeine / iodine
food -

**MEDS** none see med list OTC herbal DENIES

**PAST MEDICAL HX** (negative)
heart disease / HTN / diabetes: insulin
past surgeries none BREAST IMPLANTS

**SOCIAL HX / SCREEN** drugs / (alcohol) ETOH.
smoker ppd ☐ smoking cessation provided
^TB exposure / symptoms
^has been physically hurt or threatened by someone close
If yes social worker needed

**ISOLATION SCREEN**
In the past two weeks, patient:
1. had a fever
2. had a cough or rash
3. had shortness of breath or difficulty breathing
If patient answered positive to 1 and 2, or 1 and 3, go to Isolation Screening Question Sheet

LNMP 1/23/07 P Ab pregnant / postmenop / hyst
☒ preg test (neg) pos [signature]

[signature] (RN) / PA

TIME TO ROOM ROOM:

**INITIAL ASSESSMENT** TIME

**GENERAL APPEARANCE**
✓ no acute distress
✓ alert
c-collar / backboard in place
mild / moderate / severe distress
anxious / decreased LOC

**^FUNCTIONAL / NUTRITIONAL ASSESSMENT**
✓ independent ADL
✓ appears well
nourished / hydrated
assisted / total care
obese / malnourished
recent weight loss / gain

| Fall Risk Assessment | |
|---|---|
| patient has hx of falls | yes / (no) |
| medications | yes / (no) |
| physical / cognitive limitations | yes / (no) |
| patient confused / disoriented | yes / (no) |

**CHEST**
✓ no evidence of trauma
non-tender
breath sounds nml
laceration / abrasion / swelling
tenderness / deformity
wheezing / crackles / stridor
seat belt marks

**CVS**
regular rate
pulses strong & equal
skin warm, dry
tachycardia / bradycardia
pulse deficit
pale / cyanotic / cool / diaphoretic

**NEURO**
✓ oriented x 3
PERRL
disoriented to person / place / time
confused / memory loss
pupils unequal R L
weakness / sensory loss

**HEAD / FACE**
no evidence of trauma to head / eye / ear / face
laceration / abrasion / swelling / ecchymosis
periorbital swelling / hematoma
dental injury / malocclusion

**NECK / BACK**
no evidence of trauma
laceration / abrasion / swelling / tenderness

**ABDOMEN**
✓ no evidence of trauma
soft, non-tender
laceration / abrasion / swelling
rigid / distended / tenderness

**PELVIS / GU**
✓ no evidence of trauma
pelvis stable
laceration / abrasion / swelling
pelvis unstable
tenderness
blood at urethral meatus

**EXTREMITIES**
✓ no evidence of trauma
✓ non-tender
sensation / motor intact
laceration / abrasion / swelling
tenderness / deformity
sensory / motor deficit

**ADDITIONAL FINDINGS**
Pt. took ADVIL 400 mg @ 11 Pm

**INITIAL ACTIONS**

| TIME | | | INIT |
|---|---|---|---|
| | ✓ ID band applied | ID band verified | [initials] |
| | c-collar | backboard | |
| | disrobed / gowned | blanket provided | |
| | ice pack | elevation / immobilization | |
| | bandage applied | wet to dry dressing | |
| | bed low position | side rails up x1 x2 | |
| | ✓ call light in reach | head of bed elevated | |

[signature] (Nurse) / PA

^ protocol available

© 1996 - 2006 T-System, Inc. Circle or check aff[irma]tives, backslash (/) negatives.

17

Cabrini Medical Center

# EMERGENCY PHYSICIAN RECORD
## MVA (5)

DATE: 2/14/07 TIME: 7 Am ☐ on arrival

ROOM: 3 EMS Arrival

HISTORIAN: patient spouse paramedics ACR

AGE 38 M / F

__HX / __EXAM LIMITED BY:

## HPI

**chief complaint:** MVA Injury to: Neck / back

**occurred:** just prior to arrival

**position in vehicle:** driver passenger front back

**context:** car collision overturned vehicle
single-car accident (lost control / fell asleep / unknown cause)

**location of pain / injuries?**
head face mouth
neck chest abdomen
back upper mid- lower
radiating to (R / L) thigh / leg

| -right- | | -left- | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:**
mild
moderate
severe

**associated symptoms:**
lost consciousness / dazed
duration:
remembers:
impact coming to hospital
seizure

**site of impact:**
"P" = primary "S" = secondary

force low mod. high
direct glancing

**restraints:**
none lap / shoulder
doesn't recall
car seat
air bag deployed
thrown from vehicle
ambulated at scene
long extrication

## ROS

loss feeling / power arms / legs
memory loss
headache / neck pain
double vision / hearing loss
nausea / vomiting
abdominal pain

trouble breathing / chest pain
loss of bladder function
skin laceration
recent fever / illness
pregnant / confirmed w/ home test
☐ all systems neg except as marked

**SOCIAL HX** smoker drug use / abuse
recent ETOH

**PAST HX** __negative diabetes Type I Type 2 diet / oral / insulin

Meds- __none / see nurses note
Allergies- __NKDA / see nurses note

## PHYSICAL EXAM

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus immun. UTD

V/S T 97.7 P 91 R 20 BP 146/87

**General Appearance**
__no acute distress
__alert
__c-collar (PTA / in ED) / backboard
__mild / moderate / severe distress
__anxious / lethargic

**HEAD**
__no evidence of trauma
__see diagram
__Raccoon eyes / Battle's sign

**NECK**
__non-tender
__painless ROM
__trachea midline
__see diagram
__vertebral point-tenderness
__muscle spasm / decreased ROM
__pain on movement of neck

__Nexus criteria neg
__midline tenderness / distracting injury
__altered mental status
__recent ETOH

**EYES**
__PERRL
__EOMI
__unequal pupils R- __mm L- __mm
__EOM entrapment / palsy
__subconjunctival hemorrhage

**ENT**
__nml external inspection
__no dental injury
__hemotympanum
__TM obscured by wax
__clotted nasal blood
__dental injury / malocclusion

**RESP / CVS**
__chest non-tender
__no ecchymosis
__breath sounds nml
__heart sounds nml
__see diagram (on reverse)
__tenderness / seat belt bruising
__crepitus / subcutaneous emphysema
__splinting / paradoxical movements
__decreased breath sounds
__wheezes / rales / rhonchi
__tachycardia / bradycardia

**ABDOMEN**
__non-tender
__no organomegaly
__no distention
__see diagram (on reverse)
__tenderness / guarding / rebound
__mass / organomegaly
FHT's

**GENITAL / RECTAL** perineal hematoma
nml ... blood / urethral meatus
nml rectal exam ... rectal tone
heme negative stool
no vaginal bleeding

**NEURO / PSYCH**
__oriented x3
__mood & affect nml
__CN's nml as tested
__sensation & motor nml
__confused / disoriented
__facial asymmetry
__unsteady / ataxic gait
__sensory / motor deficit
__repeats questions

Reflexes

Glasgow Coma Score SCORE=
Eyes Open- spontaneously (4) to voice (3) to pain (2) none (1)
Speech- nml (5) disoriented (4) inapprop. (3) incoherent (2) none (1)
Motor- nml (6) localizes (5) withdraws (4) flexor (3) exten (2) none (1)

CABRINI MEDICAL CENTER

COMPREHENSIVE PAIN ASSESSMENT

Franeta, Adonna

☒ Emergency Department ☐ Ambulatory Services
☐ Hospice ☐ Inpatient Unit: ____
☐ Other: ____

INSTRUCTIONS: Complete when pain is not controlled at time of assessment.

- Source of Information: ☒ Patient ☐ Significant Other/Family ☐ Nursing Assessment - Patient unable to verbalize
  ☐ Other: ____
- Pain Location: Mark Sites

| • Patient's Pain IntensityRating | • Pain Characteristics | • Behavioral Indicators: |
|---|---|---|
| ☒ 0-10: 9<br>☐ Smile - Sad ____<br>☒ Verbal: ____<br>☐ Behavioral Indicators<br><br>• Physical Findings<br>☐ None ☒ Tender<br>☐ Red ☐ Spasm<br>☐ Swollen ☐ Hot<br>☐ Ecchymotic<br>☐ Other: ____ | Circle all that apply:<br>Aching, Dull, Deep, Sharp, Gnawing, Numb, Stabbing, Crampy, Pressure, Squeezing, Burning, Radiating, Tingling, Touch Sensitive. tight!<br><br>• Is the Pain:<br>☒ Constant<br>☐ Intermittent | Circle all that apply:<br>Frowning, Grimacing, Clenched Fists, Hostility, Crying, Moaning, Depression, Gritting Teeth, Restlessness, Clutching/Rubbing AffectedPart, Fetal Position, Increased Muscle Tension. |

- Pain Intensity Goal: (0 - 10) 0 • When did pain start? At hrs ago.
- Pain Control Goal:
  ☐ sleep comfortably ☐ comfort at rest ☐ comfort with movement ☐ stay alert
  ☒ total pain control ☒ perform activity ☐ other ____
- What makes the pain worse? movement
- Chronic/Pre-existing Pain - What relieves pain? (Check all that apply.)
  ☐ medication ☐ exercise ☐ bed rest ☐ cold
  ☐ heat ☐ massage ☐ distraction ☐ relaxation techniques
  ☐ acupuncture ☐ other ____
- Has there been any medication you have taken that has been effective? no
- What have you done in the past that has been effective in relieving your pain? ____
- Adverse Affect on Daily Life and Activities - Does the pain affect your day to day activities? (Check all that apply.)
  ☐ walking ☐ sitting ☐ standing ☐ exercise ☐ relationships
  ☐ work ☐ bathing ☐ cooking ☐ shopping ☐ other ____
  ☐ family ☐ sleep ☐ concentration ☐ intimacy ☐ other ____
- Comments: ____
- Name of MD Notified: Dr. Hernandez
- Signature & Title: [signature] ANNABELLE FIGUEROA-QUEZADA, RN Time: 0520 AM PM Date: 2/14/07

CMC-2036(09/01)

CABRINI MEDICAL CENTER
227 East 19th Street, New York, NY 10003

Fravetta
Adpon

# PHYSICIAN'S ORDERS

DOCTOR: USE BALLPOINT PEN ONLY.
START NEW SECTION FOR EACH SET OF ORDERS
INCLUDE DATE, TIME AND SIGNATURE FOR EACH SET OF ORDERS.

ALLERGIES: ______

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS →

| | MEDICATION (Including Diluent) Name, Dose or Strength, Formulation, Route, Frequency, Duration | Indication Rationale or Reason | |
|---|---|---|---|
| DATE: 2/14/07 | 1. Rabeprazole 1g 1021 | | U.C |
| 6:40 | 2. Soft collar | | DAT |
| TIME: | 3. | | TIM |
| | 4. | | |

PHYSICIAN'S SIGNATURE [signature] | PAGE/ID # | R.N. SIGNATURE [signature] Butler RN | Verbal Order Read Back [ ] | DATE: 2/14/07 | TIM 6[illegible]

| | | | |
|---|---|---|---|
| DATE: | 1. | | U.C |
| | 2. | | DATE |
| TIME: | 3. | | TIME |
| | 4. | | |

PHYSICIAN'S SIGNATURE | PAGE/ID # | R.N. SIGNATURE | Verbal Order Read Back [ ] | DATE: | TIME

| | | | |
|---|---|---|---|
| DATE: | 1. | | U.C |
| | 2. | | DATE |
| TIME: | 3. | | TIME |
| | 4. | | |

PHYSICIAN'S SIGNATURE | PAGE/ID # | R.N. SIGNATURE | Verbal Order Read Back [ ] | DATE: | TIME

| | | | |
|---|---|---|---|
| DATE: | 1. | | U.C. |
| | 2. | | DATE |
| TIME: | 3. | | TIME |
| | 4. | | |

PHYSICIAN'S SIGNATURE | PAGE/ID # | R.N. SIGNATURE | Verbal Order Read Back [ ] | DATE: | TIME

THE SIGNATURE OF THE PRESCRIBER MUST ACCOMPANY EACH ORDER ALONG WITH THEIR PRINTED NAME AND ID #

Authorization Is Given To Dispense Medication By Generic Or Therapeutic Equivalent If Such Is Determined By The Pharmacy And Therapeutics Committee. A Non-Formulary Request Form Is Required If Medications Are Not Included In The Formulary.

CMC 058 (Rev.3/06)

CHART COPY

# Cabrini Medical Center

## ACKNOWLEDGMENT AND CONSENT

### ACKNOWLEDGMENT OF NOTICE OF PRIVACY PRACTICES AND CONSENT TO USE PROTECTED HEALTH INFORMATION FOR TREATMENT, PAYMENT AND OPERATIONS

- *By signing below, I acknowledge that a copy of the Notice of Privacy Practices has been made available to me. I have been advised of how my health information may be used and disclosed by the hospital and the facilities listed at the beginning of the notice, and how I may obtain access to and control this information. I also acknowledge and understand that I may request copies of separate notices (see: Appendix A) explaining special privacy protections that apply to HIV-related information, alcohol and substance abuse treatment information, mental health information, and genetic information. Finally, by signing below, I consent to the use and disclosure of my health information:*
  - *to treat me and arrange for my medical care*
  - *to seek and receive payment for services given to me*
  - *for the business operations of the hospital, its staff, and the facilities listed at the beginning of the notice*

X Adona Fronte     2/14/07

**Signature of Patient or Personal Representative**     **Date**

Adona Fronte

**Print Name of Patient or Personal Representative**     **Description of Personal Representative's Authority**

**Witness**

**<u>For Hospital Use Only:</u>**

**If form is not completed, state the reason:**

**CMC Employee Signature**     **Date**

**Print First and Last Name**

# Acknowledgement

- I acknowledge receipt of the booklet, *Your Rights as a Hospital Patient in New York State,* prepared by the New York State Department of Health.
  - ☑ Patient's Bill of Rights
  - ☑ An Important Message Regarding Your Rights as a Hospital Inpatient
  - ☑ Admission Notice to Medicare Beneficiaries
  - ☑ Important Message from Medicare
  - ☑ Planning in Advance for Your Medical Treatment (an explanation of Advance Directives)
  - ☑ Deciding about CPR: Do-Not-Resuscitate (DNR) Orders – A Guide for Patients and Families
  - ☑ Appointing Your Health Care Agent – New York State's Proxy Law
  - ☑ Health Care Proxy Form
  - ☑ Letter from the New York State Department of Health (explains the SPARCS data collection system)

- Additional Information:

☑ Organ Donation ☑ Pain Management ☑ Home Care Provider

X [signature]

Patient's Signature

or

______________________________

Signature of Patient's Designated Representative

______________________________

Indicate relationship to patient

A hospital representative

☐ was ☐ was not

present to answer my questions about this booklet.

This will become part of your permanent hospital record.

Day Division
Mon-Fri: 8am-11am, 5pm-8pm (EST)
Sat-Sun: 8am-8pm (EST)
Phone: 866 329 4295 Fax: 877 899 4295

NightHawk Radiology Services

Night Division
Mon-Fri: 8pm-8am (EST)
Sat-Sun: 8pm-8am (EST)
Phone: 866 241 6635 Fax: 866 287 1373

# PRELIMINARY RADIOLOGY REPORT

PATIENT NAME: FROMETTA, ADDONNA

PATIENT ID: 763782

INSTITUTION NAME: CABRINI MEDICAL CENTER - NEW YORK, NY 10003

DATE: 14th February, 2007 EST

STUDY TYPE: CT BRAIN

ACCESSION NUMBER: N/A

This interpretation is based upon the receipt of 75 images.

Patient Location: ER (Emergency Room)
Patient Location Floor: N/A

Patient Location Room: N/A
Patient Location Bed: N/A

CLINICAL HISTORY / INDICATION FOR EXAM:

MVA WITH HEAD TRAUMA

FINDINGS:

Noncontrast CT Head:

Noncontrast axial images obtained through the head.

Ventricles, basilar cisterns and cortical sulci are within limits. There is no evidence of mass effect or midline shift. No acute hemorrhage identified. No abnormal intra-axial or extra-axial fluid collections are appreciated. Brain parenchyma is of normal density and gray-white matter differentiation. Soft tissues and osseous structures are unremarkable.

Preliminary report created by: Edward Callaway MD

CONFIDENTIAL: The Documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these Documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these Documents.

Cabrini Medical Center - Emergency Department
227 E 19th Street New York, NY (212) 995-6620
ADDONNA FROMETTA, Med. Rec. No.: 763782 02/14/2007 06:43

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

You were treated today by ELIEZER HERNANDEZ, M.D..

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Call as soon as possible to make an appointment in 1 day at the Cabrini East Village/CEV. You can reach the Cabrini East Village/CEV at (212) 979-3200, 97 E. 4th Street, New York, NY. If you have any problems or concerns before the appointment, call the Clinic. Office Hours are Monday through Friday 9 am to 5 pm.

**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS**
**TORTICOLLIS** (Wry neck).
Your neck muscles have become overstretched. The stretched muscles cramp (spasm). The muscle pain can also cause a headache.

**Do the following:**

- Apply warm packs to relax the neck muscles. Do this 3 to 4 times a day for 20 minutes.
- Avoid strenuous activities until your pain is gone.

**Call your doctor if:**

- you have increased neck pain or headache after treatment.
- you have any new or severe symptoms.

**HEAD INJURY**
You've had a head injury. Your skull and/or brain were affected.

**Follow these instructions:**

- A family member or friend should wake you up every two hours throughout the first night at home. When they wake you, they should ask you your name, where you are, and what day it is. If you cannot answer these questions, they should call your doctor.
- If you have a headache, sleep with your head raised on a few pillows.
- Rest for a day or two. You can return to your normal activities as you feel able.
- If you are sick to your stomach, avoid heavy foods. Nausea should clear up in a day or two.
- Keep follow-up appointments with your doctor.
- Take any medicines ordered for you by your doctor as scheduled.

**Call your doctor if:**

- your headache gets worse or is not relieved by acetaminophen.
- you have problems talking.
- you have difficulty hearing.
- you have any change in your vision.
- you lose your balance or have trouble walking.
- you have trouble thinking clearly.
- you have forceful vomiting.
- you have any questions or concerns.

**Your family or friend should call your doctor or take you to the Emergency Department if:**

- you become confused and cannot state your name, where you are, or what day it is.
- they have difficulty waking you.
- you have a seizure.

**Sometimes after even a minor head injury, people notice signs and symptoms that show up as long as one year after the injury. These signs and symptoms include:**

- Decreased concentration
- Difficulty learning
- Memory problems
- Vision changes
- Headaches, especially with stress or physical activity
- Mood changes
- Increased sensitivity to noise
- Dizziness
- Difficulty in relationships with other people
- Decreased interest in sex
- Increased susceptibility to alcohol (becoming intoxicated or drunk more easily)

**If you notice any of these symptoms over the next year and are concerned about them, talk with your doctor.**

**For more information related to head injuries, contact:**
The Brain Injury Association of America
www.biausa.org
1-800-444-6443

**What is smoking cessation?**
Smoking cessation is quitting smoking. Smoking is a very difficult habit to break for most people. The chemical, nicotine, which you inhale into your lungs from a cigarette, causes your brain to have more dopamine. Dopamine is a chemical that makes you feel good. Smoking makes you feel good. But nicotine also has many more harmful effects on your body. This is why it is so important to stop smoking. Nicotine is addictive, which means when your body is used to having nicotine, and then nicotine isn't there, you feel strong physical cravings and a need to smoke. This is why stopping smoking is so difficult.

**Why is smoking bad for me?**

Caurini Medical Center - Emergency Department
227 E 19th Street New York, NY (212) 995-6620
ADDONNA FROMETTA, Med. Rec. No.: 763782 02/14/2007 06:43

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

**"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."**

ADDONNA FROMETTA or Responsible Person

ADDONNA FROMETTA or Responsible Person has received this information and tells me that all questions have been answered.

Physician/RN Staff Signature

\11PI\

CABRINI MEDICAL CENTER
227 EAST 19th STREET
NEW YORK, NY 10003

================================================================================
D I A G N O S T I C   I M A G I N G
================================================================================

---------NAME--------- NUMBER SEX AGE ADMIT DISC. XRAY# P/C TYPE
FROMETTA ADDONNA 443204 F 38 2/14/07 763782 WB4 E/R
DATE OF BIRTH: 03/25/1968 M/R# 763782 PH#: 718-881-3716 RM
LOCATION:
TRANSCRIBED: 2/14/07 10:49 PSR
CT HEAD W/O CONTRAST 70450 COMPLETE: 02/14/07 6:25 VL 7902
(CT REASON Trauma
PHYSICIAN: BUTTERFASS

================================================================================
***Unsigned transcriptions represent a preliminary report and do not reflect***
*** a medical or legal document ***
================================================================================

Comparison: None

..tory: Motor vehicle accident

Procedure: Sequential axial CT images are obtained at 5 mm intervals from the level of the foramen magnum to the vertex. Images are displayed in brain, blood, and bone windows.

Findings: There is no evidence of intracranial mass or midline shift. There are no focal parenchymal lesions within either cerebral hemisphere. There are no abnormal intra-axial or extra-axial fluid collections. The ventricles, cisterns and sulci are normal for the patient's stated age. There is normal gray-white differentiation of both cerebral hemispheres. There is no evidence of acute intracranial hemorrhage or infarction. The cerebellum, thalami, midbrain, pons and basal ganglia are grossly normal.

The bones of the skull base as well as the calvaria are intact. The visualized portions of the paranasal sinuses and mastoid air cells are normal.

..pression: Normal examination.

Dictated By: 190400 Marina Margolina M.D.
Signed By: 190400 Marina Margolina M.D.
Dictated On: 02/14/2007 10:19:07

02/14/07 10/18

ELECTRONICALLY REVIEWED AND SIGNED BY
MARINA MARGOLINA
RADIOLOGIST

PARTICIPATING MEMBER 911 AMBULANCE

# NYC 911 SYSTEM PROVIDER AMBULANCE CALL REPORT

NO.: VOL- 3003169

Date MMDDYYYY: 04142007 | Unit: 06J1 | Unit Type: ALS / BLS | Shield Driver | Shield Tech: 1443 | CAD No.: 0376 | Responded From: 15 St / 2nd Av

Call Location: E 23rd St / Lexington | Boro: M | Apt.: — | PD Badge Number | Precinct: 13 | Call Type: MVA

Patient's Last Name: [illegible] | First Name: [illegible] | Sex: ☐ M ☐ F | Age: 38 | DOB MMDDYYYY: [illegible]

Home Address: 166 E 23rd St | Apt.: 7A | Social Security Number: [illegible]

City | State: NY | Zip Code: 10016 | Next of Kin: [illegible] | Telephone: 718 881-37[illegible]

Prior Treatment at Scene | By Whom | Prior: ☐ Defibrillation(s), No.:____ ☐ CPR, Mins.:____ By: ☐ PD ☐ FD ☐ Other:

| | | | | |
|---|---|---|---|---|
| REC'D | 0 | 4 | 3 | 5 |
| 10-63 | 0 | 4 | 3 | 5 |
| 10-84 | 0 | 4 | 4 | 1 |
| 10-82 | 0 | 5 | 0 | 0 |
| 10-81 | 0 | 5 | 0 | 1 |
| AVAIL | 0 | 5 | 2 | 5 |

**CHIEF COMPLAINT:** [illegible]

MILEAGE: 1

## PRESENTING PROBLEM

**MEDICAL** *If more than one is checked, circle the primary problem*

☐ Airway Obstruction ☐ Abdominal pain ☐ Allergic Reaction ☐ Altered Mental Status ☐ Behavioral ☐ Cardiac Arrest ☐ Chest pain ☐ CVA / TIA ☐ Dehydration ☐ Dizziness ☐ Environmental: ☐ Haz-Mat ☐ Cold ☐ Heat ☐ General Malaise ☐ G.I. Distress / Bleed ☐ Hemorrhage ☐ Nausea / Vomiting ☐ Newborn ☐ Obvious Death ☐ Ob/Gyn: ☐ Labor ☐ Delivery __:__ ☐ Psychotic / Suicidal ☐ Respiratory Distress ☐ Respiratory Failure ☐ Respiratory Arrest ☐ Seizure ☐ Shock ☐ Syncope ☐ Unconscious ☐ Other: ☐ Overdose: ____ Substance ☐ Poison: ____ Substance ☐ Fever ☐ Rash

**TRAUMA** Location: [illegible] ☐ Anterior ☐ Posterior Type: [illegible]

☐ Amputation ☐ Burn ☐ Thermal ☐ Chemical ☐ Electrical ☐ Cardiac Arrest ☐ C.N.S. ☐ Crush ☐ FX/Dislocation ☐ Head Trauma ☐ Hemorrhage ☐ Impaled Object ☐ Paralysis ☐ Shock ☒ Soft Tissue ☐ Other:

**INDICATE ALL THAT APPLY FOR MEDICAL or TRAUMA**

Onset: ____ Pain: ____ Quality: ____ Radiation: ____ Severity: ☐ Mild ☐ Mod. ☐ Severe Duration: ____

**MECHANISM OF INJURY**

☐ Assault ☐ Cold ☐ Domestic Violence ☐ Fall ☐ G.S.W. ☐ Hazardous Materials ☐ Suspected Child Abuse ☐ Heat ☐ Machinery ☒ MVA: Seatbelts ☒ Yes ☐ No ☐ Pedestrian Struck ☐ Stab ☐ Other: ☐ Suspected Elder Abuse

## ASSESSMENT

**HISTORY** ☐ Denies [illegible] ☐ Amputee ☐ Asthma ☐ Bed Confined ☐ Cancer ☐ Cardiac ☐ CHF ☐ COPD ☐ CVA / TIA ☐ Diabetes ☐ Dialysis ☐ Frail/Debilitated ☐ HIV/AIDS ☐ Hypertension ☐ Incontinent ☐ IVDA ☐ Seizures ☐ TB ☐ Wheelchair Confined ☐ Other:

**MEDICATIONS** ☐ Denies ☐ Unknown ☐ Not Compliant

**ALLERGIES** ☐ Denies ☐ Unknown — PCN

| TIME | B.P. | PULSE | RESP | GCS | TRAUMA # |
|---|---|---|---|---|---|
| [illegible] | 128/70 | 70 | 14 | 15 | — |
| [illegible] | 130/70 | 65 | 14 | 15 | — |
| : | / | | | | |

SKIN (1 2): Normal ☒☒ Moist ☐☐ Dry ☐☐ — SKIN TEMP. (1 2): Normal ☒☒ Warm ☐☐ Cool ☐☐ — SKIN COLOR (1 2): Normal ☒☒ Pale ☐☐ Cyanotic ☐☐ Flushed ☐☐ Jaundice ☐☐ — PUPILS (1 2): Normal ☒☒ Dilated ☐☐ R Larger ☐☐ L Larger ☐☐ Constricted ☐☐ Unreactive ☐☐ — MENTAL STATUS (1 2): Alert ☒☒ Verbal ☐☐ Painful Stimuli ☐☐ Unresponsive ☐☐

## TREATMENT

**AIRWAY** ☐ Abdominal/Chest Thrust ☐ Modified Jaw Thrust ☐ Hyperextension ☐ Oral / Nasal ☐ Suction ☐ DeLee

**OXYGEN THERAPY** ☐ Bag Valve Mask w/O2 ☐ Mouth to Mask ☐ Cannula ☐ Non-Rebreather ☐ Nebulizer L.P.M.:____

**IMMOBILIZATION** ☒ Backboard: ☒ Long ☐ Short ☐ KED ☒ Cervical Collar ☐ Splint: ☐ Fixation ☐ Traction ☒ Head Immobilizer ☐ Other:

**BLS and ALS INTERVENTIONS** ☐ Albuterol ☐ Control Bleeding ☐ Aspirin ☐ CPR ☐ SAED ☐ Epi-Pen ☐ Heat/Cold Application ☐ Ipecac ___cc P.O. ☐ Instra-Glucose ☐ Irrigation ☐ Other: ☐ I.V. ☐ I.O. ☐ Saline Lock ☐ Monitor ☐ Defibrillate ☐ 12 Lead ☐ Cardiovert ☐ Pacing ☐ Draw Blood ☐ ET Tube ☐ NG Tube ☐ Drug Therapy ☐ Chest Decompression ☐ Needle Cricothyroidotomy ☐ ET Confirm ☐ ALS ASSESSMENT PERFORMED ALS Provided By: ☐ FD ☐ Vol. ☐ Other

Presumptive Diagnosis: HEAD/NECK/BACK PAIN

Patient Condition: ☐ Critical ☐ Unstable ☐ Potentially Unstable ☒ Stable ☐ DOA ☐ Rigor mortis ☐ Extreme Dependent Lividity ☐ Obvious Death ☐ Decomposition ☐ DNR

## COMMENTS

TIME | EKG RHYTHM / MEDICATION(S) | TREATMENT / RESPONSE

UHF 38 y/o [illegible] MVA → [illegible]
[illegible] LOC, [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

| Control Channel: | Medical Control Physician Number | | Termination Time | Controlled Substance | Amount Administered |
|---|---|---|---|---|---|
| C.S. Administered By *Name/Shield* | Signature | URN | Amount Washed | Witness *Name/Title/Signature* | |

**Removed to Vehicle By**
☐ Chair ☐ Walked ☐ Carried
☐ Scoop/Flat/Stretcher
☐ First Ambulance

**Transported From**
☐ Residence ☒ Public Scene
☐ Nursing Facility
☐ Res./Cust. Facility
☐ Other:

**Transport Position**
☒ Supine ☐ Sitting
☐ Prone ☐ Restrained
☐ Shock
☐ Semi / Full Fowlers
☐ Left Lateral Recumbent

**Lights & Siren Used**
☒ To Scene (63)
☐ To Destination (82)

**Patients Transported by this Vehicle (82)**
Hosp. #
☐ Transported to Hospital
☐ Transported to Morgue
Hospital Destination
\# Pts.

**Hospital Selection**
☐ Nearest ☐ Pt./Fam Choice
☐ OLMC Contract ☐ Specialty Referral
☐ Hospital Diversion From ____________ Hosp. #

**Patient Not Transported by this Vehicle**
☐ Assisted in Transport (94A) With (Unit #): ____________
☐ Transferred/Relinquished Care To (94)(Unit #): ____________
☐ RMA/AMA (93)
☐ Pronounced on Scene (83)
☐ Triage/On Line Medical Control (93A/95/95A)
☐ Other:

| ED Chart No. | Insurance ID Number | ☐ Medicare ☐ Medicaid ☐ Blue Cross ☐ Commercial Insurance ☐ Self Pay | Work Related ☐ Yes ☐ No |
|---|---|---|---|
| Hospital Receiving Agent Signature | Time | Supervisor Signature | Shield / Date |

EMS 102.15.01 (7/06)

## HOSPITAL PATIENT RECORD COPY

universata

## Authorization Validation Checklist

✓ Patient Name

✓ Signature of patient or patient's legal representative

✓ Date authorization was signed

✓ Patient DOB

✓ Name and address of entity holding record

✓ Name and address of person/entity requesting record

✓ Specific dates of service

✓ Purpose of request

✓ Description of information to be released

✓ Expiration date

ote: Please initial below upon completion of checklist and scan as last page of the request.



CABRINI MEDICAL CENTER 227 EAST 19TH ST New York NY 10003

EMERGENCY ROOM • OUTPATIENT RECORD

SERVICE: EMER RM
PATIENT NUMBER: 443204

PATIENT NUMBER: 443204 | TYPE: 3 | PATIENT NAME: FROMETTA ADDONNA | AGE: 38 | BIRTHDATE: 3/25/1968 | SEX: F | M/S: SH | DATE OF SERVICE: 2/14/07 | TIME: 05:51 | CLERK ID: CMW

ADDRESS - LINE 1: 666 EAST 233RD ST | ADDRESS - LINE 2: APT 1A | CITY: BRONX | STATE: NY | ZIP CODE: 10466 | TELEPHONE: 718-881-3716

PATIENT SSN: 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 | NOTIFY IN CASE OF EMERGENCY - NAME: NADIA FABIAN | RELATIONSHIP: MOTHER | ADDRESS | TELEPHONE: 718-881-3716

INSURANCE COMPANY: NO FAULT -O/P | CONTRACT OR GROUP NUMBER: 058686478 | DATE: 2/14/07 | PLACE: NO FAULT INS - A | TIME: 4:20 | EVENT: AMBULANCE

GUARANTOR NAME: FROMETTA ADDONNA | GUARANTOR ADDRESS: 666 EAST 233RD ST | CITY: BRONX | STATE: NY | ZIP CODE: 10466 | GUAR. TELEPHONE: 881-3716

GUARANTOR EMPLOYER | GUARANTOR OCCUPATION: INDEPENDENT CO | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE

PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME

RELIGION: ROMAN CATHOLIC | MED. REC. #: 763782 | ADMITTING/ER PHYSICIAN: BUTTERFASS/BUTTERFASS

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

[illegible]

SIGNED PATIENT: [signature] SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where) TIME
CAR CRASH
ID ATT/ SEE COMM

TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - NONE

NURSES NOTES: | E.R. PHYSICIAN | TET. TOX.

LAB DATA (Including X-Rays, EKGs, etc.) | NURSE'S SIGNATURE (RN OR LPN)

PHYSICIAN'S REPORT

**DIAGNOSIS:**

TREATMENT:

INSTRUCTIONS TO PATIENT: | CONDITION ON DISC: IMP | STABLE | EXPIRED

FOLLOW-UP WITH

M.D.

PATIENT'S SIGNATURE ON DISCHARGE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

DATE - TIME OF DISC.

PHYSICIAN'S SIGNATURE M.D.

©2001-2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

01

# Cabrini Medical Center
## EMERGENCY NURSING RECORD
## MVC

**TRIAGE** DATE 2/14/07 TIME [illegible]
emergent (urgent) non-urgent fast track

NAME: [illegible], [illegible]
D.O.B: 3/28/68 AGE: 38 M / (F)
HISTORIAN: patient (paramedics) family
ARRIVAL MODE: car (EMS) police [illegible]
PMD: none
Primary language of pt ENGLISH interpreter
*IMMUNIZATIONS: current / referral
tetanus flu pneumovax
TREATMENT PTA see EMS report IV O2 (c-collar) (backboard)
last blood glucose

**VITALS** Glucose finger stick
Approx Height Approx Weight
BP 146/87 P 91 RR 20 temp 97.9 (TM) O R Ax
SaO2 100 (RA) O2 GCS

PAIN LEVEL current 7 /10 max /10 acceptable /10
scale used quality
location NECK / BACK type DULL

CHIEF COMPLAINT MVC
occurred just PTA [illegible] hrs / days ago

**INJURIES / PAIN**

| | | R | | L | |
|---|---|---|---|---|---|
| (head) | (neck) | shldr | hip | shldr | hip |
| face | (back) | arm | thigh | arm | thigh |
| nose | chest | elbow | knee | elbow | knee |
| mouth | abdomen | f-arm | leg | f-arm | leg |
| coccyx | | wrist | ankle | wrist | ankle |
| | | hand | foot | hand | foot |
| | | fingers | toes | fingers | toes |

**CRASH**
driver / passenger front back
lap belt / shoulder / car seat
air bag deployed NO
walking at scene
lost consciousness
thrown from vehicle
long extrication

**SITE OF IMPACT**
"P" = primary "S" = secondary
speed low mod. (high)
direct glancing

ALLERGIES NKDA
drug PCN / ASA / sulfa / latex / codeine / iodine
food

MEDS none see med list OTC herbal [illegible]

PAST MEDICAL HX negative
heart disease / HTN / diabetes: insulin
past surgeries none BREAST IMPLANTS

SOCIAL HX / SCREEN drugs / (alcohol) [illegible]
smoker ppd ☐ smoking cessation provided
*TB exposure / symptoms
*has been physically hurt or threatened by someone close
If yes social worker needed

**ISOLATION SCREEN**
In the past two weeks, patient
1. __had a fever
2. __had a cough or rash
3. __had shortness of breath or difficulty breathing
If patient answered positive to 1 and 2, or 1 and 3, go to Isolation Screening Question Sheet

LNMP [illegible] P Ab pregnant / postmenop / hyst
☒ preg test (neg) pos [illegible]

[illegible] (RN) / PA

TIME TO ROOM ROOM:

**INITIAL ASSESSMENT** TIME:

**GENERAL APPEARANCE**
✓ no acute distress __c-collar / backboard in place
✓ alert __mild / moderate / severe distress
__anxious / decreased LOC

***FUNCTIONAL / NUTRITIONAL ASSESSMENT**
✓ independent ADL __assisted / total care
✓ appears well nourished / hydrated __obese / malnourished
__recent weight loss / gain

*Fall Risk Assessment*

| | |
|---|---|
| patient has hx of falls | yes / (no) |
| medications | yes / (no) |
| physical / cognitive limitations | yes / (no) |
| patient confused / disoriented | yes / (no) |

**CHEST**
✓ no evidence of trauma __laceration / abrasion / swelling
__non-tender __tenderness / deformity
__breath sounds nml __wheezing / crackles / stridor
__seat belt marks

**CVS**
__regular rate __tachycardia / bradycardia
__pulses strong & equal __pulse deficit
__skin warm, dry __pale / cyanotic / cool / diaphoretic

**NEURO**
✓ oriented x 3 __disoriented to person / place / time
__PERRL __confused / memory loss
__pupils unequal R L
__weakness / sensory loss

**HEAD / FACE**
__no evidence of trauma to head / eye / ear / face __laceration / abrasion / swelling / ecchymosis
__periorbital swelling / hematoma
__dental injury / malocclusion

**NECK / BACK**
__no evidence of trauma __laceration / abrasion / swelling / tenderness

**ABDOMEN**
✓ no evidence of trauma __laceration / abrasion / swelling
__soft, non-tender __rigid / distended / tenderness

**PELVIS / GU**
✓ no evidence of trauma __laceration / abrasion / swelling
__pelvis stable __pelvis unstable
__tenderness
__blood at urethral meatus

**EXTREMITIES**
✓ no evidence of trauma __laceration / abrasion / swelling
✓ non-tender __tenderness / deformity
__sensation / motor intact __sensory / motor deficit

**ADDITIONAL FINDINGS**
Pt. took ADVIL 400 mg @ 11 pm

**INITIAL ACTIONS**

| TIME | | | INIT |
|---|---|---|---|
| | ✓ ID band applied | ID band verified | |
| | c-collar | backboard | |
| | disrobed / gowned | blanket provided | |
| | ice pack | elevation / immobilization | |
| | bandage applied | wet to dry dressing | |
| | bed low position | side rails up x1 x2 | |
| | ✓ call light in reach | head of bed elevated | |

[illegible] Nurse / PA

* protocol available

ACTIONS

| TIME | | INIT |
|---|---|---|
| | set up suture tray eye tray | |
| | cardiac monitor | |
| | pulse oximeter O2 ____ L via | |
| | Accu-Chek | |
| 0515 | ready for Dr eval notified doctor / seen by Dr | |
| | restraints see documentation | |

IV STARTS

| TIME | # | site | gauge | attempts | complications | INIT |
|---|---|---|---|---|---|---|
| | | | | | | |

IV / MEDICATION INFUSION RECORD

| Start Time | Solution / Med | IVPB | Rate ml / hr | Stop Time | Amount Infused | INIT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | Response: no change improved | | | | | |
| | | | | | | |
| | Response: no change improved | | | | | |
| | | | | | | |
| | Response: no change improved | | | | | |

MEDICATIONS

| TIME | Medication | Dose | Route | Site | INIT |
|---|---|---|---|---|---|
| | Td / TT | 0.5mL | IM | | |
| | lot #: exp. date manufac | | | | |
| 6[illegible] | Robaxin | [illegible] | PO | | [illegible] |
| | Response: no change improved | | | | |
| | | | | | |
| | Response: no change improved | | | | |
| | | | | | |
| | Response: no change improved | | | | |
| | | | | | |
| | Response: no change improved | | | | |

PROCEDURES

| TIME | | INIT |
|---|---|---|
| | laceration repair to | |
| | assisted by: | |
| | foreign body removed assisted by: | |
| | assisted Dr with dislocation / fx reduction | |
| | shoulder elbow MTP patella | |
| | splint / sling applied arm leg short long | |
| | type: | |
| | assessed post-procedure | |
| | nml color / sensation / movement | |
| | lab drawn / sent by ED tech / nurse / lab | |
| | results back | |
| | cleaned wound applied abx ointment | |
| | applied dressing / Band-Aid / elastic wrap | |
| | soft collar | |
| | crutch training w/ proper return demonstration | |
| | to Xray w/ monitor / nurse / O2 / tech | |
| | return to room | |
| 6[illegible] | to CT w/ monitor / nurse / O2 / tech | [illegible] |
| [illegible] | return to room | [illegible] |

MVC - 01

VITAL SIGNS

| TIME | BP | P | RR | T | SaO2 | GCS | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |

ADDITIONAL NOTES

6[illegible] Returned from CT scan via w/c. Soft c-collar applied. Robaxin [illegible] PO given as prescribed [signature]

INTAKE ____ OUTPUT ____

__IV / saline lock discontinued: Total Amt Infused ____

Time ____ Initials ____

PROPERTY TO:

__patient __family __security __safe __see patient belongings list

DISPOSITION

__discharged home police nursing home ME funeral home

__verbal / written instructions / RX given to: patient

__verbalized understanding

__*learning barriers addressed ____

__accompanied by / driver ____

__admitted / transferred to ____

__report to ____ time ____

__transfer documentation completed

__notified family / police / ME ____

__left AMA / LWBS signed AMA sheet refused ____

__physician notified of: ____

**Discharge Vitals**
BP 122/72 HR 82 RR 16 Temp 97° SaO2 97%
__pain level at discharge 2 /10

CONDITION

__unchanged ✓improved stable __other ____

Depart Time 2[illegible] Mode: walk crutches W/C stretcher ambulance

Discharge Nurse Signature [signature]

☐ Continuation Sheet

| SIGNATURE | INITIAL |
|---|---|
| [illegible] | [illegible] |
| [signature] R.N. | [illegible] |
| | |

* protocol available

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

17

**Cabrini Medical Center**

# EMERGENCY PHYSICIAN RECORD

**MVA (5)**

Fracture Ankle

DATE: 2/14/07 TIME: 7 Am ☐ on arrival

ROOM: 3 __ EMS Arrival

HISTORIAN: patient spouse paramedics ACR

AGE 38 M / F

__HX / __EXAM LIMITED BY:

## HPI

**chief complaint:** MVA **Injury to:** Neck / Leg

**occurred:** just prior to arrival

**position in vehicle:** driver passenger front back

**context:** car collision overturned vehicle single-car accident (lost control / fell asleep / unknown cause)

Car to car [illegible]

**location of pain / injuries:** head face mouth neck chest abdomen back upper mid- lower radiating to (R / L) thigh / leg

| -right- | | -left- | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:** mild moderate severe

**associated symptoms:** lost consciousness / dazed duration: remembers: impact coming to hospital seizure

**site of impact:** "P" = primary "S" = secondary

force low mod. high direct glancing

**restraints:** none lap / shoulder doesn't recall car seat air bag deployed thrown from vehicle ambulated at scene long extrication

## ROS

loss feeling / power arms / legs

memory loss

headache / neck pain

double vision / hearing loss

nausea / vomiting

abdominal pain

[illegible] ☐ all systems neg except as marked

**SOCIAL HX** [illegible] recent ETOH [illegible]

**PAST HX** __negative diabetes Type I Type 2 diet / oral / insulin

Meds- __none __see nurses note

Allergies- __NKDA / see nurses note

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus Immun. UTD

## PHYSICAL EXAM

V/S T 97.9 P 91 R 20 BP 146/87

**General Appearance** __c-collar (PTA / in ED) / backboard

__no acute distress __mild / moderate / severe distress

__alert __anxious / lethargic

**HEAD** __see diagram

__no evidence of trauma __Raccoon eyes / Battle's sign

**NECK** __see diagram

__non-tender __vertebral point-tenderness

__painless ROM __muscle spasm / decreased ROM

__trachea midline __pain on movement of neck

__Nexus criteria neg __midline tenderness / distracting injury __altered mental status __recent ETOH

**EYES** __PERRL __EOMI

__unequal pupils R-___mm L-___mm

__EOM entrapment / palsy

__subconjunctival hemorrhage

**ENT** __nml external inspection __no dental injury

__hemotympanum

__TM obscured by wax

__clotted nasal blood

__dental injury / malocclusion

**RESP / CVS** __chest non-tender __no ecchymosis __breath sounds nml __heart sounds nml

__see diagram (on reverse)

__tenderness / seat belt bruising

__crepitus / subcutaneous emphysema

__splinting / paradoxical movements

__decreased breath sounds

__wheezes / rales / rhonchi

__tachycardia / bradycardia

**ABDOMEN** __non-tender __no organomegaly __no distention

__see diagram (on reverse)

__tenderness / guarding / rebound

__mass / organomegaly

FHT's

GENITAL / RECTAL [illegible]

**NEURO / PSYCH** __oriented x3 __mood & affect nml __CN's nml as tested __sensation & motor nml

__confused / disoriented

__facial asymmetry

__unsteady / ataxic gait

__sensory / motor deficit

__repeats questions

Reflexes

**Glasgow Coma Score** SCORE=

Eyes Open- spontaneously (4) to voice (3) to pain (2) none (1)

Speech- nml (5) disoriented (4) inapprop. (3) incoherent (2) none (1)

Motor- nml (6) localizes (5) withdraws (4) flexor (3) exten (2) none (1)

**SKIN**
_ warm, dry
_ intact

__see diagram
__crepitus / diaphoresis
__ecchymosis

**BACK**
_ no CVA tenderness
_ no vertebral tenderness

__see diagram
__vertebral point-tenderness
__CVA tenderness ( R / L )
__muscle spasm / limited ROM

**EXTREMITIES**
_ atraumatic
_ pelvis stable
_ hips non-tender
_ no pedal edema
_ nml ROM
_ bilat pulses nml

__see diagram
__bony point-tenderness
__painful / unable to bear weight
__pulse deficit

*Joint Exam*
__limited ROM / ligaments laxity
__joint effusion

L R L R

L R R L

T=Tenderness PtT=Point Tenderness S=Swelling E=Ecchymosis Lac=Laceration
A=Abrasion B=Burn (Ø=without m=mild mod=moderate s=severe)
Tx = Tenderness on palpation (severe)

**LABS**

**PROGRESS** Time ___ unchanged improved re-examined

__Consult ___ Time ___

**PROCEDURES**

**XRAYS** ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist
C-Spine T-Spine LS-Spine Pelvis
_ nml / NAD
_ no fracture
_ nml alignment
_ soft tissues nml

__reversal / straightening of cerv. lordosis
__DJD / spondylosis / spurring
__fracture non-displaced displaced

**CXR**
__nml / NAD
__no infiltrates
__nml heart size
__nml mediastinum

__rib fracture
__infiltrate / atelectasis

**OTHER** ☐ See separate report CT head

MVA - 17

*RESIDENT / PA SIGNATURE* ___

**FACULTY NOTE:**

☐ *I saw and evaluated the patient. Discussed with resident and __agree or __disagree with resident's findings and plan as documented in the resident's note. My personal findings are...*

HX- ...

PX- ...

**CLINICAL IMPRESSION:** MVA

| | | | |
|---|---|---|---|
| contusion | arm | R / L | sprain / strain |
| fracture | elbow | R / L | neck thoracic lumbar |
| stabilized | forearm | R / L | sacral |
| restorative | wrist | R / L | |
| | hand | R / L | concussion |
| head | hip | R / L | with LOC w/o LOC |
| face | thigh | R / L | |
| chest | knee | R / L | laceration |
| abdomen | leg | R / L | |
| back | ankle | R / L | |
| shoulder R / L | foot | R / L | |

DISPOSITION- ☐ home ☐ admitted ☐ transferred ☐ AMA
Time ___ ☐ walkout
CONDITION- ☐ unchanged ☒ improved ☐ stable
Logicare Follow up given: ___ Time: ___
Discharge Instructions given: ___

☐ *I was present during the entire procedure(s) as listed :*

☐ *I was present during all critical and key portions of the procedure(s) as listed :*

*ATTENDING SIGNATURE-*

Eliezer Hernandez

3/23/2007 10:40 PM Page: 11

911 AMBULANCE PARTICIPATING MEMBER

# NYC 911 SYSTEM PROVIDER AMBULANCE CALL REPORT

NO.: VOL- 3003169

Date MMDDYYYY: 02/14/2007 | Unit: 16J1 | Unit Type: ALS BLS | Shield Driver | Shield Tech | CAD No.: 0376 | Responded From

Call Location: E 23rd St / Lexington | Boro: M | Apt. | PD Badge Number | Precinct: 13 | Call Type: MVA

Patients Last Name: F[illegible] | First Name: A[illegible] | Sex: ☐ M ☐ F | Age | DOB MMDDYYYY

Home Address | Apt. | Social Security Number

City | State: NY | Zip Code | Next of Kin | Telephone

Prior Treatment at Scene | By Whom | Prior: ☐ Defibrillation(s), No.: ☐ CPR, Mins.: By: ☐ PD ☐ FD ☐ Other:

| | |
|---|---|
| REC'D | |
| 10-63 | |
| 10-84 | |
| 10-82 | |
| 10-81 | |
| AVAIL | |

MILEAGE: /

CHIEF COMPLAINT:

PRESENTING PROBLEM

MEDICAL If more than one is checked, circle the primary problem

☐ Airway Obstruction ☐ Abdominal pain ☐ Allergic Reaction ☐ Altered Mental Status ☐ Behavioral ☐ Cardiac Arrest ☐ Chest pain ☐ CVA / TIA ☐ Dehydration ☐ Dizziness ☐ Environmental: ☐ Haz-Mat ☐ Cold ☐ Heat ☐ General Malaise ☐ G.I. Distress / Bleed ☐ Hemorrhage ☐ Nausea / Vomiting ☐ Newborn ☐ Obvious Death ☐ Ob/Gyn: ☐ Labor ☐ Delivery ☐ Psychotic / Suicidal ☐ Respiratory Distress ☐ Respiratory Failure ☐ Respiratory Arrest ☐ Seizure ☐ Shock ☐ Syncope ☐ Unconscious ☐ Overdose: Substance ☐ Poison: Substance ☐ Fever ☐ Rash ☐ Other:

TRAUMA Location: [illegible] ☐ Anterior ☐ Posterior Type: [illegible]

☐ Amputation ☐ Burn ☐ Thermal ☐ Chemical ☐ Electrical ☐ Cardiac Arrest ☐ C.N.S. ☐ Crush ☐ FX/Dislocation ☐ Head Trauma ☐ Hemorrhage ☐ Impaled Object ☐ Paralysis ☐ Shock ☒ Soft Tissue ☐ Other:

INDICATE ALL THAT APPLY FOR MEDICAL or TRAUMA

Onset: Pain: Quality: Radiation: Severity: ☐ Mild ☐ Mod. ☐ Severe Duration:

MECHANISM OF INJURY

☐ Assault ☐ Cold ☐ Heat ☐ Machinery ☐ Domestic Violence ☒ MVA: Seatbelts ☒ Yes ☐ No ☐ Fall ☐ G.S.W. ☐ Pedestrian Struck ☐ Hazardous Materials ☐ Stab ☐ Other: ☐ Suspected Child Abuse ☐ Suspected Elder Abuse

ASSESSMENT

HISTORY ☐ Denies [illegible]

☐ Amputee ☐ Frail/Debilitated ☐ Asthma ☐ HIV/AIDS ☐ Bed Confined ☐ Hypertension ☐ Cancer ☐ Incontinent ☐ Cardiac ☐ IVDA ☐ CHF ☐ Seizures ☐ COPD ☐ TB ☐ CVA / TIA ☐ Wheelchair Confined ☐ Diabetes ☐ Other: ☐ Dialysis

MEDICATIONS ☐ Denies ☐ Unknown ☐ Not Compliant

ALLERGIES ☐ Denies ☐ Unknown — PCN

| TIME | B.P. | PULSE | RESP | GCS | TRAUMA # |
|---|---|---|---|---|---|
| [illegible] | 125/70 | 70 | 14 | 15 | — |
| [illegible] | 130/70 | 68 | 14 | 15 | |
| : | / | | | | |

SKIN (1 2): Normal ☒☒ Moist ☐☐ Dry ☐☐ | SKIN TEMP. (1 2): Normal ☒☒ Warm ☐☐ Cool ☐☐ | SKIN COLOR (1 2): Normal ☒☒ Pale ☐☐ Cyanotic ☐☐ Flushed ☐☐ Jaundice ☐☐ | PUPILS (1 2): Normal ☒☒ Dilated ☐☐ R Larger ☐☐ L Larger ☐☐ Constricted ☐☐ Unreactive ☐☐ | MENTAL STATUS (1 2): Alert ☒☒ Verbal ☐☐ Painful Stimuli ☐☐ Unresponsive ☐☐

TREATMENT

AIRWAY: ☐ Abdominal/Chest Thrust ☐ Modified Jaw Thrust ☐ Hyperextension ☐ Oral / Nasal ☐ Suction ☐ DeLee

OXYGEN THERAPY: ☐ Bag Valve Mask w/O2 ☐ Mouth to Mask ☐ Cannula ☐ Non-Rebreather ☐ Nebulizer L.P.M.:

IMMOBILIZATION: ☒ Backboard: ☒ Long ☐ Short ☐ KED ☒ Cervical Collar ☐ Splint: ☐ Fixation ☐ Traction ☒ Head Immobilizer ☐ Other:

BLS and ALS INTERVENTIONS: ☐ Albuterol ☐ Control Bleeding ☐ Aspirin ☐ CPR ☐ SAED ☐ Epi-Pen ☐ Heat/Cold Application ☐ Ipecac ___cc P.O. ☐ Instra-Glucose ☐ Irrigation ☐ Other: ☐ I.V. ☐ Monitor ☐ Cardiovert ☐ ET Tube ☐ Chest Decompression ☐ ET Confirm ☐ ALS ASSESSMENT PERFORMED ALS Provided By: ☐ FD ☐ Vol. ☐ Other ☐ I.O. ☐ Defibrillate ☐ Pacing ☐ NG Tube ☐ Saline Lock ☐ 12 Lead ☐ Draw Blood ☐ Drug Therapy ☐ Needle Cricothyroidotomy

Presumptive Diagnosis: HEAD/NECK/BACK PAIN

Patient Condition: ☐ Critical ☐ Unstable ☐ Potentially Unstable ☒ Stable ☐ DOA ☐ Rigor mortis ☐ Extreme Dependent Lividity ☐ Obvious Death ☐ Decomposition ☐ DNR

COMMENTS

TIME | EKG RHYTHM / MEDICATION(S) | TREATMENT / RESPONSE

UAF 38 y/o F, A&Ox3, Ambulatory [illegible]
was seat belted, denies LOC, [illegible]
and spinal pain, PE [illegible]
⊖ JVD ⊕ chest rise [illegible]
equal [illegible]
[illegible] per [illegible]

On-Line Medical | On-Line Medical Control Physician Number | Termination Time | ☐ Continued

3/23/2007 10:40 PM

Page: 12

**PRESENTING PROBLEM**

☐ Altered Mental Status ☐ Environmental: ☐ Obvious Death ☐ Seizure Substance
☐ Behavioral ☐ Haz-Mat ☐ Cold ☐ Heat ☐ Ob/Gyn: ☐ Labor ☐ Shock ☐ Fever
☐ Cardiac Arrest ☐ General Malaise ☐ Delivery ☐ Syncope ☐ Rash
☐ Chest pain ☐ G.I. Distress / Bleed ☐ Psychotic / Suicidal ☐ Unconscious ☐ Other:

**TRAUMA** Location: [illegible] ☐ Anterior ☐ Posterior Type: [illegible]
☐ Amputation ☐ Burn ☐ Thermal ☐ Chemical ☐ Electrical ☐ Cardiac Arrest ☐ C.N.S. ☐ Crush ☐ FX/Dislocation
☐ Head Trauma ☐ Hemorrhage ☐ Impaled Object ☐ Paralysis ☐ Shock ☒ Soft Tissue ☐ Other:

Pain:
Quality:
Radiation:
Severity: ☐ Mild ☐ Mod. ☐ Severe
Duration:

**MECHANISM OF INJURY**
☐ Assault ☐ Cold ☐ Domestic Violence ☐ Fall ☐ G.S.W. ☐ Hazardous Materials ☐ Suspected Child Abuse
☐ Heat ☐ Machinery ☒ MVA: Seatbelts ☒ Yes ☐ No ☐ Pedestrian Struck ☐ Stab ☐ Other: ☐ Suspected Elder Abuse

**ASSESSMENT**

**HISTORY** ☐ Denies LOC [illegible]
☐ Amputee ☐ Asthma ☐ Bed Confined ☐ Cancer ☐ Cardiac ☐ CHF ☐ COPD ☐ CVA / TIA ☐ Diabetes ☐ Dialysis
☐ Frail/Debilitated ☐ HIV/AIDS ☐ Hypertension ☐ Incontinent ☐ IVDA ☐ Seizures ☐ TB ☐ Wheelchair Confined ☐ Other:

**MEDICATIONS** ☐ Denies ☐ Unknown ☐ Not Compliant

**ALLERGIES** ☐ Denies ☐ Unknown
NKA

| TIME | B.P. | PULSE | RESP | GCS | TRAUMA # |
|---|---|---|---|---|---|
| [illegible] | 123/70 | 70 | 14 | 15 | — |
| [illegible] | 130/7[illegible] | 65 | 14 | 15 | — |
| : | / | | | | |

SKIN (1 2): Normal ☒☒ Moist ☐☐ Dry ☐☐
SKIN TEMP (1 2): Normal ☒☒ Warm ☐☐ Cool ☐☐
SKIN COLOR (1 2): Normal ☒☒ Pale ☐☐ Cyanotic ☐☐ Flushed ☐☐ Jaundice ☐☐
PUPILS (1 2): Normal ☒☒ Dilated ☐☐ R Larger ☐☐ L Larger ☐☐ Constricted ☐☐ Unreactive ☐☐
MENTAL STATUS (1 2): Alert ☒☒ Verbal ☐☐ Painful Stimuli ☐☐ Unresponsive ☐☐

**TREATMENT**

**AIRWAY**
☐ Abdominal/Chest Thrust
☐ Modified Jaw Thrust
☐ Hyperextension
☐ Oral / Nasal
☐ Suction
☐ DeLee

**OXYGEN THERAPY**
☐ Bag Valve Mask w/O2
☐ Mouth to Mask
☐ Cannula
☐ Non-Rebreather
☐ Nebulizer
L.P.M.:

**IMMOBILIZATION**
☒ Backboard: ☒ Long ☐ Short
☐ KED ☒ Cervical Collar
☐ Splint: ☐ Fixation ☐ Traction
☒ Head Immobilizer
☐ Other

**BLS and ALS INTERVENTIONS**
☐ Albuterol ☐ Control Bleeding ☐ Aspirin ☐ CPR ☐ SAED ☐ Epi-Pen ☐ Heat/Cold Application ☐ Ipecac __cc P.O. ☐ Insta-Glucose ☐ Irrigation ☐ Other:
☐ I.V. ☐ I.O. ☐ Saline Lock ☐ Monitor ☐ Defibrillate ☐ 12 Lead ☐ Cardiovert ☐ Pacing ☐ Draw Blood ☐ ET Tube ☐ NG Tube ☐ Drug Therapy ☐ Chest Decompression ☐ Needle Cricothyroidotomy ☐ ET Confirm ☐ ALS ASSESSMENT PERFORMED
ALS Provided By: ☐ FD ☐ Vol. ☐ Other

Presumptive Diagnosis: Head/Neck/Back Pain

Patient Condition: ☐ Critical ☐ Unstable ☐ Potentially Unstable ☒ Stable
☐ DOA ☐ Rigor mortis ☐ Extreme Dependent Lividity ☐ Obvious Death ☐ Decomposition ☐ DNR

**COMMENTS**

TIME | EKG RHYTHM / MEDICATION(S) | TREATMENT / RESPONSE

UAF 38 y/o F A/Ox3, Ambulatory on scene, s/p MVA [illegible]
[illegible] LOC, [illegible]
[illegible]
[illegible]
[illegible]

☐ Continued

On-Line Medical Control Channel: | On-Line Medical Control Physician Number | Termination Time | Controlled Substance | Amount Administered
C.S. Administered By Name/Shield Signature | URN | Amount Washed | Witness Name/Title/Signature

**Removed to Vehicle By**
☐ Chair ☐ Walked ☐ Carried
☐ Scoop/Rail/Stretcher
☐ [illegible]at Ambulance

**Transported From**
☐ Residence ☒ Public Scene
☐ Nursing Facility
☐ Res./Cust. Facility
☐ Other:

**Transport Position**
☒ Supine ☐ Sitting
☐ Prone ☐ Restrained
☐ Shock
☐ Semi / Full Fowlers
☐ Left Lateral Recumbent

**Lights & Siren Used**
☒ To Scene (83)
☐ To Destination (82)

**Patients Transported by this Vehicle (82)**
Hosp # [illegible] | # Pts 1
☐ Transported to Hospital
☐ Transported to Morgue
Hospital Destination

**Hospital Selection**
☒ Nearest ☐ Pt./Fam Choice
☐ OLMC Contract ☐ Specialty Referral
☐ Hospital Diversion From Hosp. #

**Patient Not Transported by this Vehicle**
☐ Assisted in Transport (94A) With (Unit #):
☐ Transferred/Relinquished Care To (94)(Unit #):
☐ RMA/AMA (93)
☐ Pronounced on Scene (83)
☐ Triage/On Line Medical Control (93A/95/96A)
☐ Other:

ED Chart No. | Insurance ID Number | ☐ Medicare ☐ Medicaid ☐ Blue Cross ☐ Commercial Insurance ☐ Self Pay | Work Related ☐ Yes ☒ No

Hospital Receiving Agent Signature [illegible] Time [illegible] | Supervisor Signature | Shield | Date

MS 102.15.01 (7/06)

HOSPITAL PATIENT RECORD COPY

CABRINI MEDICAL CENTER

COMPREHENSIVE PAIN ASSESSMENT

Fronета, Adonna

☑ Emergency Department ☐ Ambulatory Services
☐ Hospice ☐ Inpatient Unit: ____
☐ Other: ____

INSTRUCTIONS: Complete when pain is not controlled at time of assessment.

- Source of Information: ☑ Patient ☐ Significant Other/Family ☐ Nursing Assessment - Patient unable to verbalize
  ☐ Other: ____
- Pain Location: Mark Sites

| • Patient's Pain IntensityRating | • Pain Characteristics | • Behavioral Indicators: |
|---|---|---|
| ☑ 0-10: 9<br>☐ Smile - Sad ____<br>☑ Verbal: ____<br>☐ Behavioral Indicators<br><br>• Physical Findings<br>☐ None ☑ Tender<br>☐ Red ☐ Spasm<br>☐ Swollen ☐ Hot<br>☐ Ecchymotic<br>☐ Other: ____ | Circle all that apply:<br>Aching, (Dull), Deep, Sharp, Gnawing, Numb, Stabbing, Crampy, Pressure, Squeezing, Burning, Radiating, Tingling, Touch Sensitive.<br>right<br>• Is the Pain:<br>☑ Constant<br>☐ Intermittent | Circle all that apply:<br>(Frowning), (Grimacing), Clenched Fists, Hostility, Crying, Moaning, Depression, Gritting Teeth, (Restlessness), Clutching/Rubbing AffectedPart, Fetal Position, Increased Muscle Tension. |

- Pain Intensity Goal: (0 - 10) 0 • When did pain start? At ... ago.
- Pain Control Goal:
  ☐ sleep comfortably ☐ comfort at rest ☐ comfort with movement ☐ stay alert
  ☑ total pain control ☑ perform activity ☐ other ____
- What makes the pain worse? movement
- Chronic/Pre-existing Pain - What relieves pain? (Check all that apply.)
  ☐ medication ☐ exercise ☐ bed rest ☐ cold
  ☐ heat ☐ massage ☐ distraction ☐ relaxation techniques
  ☐ acupuncture ☐ other ____
- Has there been any medication you have taken that has been effective? no
- What have you done in the past that has been effective in relieving your pain? ____
- Adverse Affect on Daily Life and Activities - Does the pain affect your day to day activities? (Check all that apply.)
  ☐ walking ☐ sitting ☐ standing ☐ exercise ☐ relationships
  ☐ work ☐ bathing ☐ cooking ☐ shopping ☐ other ____
  ☐ family ☐ sleep ☐ concentration ☐ intimacy ☐ other ____
- Comments: ____
- Name of MD Notified: Dr. Hernandez
- Signature & Title: [signature] Time: 0520 AM/PM Date: 2/14/07

CMC-2036(09/01)

**CABRINI**
MEDICAL CENTER
227 East 19th Street, New York, NY 10003

# PHYSICIAN'S ORDERS

DOCTOR: USE BALLPOINT PEN ONLY.
START NEW SECTION FOR EACH SET OF ORDERS
INCLUDE DATE, TIME AND SIGNATURE FOR EACH SET OF ORDERS.

Franzetta
Adonna

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS →

ALLERGIES:

| | MEDICATION (Including Diluent) Name, Dose or Strength, Formulation, Route, Frequency, Duration | Indication Rationale or Reason | |
|---|---|---|---|
| DATE: 1/14/07 | 1. Robaxin 1g PO x1 | | U.C. |
| 6:10 | 2. Soft collar | | DATE: |
| TIME: | 3. | | TIME |
| | 4. | | |
| PHYSICIAN'S SIGNATURE [signature] | PAGE/ID # | R.N. SIGNATURE [signature] Verbal Order Read Back [ ] DATE: 1/14/07 | TIME 6:30 |
| DATE: | 1. | | U.C. |
| | 2. | | DATE: |
| TIME: | 3. | | TIME |
| | 4. | | |
| PHYSICIAN'S SIGNATURE | PAGE/ID # | R.N. SIGNATURE Verbal Order Read Back [ ] DATE: | TIME |
| DATE: | 1. | | U.C. |
| | 2. | | DATE: |
| TIME: | 3. | | TIME |
| | 4. | | |
| PHYSICIAN'S SIGNATURE | PAGE/ID # | R.N. SIGNATURE Verbal Order Read Back [ ] DATE: | TIME |
| DATE: | 1. | | U.C. |
| | 2. | | DATE: |
| TIME: | 3. | | TIME |
| | 4. | | |
| PHYSICIAN'S SIGNATURE | PAGE/ID # | R.N. SIGNATURE Verbal Order Read Back [ ] DATE: | TIME |

THE SIGNATURE OF THE PRESCRIBER MUST ACCOMPANY EACH ORDER ALONG WITH THEIR PRINTED NAME AND ID #

Authorization Is Given To Dispense Medication By Generic Or Therapeutic Equivalent If Such Is Determined by The Pharmacy And Therapeutics Committee
A Non-Formulary Request Form Is Required If Medications Are Not Included in The Formulary.

CMC 658 (Rev 3/08)

CHART COPY

# Cabrini Medical Center

## ACKNOWLEDGMENT AND CONSENT

### ACKNOWLEDGMENT OF NOTICE OF PRIVACY PRACTICES AND CONSENT TO USE PROTECTED HEALTH INFORMATION FOR TREATMENT, PAYMENT AND OPERATIONS

- *By signing below, I acknowledge that a copy of the Notice of Privacy Practices has been made available to me. I have been advised of how my health information may be used and disclosed by the hospital and the facilities listed at the beginning of the notice, and how I may obtain access to and control this information. I also acknowledge and understand that I may request copies of separate notices (see: Appendix A) explaining special privacy protections that apply to HIV-related information, alcohol and substance abuse treatment information, mental health information, and genetic information. Finally, by signing below, I consent to the use and disclosure of my health information:*
  - *to treat me and arrange for my medical care*
  - *to seek and receive payment for services given to me*
  - *for the business operations of the hospital, its staff, and the facilities listed at the beginning of the notice*

X Adona Flore [signature] 2/14/07

**Signature of Patient or Personal Representative** **Date**

Adona Fronto

**Print Name of Patient or Personal Representative** **Description of Personal Representative's Authority**

[signature]

**Witness**

**For Hospital Use Only:**

If form is not completed, state the reason:

CMC Employee Signature Date

Print First and Last Name