**Arden M. Kaisman, MD**
**51 East 25th Street, 6th Floor**
**New York, NY 10010**
**TEL(212) 813-3199**
**FAX (212) 857-9415**
**e-mail:akaisman@nypaincare.com**

**INITIAL EVALUATION**

**March 27, 2007**
**RE: Adonna Frometa**

This is a 39-year-old female who was a driver of an automobile on February 14, 2007. At that time, the patient sustained injuries to her neck and low back. The patient was treated and released at outpatient care at Midtown Medical Practice, in Villafuerte. There is a note from February 23, 2007; the patient was a seat-belted driver. She was complaining of neck pain radiating to intrascapular areas of both shoulders. The patient with numbness and tingling in both arms. The patient also complained of low back radiating to both thighs and lower extremities, more pronounced on the left side. The patient denies any previous history of injuries to her neck and low back.

PAST MEDICAL HISTORY: Noncontributory.

PAST SURGICAL HISTORY: Noncontributory.

ALLERGIES: She is allergic to Midol, as well as penicillin.

The patient has returned to part-time work since the accident, working as a flight attendant.

In the note from February 23, 2007, there was diminished sensation in the right C5-C6 distribution, as well as the left L4-L5 distribution. There is decreased motor strength.

Since the time of the accident, the patient has been undergoing physical therapy. On examination, the patient has paraspinal lumbar tenderness. Lumbar spine flexion is to 45 degrees and extension 10 degrees. All began on March 9, 2007.

Continued:

On 03/13/2007, the patient had MRI of lumbar spine, which shows disc bulges at L3-L4 and L4-L5. There is a posterior disc herniation at L5-S1.

MRI of the cervical spine that date showed C2-C3 and C4-C5 posterior disc bulges with disc herniation at C3-C4.

Except these the cervical spine on March 19, 2007 showed more flattening of the anterior superior margin at the C6 vertebral body.

X-rays of the lumbar spine showed minimal dextroscoliosis with narrowing of the L5-S1 disc space.

The patient comes to the office today with neck pain radiating to both shoulders, as well as to her right intrascapular region.

The patient has numbness and tingling in her right arm and hand.

The patient has severe back pain. She has had low back pain but this is improved. Her main complaint is of the cervical spine.

Physical examination of the cervical spine shows forward flexion is to 45 degrees, extension 40 degrees, right and left lateral bending are to 40 degrees, right and left lateral rotation to 70 degrees. There is normal motor strength in the upper extremities but decreased sensation in the right C5 and C6 distribution to pinprick to touch.

ASSESSMENT:

1. DISC HERNIATION AT C3-C4 WITH DISC BULGE AT C2-C3 AND C4-C5 WITH THE RIGHT CERVICAL RADICULOPATHY.
2. CERVICAL MYOFASCIAL PAIN SYNDROME.

Continued:

PLAN:

1. CONTINUE PHYSICAL THERAPY.
2. HOT AND COLD PACKS TO NECK.
3. RANGE OF MOTION EXERCISE.
4. FLEXERIL.
5. I HAVE DISCUSSED WITH THE PATIENT THE RISKS, BENEFITS, AND ALTERNATIVES OF CERVICAL EPIDURAL STEROID INJECTIONS TIMES THREE. THE RISK INCLUDES SPINAL HEADACHE. THE PATIENT WAS INSTRUCTED TO BRING THE MRI FILM FOR REVIEW.

The patient brought the MRI for review of the cervical and lumbar spine. The cervical spine was reviewed. This shows first of all that the disc heights are maintained in all sagittal views, herniation at C3-C4 could be seen on axial view #5. At present, the disc bulge is at C4-C5, which can be seen on axial view #7.

Arden M. Kaisman, MD
AMK/LLX

**WESTCHESTER MEDICAL CARE, P.C.**
**3262 Westchester Avenue**
**Bronx, N.Y. 10461**
**Tel. (718) 904-0908**

April 11, 2007

**PATIENT NAME:** Adonna Frometa
**DATE OF CONSULTATION:** 3/29/2007
**DATE OF ACCIDENT:** 2/14/2007

**NEUROLOGICAL CONSULTATION**

The patient, Adonna Frometa, was examined by me on March 29, 2007 for a neurological consultation. The following is a report of my findings and recommendations.

**HISTORY:**

The patient is a 39-year-old who was the driver of a car that was struck in the rear. She was experiencing some neck and back pain. She went to seek medical care. She is here because the neck and back complaints have not improved. They are associated with difficulty in sitting, standing and Valsalva-type maneuvers. She is having difficulty in performing repetitive tasks such as bending, pushing and pulling. She had an MRI of the lumbar spine on March 7, 2007, an MRI of the cervical spine on March 10, 2007 and a CAT scan of the head on February 14, 2007. I reviewed the same.

**PAST MEDICAL HISTORY:**

Unremarkable.

**FAMILY HISTORY:**

Non-contributory.

**SOCIAL HISTORY:**

Non-contributory.

**DESCRIPTION OF CURRENT COMPLAINTS:**

As above.

**GENERAL, PHYSICAL, AND NEUROLOGICAL EXAMINATION:**

**Mental Status:** The patient is cooperative, alert and oriented to person, place and time. The patient's communications ability, remote and recent insight, judgment, proverb interpretation, mood and affect are all within normal limits. Calculations, reversals, spelling, right to left orientation, ability to follow commands, identification of body parts, and face and hand tests are all within normal limits.

**Cranial Nerve Examination:** The pupils are round, regular, reactive to light and accommodated directly and consensually. The extraocular movements are full. Fundi are unremarkable. Visual acuity is within normal limits. Facial sensation and muscular expression are normal.

Strength of the head, neck and jaw, and movements of the tongue are all within normal limits. The corneal reflex, gag reflex, and the remainder of the brainstem reflexes are normal and symmetrical bilaterally. Smell and taste were not tested.

**Motor System Examination:** Normal power bulk and tone in all muscle groups, except for 4/5 weakness in the deltoid, supraspinatus, biceps muscles, EHL, TA, GM muscles on the right side. There is a positive straight leg raising sign bilaterally at 30 degrees. There is an antalgic gait noted.

**Range of Motion of the Cervical Spine:**

Flexion: 30/45-60 degrees
Extension: 10-20/45 degrees
R/L lateral flexion: 20-30/45 degrees
R/L rotation: 80 degrees

**Range of Motion of the Thoracolumbar Spine:**

Flexion: 30-50/90 degrees
Extension: 10-15/30 degrees
R/L lateral rotation: 10-15/30 degrees
R/L rotation: 30 degrees

**Sensory Examination:** The patient's sensory thresholds to peripheral and corticosensory modalities inclusive of pinprick, vibration, touch, two point discrimination, press and double stimulation are all within normal limits, except for decreased sensation on the outer aspect of the right leg to pin and decreased sensation on the outer aspect of the right arm to pin.

**Meningeal Signs:** There is no photophobia, eyeball tenderness, stiffness, and no signs of meningeal irritation.

**Patient Name:** Adonna Frometa **Date of Consultation:** 3/29/2007

**<u>Deep Tendon Reflexes:</u>** The deep tendon reflexes are 2+ and symmetrical with flexor plantar responses bilaterally, except for the right ankle jerk, which is 1+ and the right biceps jerk, which is 1+.

**<u>IMPRESSION</u>:**

The patient's clinical features are consistent with a cervical and lumbar disc bulges and disc herniation resulting in a neuropathic pain syndrome.

**<u>RECOMMENDATIONS</u>:**

The patient should obtain traction. If this does not improve, we will consider epidural injections. The patient will need to see Dr. Davy for the same.

Thank you very much.

~~Dr. B. S. Nangia~~
Board Certified Adult and Child Neurologist

~~Dr. Dominique Cozien~~
Board Certified Neurologist

Dr. J. Singh
Neurologist

Mehran Zadeh
Physician Assistant

**R.C. KRISHNA, M.D.**
License # 194198-8B- New York
License # 25MA07585300- New Jersey
Workers Compensation Rating CPN-N
Workers Compensation Authorization # 194-198-8B
Member of American Academy of Neurology
Member of American Association of Electrodiagnostic Medicine
Fellowship in Clinical Neurophysiology
Diplomate American Academy of Pain Management
Diplomate American Board of Independent Medical Examiners 02-07
Diplomate American Board of Psychiatry and Neurology4/00-12/10

Ls-Ar

**PHYSICAL THERAPY INITIAL EVALUATION**
**Westchester Medical Care, P.C.**

Patient's name: Adonna Fromet Date: 3/29/07
Age: 39 Date of injury/accident: Feb 14. 2007
Date of consultation: 3/29/07 Date of referral: 3/15/07
Referring doctor: Dr. [illegible]

**SUBJECTIVE:**

History: A 39 year old male/female patient who complains of localized/radiating pain, tingling, numbness, spasms, difficulty of movement, weakness on Neck and Low back secondary to a vehicular accident work-related injury, slip/fall, others: Rear ended accident

Past Medical History: __None/Unremarkable __Hypertension __Cardiac disease __DM __Previous Trauma/Surgery __Others: PMHx

**OBJECTIVE:**
Findings revealed paravertebral spasms, tenderness, swelling, tightness/taut bands others:
✓ Cervical __Thoracic ✓ Lumbar __Sacral ✓ Shoulder __Elbow __Wrist/hand __Hip __Ankle/foot __Others: (L) hy

Range of motion: EOR Pain on all planes of the neck. EOR Pain on all planes of the back except flexion 30% deficit

Muscle Test: Fair grade on both areas (lumbar and cervical)

Neurological Assessment: numbness of the (L) leg and (B) shoulder

Deformities/Trigger points:

Gait Analysis: Cautious gait

Postural Analysis:

ADL Analysis: Slow but able to accomplish.

Others:

**ASSESSMENT:** Toll to well but pt c/o PH

Precautions/Recommendations: to do PRE as soon as possible since pt is active

**PLAN:**

Patient will benefit from physical therapy with the following goals:
✓ Decrease pain, tenderness, spasm and tightness
✓ Increase range of motion
✓ Improve flexibility
✓ Improve gait
✓ Improve posture
✓ Increase strength
✓ Improve gait
✓ Decrease swelling
✓ Improve/decrease ADL difficulty
✓ Prevent secondary complications
Others:

**Physical Therapy Management**

✓ Moist heat/Cold packs
__Paraffin wax bath
__Gait training
✓ Electrical stimulation
✓ Massage
__Prosthetic training
__Ultrasound
__Myofascial release
__Faradism under pressure

Therapeutic exercises
✓ Theraband exercises
✓ Flexibility exercises
✓ Range of motion exercises
__Conditioning exercises
__Home exercises:
✓ Back extension exercises
__Neck exercises:
✓ PRE's
__Williams flexion exercises
__Traction and manipulation

[signature]
Physical Therapist

# PHYSICAL THERAPY NOTES

**Westchester Medical Care, P.C.**

Name: Adonna Frometa  Date of Accident: 2/19/07
Insurance: NF WC PVT LIEN other: ______
Diagnosis: ______

Date: 7/29/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

A: ✓ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.

P: ✓ Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
✓ Moist Heat 97010 ✓ Electrical Stim.97014 ✓ Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__ Paraffin Bath __ Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.

P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.

P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.

P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim. 97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE

# PHYSICAL THERAPY NOTES

**Westchester Medical Care, P.C.**

Name: Adonna Frometa  Date of Accident: 2/19/07
Insurance: NF WC PVT LIEN other: ______
Diagnosis: ______

Date: 4/2/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

A: ✓ Tolerated treatment well
__ Slowly responding to treatment Other: ______
__ No change in symptoms

P: ✓ Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
✓ Moist Heat 97010 ✓ Electrical Stim.97014 ✓ Therapeutic exercise 97110 ✓ Massage97124 __Ultrasound 97035
__ Paraffin Bath __ Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE

Date: 4/4/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

A: ✓ Tolerated treatment well
__ Slowly responding to treatment Other: ______
__ No change in symptoms.

P: ✓ Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 ✓ Electrical Stim.97014 ✓ Therapeutic exercise 97110 ✓ Massage97124 __Ultrasound 97035
__Paraffin Bath ✓ Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

A: __ Tolerated treatment well
__ Slowly responding to treatment Other: ______
__ No change in symptoms.

P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:

O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______

__ Slowly responding to treatment Other: ______
__ No change in symptoms.

P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim 97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 97039

PHYSICAL THERAPIST  PATIENT'S SIGNATURE