# CHIROPRACTIC INITIAL EXAM

PATIENT NAME: Haueta Adonna DATE OF EXAM: 4,4,07
DATE OF ACCIDENT: 2/14/07 DATE OF BIRTH: 3/25/66 R L HANDED

Accident Type: (✓)Auto ( )Work ( )Home ( )Bicycle ( )Pedestrian ( )Other
Patient was seated in the: (✓)Driver seat ( )Passenger seat ( )Back seat Surprised by impact (✓)yes ( )no
Vehicle was hit from: ( )Front (✓)Back ( )Right side ( )Left side
Patient hit: ( )Head (✓)C/L Whiplash ( )Chest/Ribs ( )R( )L Shoulder ( )R( )L Knee ( )Other 2 minutes
Patient was wearing seat belt: (✓)Yes ( )No Hit Air Bag: ( )Yes (✓)No Patient lost consciousness (✓)Yes ( )No
Disoriented(✓)Yes ( )No Pregnant ( )Yes ( )No Date of LP / / Head Rotation at impact (L) (N) (R)
The patient went (✓) via ambulance ( ) self- transport to Cabrini Hospital Emergency Room for treatment. ( )X-rays of the( )neck ( )mid-back ( )lower back ( )shoulder ( )knee (✓)other CT scan Head
X-Rays results
Other Doctors seen for this condition: 48th St Physician Clinic for Tests Medication given: Vicodin

CHIEF COMPLAINTS:
1. NP rad to (L) Sh 2. LBP rad to L 3. MBP rad to arm 4. (R) (L) Shoulder Pain 5. (R) (L) Knee Pain
6. Headache 7. Dizziness 8. Blurry Vision 9. Tinnitus 10. Nausea 11. (R) (L) Jaw Pain 12. Chest/Rib Pain
13. Numbness/Tingling arm (L) 14. Muscle weakness 15. Bowel/Bladder 16. Sleeping problems/ Position 17. Concentration/ memory problems 18. Anxiety/ depression

**History of Chief Complaint Continued:**
walks
Patient clinic 3x exercise
1st injury to neck back

**Visible distress:**
**Job description:** stands ___ hrs sits/computer ___ hrs lifts ___ lbs ___ hrs bends/crouches ___ hrs
Can't work full time since accident

PAIN:
--Mild-Annoyance-no impairment
--Slight-Some mild impairment
--Moderate-marked impairment
--Severe-incapacitated/bed ridden

VISUAL ANALOG SCALE
c/s 1 2 3 4 5 6 7 8 9 10 worst
l/s 1 2 3 4 5 6 7 8 9 10 worst

FREQUENCY:
--Intermittent (25% of the time)
--Occasional (25-50% of the time)
--Frequent (50-75% of the time)
--Constant (75-100% of the time)

PAIN TYPE: (✓)Sharp ( )Achy ( )Sore ( )Burning ( )Throbbing ( )Stabbing ( )Dull ( )Tense (✓)Other electrical
RELIEVING FACTORS: ( )Rest ( )Stretches ( )Shower ( )Sitting ( )Standing ( )Heat ( )Ice ( )Medication ( )Other
AGGRAVATING FACTORS: (✓)Cough (✓)Sneeze ( )Stool (✓)Lifting (✓)Bending (✓)A.D.L. (✓)Standing ( )Sitting (✓)Walking
OCCUPATION: waitress / flight attendant DESCRIPTION: Dates of missed work: to
PMHX: ( )CA ( )DIAB ( )HTN ( )TB ( )OTHER:
Past trauma: Hosp/Sx: Breast implants 1996
Fx: (R) index finger 14 y/a Allergies: penicillin, Advil Metal in body ( )Y ( )N
PAST CHIRO TX: Social Hx: cobalt, ice skating, racquetball
Alcohol: ( )Yes (✓)No ( )Social Smoke( )Yes (✓)No ( amt )
Height: 5'4" Weight: 133 BP:
Pulse: Resp: Temp:

---

PATIENT NAME: Haueta Adonna DATE OF EXAM: 4/4/07

POSTURE: ( )Head Tilt ( )Head Rotation ( )Head Forwarded ( )High Shoulder ( )Anterior Pelvis ( )Antalgic Lean ( )Rounded Shoulders ( )High Ilium

VBAI (+) (-)
Cervical Manipulation
Contraindicated ( )Y ( )N

SPINAL PALPATION
CODE: E=EDEMA S=SPASM R=RESTRICTED MOTION TP=TRIGGER POINTS

| | OCC-C2 | C3-C4 | C5-C6 | C7-T1 | T2-T3 | T4-T5 | T6-T7 | T8-T9 | T10-T11 | T12-L1 | L2-L3 | L4-L5 | TRAPS | RHOMB | SI JOINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | | | | | | | | | | | | | | | |
| S | | | ✓ | | | | ✓ | | | | | ✓ | B/L | | |
| R | | ✓ | ✓ | | | | ✓ | | | | | ✓ | | | B/L |
| TP | | ✓ | | | | | ✓ | | | | | ✓ | B/L | | |

RANGE OF MOTION

| | Cerv | L/S |
|---|---|---|
| Flexion | 50 | 60 |
| Extension | 60 | 25 |
| (L)Bending | 45 | 25 |
| (R)Bending | 45 | 25 |
| (L)Rotation | 80 | 45 |
| (R)Rotation | 80 | 45 |

Cervical Orthopedic Tests:

| | Left | Right |
|---|---|---|
| Foraminal Compression | + | + |
| Maximal Compression | | |
| Distraction | | |
| Soto-Hall | | |
| Valsalva | (+) | (-) |
| Bakody | (+) | (-) |
| Finger/Hand/Finger | (+) | (-) |

Lumbar Orthopedic Tests:

| | Left | Right |
|---|---|---|
| Yeoman's/Ely's | + | + |
| SLR | 60 | 60 |
| Braggard's | + | + |
| Kemp's | + | + |
| Bechterew's | + | + |
| Milgram's | (+) | (-) |
| Lindner's | (+) | (-) |

| Shoulder Tests | Left | Right |
|---|---|---|
| Palpatory Findings | (I) (S) | (I) (S) |
| Abnormal ROM | | |
| Codman's | | |
| Apley's | | |
| Yergason's | | |
| Dawbarn's | | |
| Speed's | | |

| TOS Tests | Left | Right |
|---|---|---|
| Wright's | | |
| Adson's | | |
| Eden's | | |
| Scalenes | | |
| Pec Minor | | |

| Knee Tests | Left | Right |
|---|---|---|
| Palpatory Findings | (I) (S) | (I) (S) |
| Abnormal ROM | | |
| McMurray's | | |
| Apley's Comp | | |
| Apley's Distraction | | |
| Valgus / Varus | | |
| A-P / P-A Drawer | | |

| MOTOR | Left | Right |
|---|---|---|
| Shoulder Abd (C5) | 5 | 5 |
| Wrist Ext (C6) | | |
| Wrist Fx (C7) | | |
| Fingers Fx (C8) | | |
| Hand Int (T1) | | |
| Hip Fx (L1-L2) | | |
| Knee Ext (L3-L4) | | |
| Heel Walk (L5) | | |
| Toe Walk (S1) | | |

| REFLEXES | Left | Right |
|---|---|---|
| Biceps (C5) | 2 | 2 |
| Brachi (C6) | | |
| Triceps (C7) | | |
| Patellar (L4) | | |
| Achilles (S1) | | |
| Babinski | | |
| 128 Tuning Fork | | |
| Grip in lbs force | | |

| SENSORY | Left | Right |
|---|---|---|
| C5 | [illegible] | [illegible] |
| C6 | | |
| C7 | | |
| C8 | | |
| T1 | | |
| L4 | hypo | [illegible] |
| L5 | | |
| S1 | | |

CASE MANAGEMENT:
Xrays: C/S T/S L/S ext
Providers: Int Neur Orth Acu Dent Psych
PM&R Pain mgt

MRI(if pt fails to respond) C/S T/S L/S ext
Rx SUPPLIES for pain/inflam/support: C-pillow L/S brace Tens/EMS Heat Ice Massager
Ortho seat other:

DR. ______ KOLBER CHIROPRACTIC P.C.

PATIENT NAME: Fanetta Adorno DATE OF EAXM: 4, 4, 07

OTHER EXAM FINDINGS:

TREATMENT PLAN: office visits at a frequency of 3 x 6-8 weeks Techniques/Modalities: Flexion Distraction Full Spine Ischemic compression PIR stretching DTS Spinal Decompression 15min Heat/Ice 20/50/cont Ultrasound Low volt surge/tet ___ min Spinal MUA Manual Cerv Traction other ______ Rehab Exercises: cervical bends/isometrics 2x x 10 secs Body Blade ___ x ___ Cat/camel 2x x 10 secs L/S bridges 2x x 10 secs L/S exten 2x x 10 secs ExBike ___ mins SI stretches 2x x 10 secs AB crunches ___ x ___ secs Knee/chest 2x x 10 secs core strengthening Balance training Posture pump ___ x ___ other ______

CHIROPRACTIC ASSESSMENT

**CERVICAL**
839.0 CERV SUBLUXATION
723.1 CERVICALGIA
847.0 CERV SPR/STR
723.2 CERVICOCRANIAL SYND
723.3 CERVICOBRACHIAL SYND
728.85 CERV SPASM
729.1 CERV MYOFASCITIS
723.4 CERV RADICULITIS
723.5 TORTICOLLIS
737 LKYPHOTIC CURVE
722.0 DISC DISPLACEMENT/HNP
524.6 TMJ SYND
353.0 THORACIC OUTLET SYND
738.4 SPONDYLOLISTHESIS
805.4 COMPRESSION FX
310.2 POST CONCUSSION SYNDROME
784.0 TENSION H/A
723.8 CERVICAL FACET SYNDROME
723.0 CERVICAL SPINAL STENOSIS
721.0 CERVICAL ARTHROPATHY
386.0 CERVICOGENIC VERTIGO
OTHER: ______

**THORACIC**
839.2 THOR SUBLUXATION COMPLEXES
729.1 THOR MYOFASCITIS
847.1 THOR SPR/STR
353.8 INTERCOSTAL NEURITIS
722.11 DISC DISPLACEMENT/HNP
724.4 THORACIC RADICULITIS
737.30 SCOLIOSIS
848.3 INTERCOSTAL STR
805.4 COMPRESSION FX
728.85 THOR SPASM
OTHER: ______

**EXTREMITIES**
726.10 ROTATOR CUFF/IMPINGEMENT
726.31 MED EPICONDYLITIS
726.32 LAT EPICONDYLITIS
840.0 SHOULDER SPR/STR
844.9 KNEE SPR/STR
845.00 ANKLE SPR/STR
719.4 PAIN IN JOINT
354.0 CARPAL TUNNEL SYNDROME
OTHER:

**LUMBO-SACRAL/ SI**
839.3 L/S/SI SUBLUXATION COMPLEXES
839.5 PELV SUBLUXATION COMPLEXES
722.1 DISC DISPLACEMENT/HNP
724.3 SCIATICA
724.8 FACET SYND
756.10 FACET TROPISM
738.4 SPONDYLOLISTHESIS
722.13 LUMB DISC SYNDROME
847.2 LUM SPR/STR
846.1 SI SPR/STR
728.85 LUM SPASM
729.1 LUM MYOFASCITIS
737.10 KYPHOTIC CURVE
805.4 COMPRESSION FX
724.4 LUM RADICULITIS
737.30 SCOLIOSIS
724.2 LUMBAGO
721.3 LUMBAR ARTHROPATHY
724.02 LUMBAR SPINAL STENOSIS
719.48 SACROILIAC JOINT PAIN
355.0 PIRIFORMIS SYNDROME
782.0 PARESTHESIA LOWER EXTREM
OTHER: ______

TREATMENT GOALS: 9ws
- 1.Decrease acute pain/ Manage chronic pain
- 2.Decrease inflammation
- 3.Decrease muscle spasm/adhesions
- 4.Increase local/global ranges of motion
- 5.Reduce segmental dysfunction/ Articular adhesions
- 6.Promote spinal strength and stability
- 7.Correct postural deficit
- 8.Improve movement patterns/neuromuscular reeducation
- 9.Reduce intervertebral disc pressure/ compression
- 10.Return to work/ social activities ______

**XCALIBUR CHIROPRACTIC TREATMENT RECORD**

Working /Not working Partial/ Total Disability Permanent/Temporary Board Auth

PATIENT NAME: Fanetta Adorno DOA: 2/14/07

DATE: 4/4/07 SIGNATURE: ______ TXs: 99203

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical PNS ___ | H Sh Arm ___ | Cervical SER | Referral ___ | Occ L R C1 L R |
| U Thoracic PNS ___ | Rib ___ | U Thoracic SER | Cerv exercises ___ | Cerv L R |
| L Thoracic PNS ___ | Rib ___ | L Thoracic SER | Lumb exercises ___ | U Thoracic L R ant |
| L/S PNS ___ | B, Thigh, Ank ___ | L/S SER | Adv Dx imaging ___ | L Thoracic L R ant |
| | | Trap/gl/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN / LROM ↓ WNL PAIN | | Soft Tissue: PIR, TRP TX, F/D+circ |

Doctor ______ Copay ______ Other Tx ______

DATE: 4/13/07 SIGNATURE: Eldena Flaud TXs: 99213

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical PNS | H Sh Arm ___ | Cervical SER | Referral ___ | Occ L R C1 L R |
| U Thoracic PNS | Rib ___ | U Thoracic SER | Cerv exercises ___ | Cerv L R |
| L Thoracic PNS | Rib ___ | L Thoracic SER | Lumb exercises ___ | U Thoracic L R ant |
| L/S PNS | B, Thigh, Ank ___ | L/S SER | Adv Dx imaging ___ | L Thoracic L R ant |
| | | Trap/gl/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN / LROM ↓ WNL PAIN | | Soft Tissue: PIR, TRP TX, F/D+circ |

Doctor ______ Copay ______ Other Tx ______

DATE: 4/13/07 SIGNATURE: Eldena Flaud TXs: 99213

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical PNS | H Sh Arm ___ | Cervical SER | Referral ___ | Occ L R C1 L R |
| U Thoracic PNS | Rib ___ | U Thoracic SER | Cerv exercises ___ | Cerv L R |
| L Thoracic PNS | Rib ___ | L Thoracic SER | Lumb exercises ___ | U Thoracic L R ant |
| L/S PNS | B, Thigh, Ank ___ | L/S SER | Adv Dx imaging ___ | L Thoracic L R ant |
| | | Trap/gl/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN / LROM ↓ WNL PAIN | | Soft Tissue: PIR, TRP TX, F/D+circ |

Doctor ______ Copay ______ OtherTx ______

DATE: 4/20/07 SIGNATURE: Eldena Flaud TXs: 99213

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical PNS | H Sh Arm ___ | Cervical SER | Referral ___ | Occ L R C1 L R |
| U Thoracic PNS | Rib ___ | U Thoracic SER | Cerv exercises ___ | Cerv L R |
| L Thoracic PNS | Rib ___ | L Thoracic SER | Lumb exercises ___ | U Thoracic L R ant |
| L/S PNS | B, Thigh, Ank ___ | L/S SER | Adv Dx imaging ___ | L Thoracic L R ant |
| | | Trap/gl/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN / LROM ↓ WNL PAIN | | Soft Tissue: PIR, TRP TX, F/D+circ |

Doctor ______ Copay ______ OtherTx ______

MODALITY CODES: *HMP-97010 heat icepack TrPTX-97140 manual therapy E-stim-97014 electric stim US-97035 ultrasound TRAX-97012 mech traction EXER-97110 therapeutic exercise, 15 min PP-97112 posture pump/NM reeducation ADL-97535 activities of Daily Living THER-97530 therapeutic procedures*
EQUIPMENT CODES: *MLDBRC-K0638 molded L/S brace ORTH-L3250 custom foot orthotics PILLOW-E0190*
EXAM/ADJUSTMENT CODES: *INIT-99203 initial exam REEVAL-99214 reeval ADJ-98941/0 adjustment OV-99213 F/WC visit CROM-95851 cervical ROM LROM-95851 lumbar ROM NIOSH-97750 lift exam, 30 min MUJA-22505 MUA*

## PHYSICAL THERAPY NOTES
**Westchester Medical Care, P.C.**

Name: Adonna Formeta Date of Accident 2/14/07
Insurance: NF WC PVT LIEN other: ____
Diagnosis: ____

Date: 4/5/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O. Tenderness, muscle spasm, swelling, redness, limitation of motion other: ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
A: Tolerated treatment well
__ Slowly responding to treatment Other: ____
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__ Paraffin Bath __ Myofascial Release 97140 __cold laser 97039
PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 4/11/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O. Tenderness, muscle spasm, swelling, redness, limitation of motion other: ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
A: Tolerated treatment well
__ Slowly responding to treatment Other: ____
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 Massage97124 __Ultrasound 97035
Paraffin Bath __ Myofascial Release 97140 __cold laser 97039
PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 4/12/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other, ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
A: Tolerated treatment well
__ Slowly responding to treatment Other: ____
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
Paraffin Bath Myofascial Release 97140 __cold laser 97039
PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 4/13/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
__ Slowly responding to treatment Other:
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__ Paraffin Bath Myofascial Release 97140 __cold laser 97039
PHYSICAL THERAPIST PATIENT'S SIGNATURE

## PHYSICAL THERAPY NOTES
**Westchester Medical Care, P.C.**

Name: Adonna Formeta Date of Accident 2/14/07
Insurance: NF WC PVT LIEN other ____
Diagnosis: ____

Date: 4/18/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O. Tenderness, muscle spasm, swelling, redness, limitation of motion other: ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
A: __ Tolerated treatment well
__ Slowly responding to treatment Other ____
__ No change in symptoms
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 Massage97124 __Ultrasound 97035
Paraffin Bath Myofascial Release 97140 __cold laser 97039
PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 4/20/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O. Tenderness, muscle spasm, swelling, redness, limitation of motion other: ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
A: Tolerated treatment well
__ Slowly responding to treatment Other ____
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 Massage97124 __Ultrasound 97035
__ Paraffin Bath Myofascial Release 97140 __cold laser 97039
PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 4/23/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O. Tenderness, muscle spasm, swelling, redness, limitation of motion other ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
A: Tolerated treatment well
__ Slowly responding to treatment Other ____
__ No change in symptoms
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
Paraffin Bath Myofascial Release 97140 cold laser 97039
PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 4/25/07
S: Pt. C/o shooting, dull aching, constant/intermittent, radiating, localized pain, tenderness, stiffness, difficulty of movement on ____ other
O. Tenderness, muscle spasm, swelling, redness, limitation of motion other ____ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ____
__ Slowly responding to treatment Other ____
__ No change in symptoms
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
Moist Heat 97010 Electrical Stim 97014 Therapeutic exercise 97110 Massage97124 Ultrasound 97035

**XCALIBUR CHIROPRACTIC TREATMENT RECORD**

Working /Not working Partial/ Total Disability Permanent/Temporary Board Auth

PATIENT NAME: Fornet Adonan DOA: 1/4/07

DATE: 4/23/07 SIGNATURE: Adona Fornet TXs: 99213

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R C1 L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S 8 | B. Thigh. Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | Pt. c/o change of color yellow/red | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR. TRP TX. F/D•cuc |

Doctor ______ Copay Blue/s Other Tx ______ EU Jul

DATE: 4/25/07 SIGNATURE: Adona Fornet TXs: 99213

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R C1 L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S 8 | B. Thigh. Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | Pain sleep | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR. TRP TX. F/D•cuc |

Doctor ______ Copay ______ OtherTx ______

DATE: 4/26/07 SIGNATURE: Adona Fornet TXs: 99213

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R C1 L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S 8 | B. Thigh. Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR. TRP TX. F/D•cuc |

Doctor ______ Copay ______ OtherTx ______

DATE: ______ SIGNATURE: ______ TXs: ______

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R C1 L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S | B. Thigh. Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR. TRP TX. F/D•cuc |

Doctor ______ Copay ______ OtherTx ______

MODALITY CODES: HMP 97010 ... TrPTX-97140 ... TRAX-97012 mech traction EXER-97110 therapeutic exercise ... PP-97012 ... ADL-97535 activities of Daily Living THER-97530 therapeutic procedures
EQUIPMENT CODES: MLDBRC-K0638 molded L S brace ORTH-L3250 custom foot orthotic; PILLOW- ...
EXAM/ADJUSTMENT CODES: INIT-99203 initial exam REEVAL-99214 reeval ADJ-98941/8 adjustment ... CROM-95851 ... LROM-95851 lumbar ... NIOSH-97750 ...

# PHYSICAL THERAPY NOTES

**Westchester Medical Care, P.C.**

Name: Adonan Fornet Date of Accident: 2/14/07
Insurance: NF WC PVT LIEN other: ______
Diagnosis: ______

Date: 4/26/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings:
A: ✓ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
✓ No change in symptoms.
P: ✓ Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
✓ Moist Heat 97010 ✓ Electrical Stim.97014 ✓ Therapeutic exercise 97110 ✓ Massage97124 __Ultrasound 97035
__ Parafin Bath __ Myofascial Release 97140 __Therapeutic Procedure 97350 ✓ Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE Adona Fornet

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings:
A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: __ Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__ Moist Heat 97010 __ Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__ Parafin Bath __ Myofascial Release 97140 __Therapeutic Procedure 97350 __Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings:
A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: __ Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__ Moist Heat 97010 __ Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__ Parafin Bath __ Myofascial Release 97140 __Therapeutic Procedure 97350 __Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other:
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings:
A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: __ Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__ Moist Heat 97010 __ Electrical Stim. 97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__ Parafin Bath __ Myofascial Release 97140 __Therapeutic Procedure 97350 __Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE

# PHYSICAL THERAPY NOTES

**Westchester Medical Care, P.C.**

Name: Adonna Frometa Date of Accident: 2/19/07
Insurance: NF WC PVT LIEN other: ______
Diagnosis: ______

Date: 4/27/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other: ______
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: Post disc surgery 4/26/07
A: Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __Therapeutic Procedure 97350 __Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 5/2/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other: ______
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______
A: Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __Therapeutic Procedure 97350 __Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: 5/3/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other: ______
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______
A: Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __Therapeutic Procedure 97350 __Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other: ______
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______
A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim. 97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __Therapeutic Procedure 97350 __Other ______

PHYSICAL THERAPIST PATIENT'S SIGNATURE

# PHYSICAL THERAPY NOTES

**Westchester Medical Care, P.C.**

Name: Frometta Adonna Date of Accident: Feb 19, 2007
Insurance: NF WC PVT LIEN other: ______
Diagnosis: ______

Date: 4/20/07
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other: ______
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______
A: Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 970395 strapping______ __others

PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other: ______
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______
A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 970395 strapping______ __Others

PHYSICAL THERAPIST PATIENT'S SIGNATURE

Date: ______
S: Pt. C/o (shooting, dull aching, constant/intermittent, radiating, localized) pain, tenderness, stiffness, difficulty of movement on ______ other: ______
O: Tenderness, muscle spasm, swelling, redness, limitation of motion other: ______ on
Cervical Lumbar Shoulder Hip Elbow Knee Wrist and Hand Ankle and foot
Other findings: ______
A: __ Tolerated treatment well
__ Slowly responding to treatment. Other: ______
__ No change in symptoms.
P: __Continue treatment __Refer for follow up exam __Discharge
Physical therapy Program
__Moist Heat 97010 __Electrical Stim.97014 __Therapeutic exercise 97110 __Massage97124 __Ultrasound 97035
__Paraffin Bath __Myofascial Release 97140 __cold laser 970395 strapping______ __Others

PHYSICAL THERAPIST PATIENT'S SIGNATURE

**XCALIBUR CHIROPRACTIC TREATMENT RECORD**

Working /Not working Partial/ Total Disability Permanent/Temporary Board Auth

PATIENT NAME: Kaneta Adlonna DOA: 1/11/07

DATE: 5/2/07 SIGNATURE: X [signature] TXs: 97213

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R CI L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S | B, Thigh, Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR, TRP TX, F/D-circ |

Doctor [signature] Copay ______ Other Tx ______

DATE: 5/3/07 SIGNATURE: X [signature] TXs: 97260

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R CI L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S | B, Thigh, Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR, TRP TX, F/D-circ |

Doctor [signature] Copay ______ Other Tx ______

DATE: ______ SIGNATURE: ______ TXs:

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R CI L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S | B, Thigh, Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR, TRP TX, F/D-circ |

Doctor ______ Copay ______ Other Tx ______

DATE: ______ SIGNATURE: ______ TXs:

| Subjective | Pain Radiation | Objective | Plan | Treatment Adjustment |
|---|---|---|---|---|
| Cervical P N S | H Sh Arm | Cervical S E R | Referral | Occ L R CI L R |
| U Thoracic P N S | Rib | U Thoracic S E R | Cerv exercises | Cerv L R |
| L Thoracic P N S | Rib | L Thoracic S E R | Lumb exercises | U Thoracic L R ant |
| L/S P N S | B, Thigh, Ank | L/S S E R | Adv Dx imaging | L Thoracic L R ant |
| | | Trap/ql/scal/occ/lev S | Work restr | L/S L R |
| Progress U I W | | CROM ↓ WNL PAIN | | Soft Tissue |
| | | LROM ↓ WNL PAIN | | PIR, TRP TX, F/D-circ |

Doctor ______ Copay ______ Other Tx ______

MODALITY CODES: HMP-97010 [illegible] TrPTX-97140 manual [illegible] ESTIM-97014 [illegible]
mechanical TRAX-97012 mech traction EXER-97110 therapeutic exercise [illegible] PP-97112 [illegible]
ADL-97535 activities of Daily Living THER-97530 therapeutic procedures
EQUIPMENT CODES: MLDBR-E0638 molded L S brace ORTH-L3250 custom foot orthotics PILLOW-[illegible]
EVAL/ADJUSTMENT CODES: INIT-99203 initial exam REEVAL-99214 reeval ADJ-98941/0 adjustment [illegible]
[illegible] CROM-95851 [illegible] LROM-95851 [illegible] NIOSH-97750 [illegible] MT14-[illegible]

RECEIPT

**MYRTLE PHARMACY INC.**
446-A MYRTLE AVE.
BROOKLYN, NY 11205
(718)237-4444

**Rx:116634** Filed:02/14/07
**FROMETA, ADONA (CC)**
448 MYRTLE AVE
BROOKLYN, NY 11205 JZB
MEMBER#

**CYCLOBENZAPRINE (YELLOW) 1**
Qty:30 50111-0563-03
No Refills
NO AUTHORIZATION REQUIRED
DR.HERNANDEZ, ELIEZER
AA1234563

**RxPrice:$22.50**

THIS IS YOUR RECEIPT. PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

TAKE 1 TABLET THREE TIMES
A DAY AS NEEDED

MAY CAUSE DROWSINESS

**CYCLOBENZAPRINE (YELLOW) for FLEXERIL**

**Common Uses For This Medicine**

This medicine is a muscle relaxant used to treat muscle spasms.

**How To Use This Medicine**

Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**Precautions While Taking This Medicine**

THIS MEDICINE MAY CAUSE drowsiness, dizziness, or blurred vision. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of other depressants or alcohol. Ask your pharmacist if you have questions about which medicines are depressants. IF YOU EXPERIENCE DRY MOUTH, use sugarless candy or gum, or melt bits of ice in your mouth. If dry mouth continues for more than 2 weeks, contact your dentist or doctor. DO NOT USE THIS MEDICINE longer than recommended by your doctor. FOR WOMEN: IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

**Possible Side Effects While Using This Medicine**

SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, fatigue, blurred vision, dry mouth, or unpleasant taste. If they continue or are bothersome, check with your doctor. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**Before Using This Medicine**

Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking a monoamine oxidase inhibitor (such as furazolidone, linezolid, moclobemide, phenelzine, procarbazine, selegiline, isocarboxazid, or tranylcypromine). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking "blood thinners" such as warfarin, certain seizure medicines (such as carbamazepine), certain blood pressure medicines (such as clonidine, guanfacine, methyldopa, or labetalol), calcium channel blockers (such as diltiazem or verapamil), certain antifungal medicine (such as terbinafine or fluconazole), certain antidepressants (such as fluoxetine, fluvoxamine, or paroxetine), certain medicines for HIV infection (such as atazanavir or ritonavir), narcotic pain medicine (such as codeine or morphine), phenothiazines (such as promethazine or thioridazine), sympathomimetics (such as albuterol or phenylephrine), thyroid hormones (such as levothyroxine), cholestyramine, cimetidine, droperidol, erythromycin, guanethidine, levodopa, lithium, mibefradil, birth control pills or tramadol. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of heart problems (such as irregular heartbeat, heart attack, or congestive heart failure) or if you have too much thyroid hormone in your blood (hyperthyroidism). Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

**Overdose**

If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include drowsiness, fast or irregular heartbeat, enlarged pupils, seizures, and loss of consciousness.

**Additional Information**

DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Copyright 2006 Wolters Kluwer Health, Inc., Patient Drug Education Database(TM). Information Expires 04/30/07. The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

SHEETED DUO-WEB STYLE A4 LABEL FORMS
Labels Manufactured By
Rx Systems, Inc. • 1-800-922-9142

MAY CAUSE DROWSINESS
MAY CAUSE DIZZINESS
THIS MEDICINE MAY CAUSE BLURRED VISION
DO NOT TAKE ALCOHOL OR NON PRESCRIPTION DRUGS WITHOUT CONSULTING YOUR DOCTOR.

MYRTLE PHARMACY INC.
444-A MYRTLE AVE., BROOKLYN, NY 11205
Phone:(718)237-4444

Rx:116634 Filed:02/14/07 Written:02/14/07
FROMETA, ADONA (CC)
448 MYRTLE AVE. BROOKLYN, NY 11205
TAKE 1 TABLET THREE TIMES
A DAY AS NEEDED
Qty:30

MAY CAUSE DROWSINESS
CYCLOBENZAPRINE (YELLOW) 10MG TAB for FLEXERIL
DR.HERNANDEZ, ELIEZER DSUP:10 JZB SFTY:Y [PUVA]
(917)405-5565
No Refills

SHEETED DUO-WEB STYLE A4 LABEL FORMS
Labels Manufactured By
Rx Systems, Inc. • 1-800-922-9142

MAY CAUSE DROWSINESS
MAY CAUSE DIZZINESS
THIS MEDICINE MAY CAUSE BLURRED VISION
DO NOT TAKE ALCOHOL OR NON PRESCRIPTION DRUGS WITHOUT CONSULTING YOUR DOCTOR.

MYRTLE PHARMACY INC.
444-A MYRTLE AVE., BROOKLYN, NY 11205
Phone:(718)237-4444

Rx:116634 Filed:02/14/07 Written:02/14/07
FROMETA, ADONA (CC)
448 MYRTLE AVE. BROOKLYN, NY 11205
TAKE 1 TABLET THREE TIMES
A DAY AS NEEDED
Qty:30

MAY CAUSE DROWSINESS
CYCLOBENZAPRINE (YELLOW) 10MG TAB for FLEXERIL
DR.HERNANDEZ, ELIEZER DSUP:10 JZB SFTY:Y [PUVA]
(917)405-5565
No Refills

