SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

= = = = = = = = = = = = = = = = = = X  Index No.: 16270-07

ADONNA FROMETA,

                    Plaintiff,

Date of Purchase:

**SUMMONS**

      -against-

Plaintiff designates
BRONX
County as place of trial
The basis of venue is:
Plaintiff's Residence
666 East 23rd Street
Bronx, NY

MARIO E. DIAZ-DIAZ, ALL AMERICAN
HAULERS RECYCLING,

                  Defendant.

= = = = = = = = = = = = = = = = = = =X

To the above named defendant(s):

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorneys within 20 days after the service of this summons exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
      May 31, 2007

                            **DINKES & SCHWITZER, P.C.**
                            BY:
                            --------------------------
                            WILLIAM R. HAMEL, ESQ.
                            Attorneys for Plaintiffs
                            Address and Telephone Number
                            112 Madison Avenue
                            New York, N.Y. 10016
                            (212) 685-7800
                            File No. SRDS07-028SP

Defendants Address:
**MARIO E. DIAZ-DIAZ**
91 Spring Street
Passaic, N.J. 07055

**ALL AMERICAN HAULERS RECYCLING.**
65 Liberty Street
Passaic, NJ 07055

*This Summons and Complaint is being Served pursuant to*
*New York State Vehicle and Traffic Law § 253*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
= = = = = = = = = = = = = = = = = = X
ADONNA FROMETA,

                     Plaintiff,

           -against-


MARIO E. DIAZ-DIAZ, ALL AMERICAN
HAULERS RECYCLING,

                    Defendants.
= = = = = = = = = = = = = = = = = = X

Date of Purchase:
Index No.:
**VERIFIED COMPLAINT**

      Plaintiff, **ADONNA FROMETA**, by his attorneys, DINKES & SCHWITZER, P.C., complaining of the defendant herein, respectfully shows to this court and alleges as follows:


      1.    That at all times hereinafter alleged, the plaintiff, **ADONNA FROMETA**, was a resident of the County of Bronx, City and State of New York.


      2.    That at all times hereinafter alleged, **ADONNA FROMETA**, operated a motor vehicle bearing New York registration number DMF4956.


      3.    That at all times hereinafter alleged, **ADONNA FROMETA**, owned a motor vehicle bearing New York registration number DMF4956.


      4.    That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALL AMERICAN HAULERS**

RECYCLING., was and still is a domestic corporation organized and existing under and by virtue of the laws of the State of New Jersey.

5.    That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALL AMERICAN HAULERS RECYCLING.,** was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New Jersey.

6.    That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALL AMERICAN HAULERS RECYCLING.,** was a company organized and existing under and by virtue of the laws of the State of New Jersey.

7.    That at all of the times hereinafter mentioned, and upon information and belief, the defendant, **ALL AMERICAN HAULERS RECYCLING.,** maintained a principal place of business in the City of Passaic and State of New Jersey.

8.    That at all times hereinafter alleged, and upon information and belief, the defendant, **ALL AMERICAN HAULERS RECYCLING.,** owned a motor vehicle bearing New Jersey registration number AJ780H.

9.    That at all the times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ,**

operated a motor vehicle bearing New Jersey registration number AJ780H.

10. That at all times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ**, maintained the motor vehicle bearing New Jersey registration number AJ780H.

11. That at all times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ**, managed the motor vehicle bearing New Jersey registration number AJ780H.

12. That at all times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ**, controlled the motor vehicle bearing New Jersey registration number AJ780H.

13. That at all times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ**, operated a motor vehicle bearing New Jersey registration number AJ780H with the knowledge, permission and consent of defendant **ALL AMERICAN HAULERS RECYCLING.**

14. That at all times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ**, maintained a motor vehicle bearing New Jersey registration number AJ780H with the knowledge, permission and consent of defendant **ALL**

**AMERICAN HAULERS RECYCLING.**

15. That at all times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ**, managed a motor vehicle bearing New Jersey registration number AJ780H with the knowledge, permission and consent of defendant **ALL AMERICAN HAULERS RECYCLING.**

16. That at all times hereinafter alleged, and upon information and belief, the defendant, **MARIO E. DIAZ-DIAZ**, controlled a motor vehicle bearing New Jersey registration number AJ780H with the knowledge, permission and consent of defendant **ALL AMERICAN HAULERS RECYCLING.**

17. That at all of the times hereinafter mentioned, East 23rd Street at or near its intersection with Lexington Avenue, in the County of New York, City and State of New York, was and still is a public highway used extensively by the public in general.

18. That on February 14, 2007, at the aforesaid location, the aforesaid motor vehicles came in contact one with the other.

19. That the aforesaid accident and injuries resulting therefrom were due solely and wholly as a result of the careless and negligent manner in which the defendants owned, operated, maintained, managed and controlled their motor vehicle without this plaintiff in any way contributing thereto.

20. That by reason of the foregoing and the negligence of the defendants, the plaintiff **ADONNA FROMETA**, was severely injured, bruised and wounded, suffered, still suffers and will continue to suffer for some time physical pain and bodily injuries and became sick, sore, lame and disabled and so remained for a considerable length of time.

21. That by reason of the foregoing, the plaintiff, **ADONNA FROMETA**, was compelled to and did necessarily require medical aid and attention, and did necessarily pay and become liable therefor for medicines and upon information and belief, the plaintiff will necessarily incur similar expenses.

22. That by reason of the foregoing, the plaintiff, **ADONNA FROMETA**, has been unable to attend to her usual occupation in the manner required.

23. That by reason of the wrongful, negligent and unlawful actions of the defendants, as aforesaid, the plaintiff, **ADONNA FROMETA**, sustained serious injuries as defined in Section 5102 (d) of the Insurance Law of the State of New York, and has sustained economic loss greater than basic economic loss as defined in Section 5102 of the said Insurance Law.

24. That one or more of the exceptions of §1602 of the Civil Practice Law and Rules applies to the within action.

25.    That as a result of the foregoing, the plaintiff, **ADONNA FROMETA**, sustained damages in an amount that exceeds the jurisdictional limits of the lower Courts.

WHEREFORE, plaintiff demands judgment against the defendant in an amount that exceeds the jurisdictional limits of the lower Courts, all together with the costs and disbursements of this action.

Dated:    New York, New York
          May 31, 2007

                              DINKES & SCHWITZER, P.C

                              BY:
                              -------------------------
                              WILLIAM R. HAMEL, ESQ.
                              Attorneys for Plaintiffs
                              112 Madison Avenue
                              New York, N.Y. 10016
                              (212) 685-7800
                              File No.: SRDS07-028SP

STATE OF NEW YORK   )
                    ) ss
COUNTY OF NEW YORK )


I, the undersigned, an attorney admitted to practice in the courts
of New York State, state under penalty of perjury that I am one of
the attorneys for the plaintiff(s) in the within action; I have
read the foregoing **SUMMONS AND COMPLAINT** and know the contents
thereof; the same is true to my own knowledge, except as to the
matters therein stated to be alleged on information and belief,
and as to those matters I believe to be true.   The reason this
verification is made by me and not by my client(s), is that my
client(s) are not presently in the County where I maintain my
offices.   The grounds of my belief as to all matters not stated
upon my own knowledge are the materials in my file and the
investigations conducted by my office.

Dated: New York, New York
       May 31, 2007

_____
WILLIAM R. HAMEL

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
==========================================
ADONNA FROMETA,

                    Plaintiff,

          -against-

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS RECYCLING.
and MONROE BUS SERVICE, INC.

                    Defendant.
==========================================

          SUMMONS AND VERIFIED COMPLAINT

==========================================

              DINKES & SCHWITZER, P.C.

            Attorneys for Plaintiffs

    Office and Post Office Address, Telephone

              112 MADISON AVENUE

            NEW YORK, N.Y. 10016

              (212) 687-9800

            Our File:SRDS07-028SP

JUN 1 5 2007

AUG 2 1 2007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Case 1:07-cv-06372-HB-MHD   Document 15-3   Filed 04/07/2008   Page 11 of 25
Attorney: BINKES & SCHWITZER, ESQS.

ADONNA FROMETA,

Plaintiff(s)

- against -

MARIO E. DIAZ-DIAZ, ETANO

Defendant(s)

The papers served bore the index # and date of filing.

Index # 16270/07

Purchased June 13, 2007
File # SRDS07-028SP

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 22, 2007 at 01:00 PM at

SECRETARY OF STATE
123 WILLIAM STREET, 19TH FLOOR
NEW YORK, NY 10038

deponent served the within SUMMONS & VERIFIED COMPLAINT on MARIO E. DIAZ-DIAZ therein named,

**SECRETARY OF STATE** By service upon the N.Y.S. Secretary of State under Section 253 of the Vehicle and Traffic Law by delivering to L. POWELL, LEGAL CLERK, AUTHORIZED to accept thereof, and tendering the required fee of $10.00.

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

91 SPRING STREET
PASSAIC, NJ 07055

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 29, 2007 by CERTIFIED MAIL-RETURN RECEIPT REQUESTED RECEIPT # 0000 2970 6765 in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|-----------|--------------|-----------------|-----------------|
| FEMALE | BROWN | BROWN | 35 | 5'9 | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 29, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**ANDERSON CHAN**
License #: 1220482
Invoice #: 442058

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728



**(212) 619-0728**

**FAX: (212) 619-2288**

**UNITED PROCESS SERVICE, INC.**

THIRD FLOOR
315 BROADWAY
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com

Web: www.unitedprocess.com

| | |
|---|---|
| Date Received | 06/08/07 |

DINKES & SCHWITZER, ESQS.
112 MADISON AVENUE
NEW YORK, NY 10016
ATTN: ATHENIA A. GRANT

Client Code 48
(212) 683-3800

**ANDERSON CHAN**

Index # 16270/07

File #        SRDS07-028SP

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

| | |
|---|---|
| **Invoice #** | **442058** |
| Date Purchased | 06/13/07 |
| 120 Day | 10/11/07 |

Plaintiff:  ADONNA FROMETA

Defendant:  MARIO E. DIAZ-DIAZ, ETANO

*FILED JUL 10 2007*

Copies                        Yes

Recipient(s):

1) MARIO E.  DIAZ-DIAZ                    SUMMONS & VERIFIED COMPLAINT

Location: Home:  91 SPRING STREET
                         PASSAIC, NJ 07055

Add. Address:    SECRETARY OF STATE
                          123 WILLIAM STREET
                          19TH FLOOR
                          NEW YORK, NY 10038

SERVED  Date: _6/22_  Time: _1300_  Serve Sec'y of State_____  Adv. Fee_____  Att. Sending_____

New Address_____

Served on: _L. Powell_____  Title/Relationship_____

Desc: Sex: _F_ Skin Color _Br_ Hair Color _Br_ Approx Age _35_ Height _5'9_ Weight _130_

Remarks:    **SERVE BY 06/28/07**
**UNITED PAID $10**
**PURCHASE INDEX # ATTORNEY PAID $210. FILE IN COURT.**  _0000  2970  6765_

UNITED ~~PLEASE~~ FILE(D)
THE AFFIDAVIT OF SERVICE...
AFFIDAVIT OF COMPLIANCE WILL FOLLOW

**REASON FOR RETURN**
UNKNOWN____ MOVED_____  NEED APARTMENT #_____
NO SUCH NUMBER_____ NO LONGER EMPLOYED_____
HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____

**POSTAL SEARCH**
NO CHANGE OF ADD____ UNKNOWN AT ADDRESS GIVEN____
MOVED,NO FWD ADD____ FORWARDING ORDER EXPIRED____

**MOTOR VEHICLE SEARCH**
D.O.B, VIN OR PLATE #_____
NO HIT_____ SAME ADDRESS_____ NEW ADDRESS_____

CODE _B_ CHARGE _37_ CODE _M_ CHARGE _7.38_
CODE _F_ CHARGE _10_ CODE____ CHARGE_____
CODE _PIN_ CHARGE _20_ CODE____ CHARGE_____
CODE _FA_ CHARGE _10_ CODE____ CHARGE_____

**DO NOT PAY FROM THIS INVOICE.  A STATEMENT WILL FOLLOW**

UNITED PLEASE FILE(D)
THE AFFIDAVIT OF SERVICE...
AFFIDAVIT OF COMPLIANCE WILL FOLLOW

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL US

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

NEW YORK NY 10001
JUN 29
Postmark Here

MARIO E. DIAZ-DIAZ
91 SPRING STREET
PASSAIC, NJ 07055

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

Bronx County Clerks Office
651 Grand Concourse
Bronx, NY 10451

------------------------------------------------

| | |
|---|---|
| Department: | LAW |
| Transaction No | 1025200 |
| Plaintiff | ADONNA FROME |
| Defendant | MARIO E. DIAZ-DI |
| IndexNo | 16270-2007 |
| Type: | R |

------------

| | |
|---|---|
| Amount Due: | $210.00 |
| amount Rcvd | $210.00 |
| Change Due: | $0.00 |

| | |
|---|---|
| Date: | 06/13/0 |
| Time: | 12:52 PM |

Bronx County Clerk's Office
851 Grand Concourse
Bronx, NY 10451

| | |
|---|---|
| Department: | LAW |
| Transaction No: | 1026[illegible]00 |
| Plaintiff: | ADONNA [illegible] |
| Defendant: | MARIO E DIA[illegible] |
| Index No: | 1025[illegible] |
| Type: | R |

| | |
|---|---|
| Amount Due: | $210.00 |
| Amount Recvd: | $210.00 |
| Change Due: | $0.00 |

Date: 06/[illegible]
Time: 12:[illegible] PM

# Dinkes & Schwitzer, P.C.

ATTORNEYS-AT-LAW

112 Madison Avenue • New York, N.Y. 10016 • 212/685-7800

WILLIAM SCHWITZER

WILLIAM R. HAMEL
BETH M. DIAMOND

LEIGH W. BERNSTEIN
JASON L. PARIS
ANDREA M. ARRGO
JAMES F. GOODING
SOUREN A. ISRAELYAN
ANTHONY P. FORGIONE
BRIANA M. SERRA
ARI M. GROSS
NAOMI J. SKURA
SLAWOMIR W. PLATTA

WILLIAM DINKES
OF COUNSEL

ROBERT H. WEISS
OF COUNSEL

RAUL P. MERUELO
OF COUNSEL

NATHAN DINKES
(1910-1993)

FAX: 212/685-2356

442058
59

6/8/07

May 31, 2007

UNITED PROCESS SERVICE
315 Broadway, St. # 3F
New York, NY 10007

Re: FROMETA v. DIAZ-DIAZ
File No.: SRDS07-028SP

Attn: Mike Smith

Enclosed please find a check in the sum of $210.00 made payable to the Clerk of the Court, Bronx County and an original and 5 copies the Summons and Complaint in the above referenced matter. Kindly purchase an index number at Supreme Court; affix the index number to the original and all copies of the Summons and Complaint; file the original with the Clerk of the Court; serve the Summons and Complaint upon all defendants; file the original affidavit of service with the Clerk of the Court; please have one of the copies S&C stamped and returned to me and forward a copy of the affidavit of service and your bill for services rendered to the undersigned at your earliest convenience.

Thank you for your courtesies herein.

Very truly yours,

ATHENIA A. GRANT
Paralegal

Encl.

SUPREME COURT OF THE STATE OF NEW YORK · ·
COUNTY OF BRONX

ADONNA FROMETA

Plaintiff(s)

- against -

MARIO E. DIAZ-DIAZ, ETANO

Defendant(s)

Index # 16270/07
Invoice Number: 442058
File # :SRDS07-028SP

Notice Pursuant
to Section 253
of the Vehicle
& Traffic Law
of the State of
New York

Please take notice that a copy of the within summons and complaint along with the statutory fee of $10 was served upon the Secretary of State of New York pursuant to Section 253 of the Vehicle and Traffic Law on June 22, 2007 at the office at 123 William Street, New York, New York 10038.

Dated  June 29, 2007
New York, New York

DINKES & SCHWITZER, ESQS.
112 MADISON AVENUE
NEW YORK, NY 10016
ATTORNEY FOR PLAINTIFF
(212) 683-3800

United
CK-160

*Receipt, Summons Service (Vehicle)*

DEPARTMENT OF STATE    M  213300

Fee paid for service under:  ☑ § 253 Veh. & Tr. Law    ☐ § 74 Nav. Law
                             ☐ § 254 Veh. & Tr. Law    ☐ § 250 G.B. Law (Air)

DATE
6-22-07

**V** Received (☐ cash ☑ other) the sum of TEN DOLLARS ($10)        To be refunded $ _____

**E** for summons served against ___Mario E. Diaz-Diaz___

**H** in the case of ___Adonna Frometa___ (Plaintiff) vs. ___Mario E. Diaz-Diaz___ (First) (Defendant)

**I** in ___Supreme___ Court, County of ___Bronx___

**C**                    NAME OF PLAINTIFF'S ATTORNEY

**L** Dinkes & Schwitzer PC

**E** 112 Madison Avenue                    STATE OF NEW YORK
                                           Secretary of State

New York   NY   10016            By ___L. Powell___

DOS-655 (Rev. 7/91)

ADONNA FROMETA

                                                    Plaintiff(s)

                    - against -

MARIO E. DIAZ-DIAZ, ETANO

                                                    Defendant(s)

The papers served bore the index # and date of filing.

Index # 16270/07

Purchased June 13, 2007
File # SRDS07-028SP

**AFFIDAVIT OF COMPLIANCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 22, 2007 at 01:00 PM at

SECRETARY OF STATE
123 WILLIAM STREET, 19TH FLOOR
NEW YORK, NY 10038
deponent served the within SUMMONS & VERIFIED COMPLAINT on MARIO E. DIAZ-DIAZ therein named.

**SECRETARY** By service upon the N.Y.S. Secretary of State under Section 253 of the Vehicle and Traffic Law by delivering to L.
**OF STATE** POWELL, LEGAL CLERK, AUTHORIZED to accept thereof, and tendering the required fee of $10.00.

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

91 SPRING STREET
PASSAIC, NJ 07055

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 29, 2007 by CERTIFIED MAIL-RETURN RECEIPT REQUESTED RECEIPT # 0000 2970 6765 in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | BROWN | BROWN | 35 | 5'9 | 130 |

RETURN RECEIPT RETURNED SIGNED BY MARIO DIAZ

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 10, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4957428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**ANDERSON CHAN**
License #: 1220482
Invoice #: 442058

UNITED PROCESS SERVICE, INC, 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

(212) 619-0728     **UNITED**

FAX: (212) 619-2288

ited process.com

ed process.com

NEV

06/08/07

DINKES & SCHWITZER, ESQS.             IDERSON CHAN

112 MADISON AVENUE

NEW YORK, NY 10016                  Index # 16270/07

ATTN: ATHENIA A. GRANT            SRDS07-028SP

SUPREME COURT OF THE STATE OF NEW Y                       **442058**

COUNTY OF BRONX          MARIO E. DIAZ-DIAZ            06/13/07

                      91 SPRING STREET           10/11/07

                      PASSAIC, NJ 07055

Plaintiff:   ADONNA FROMETA

Defendant:   MARIO E. DIAZ-DIAZ, ETANO

                                       Copies                  Yes

**FILED** JUL 1 7 2007

Recipient(s):

1) MARIO E. DIAZ-DIAZ            SUMMONS & VERIFIED COMPLAINT

Location: Home: 91 SPRING STREET

                 PASSAIC, NJ 07055

Add. Address:    SECRETARY OF STATE

                123 WILLIAM STREET

                19TH FLOOR

                NEW YORK, NY 10038

SERVED   Date: _6/22_   Time: _1300_   Serve Sec'y of State_____   Adv. Fee_____   Att. Sending_____

New Address _____

Served on: _L. Powell_                Title/Relationship_____

Desc: Sex: _F_ Skin Color _Br_ Hair Color _Br_ Approx Age _35_ Height _5'9_ Weight _130_

Remarks:   **SERVE BY 06/28/07**

          **UNITED PAID $10**

          **PURCHASE INDEX # ATTORNEY PAID $210. FILE IN COURT.**   0000 2970 6765

**REASON FOR RETURN**

UNKNOWN____ MOVED_____ NEED APARTMENT #_____

NO SUCH NUMBER_____ NO LONGER EMPLOYED_____

HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____

**POSTAL SEARCH**

NO CHANGE OF ADD____ UNKNOWN AT ADDRESS GIVEN____    CODE__B__ CHARGE_19_ CODE_____ CHARGE_____

MOVED,NO FWD ADD____ FORWARDING ORDER EXPIRED____    CODE__F__ CHARGE_10_ CODE_____ CHARGE_____

**MOTOR VEHICLE SEARCH**

D.O.B, VIN OR PLATE #_____    CODE_____ CHARGE_____ CODE_____ CHARGE_____

NO HIT_____ SAME ADDRESS_____ NEW ADDRESS_____    CODE_____ CHARGE_____ CODE_____ CHARGE_____

                               DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

---

**U.S. Postal Service**™

**CERTIFIED MAIL RECEIPT**

(Domestic Mail Only; No Insurance Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL

Postage   $   .58

Certified Fee   2.65

Return Receipt Fee
(Endorsement Required)   2.15

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $ 5.38

0000 2970 6765
7007 0220

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARIO E. DIAZ-DIAZ
91 SPRING STREET
PASSAIC, NJ 07055

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7007 0220 0000 2470 6765

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540