UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ADONNA FROMETA,                                          :     **Civil Action No.:  07-CV-6372**
                                                          :
                Plaintiff,                    :
                                                          :
    -against-                                         :     **RESPONSE TO PLAINTIFF'S**
                                                          :     **DEMAND FOR**
                                                          :     **INTERROGATORIES**
MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS           :
RECYCLING,                                                :
                                                          :
             Defendants.                :
------------------------------------------------------------------------ x

S I R S:

      Defendants MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS RECYCLING.,

hereby provides the following response to plaintiff's demand dated September 18, 2007, upon

information and belief:

      1. n/a.

      2. n/a.

      3. n/a.

      4. n/a

      5. n/a

      6. The acts and/or omissions constituting the negligence on the part of the plaintiff
include her failure to wear seatbelt, failure to be aware of any alleged dangerous or hazardous
conditions with respect to the roadway; assumption of all dangers and risks incident and inherent
to the situation, or that should have been apparent or observed by a reasonably prudent person
under the circumstances as they existed at the time; failing and neglecting to take the necessary
precautions to avoid and guard against the happening of the accident; acting carelessly and
recklessly without regard to her own physical safety; failing to take heed of the open and obvious
roadway conditions of which she was aware or should have been aware; failing to conduct
herself as a reasonable person under the same circumstances; approaching and encountering a
situation known by her to be, or what should have been known to be, a danger resulting in the
incident alleged; failing to avoid placing herself in a position of danger; and otherwise driving in
a careless and reckless manner; failing to property signal before changing lanes, failing to
properly change lanes; failure to travel at a reasonable speed given the weather conditions;
failing to adhere to the rules of the road; failing to bring her vehicle to a stop at a reasonable

speed; stopping her vehicle in a manner that was reasonable given the weather conditions; and in failing to properly control her vehicle in a reasonably prudent matter given the weather conditions and visibility conditions.

7. Upon information and belief, the accident occurred on February 14, 2007 between 4:00 am and 5 am.

8. It will be claimed that plaintiff's negligence contributed entirely and solely to the accident and resulting injuries.

9. Upon information and belief, plaintiff's negligence was committed solely by plaintiff.

10. See number 6.  It will be alleged that plaintiff's negligent acts and/or omissions caused, initiated, continued and contributed to plaintiff injuries entirely.

11. At this time defendants are unaware of any other persons or vehicles involved in this accident, however defendant reserves the right to supplement this response after the completion of depositions.

12. See number 8.

13. Defendants are unaware of any witnesses known besides those parties involved in the motor vehicle accident.

14. Defendants are not in possession of any statements made by plaintiff resulting from the February 14, 2007 accident.

15. Defendants are unaware of any accident report prepared in the usual course of business by defendant with respect to the subject incident.

16. Defendants were insured through Carolina Casualty Insurance Company under policy number CTP 343830 in the amount of $1,000,000.  A copy of the policy will follow under separate cover.

17. See number 16.

18. Defendants are unaware of any excess insurance policies covering the subject date of loss.

19. Not applicable as the subject accident occurred February 14, 2007.

20. Objection improper request for interrogatories.

21. At this time defendant has not retained any experts.   We reserve the right to supplement this response

22. Upon information and belief there was minor damage to the front of defendant's vehicle, however defendants are unaware of any repairs or estimates being generated as a result of this accident.

1. None known to exist at this time.

2. None known to exist at this time.

3. None known to exist at this time.

4. None known to exist at this time.

5. None known to exist at this time.

6. None known to exist besides those protected by Attorney Client Privilege.

7. See number 6.

8. None known to exist outside of the Attorney Client Privilege.

9. At this time defendant has not retained any experts.  We reserve the right to supplement this response.

10. Defendants will provide a copy of the primary insurance police under separate cover.

11. See number 10.

12. None known to exist.

13. Not applicable as the subject accident occurred on February 14, 2007.

14. Enclosed as Exhibit "A" is a copy of the property damage estimate and corresponding documents relating to the property damage claim plaintiff submitted to Government Employees Insurance Company.

15. Defendants are unable to locate any maintenance or repair records for the subject vehicle, as the company All American Haulers is no longer in business.

16. None known to exist.

17. See number 16.

18. None known to exist.

19. See number 18.

20. See number 18.

21. Enclosed as Exhibit "B".

3022583.1

22. None known to exist.

       This is a continuing response of disclosure.  If and when further information is obtained by this defendant, defendant reserves the right to supplement this response.

Dated: New York, New York
       November 1, 2007

                       Yours, etc.

             WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

               By: _____
                   John A. Hsu (JH-6425)
                   Attorneys for Defendants
                   150 East 42nd Street
                   New York, New York 10017-5639
                   (212) 490-3000
                   File No01502.00009

TO:

Slawek W. Platta, PLLC
Attorneys for Plaintiff
42 Broadway, Suite 1927
New York, New York 10004

8/08/2007 MON 12:04  FAX  GEICO @001/019


**GEICO DIRECT**

■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company



Regional Office:
750 Woodbury Road ■ Woodbury, NY 11797-2589
Tel: 1-800-645-7550 x 5881
Fax: 516-213-6418

TO: _John Shue_____ _____

FROM:  Jamie Fritz

FAX # _212-490-3038_____ _____

DATE: _10/8____ _____

YOUR CLAIM # _____ _____ __

GEICO CLAIM # _____ _____ _____

TOTAL # OF PAGES TO FOLLOW (INCLUDING COVER SHEET) 18 20

COMMENTS: _Please see attached_

_____ _____

_____ _Jamie_ _____

_____ _____

_____ _____

CLAIM PAYMENT SCREEN                    REVERSE

___CLAIM_#___        __LO___       ADJR    __TIME___    FCO    _IRS_FIELD_    _ISSUED_
0293057720101027      02 14 07     AAW7    19515069     04     11-2788585      03 07 07

_CHECK_# TYP ID CO     CHECK_AMT    FEAT__C_S__AMT_____EXP FEAT__C_S__AMT_____E
080601200 A  LP 06        695.07    01COL    Y       695.07

_____CLAIMANT_____
ADONNA FROMETA                         USER ID
                                       U77G09

_____INSURED_____ _AG_ _ONP_  _TYPE_        _____IN_PAYMENT_OF
ADONNA FROMETA                         N                COLLISION COVERAGE
                                                        SUPPLEMENT-DTP ATTACHED
PAY_TO   ADONNA FROMETA                                 CB61
         & METRO AUTO BODY INC

                                                        _____ENCLOSURE _____
                                                        P=POLICE REP   F=FORM LETTER
MAIL_TO METRO AUTO BODY                                 C=CORRESPOND   L=PROOF/LOSS
96-14 NORTHERN BLVD                                     M=MISC.        I=INVOICES
CORONA NY 11368                                         R=RELEASES     D=DEMAND PRNT
                                                        VECTORING TRAN: CLIQ
                                                          KEY: 0293057720101027 01COI

CLAIM PAYMENT SCREEN                        REVERSE

___CLAIM_#___      __LOC__   ADJR   __TIME__   FCC   _IRS_FIELD_   _ISSUED_
0293057720101027   02 14 07   AAW7   18090879   04   11-2788585   02 22 07

_CHECK_# TYP ID CO   CHECK_AMT FEAT__C_S__AMT_____EXP FEAT__C_S__AMT_____EX
080448426 A  LP 06     7176.96  01COL   Y    7176.96

_____CLAIMANT_____
ADONNA FROMETA                      USER ID
                                    U77G09

_____INSURED_____  _AG_ _ONP_  _TYPE_     _____IN_PAYMENT_OF
ADONNA FROMETA              N                     COLLISION COVERAGE
                                                  CB61

PAY_TO   ADONNA FROMETA
         & METRO AUTO BODY INC
                                           _____ENCLOSURE _____
                                           P=POLICE REP   F=FORM LETTER
                                           C=CORRESPOND   L=PROOF/LOSS
MAIL_TO ADONNA FROMETA                     M=MISC.        I=INVOICES
666 E 233RD ST                             R=RELEASES     D=DEMAND PRNT
BRONX, NY  10466-2837                      VECTORING TRAN: CLIQ
                                             KEY: 0293057720101027 01COL

CLAIM PAYMENT SCREEN                          REVERSE

____CLAIM_#____        __LC●__      ADJR     __TIME__      FC●    _IRS_FIELD_    _ISSUED_
0293057720101027       02 14 Q7    AAW7     21012170      04     430724835      03 12 07

_CHECK_# TYP ID CO  CHECK_AMT FEAT__C_S__AMT_____EXP FEAT__C_S__AMT_____EX
E00068706 E  LP 06.      660.00  01REN    Y        660.00

_____CLAIMANT_____
ADONNA FROMETA                        USER ID
                                      SYSTEM
_____INSURED_____ _AG_ _ONP_  _TYPE_    ____IN_PAYMENT_OF ____
ADONNA FROMETA                        RENTAL REIMBURSEMENT COVG.
                                      2485D929411
PAY_TO   ENTERPRISE RENT A CAR

                                      _____ENCLOSURE ____
                                      P=POLICE REP   F=FORM LETTER
MAIL_TO ENTERPRISE RENT A CAR         C=CORRESPOND   L=PROOF/LOSS
600 CORPORATE PARK DRIVE              M=MISC.        I=INVOICES
ST.LOUIS, MO  63105                   R=RELEASES     D=DEMAND PRNT
                                      VECTORING TRAN: CLIQ.
                                       KEY: 0293057720101027 .01REN

ARMS® - Automated Rental Management System (Patent Pending)                    Page 1 of 1

 **GEICO**

Rental Company: ENTERPRISE RENT-A-CAR
Invoice:          D929411-2485

**Bill To:**
GEICO
ATTN. MILEWSKI-RICK CB61
750 WOODBURY RD.
WOODBURY , NY 11797

**RENTER INFORMATION**
Renter:   FROMETA, ADONNA

**RENTAL INFORMATION:**
Rental Branch Location:
ENTERPRISE RENT-A-CAR (2485)
108-14 ASTORIA BLVD
EAST ELMHURST, NY 113692032
(718) 672-7631

**ADDITIONAL CLAIM INFORMATION:**
Claim Number 029305772-0101-027-01
Claim Type: Insured
Vehicle Condition: Non-Driveable
Date Of Loss: 2/14/07
Insured Name. ADONNA FROMETA
Owner's Vehicle: 2001 TOYOTA 4RUNNERS

Additional Driver:

**Repair Facility:**
METRO AUTO BODY-85
CORONA, NY 11368
(718) 639-9077

**Billing Detail:**

Rental Period: 2/15/07 to 3/8/07 (22 days)
Billed Period: 2/15/07 to 3/8/07 (22 days)

| Description | Rate: | Amount: |
|---|---|---|
| 22 DAYS @ | $30.00 | $660 00 |
| 1 SALES TAX% | %13.37 | $88 28 |
| | | |
| TOTAL CHARGES: | | $748.28 |
| Less Amount Received: | | $88 28 |
| **AMOUNT DUE..........** | | **$660.00** |

**VEHICLES RENTED**

| Effective Date and Time | Year | Make | Model | VIN | Rate Charged |
|---|---|---|---|---|---|
| 2/15/07 | 2006 | HYUN | SONA | | $30 00 |

# Rental Invoice

---

Please Return This Portion with Remittance

**Make Payment To:**
ENTERPRISE RENT-A-CAR (2499)
1550 ROUTE 23 NORTH
WAYNE, NJ 07470
Federal ID-43-1487854

Total Charges:                    $748.28
Less Amount Received:          $88.28
   Total Amount Due..................  $660.00

Please include on your check.
Invoice: D929411-2485

03/06/2007 AT 07:22 PM
45165

0293057720101027-01
0YUL12GS

GEICO
FLUSHING
VISIT US AT GEICO.COM
60-05 KISSENA BLVD

FLUSHING, NY 11355
(917)418-8127

SUPPLEMENT OF RECORD 1 WITH SUMMARY

WRITTEN BY: RICHARD MILEWSKI #IA837820 03/06/2007 07:21 PM
ADJUSTER:  AAW7 EXT: 4038 FCC:  (917)418-8127

INSURED: ADONNA FROMETA
OWNER: ADONNA FROMETA
ADDRESS: 666 E 233RD ST
         APT 1A
         BRONX, NY 10466-2837
EVENING: (718)881-3716
BUSINESS: (347)733-0855

CLAIM #0293057720101027-01
POLICY #4055614905
DATE OF LOSS: 02/14/2007 AT 12:00 AM

TYPE OF LOSS: COLLISION
POINT OF IMPACT: 6.  REAR

INSPECT
LOCATION:

REPAIR_SHOP

REPAIR METRO AUTO BODY   CB61
FACILITY: 96-14 NORTHERN BLVD
         CORONA, NY

BUSINESS: (718)639-9077
17 DAYS TO REPAIR
LICENSE # R#7034324

2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:
VIN: JT3HN86R510354949 LIC:  DMF4956   NY PROD DATE:       ODOMETER: 109486

| AIR CONDITIONING | REAR DEFOGGER | TILT WHEEL |
| CRUISE CONTROL | INTERMITTENT WIPERS | ELEC. INSTRUMENTATION |
| KEYLESS ENTRY | REAR WIPER | BODY SIDE MOLDINGS |
| DUAL MIRRORS | PRIVACY GLASS | ROOF CONSOLE |
| LUGGAGE/ROOF RACK | ELECTRIC GLASS SUNROOF | FOG LAMPS |
| CLEAR COAT PAINT | POWER STEERING | POWER BRAKES |
| POWER WINDOWS | POWER LOCKS | POWER MIRRORS |
| AM RADIO | FM RADIO | STEREO |
| CASSETTE | SEARCH/SEEK | CD PLAYER |
| ANTI-LOCK BRAKES (4) | DRIVER AIR BAG | PASSENGER AIR BAG |
| TRACTION CONTROL | CLOTH SEATS | BUCKET SEATS |
| RECLINE/LOUNGE SEATS | RUNNING BOARDS/SIDE STEPS | TRAILERING PACKAGE |
| AUTOMATIC TRANSMISSION | 4 WHEEL DRIVE | OVERDRIVE |
| ALUMINUM/ALLOY WHEELS | | |

---

| NO. | OP. | DESCRIPTION | QTY EXT. PRICE LABOR | PAINT |
|-----|-----|-------------|----------------------|-------|
| 1# | SUBL | *NO SUPPLEMENT WILL BE HONORED UNLESS AUTHORIZED BY GEICO* | 1 | |
| 2 | | REAR BUMPER | | |
| 3 | | O/H REAR BUMPER | | 1.3 |

4**    REPL RECOND FACE BAR SR5 W/SPORT PK  1    140.00    INCL.    1.2

1

03/06/2007 AT 07:22 PM
45165                                                    0293057720101027-01
                                                                  0YUL12G5

SUPPLEMENT OF RECORD 1 WITH SUMMARY
2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:

| | NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|---|
| | 5 | | ADD FOR CLEAR COAT | | | | 0.5 |
| | 6 | REPL | LT FACE BAR MOUNT BRACKET | 1 | 15.86 | INCL. | |
| | 7 | REPL | LT FACE BAR SEAL | 1 | 8.95 | INCL. | |
| | 8 | REPL | LT MOUNT ARM | 1 | 95.60 | INCL. | |
| | 9** | REPL | QUAL REPL PARTS UPPER PLATE | 1 | 106.15 | INCL. | |
| | 10** | REPL | QUAL REPL PARTS LT EXTENSION W/SPORT | * 1 * | 53.00 | INCL. | 0.5 |
| | 11** | REPL | QUAL REPL PARTS LT EXTENSION STAY | 1 | 18.46 | INCL. | |
| | 12* | REPL | LT REINFORCEMENT PROTECTOR-NOT CAPA | * 1 * | 22.55 | | |
| | 13* | REPL | REINFORCEMENT-NOT CAPA | * 1 | 77.78 | | |
| N | 14# | R&I | RR HITCH | | | 1.0 | |
| | 15 | | REAR LAMPS | | | | |
| | 16** | REPL | QUAL REPL PARTS LT TAIL LAMP ASSY | * 1 | 100.00 | 0.3 | |
| | 17* | R&I | RT TAIL LAMP ASSY | * | | 0.3 | |
| | 18 | | LIFT GATE | | | | |
| | 19* | REFN | FINISH PANEL-LKQ DIFFERENT COLOR | * * | | | 0.5* |
| N | 20* | REPL | QUAL RECY PARTS LIFT GATE +25% | 1 | 1000.00* | 1.0 | 3.3 |
| | 21 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |
| | 22 | | ADD FOR CLEAR COAT | | | | 0.6 |
| | 23 | R&I | FINISH PANEL | | | 0.4 | |
| | 24 | REPL | NAMEPLATE "TOYOTA" CHROME | 1 | 9.15 | 0.2 | |
| | 25* | R&I | GLASS TOYOTA | * | | 1.0 | |
| | 26* | R&I | NAMEPLATE "4 RUNNER"-INCL'S REGLUE[OTHERS DAMAGED] | * * | | 0.3* | |
| | 27 | REPL | NAMEPLATE "SR5" | 1 | 20.03 | 0.2 | |
| | 28 | REPL | NAMEPLATE "4WD" | 1 | 20.03 | 0.2 | |
| | 29# | RPR | PREP LKQ-ADJ TO BRETT | | | 1.0 | |
| | 30 | REPL | GATE W'STRIP | 1 | 48.10 | 0.5 | |
| | 31 | | QUARTER PANEL | | | | |
| N | 32* | REPL | QUAL RECY PARTS LT QUARTER PANEL-SEE NOTE +25% | * 1 * | 750.00* | 20.5 | 3.3 |
| | 33 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |
| | 34 | | ADD FOR CLEAR COAT | | | | 0.6 |
| | 35 | | DEDUCT FOR REAR BUMPER R&I | | | -0.8 | |
| | 36# | REPL | ADD FOR RR BODY SECTION | 1 | | 4.0 | 1.0 |
| | 37* | REPL | LT WHEEL OPNG MLDG-NOT WITH LKQ | * 1 * | 96.83 | 0.3 | |

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 38* | REPL | LT QTR TRIM ASSY -NOT WITH LKQ* | 1 | 271.42 | 0.5 | |
| 39* | REFN | FUEL DOOR-ADJ TO BRETT | * | | | |
| 40 | | ADD FOR CLEAR COAT | | | | 0.3 |
| 41* | BLND | RT QUARTER PANEL-ADJ TO BRETT | * | | | 0.1 |
| 42* | REPL | PRESSURE VENT SR5 & | * | 1 | 27.38 | 1.3 |
| | | LIMITED-NOT WITH LKQ | * | | | |
| 43 | | REAR BODY & FLOOR | | | | |

2

03/06/2007 AT 07:22 PM
45165

0293057720101027-01
0YUL12G5

SUPPLEMENT OF RECORD 1 WITH SUMMARY.
2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:

| | NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|---|
| | 44* | REPL | SILL PLATE OAK-NOT WITH LKQ | * 1 | 82 22 | 0.2 | |
| | 45# | RPR | PREP LKQ-CUT SPLICE-ADJ TO BRETT | | | 2.5 | |
| N | 46# | RPR | UNIBODY/INC SET & MEASURE-SEE NOTE | | | 7.5 | 1.0 |
| | 47# | R&I | OTHER INTERIOR TRIM-ACCESS | | | 1.5 | |
| | 48# | R&I | UNDER SPARE ASSY | | | 0.5 | |
| | 49# | R&I | RUNNING BOARDS | | | 1.0 | |
| | 50# | RPR | CLAMP SITES-ADJ TO BRETT | | | 1.0 | 1.0 |
| | 51 | | REAR SUSPENSION | | | | |
| | 52 | REPL | LT LOWER CNTRL ARM | 1 | 144.38 | M 0.8 | |
| | 53* | RPR | AXLE HOUSING 4WD 16" WHEEL-ALIGN/CHECK [OPEN] | * | | M 2.0* | |
| | 54 | REPL | CHECK REAR ALIGNMENT | 1 | | M 0.5 | |
| N | 55 S01 | REPL | LT AXLE SHAFT 3.4 LITER W/16" WHEEL | 1 | 370.25 | M 1.7 | |
| | 56 S01 | REPL | LT BEARING | 1 | 60.88 | | |
| | 57 S01 | REPL | LT UPPER CNTRL ARM 4WD | 1 | 100.23 | M 0.8 | |
| | 58 | | REAR DOOR | | | | |
| | 59* | RPR | LT DOOR SHELL-INCL'S FRAMING | * | | 4.0* | 2.0 |
| | 60 | | OVERLAP MAJOR ADJ. PANEL | | | | -0.4 |
| | 61 | | ADD FOR CLEAR COAT | | | | 0.3 |
| | 62# | REFN | ADD FOR FRAMING | | | | 0.5 |
| | 63* | REPL | LT RETAINER | * 1 | 29.87 | | |
| | 64* | REPL | LT PROTECTOR | * 1 | 6.57 | | |
| | 65 | R&I | LT BELT W'STRIP | | | 0.3 | |
| | 66* | REPL | LT REAR MOLDING | * 1 | 141.67 | | |
| | 67* | R&I | LT HANDLE, OUTSIDE SR5 | * | | 0.4 | |
| | 68 | R&I | LT R&I TRIM PANEL | | | 0.4 | |
| | 69# | SUBL | FLEX-FOR PLASTICS& MLDG | 1 | 10.00 T | | |
| | 70# | SUBL | SEAM SEALER | 1 | 15.00 T | | |
| | 71# | REPL | CAR CVR | 1 | | | 0.2 |
| N | 72# | RPR | COLOR TINT SAND& BUFF | | | 1.0 | |
| | 73# | SUBL | GLASS KIT | 1 | 12.50 | | |
| | 74# | SUBL | CORROSION PROTECTION | 1 | 10.00 | | |

Page 4 of 13

| | | | | | |
|---|---|---|---|---|---|
| 75# | REPL ABOVE | | 1 | | 0.2 |
| 76# | SUBL UNDERCOAT | | 1 | 10.00 | |
| 77# | REPL ABOVE | | 1 | | |
| 78# | RPR D/E ELECTRONICS | | | | 0.3 |
| 79# | SUBL HARDWARE-CLIPS ETC | | 1 | 15.00 | 0.2 |
| 80 | OTHER CHARGES | | | | |
| 81# | E.P.C. | | 1 | 3.20 | |
| 82# | TOWING | | 1 | 80.00 | |

                           SUBTOTALS ==>      3973.06      59.0    17.0

LINE 14 : ANY/ALL R/I TIMES ARE ADJ'S TO BRETT-ACCESS/PAINT PROCESS

                                      3

03/06/2007 AT 07:22 PM                              0293057720101027-01
45165                                                       0YUL12G5
                     SUPPLEMENT OF RECORD 1 WITH SUMMARY
           2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:

LINE 20 : NOTE-NOTHING IN RPS BUT SHOP FOUND PARTS @ SAW MILL-CONFIRMED WITH
          ANTHONY
LINE 32 : INCL'S SECTION OF REAR BODY& INNER STRUCTURE
LINE 46 : INCL'S BEYOND RR BODY SECTION I.E. FLOOR/RAIL ETC
LINE 55 : ONCE WORK STARTED SHOP FOUND THESE 3 ADDTL PARTS WERE BENT---SEE
          PHOTO'S
              ALL PARTS ARE BENT---INV'S ATTACHED[VEHICLE IS STILL NOT A TOTAL
          LOSS]
LINE 72 : ADJ TO BRETT ALONG WITH CAR CVR-THEIR PAINT PROCESS

-----------------------------------------------------------------------
ESTIMATE NOTES:
CODE 2
EXAM AAW7
LH TOYOTA MOTOR CREDIT CORP
COPY SHOP'S EST+D/R ATTACHED
NOTE-THIS VEHICLE IS NOT A T/L AT THIS TIME[SEE CCC REPORT]

-----------------------------------------------------------------------
PRIOR DAMAGE NOTES:
SEE ATTACHED[FOR CCC REPORT]

                    PARTS                                   3864.86
                    BODY LABOR          59.0 HRS  @$ 44.00/HR  2596.00
                    PAINT LABOR         17.0 HRS  @$ 44.00/HR   748.00
                    PAINT SUPPLIES      17.0 HRS  @$ 24.00/HR   408.00
                    SUBLET/MISC.                                 25.00
                    OTHER CHARGES                                83.20
                    ------------------------------------------------
                    SUBTOTAL                              $ 7725.06
                    SALES TAX         $ 7725.06  @ 8.3750%     646.97
                    ------------------------------------------------

```
TOTAL COST OF REPAIRS                           $ 8372.03

ADJUSTMENTS:
    DEDUCTIBLE                                      500.00
-------------------------------------------------------------
TOTAL ADJUSTMENTS                               $  500.00
NET COST OF REPAIRS                             $ 7872.03
```

4

```
03/06/2007 AT 07:22 PM                          0293057720101027-01
45165                                           0YUL12G5
```

SUPPLEMENT OF RECORD 1 WITH SUMMARY
2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:

THIS IS NOT AN AUTHORIZATION TO REPAIR

NO SUPPLEMENT WILL BE HONORED UNLESS AUTHORIZED BY GEICO

NOTICE :    NEW HIGH STRENGTH STEELS MAY  REQUIRE THE USE OF A MIG WELDER FOR
PROPER REPAIRS. NEW DESIGNS REQUIRE MEASUREMENT TO PROPERLY ALIGN THE VEHICLE.
MAKE SURE THAT YOUR SHOP HAS THE PROPER  EQUIPMENT  TO           REPAIR YOUR
VEHICLE.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR
OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF
CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY
MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING,
INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN
CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY
ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF
THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY  MOTOR VEHICLE TO A LAW
ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY,
COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE
SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE
OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

THE PREPARATION OF THIS ESTIMATE MAY HAVE BEEN BASED ON THE USE OF CRASH PARTS
SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THERE
ARE WARRANTIES APPLICABLE TO THESE REPLACEMENT PARTS.  THESE WARRANTIES ARE
PROVIDED BY THE MANUFACTURER AND/OR DISTRIBUTOR OF THE PARTS RATHER THAN BY
THE ORIGINAL MANUFACTURER OF YOUR VEHICLE.

                                        ***OWNER LIMITED WARRANTY**
WE WARRANT THAT ALL QUALITY REPLACEMENT BODY PARTS  (PARTS NOT MANUFACTURED BY
THE VEHICLE  MANUFACTURER ) IDENTIFIED ON YOUR ESTIMATE , ARE FREE OF DEFECTS
IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS.
THIS PARTS AND LABOR WARRANTY WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE
VEHICLE DESCRIBED IN THE ESTIMATE. THIS WARRANTY COVERS COST OF THE PART,
LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT & MATERIALS AND IS
SPECIFICALLY LIMITED TO THOSE ITEMS.THIS WARRANTY DOES NOT COVER LOSS OR
DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS. THIS IS
NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER
MATERIAL OR WORKMANSHIP , CONTACT YOUR GEICO REPRESENTATIVE.

5

03/06/2007 AT 07:22 PM                          0293057720101027-01
45165                                                    0YUL12G5
               SUPPLEMENT OF RECORD 1 WITH SUMMARY
       2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:

  ESTIMATE BASED ON MOTOR CRASH ESTIMATING GUIDE. UNLESS OTHERWISE NOTED ALL
 ITEMS ARE DERIVED FROM THE GUIDE ARM8414 DATABASE DATE 02/2007, CCC DATA DATE
  02/2007, AND THE PARTS SELECTED ARE OEM-PARTS MANUFACTURED BY THE VEHICLES
    ORIGINAL EQUIPMENT MANUFACTURER. OEM PARTS ARE AVAILABLE AT OE/VEHICLE
  DEALERSHIPS. OPT OEM (OPTIONAL OEM) OR ALT OEM (ALTERNATIVE OEM) PARTS ARE
 OEM PARTS THAT MAY BE PROVIDED BY OR THROUGH ALTERNATE SOURCES OTHER THAN THE
  OEM VEHICLE DEALERSHIPS.  OPT OEM OR ALT OEM PARTS MAY REFLECT SOME SPECIFIC,
 SPECIAL, OR UNIQUE PRICING OR DISCOUNT.  OPT OEM OR ALT OEM PARTS MAY INCLUDE
 "BLEMISHED" PARTS PROVIDED BY OEM'S THROUGH OEM VEHICLE DEALERSHIPS. ASTERISK
 (*) OR DOUBLE ASTERISK (**) INDICATES THAT THE PARTS AND/OR LABOR INFORMATION
 PROVIDED BY MOTOR MAY HAVE BEEN MODIFIED OR MAY HAVE COME FROM AN ALTERNATE
    DATA SOURCE.  TILDE SIGN (~) ITEMS INDICATE MOTOR NOT-INCLUDED LABOR
  OPERATIONS.  NON-ORIGINAL EQUIPMENT MANUFACTURER AFTERMARKET PARTS ARE
    DESCRIBED AS AM, QUAL REPL PARTS OR COMP REPL PARTS WHICH STANDS FOR
  COMPETITIVE REPLACEMENT PARTS.  USED PARTS ARE DESCRIBED AS LKQ, QUAL RECY
 PARTS, RCY, OR USED.  RECONDITIONED PARTS ARE DESCRIBED AS RECOND.  RECORED
  PARTS ARE DESCRIBED AS RECORE.  NAGS PART NUMBERS AND BENCHMARK PRICES ARE
 PROVIDED BY NATIONAL AUTO GLASS SPECIFICATIONS.  LABOR OPERATION TIMES LISTED
  ON THE LINE WITH THE NAGS INFORMATION ARE MOTOR SUGGESTED LABOR OPERATION
  TIMES.  NAGS LABOR OPERATION TIMES ARE NOT INCLUDED.  POUND SIGN (#) ITEMS


INDICATE MANUAL ENTRIES.  SOME 2006 VEHICLES CONTAIN MINOR CHANGES FROM THE
PREVIOUS YEAR.  FOR THOSE VEHICLES, PRIOR TO RECEIVING UPDATED DATA FROM THE
VEHICLE MANUFACTURER, LABOR AND PARTS DATA FROM THE PREVIOUS YEAR MAY BE USED.
THE PATHWAYS ESTIMATOR HAS A COMPLETE LIST OF APPLICABLE VEHICLES.  PARTS
NUMBERS AND PRICES SHOULD BE CONFIRMED WITH THE LOCAL DEALERSHIP.

CCC PATHWAYS - A PRODUCT OF CCC INFORMATION SERVICES INC.

6

03/06/2007 AT 07:22 PM                                    0293057720101027-01
45165                                                        0YUL12G5
                        SUPPLEMENT OF RECORD 1 WITH SUMMARY
            2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:

| | NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|---|
| | | | ------- ADDED ITEMS ------- | | | | |
| N | 55 | S01 | REPL LT AXLE SHAFT 3.4 LITER W/16" | 1 | | | |
| | | | WHEEL | | 370.25 | M 1.7 | |
| | 56 | S01 | REPL LT BEARING | 1 | 60.88 | | |
| | 57 | S01 | REPL LT UPPER CNTRL ARM 4WD | 1 | 100.23 | M 0.8 | |
| | | | SUBTOTALS ==> | | 531.36 | 2.5 | 0.0 |

LINE 55 : ONCE WORK STARTED SHOP FOUND THESE 3 ADDTL PARTS WERE BENT---SEE
          PHOTO'S
               ALL PARTS ARE BENT---INV'S ATTACHED[VEHICLE IS STILL NOT A TOTAL

LOSS]

------------------------------------------------------------------------
ESTIMATE NOTES:
CODE 2
EXAM AAW7
LH TOYOTA MOTOR CREDIT CORP
COPY SHOP'S EST+D/R ATTACHED
NOTE-THIS VEHICLE IS NOT A T/L AT THIS TIME[SEE CCC REPORT]

------------------------------------------------------------------------
PRIOR DAMAGE NOTES:
SEE ATTACHED[FOR CCC REPORT]

```
                    PARTS                                  531.36
                    BODY LABOR      2.5 HRS  @$ 44.00/HR    110.00
                    ------------------------------------------------
                    SUBTOTAL                          $    641.36
                    SALES TAX         $  641.36  @ 8.3750%   53.75
                    ADDITIONAL SUPPLEMENT TAXES              -0.04
                    ------------------------------------------------
                    TOTAL SUPPLEMENT AMOUNT           $    695.07

                    NET COST OF SUPPLEMENT            $    695.07

ESTIMATE            7676.96 RICHARD MILEWSKI
SUPPLEMENT S01       695.07 RICHARD MILEWSKI
                    --------
WORKFILE TOTAL   $ 8372.03              TOTAL ADJUSTMENTS $  500.00
                                        NET COST OF REPAIRS $ 7872.03
```

7

03/06/2007 AT 07:22 PM                    0293057720101027-01
45165                                            0YUL12G5
              SUPPLEMENT OF RECORD 1 WITH SUMMARY
        2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT:

                  THIS IS NOT AN AUTHORIZATION TO REPAIR

       NO SUPPLEMENT WILL BE HONORED UNLESS AUTHORIZED BY GEICO

NOTICE :   NEW HIGH STRENGTH STEELS MAY REQUIRE THE USE OF A MIG WELDER FOR PROPER REPAIRS. NEW DESIGNS REQUIRE MEASUREMENT TO PROPERLY ALIGN THE VEHICLE. MAKE SURE THAT YOUR SHOP HAS THE PROPER EQUIPMENT TO        REPAIR YOUR VEHICLE.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

THE PREPARATION OF THIS ESTIMATE MAY HAVE BEEN BASED ON THE USE OF CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THERE ARE WARRANTIES APPLICABLE TO THESE REPLACEMENT PARTS.  THESE WARRANTIES ARE PROVIDED BY THE MANUFACTURER AND/OR DISTRIBUTOR OF THE PARTS RATHER THAN BY THE ORIGINAL MANUFACTURER OF YODR VEHICLE.

                    ***OWNER LIMITED WARRANTY**
WE WARRANT THAT ALL QUALITY REPLACEMENT BODY PARTS  (PARTS NOT MANUFACTURED BY THE VEHICLE  MANUFACTURER ) IDENTIFIED ON YOUR ESTIMATE , ARE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS. THIS PARTS AND LABOR WARRANTY WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE VEHICLE DESCRIBED IN THE ESTIMATE. THIS WARRANTY COVERS COST OF THE PART, LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT & MATERIALS AND IS SPECIFICALLY LIMITED TO THOSE ITEMS.THIS WARRANTY DOES NOT COVER LOSS OR DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS. THIS IS NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER MATERIAL OR WORKMANSHIP , CONTACT YOUR GEICO REPRESENTATIVE.

8

03/06/2007 AT 07:22 PM                                0293057720101027-01
45165                                                 0YUL12G5
                    SUPPLEMENT OF RECORD 1 WITH SUMMARY
        2001 TOYO 4RUNNER 4X4 SR5 6-3.4L-FI 4D UTV DARK GREEN INT.

    ESTIMATE BASED ON MOTOR CRASH ESTIMATING GUIDE.  UNLESS OTHERWISE NOTED ALL
    ITEMS ARE DERIVED FROM THE GUIDE ARM8414 DATABASE DATE 02/2007, CCC DATA DATE

Photos for claim no 0293057720101027-01     Page 10 of 15

AUTHORIZATION TO TOW     D.C.A. #832943

**METRO AUTO BODY, Inc.**
96-14 Northern Blvd. Corona New York 11368
(718) 335-2300

TOW VEHICLE

NOTICE TO THE CONSUMER

YOU ARE SIGNING AN AUTHORIZATION FOR TOWING AND, WHERE APPLICABLE,
FOR THE STORAGE OF THIS VEHICLE. THIS IS NOT AN AUTHORIZATION TO
REPAIR. YOU HAVE THE RIGHT TO HAVE THE VEHICLE REPAIRED AT THE FACILI-
TY OF YOUR CHOICE. ALL THE RATES TO BE CHARGED MUST BE COMPLETED
BEFORE YOU SIGN. THE ACTUAL CHARGES DUE MAY BE FILLED IN AT THE
COMPLETION OF THE TOW. YOU HAVE THE RIGHT TO HAVE YOUR VEHICLE
TOWED TO A LAWFUL LOCATION OF YOUR CHOICE WITHIN NEW YORK CITY. DO
NOT SIGN AN AUTHORIZATION FORM WITH ANY BLANK SPACES FOR INFORMA-
TION TO BE COMPLETED BEFORE THE VEHICLE IS TOWED. YOU ARE ENTITLED
TO A COPY OF THE FORM UPON SIGNING IT.

PLEASE SEE CONSUMER'S BILL OF RIGHTS ON THE BACK OF THIS AUTHORIZATION FORM.

**Photo 11 from Estimate for Claim no 0293057720101027-01**

Photo date: 21/02/2007 16:44:37:00. Size: 71217

STREETDELIVERY





 Home

 Customer Service

| File Notes | Diagram | Print Report | Email Report | New Claim |

 General delivery

About Us

## Manhattan, NY
## Intersection of East 23rd Street an Lexington Avenue

Claim Number:    029305772

STREETDELIVERY

North On Lexington Avenue With East 23rd Street.



© Copyright 2007, Streetdelivery.com   All Rights Reserved.

STREETDELIVERY

South On Lexington Avenue With East 23rd Street.



© Copyright 2007, Streetdelivery.com    All Rights Reserved.

STREETDELIVERY

East On East 23rd Street With Lexington Avenue.



© Copyright 2007, Streetdelivery.com   All Rights Reserved.

| File Notes | Diagram | Print Report | Email Report | New Claim | << Back |

D4028 51965 0557 2
DOB 5-22-1957
12.19-05  Tissue Bank

Mario E. Diaz-Diaz
Work # (973) 778-3100



CLASS A
NEW JERSEY

PAU380