

ORIGINAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

ADONNA FROMETA,

              Plaintiff,

    -against-

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS
RECYCLING

              Defendants.
              07-CV-6372

- - - - - - - - - - - - - - - - - - -x

          150 East 42 Street
          New York, New York

          December 4, 2007
          10:25 a.m.

    EXAMINATION BEFORE TRIAL of ADONNA

FROMETA, the Plaintiff in the above-entitled

action, taken by the Defendant, pursuant to

Order held at the above time and place,

before NANCY NASCA, a Notary Public within

and for the State of New York.

           JAGUAR REPORTING

           (718) 858-7700

---

Page 2

2  A P P E A R A N C E S:

4  SLAWEK W. PLATTA, PLLC.
5      Attorneys for Plaintiff
       42 Broadway, Suite 1927
       New York, New York 10004
6  BY: SLAWEK W. PLATTA, ESQ.
       SP2699

9  WILSON, ELSER, MOSKOWITZ, EDELMAN &
    DICKER, LLP.
       Attorneys for Defendants
10     150 East 42 Street
       New York, New York 10017
11  BY: STUART A. MILLER, ESQ.

12     SAM9466

13     File # 01502.00009

---

Page 3

4       S T I P U L A T I O N S

7     IT IS HEREBY STIPULATED AND AGREED,

8  by and between the attorneys for the

9  respective parties herein, that the sealing

10  and filing of the within deposition be

11  waived.

13     IT IS FURTHER STIPULATED AND AGREED

14  that such deposition may be signed and sworn

15  to before any officer authorized to

16  administer an oath, with the same force and

17  effect as if signed and sworn before the

18  officer before whom said deposition is

19  taken.

21     IT IS FURTHER STIPULATED AND AGREED

22  that all objections, except as to the form,

23  are reserved to the time of the trial.

---

Page 4

2  A D O N N A   F R O M E T A, the Plaintiff

3     herein, having been first duly

4     sworn by a Notary Public of the

5     State of New York, was examined

6     and testified as follows:

7  EXAMINATION BY

8  MR. MILLER:

9    Q  State your name for the record,

10  please.

11    A  Adonna Frometa.

12    Q  State your address for the record,

13  please.

14    A  666 East 233rd Street apartment 1A

15  Bronx, New York 10466.

16    Q  My name is Stuart Miller. I am a

17  lawyer with Wilson, Elser. I represent Mario

18  Diaz-Diaz and All American Haulers

19  Recycling. I am going to ask you several

20  questions. I ask that you let me complete my

21  question before you give a response. I ask

22  that all your responses are verbal. There is

23  a stenographer to my left, she cannot take

24  down gestures or nods or waves.  If you

25  don't understand a question I don't want you

FROMETA                                    Page 5

2  to guess.  Just let me know that you don't
3  understand the question or it does not make
4  sense, and I will re-ask the question.  If
5  you answer a question I am going to assume
6  that you understood the question, is that
7  fair?
8      A    Yes.
9      Q    Have you ever been known by any
10  other name?
11      A    Yes.
12      Q    Can you tell me what name?
13      A    Annie, my sister's name is Annie
14  and by brother's name got Annie.  So, I
15  changed my name when got my citizenship.
16      Q    How do you spell Annie?
17      A    A- n- n- i- e.
18      Q    When did you become a citizen?
19      A    When I was 21, I don't remember.
20      Q    When you say you became a citizen,
21  of the United States?
22      A    Yes.
23      Q    How long have you resided at 666
24  East 233rd Street?
25      A    Since 2003.

FROMETA                                    Page 6

2      Q    Do you own or rent?
3      A    I live with my mom.
4      Q    What is your mother's name?
5      A    Nydia.
6      Q    Is Nydia her last name?
7      A    Nydia is the first name.  Fabian,
8  is her last name.
9      Q    Does anyone else reside in the
10  residence with the two of you?
11      A    Yes.
12      Q    Who might that be?
13      A    My sister.
14      Q    What is her name?
15      A    Annie.
16      Q    Does anyone other than Annie and
17  your mother and yourself reside at that
18  residence?
19      A    Yes, my nephew, Albert.
20      Q    Anyone else?
21      A    That's it.
22      Q    How old is Albert?
23      A    He is 14 and a half.
24      Q    Is Annie your younger or older
25  sister?

FROMETA                                    Page 7

2      A    Younger sister.
3      Q    How long has your mom resided at
4  that apartment?
5      A    Maybe 10 years.
6      Q    Prior to moving in with your
7  mother in 2003, where did you reside?
8      A    I live also in Brooklyn with my
9  aunt.
10      Q    Can you give me that address?
11      A    1752 East 9 Street, that's
12  Brooklyn, New York.
13      Q    Is there an apartment number?
14      A    I don't remember the number.
15      Q    Is that on a certain floor?
16      A    The second floor.
17      Q    What is the zip code?
18      A    I'm sorry, that's the third floor.
19  The zip code is 11205.
20      Q    You said that you reside there as
21  well.  Do you currently live between both
22  apartments?
23      A    Not anymore in Brooklyn, with my
24  mom.
25      Q    When is the last time you lived in

FROMETA                                    Page 8

2  Brooklyn?
3      A    Actually, since I lived with my
4  mom I also lived with another aunt, another
5  one I have.  She was the one taking care of
6  me because too because my mom is not well to
7  take care of me and my sister is mentally,
8  mentally ill and cannot take care of me.
9  Since the accident I stay with my aunt on
10  433, sorry, 488 Myrtle Avenue.
11      Q    Can you spell that?
12      A    M- y- r- t- l- e Avenue, that's
13  Brooklyn, New York.
14      Q    What is the zip code?
15      A    11205, the other one is -- I don't
16  remember the other zip code.
17      Q    I zip code 11205, is that the one
18  for 488 Myrtle Avenue?
19      A    Yes.
20      Q    The prior address on East 9th
21  Street on the third floor, you do not recall
22  at this time that zip code, is that correct?
23      A    Yes.
24      Q    So the record is clear, what is
25  the name of your aunt that resides at 488

**Page 9**

```
 1                    FROMETA
 2   Myrtle Avenue?
 3        A    Eva.
 4        Q    What is her last name?
 5        A    Sanchez.
 6        Q    What is your aunt's name that
 7   rides at 1752 East 9th Street?
 8        A    Gladys Medina.
 9        Q    Is it fair to say that you
10   currently reside at both apartments, the one
11   on 666 East 233rd Street as well as 488
12   Myrtle Avenue?
13        A    Yes, I spend sometime with my mom,
14   two or three days a week. The rest I stay at
15   448.  So, I spends two or three or four days
16   there and around also three or four days
17   with my mom.
18        Q    Are there any other addresses you
19   spend your time?
20        A    No.
21        Q    Are you married?
22        A    I was married.
23        Q    Are you currently married?
24        A    No.
25        Q    When did you get divorced?
```

**Page 10**

```
 1                    FROMETA
 2        A    I think I was 21.
 3        Q    What is your date of birth?
 4        A    3/25/68.
 5        Q    Is it fair to say you got divorced
 6   over 5 years ago?
 7             MR. PLATTA: Sorry?
 8             MR. MILLER:  Is it fair to
 9        say that she got divorced over 5
10        years ago.  Off the record.
11             (Whereupon, a discussion
12        was held off the record.)
13        Q    Have you been divorced over 5
14   years?
15        A    Yes.
16        Q    Do you still see your ex-husband?
17        A    No.
18        Q    Other than your sibling Annie,
19   your sister Annie, you said you have a
20   brother named Annie. Do you have any other
21   siblings named Annie?
22        A    Now that you mention it, when I
23   got married I learned that he had a son
24   named Annie, and a girl named Annie, and a
25   dog named Annie, and that is why I changed
```

**Page 11**

```
 1                    FROMETA
 2   my name.
 3        Q    Where were you born?
 4        A    I was born in Dominican Republic.
 5        Q    When did you move to the United
 6   States?
 7        A    In 1978, around September.
 8        Q    Did you pursue citizenship at the
 9   age of 21?
10        A    Yes.
11        Q    Do you own a car currently?
12        A    Yes.
13        Q    Can you tell me what type of car
14   you own?
15        A    Toyota Ford Runner, 2001.
16        Q    Did you own this Toyota Ford
17   Runner on February 14, 2007?
18        A    Yes, sir.
19        Q    Back in the year of 2007, prior to
20   February 14th, where did you park this
21   vehicle on a regular basis?
22             MR. PLATTA:  Do you mean
23        in the city, home?
24             MR. MILLER:  I want to
25        find out. Strike that.
```

**Page 12**

```
 1                    FROMETA
 2        Q    In the evening when you came home,
 3   when you are staying at the location of 666
 4   East 233rd Street, where did you keep your
 5   vehicle?
 6        A    On the street, maybe a block or
 7   two, wherever I find parking.
 8        Q    Street parking?
 9        A    Yes.
10        Q    Did you also find street parking
11   when you would spend time at 1752 East 9th
12   Street?
13        A    Yes, sir.
14        Q    Would you also find street parking
15   when you spend time at 488 Myrtle Avenue?
16        A    Yes.
17        Q    Did you ever have monthly garage
18   parking?
19        A    Not I that remember, no.
20        Q    Were you employed in 2007?
21        A    Yes.
22        Q    What was your occupation?
23             MR. PLATTA:  Over
24        objection. You can answer.
25        A    Independent contractor.
```

Page 13

```
 1                 FROMETA
 2      Q    What kind of work did you do as an
 3  independent contractor?
 4                 MR. PLATTA: Over
 5           objection. You can answer.
 6      A    I waitress and sometimes I would
 7  dance.
 8      Q    Where would you waitress?
 9      A    Rick's.
10                 MR. PLATTA:  Objection.
11      Q    Where is Rick's located?
12      A    33rd Street between Broadway and
13  Fifth.
14      Q    Is Rick the owner or is that the
15  name of the establishment?
16                 MR. PLATTA: Objection. You
17           can answer, if you know.
18      A    That's the name of the place.
19      Q    Where did you dance?
20                 MR. PLATTA: Objection. You
21           can answer.
22      A    At Rick's.
23      Q    Is Rick's an adult establishment?
24                 MR. PLATTA: Objection. You
25           can answer.
```

Page 14

```
 1                 FROMETA
 2      A    Yes.
 3      Q    Were you a topless dancer?
 4                 MR. PLATTA: Objection. You
 5           can answer.
 6      A    Yes.
 7      Q    Do you currently dance at Rick's?
 8      A    No.
 9      Q    Do you currently dance anywhere?
10      A    No.
11      Q    When is the last time you danced?
12                 MR. PLATTA:  Objection.
13           You can answer.
14      A    Probably three weeks after the
15  accident, up until maybe four.  But just no
16  longer than 5 hours, due to pains and aches.
17                 MR. MILLER: I move to
18           strike the portions of the testimony
19           that are not responsive.
20                 WITNESS: Sorry, what is
21           that?
22                 MR. PLATTA:  The objection
23           is just for the record.
24      Q    When is the last time you
25  waitressed?
```

Page 15

```
 1                 FROMETA
 2      A    Just three weeks after the
 3  accident?
 4      Q    Have you been employed in any
 5  capacity in terms of work or payments at any
 6  time, since the time you stopped dancing or
 7  waitressing at Rick's?
 8      A    Repeat that.
 9      Q    I will ask it a different way. You
10  testified that you stopped waitressing and
11  dancing three or four weeks after the
12  accident. After working at Rick's have you
13  done any other work since that time?
14      A    No, sir.
15      Q    Have you earned any income since
16  that time?
17      A    I did work for a private jet, for
18  Excel Air as a private flight attendant. I
19  finally got called.  That is why I was
20  dancing in the mean time, until I got
21  called.
22                 MR. PLATTA:  Answer
23           without volunteering information.
24      Q    Currently do you work for Excel
25  Air?
```

Page 16

```
 1                 FROMETA
 2      A    No.
 3      Q    When is the last time you worked
 4  for Excel Air?
 5      A    Just two weeks after the accident.
 6      Q    How long did that last?
 7      A    They are still waiting for me.
 8  They want me to finish my surgery.  I am not
 9  working for them now but they are waiting
10  for me.
11      Q    So I understand, this incident
12  that brought you here today for this lawsuit
13  occurred in February, February 14th 2007?
14      A    Yes.
15      Q    You testified that following this
16  incident of February 14, 2007 you waitressed
17  for three or four weeks at Rick's, and you
18  stopped waitressing?
19      A    Yes.
20      Q    You also testified you worked for
21  three or four weeks following the February
22  14th incident as a topless dancer at Rick's,
23  and you stopped dancing there?
24                 MR. PLATTA: Objection.
25           Over objection you can answer.
```

Page 17

FROMETA

```
 1              FROMETA
 2      A    Yes.
 3      Q    Two weeks after the February 14th
 4  2007 accident you were a private flight
 5  attendant for Excel Air?
 6      A    Yes.
 7      Q    How many flights did you do at
 8  Excel Air, since the February 14th 2007
 9  incident?
10      A    No more than ten flights.
11      Q    Those flights are in a matter of
12  two weeks or a month?
13      A    Just two weeks.
14      Q    Other than waitressing and topless
15  dancing and being a flight attendant, is
16  there any other post February 14, 2007
17  employment that you have had?
18      A    No.
19      Q    What time did this incident happen
20  on February 14, 2007?
21      A    I don't remember the time but I
22  remember I left work at 4:00 o'clock, that's
23  the time they close.  It happened, I know
24  when I open my eyes, it was time missing
25  from when I open my eyes.  From the accident
```

Page 18

FROMETA

```
 1              FROMETA
 2  there was time missing because I blacked
 3  out.
 4              MR. MILLER:  I move to
 5          strike the portions of the testimony
 6          that are not responsive.
 7              MR. PLATTA:  Answer the
 8          question yes or no.
 9      Q    Do you know what time the incident
10  occurred?
11              MR. PLATTA:  You can
12          approximate.
13      A    I don't remember.
14      Q    Were you working at Rick's the
15  night before the incident, February 13th
16  going into February 14th?
17              MR. PLATTA: Objection. You
18          can answer.
19      A    Yes, sir.
20              MR. MILLER: What is the
21  reason for the objection?
22              MR. PLATTA:  This is
23  prejudicial.  I am just preserving my
24  objection.
25              MR. MILLER: I am trying to
```

Page 19

FROMETA

```
 1              FROMETA
 2  locate where the plaintiff was at the time
 3  of the incident, where she was going to and
 4  where she was coming from.  What type of day
 5  she had, if it was long or short or if she
 6  had an aggravating day.  The line of
 7  questioning is not privileged or
 8  prejudicial.
 9      Q    What time did you show up to
10  Rick's on February 13th 2007?
11              MR. PLATTA:  Objection.
12          Over objection you can answer.
13      A    I don't remember, but around 9:00
14  o'clock.
15      Q    Is Rick's the full name of the
16  establishment?
17              MR. PLATTA:  Objection.
18          Over objection you can answer.
19      A    Cabaret Gentlemen's Club.
20      Q    You just testified that you
21  started work at Rick's Cabaret Gentlemen's
22  Club at 9:00, is that a.m. or p.m?
23              MR. PLATTA:  Objection.
24      A    P.m.
25      Q    Did you show up to Rick's Cabaret
```

Page 20

FROMETA

```
 1              FROMETA
 2  Gentlemen's Club to waitress or dance for
 3  patrons, or something else?
 4              MR. PLATTA:  Objection.
 5      A    Dancing.
 6      Q    Did you dance at Rick's Cabaret
 7  Gentlemen's Club on February 13, 2007 when
 8  you arrived, the 13th going into the 14th?
 9              MR. PLATTA:  Objection.
10      A    Yes.
11      Q    This is as a topless dancer?
12              MR. PLATTA:  Objection.
13      A    Yes.
14      Q    Did you dance the entire shift at
15  Rick's Cabaret Gentlemen's Club, until the
16  time it closed on February 14th 2007?
17              MR. PLATTA:  Objection.
18      A    Yes.
19              MR. PLATTA:  I ask that
20          you wait until I make my objection.
21      Q    Did you have any alcohol to drink
22  on February 13th going into February 14th
23  2007, during your shift at Rick's Cabaret
24  Gentlemen's Club?
25      A    I don't remember.
```

FROMETA

```
1                    FROMETA
2      Q    Is it customary for customers to
3  purchase drinks for you while you are
4  working as a topless dancer at Rick's
5  Cabaret Gentlemen's Club?
6      A    Yes.
7               MR. PLATTA: Objection.
8      Q    Would there be any records at
9  Rick's Cabaret Gentlemen's Club as to drinks
10 that were purchased by patrons for you, in
11 the regular course of business?
12              MR. PLATTA:  Objection.
13     A    Yes.
14     Q    Does management of Rick's Cabaret
15 Gentlemen's Club encourage dancers to get
16 patrons to purchase drinks for them?
17              MR. PLATTA: Objection.
18     Q    As a topless dancer for Rick's
19 Cabaret Gentlemen's Club, are you encouraged
20 by management of Rick's to have customers
21 buy drinks for you?
22              MR. PLATTA: Objection.
23     A    No.
24     Q    Does management record how many
25 drinks are purchased on your behalf?
```

```
1                    FROMETA
2               MR. PLATTA: Objection. You
3  can answer.
4      A    No.
5      Q    Do you remember who the bartender
6  was on February 13th going into February
7  14th 2007?
8      A    No.
9      Q    Do you recall who the cocktail
10 waitresses were on February 13th going into
11 February 14th 2007, at Rick's Cabaret
12 Gentlemen's Club?
13              MR. PLATTA:  Objection.
14     You can answer.
15     A    No.
16     Q    So the record is clear, I am going
17 to ask the question again.  I want to pin
18 point on the 13th or 14th or both.
19          Ma'am, on that shift, February
20 13th going into February 14th, did you drink
21 any alcohol?
22              MR. PLATTA: Objection.
23     Asked and answered.
24     A    No.
25     Q    No or you don't know?
```

```
1                    FROMETA
2      A    I don't remember.
3      Q    Your vehicle, the Toyota Ford
4  Runner, was that an automatic or stick
5  shift?
6      A    Automatic.
7      Q    Where did you park your vehicle on
8  February 14th 2007?
9      A    Are you saying when I went to work
10 or after?
11     Q    I will ask the question again.
12 When you arrived to work at Rick's Cabaret
13 Gentlemen's Club on February 13th 2007, did
14 you park your vehicle on the street?
15     A    Yes.
16     Q    Can you tell me what street you
17 parked your vehicle on?
18     A    33rd Street, between Broadway and
19 Fifth.
20     Q    33rd between Broadway and?
21     A    Fifth.
22     Q    When you finished your shift on
23 February 14th 2007 at Rick's Cabaret
24 Gentlemen's Club, where was your vehicle
25 parked?
```

```
1                    FROMETA
2      A    Almost across the street from
3  Rick's.
4      Q    Did someone move it?
5      A    No.
6      Q    The vehicle was at the same
7  location that you parked it when you first
8  arrived at Rick's on February 13th 2007?
9      A    Yes.
10     Q    What side of the street was it
11 parked on?
12     A    Sorry.
13     Q    What side of the street was it
14 parked on?
15     A    The north side.
16     Q    Was that on the same side as
17 Rick's Cabaret Gentlemen's Club?
18              MR. PLATTA:  Objection.
19     A    No, Rick's is on the south side.
20     Q    Was this directly across the
21 street from Rick's Cabaret Gentlemen's Club?
22     A    Not really, maybe -- not really,
23 a little bit closer to Broadway.
24     Q    Were there meters?
25     A    I don't remember.
```

```
 1                FROMETA
 2      Q    How long had you danced or
 3 waitressed at Rick's Cabaret Gentlemen's
 4 Club, prior to February 13th 2007?
 5           MR. PLATTA:  Objection.
 6      A    Can you repeat that again?
 7      Q    Prior to this incident how long
 8 had you been dancing or waitressing at
 9 Rick's Cabaret Gentlemen's Club?
10           MR. PLATTA:  Over
11      objection.
12      A    Maybe about three or four months.
13      Q    You parked there each day that you
14 worked?
15      A    Yes, maybe a little bit somewhere
16 between another block going east on 33rd
17 Street, but going more east.
18      Q    Did you take any passengers in
19 your vehicle when you left Rick's Cabaret
20 Gentlemen's Club, on February 14th 2007?
21      A    No, sir.
22      Q    You were alone at the time?
23      A    Yes, sir.
24      Q    The establishment closed at 4:00
25 p.m?
```

```
 1                FROMETA
 2      A    Sorry?
 3      Q    The establishment closed at 4:00
 4 p.m?
 5      A    A.m.
 6      Q    The establishment closed at 4:00
 7 a.m?
 8      A    Yes.
 9      Q    To your recollection and your
10 testimony today you worked until the
11 establishment closed?
12      A    Until 4:00 o'clock.
13      Q    After the established closed did
14 you spend any time there or did you
15 immediately leave?
16      A    I immediately leave.
17      Q    Do you remember what the weather
18 was like on February 14th 2007?
19      A    The worse ever, it was ice, snow,
20 and rain, and windy.
21      Q    Can you describe what the snow
22 levels were on the ground, was it 1 inch, 2
23 inches, 5 inches, or something else?
24      A    I don't recall.
25      Q    At the time was heavy snowfall
```

```
 1                FROMETA
 2 precipitation going on?
 3      A    Fair.
 4      Q    Did you have to clean off your
 5 car?
 6      A    I did.
 7      Q    How did you clean it off?
 8      A    With the thing that I have inside
 9 to clean the car all over so I don't get a
10 ticket, whatever that is, a brush.
11      Q    A car brush?
12      A    Yes.
13      Q    Can you tell me the route you took
14 when you left Rick's Cabaret Gentlemen's
15 Club, leading up to this incident?
16      A    Yes.  I went, I got in the car and
17 put the blinker. I am on 33rd Street. I
18 made sure it was safe to proceed on 33rd
19 Street onto Broadway. On Broadway I put my
20 blinker.  I made a left turn going south,
21 and while I am on Broadway I made a turn on
22 Broadway slight, going to fork there.  I
23 don't know how to say that, going into Fifth
24 Avenue.  On Fifth Avenue I made another left
25 turn going into 23rd Street.  There is a red
```

```
 1                FROMETA
 2 light there.  I put the blinker going to
 3 23rd Street, I turn.  I was on the middle
 4 lane, the middle lane of 23rd Street.  There
 5 is Madison Avenue, there is a red light
 6 there.  I was there for about 20 seconds, 30
 7 seconds.  I proceeded in the middle lane. I
 8 was going 15 or 20 miles an hour. I noticed
 9 when I was going in the middle lane of 23rd
10 Street, I was passing already Madison.  I
11 notice a dark color garbage truck, two guys
12 putting garbage there.  I proceeded going
13 there in the middle lane.  It was no more
14 cars, at least I remember.  Then I saw it
15 was Park Avenue South, and it is safe to
16 keep going, it was a green light.  I am
17 still in the middle lane.  After Park Avenue
18 South there is a while, I was going between
19 Park Avenue South, and before Lexington I am
20 in the middle of the block, in the middle
21 lane.  I recall a car that was double-parked
22 ahead of me.  I was half a block away.  I
23 recall the car double-parked and I looked in
24 the mirror and put my blinker.  I recall it
25 was safe to move to the left.  I proceeded
```

Page 29

FROMETA

1
2  slowly, at the time this light changed into
3  red, and I stopped there for about 5
4  seconds.  Then suddenly within 5 seconds
5  standing there I just remember everything
6  happened too quickly. I heard a loud noise
7  and a big light was inside the car, I don't
8  know why.  I got hit, I wanted to look back
9  to see what hit me extremely too hard. It
10  was so hard I am not able to turn, and it
11  hit me again. I black out. I remember
12  nothing else.
13          MR. MILLER: I move to
14  strike the entire answer as not responsive.
15          MR. PLATTA:  Can you read
16  back the question?
17          (The requested question was
18          read back by the reporter.)
19          MR. PLATTA: I believe it
20  was responsive. The route she took and
21  events that happened that night.
22          MR. MILLER:  For the
23  record, if counsel is going to give a
24  position whether or not something is
25  accurate or not then submit himself as a

JAGUAR REPORTING
(718) 858-7700

Page 30

FROMETA

1
2  witness, unless he was present. I don't
3  believe counsel was present that night and
4  can't state what is accurate.
5          MR. PLATTA:  I don't think
6  my credibility or veracity is at issue here.
7          MR. MILLER: Counsel is
8  constantly stating his position on the
9  statements provided by his witness.  I
10  submit that he produce himself at a
11  deposition.
12          MR. PLATTA:  Taken under
13  advisement.  Following-up in writing.
14      Q   Ma'am, had the accident not
15  occurred where did you intend to go?
16      A   Sorry?
17      Q   Had the incident not occurred
18  where were you planing on driving to?
19      A   To my aunt in Brooklyn because she
20  lives closer than my mom.
21      Q   Which aunt, Eva or Gladys?
22      A   Eva.
23      Q   What were the weather conditions
24  like on February 13th when you arrived to
25  work at Rick's Cabaret Gentlemen's Club?

JAGUAR REPORTING
(718) 858-7700

Page 31

FROMETA

1
2      A   I don't recall.
3      Q   Was it snowing?
4      A   A little bit, but I don't remember
5  too heavy.  I don't remember. I don't
6  recall.
7      Q   Ma'am, you testified that you
8  don't recall and you testified it was
9  snowing.
10      A   I left home it was clear. I was
11  watching the news and it said it was going
12  to be bad. I knew it was going to be bad but
13  not until morning. When I got to work it was
14  snowing, but light.
15          MR. MILLER: I move to
16      strike as not responsive.
17      Q   Everything I ask you about is your
18  recollection, not your recollection whether
19  you watched the news cast.
20          My question is, do you recall what
21  the weather was like when you arrived at
22  work?
23      A   No.
24          MR. PLATTA:  Objection.
25  She already testified that is was slightly

JAGUAR REPORTING
(718) 858-7700

Page 32

FROMETA

1
2  snowing.
3          MR. MILLER: That is what I
4  am trying to get at.  She first testified
5  she does not recall.  Then she testified it
6  was slightly snowing, that's a
7  contradiction.
8          MR. PLATTA:  That is not a
9  contradiction.  Was it slightly snowing?
10          WITNESS: It was slightly
11  snowing.
12      Q   You recall that it was slightly
13  snowing?
14      A   Yes.
15      Q   Do you recall how long it was
16  slightly snowing, prior to your arrival at
17  Rick's Cabaret Gentlemen's Club?
18      A   No.
19      Q   Where were you coming from when
20  you went to work that day?
21      A   From my mother's.
22      Q   Was it snowing when you left your
23  mother's apartment?
24      A   No.
25      Q   But it was slightly snowing when

JAGUAR REPORTING
(718) 858-7700

FROMETA

2  you arrived at Rick's Cabaret Gentlemen's
3  Club?
4      A   Yes.
5      Q   Sometime between leaving 666 East
6  233rd Street and arriving at Rick's Cabaret
7  Gentlemen's Club on 33rd near Broadway, the
8  snow had began?
9      A   Yes.
10              MR. PLATTA:  Off the
11          record.
12          (Whereupon, a discussion
13      was held off the record.)
14              MR. MILLER: Do you want to
15      take a break?
16              MR. PLATTA:  I have a 2:00
17  o'clock with an interpreter scheduled.
18              MR. PLATTA:  Fine.
19          (Whereupon, a brief recess
20      was taken.)
21              MR. PLATTA:  I made a
22  statement and advised counsel I will make an
23  objection with regard to every time the name
24  Rick's Cabaret Gentlemen's Club was used. I
25  move to strike this portion of the record

FROMETA

2  each time the name is used. I feel it is
3  prejudicial to my client. I will raise the
4  objection each the name is used, including
5  preserving my right at the time of trial.
6              MR. MILLER:  Your
7          objection is noted.
8      Q   Was it your intention when you
9  left Rick's Cabaret Gentlemen's Club to go
10  to your aunt Eva's house directly, or were
11  you going to stop somewhere?
12      A   Directly,  yes.
13      Q   Ma'am, you testified that you were
14  at a red light prior to impact, is that
15  correct?
16      A   Yes.
17      Q   You were at a red light on 23rd
18  Street facing Lexington?
19      A   East, facing  east,  on 23rd.
20      Q   Facing east as if you are going to
21  cross Lexington?
22      A   Yes.
23      Q   Or turn right on Lexington?
24      A   No, going to keep straight on
25  Lexington.

FROMETA

2      Q   Had you not been in an incident,
3  can you tell me where you would have begun
4  the route that you would have taken?
5      A   The same route, was the safe one
6  that I take, the safest.
7      Q   Which route would that be?
8      A   23rd Street.
9      Q   To where?
10      A   To the West Side Highway.
11      Q   You were east on 23d Street going
12  to the West Side Highway?
13              MR. PLATTA:  Do you
14          understand what he is asking? Off the
15          record.
16          (Whereupon, a discussion was
17          held off the record.)
18      A   Sorry. I was going east to my
19  aunt's. I have to go over the Brooklyn
20  Bridge, that would be the FDR.
21              MR. PLATTA:  I want to
22  clarify which way she was going to take
23  after 23rd Street.
24              MR. MILLER: Would you
25  rather just testify for her?

FROMETA

2              MR. PLATTA:  No, I want to
3  clarify the record.  Do you want her to
4  clarify that?
5              WITNESS: Yes, I am on 23rd
6  Street going east to the FDR.
7      Q   Which direction of the FDR would
8  you have headed, if this incident had not
9  occurred?
10      A   Towards the Brooklyn Bridge.
11      Q   Would that be north or south on
12  the FDR?
13      A   That would be south.
14      Q   Do you recognize the phone number
15  718 881-3716?
16      A   Yes.
17      Q   Whose number is that?
18      A   That's my mom.
19      Q   Do you know whether your mother
20  was called after this incident?
21      A   I called her.
22      Q   Did you ever lose consciousness
23  after your vehicle was struck?
24      A   Yes, I did, for a few minutes.
25      Q   Did the police arrive at the

FROMETA                                    Page 37

1                          FROMETA
2    scene?
3         A    Not right away, maybe after I
4    called 911.  When I woke up I didn't realize
5    where I was.  I was shaking. I didn't know
6    where I was.
7         Q    Did you speak to the driver of the
8    other vehicle?
9         A    That's what woke me up, there was
10   someone knocking.  I thought I was at home
11   and someone was knocking at the door when I
12   was sleeping.  I woke up and realized
13   something happened. He was saying, " hello,
14   hello."   I got scared.  At that point I put
15   the window down.  I am shacking, my whole
16   body was shaking uncontrollably. My neck was
17   stiff, my back hurt, my neck hurt.  I felt
18   --
19        Q    I am going to cut you off.  Just
20   answer the question.
21               MR. MILLER: I move to
22          strike the entire portion of the
23          answer as not responsive. Can you read
24          back the question?
25               (The requested question

JAGUAR REPORTING
(718) 858-7700

---

FROMETA                                    Page 38

1                          FROMETA
2         was read back by the reporter.)
3         Q    The question I asked is if you
4    spoke to the driver of other vehicle, not
5    how you felt, not if you felt stiff. I am
6    not asking about pain or blacking out.  All
7    I am asking you, did you speak to the driver
8    of the other vehicle?
9               MR. PLATTA:  The other
10          vehicle, the one that hit her.
11               MR. MILLER:  Would you
12          like to testify? I am talking about
13          the vehicle in fact according to the
14          testimony of your witness.
15        A    I don't know if it was the other
16   guy from the other vehicle.  There was a man
17   standing on my door knocking. I don't know
18   who it was.
19        Q    Did you ever come to learn the
20   identity of the man?
21        A    No.
22        Q    Was it more than one man?
23        A    I don't know.
24        Q    Was it at least one?
25        A    One by the door, yes.

JAGUAR REPORTING
(718) 858-7700

---

FROMETA                                    Page 39

1                          FROMETA
2         Q    What did he look like?
3         A    Kind of short, that's it.
4         Q    Was he Spanish, was he White,
5    Black, Asian?
6         A    He told me he was Dominican,
7    that's all he told me. That's all I
8    remember.
9         Q    Did you speak to him in English?
10        A    He spoke to me in Spanish, maybe
11   both languages.  I don't remember.
12        Q    From the time that you came to
13   talk with him, until the time the police
14   arrived, can you tell me how much time
15   elapsed?
16        A    Maybe 10 minutes.
17        Q    Did you get out of your vehicle,
18   prior to the police arriving?
19        A    No, sir.
20        Q    Did an ambulance arrive?
21        A    Sorry.
22        Q    Did an ambulance arrive?
23        A    Yes.
24        Q    Did the ambulance arrive before or
25   after the police, or at the same time?

JAGUAR REPORTING
(718) 858-7700

---

FROMETA                                    Page 40

1                          FROMETA
2         A    Almost the same time, one behind
3    the other one.
4         Q    Who assisted you out of the
5    vehicle, if anyone?
6         A    Two ladies.
7         Q    What two ladies?
8         A    I don't know who they were.
9               MR. PLATTA:  Were they
10          working for the ambulance?
11               WITNESS: They were working
12          for the ambulance, yes.
13        Q    Did you get their identities?
14        A    No.
15        Q    Do you know of any eyewitness to
16   this incident?
17        A    No.
18        Q    This vehicle that struck you, you
19   testified struck you in the rear. Is this
20   the same vehicle that you passed on 23rd
21   Street when you were passing Madison?
22        A    No, I don't know.  I don't know.
23        Q    Can you describe the vehicle that
24   struck you?
25        A    I don't know because when I

JAGUAR REPORTING
(718) 858-7700

Page 41

```
1                    FROMETA
2   stepped out the two ladies were holding me.
3   I looked and it was a dark big truck, that's
4   what I remember. Then they put me inside the
5   ambulance and they strapped me.
6        Q    Were you taken to a hospital?
7        A    Yes.
8        Q    What hospital were you taken to?
9        A    Cabrini, on 19th Street.
10       Q    Were you taken into the emergency
11  room?
12       A    Yes, sir.
13       Q    Do you know what time you arrived
14  at Cabrini?
15       A    I don't remember.
16       Q    Do you recall what type of
17  diagnostic testing they did on you in the
18  emergency room?
19       A    They did a CAT Scan.
20       Q    Other than a CAT Scan, do you know
21  if any diagnostic images or films were done
22  to any part of your body?
23       A    No, I don't remember.
24       Q    Were you admitted into the
25  hospital?
```

Page 42

```
1                    FROMETA
2        A    Admitted means?
3        Q    Were you sent home from the
4   emergency room or were you admitted as an
5   inpatient in the hospital, at Cabrini?
6        A    I don't understand the question.
7        Q    Were you given a room as an
8   inpatient at Cabrini?
9        A    No.
10       Q    Did you go home on February 14th?
11       A    Yes.
12       Q    Where did you go, which home did
13  you go to?
14       A    To my aunt, the one closer, over
15  the Brooklyn Bridge.
16       Q    What time did you go home, this is
17  February 14th, from the hospital?
18       A    I don't remember.  I know I was in
19  the hospital.  I don't remember what time.
20       Q    Immediately following the impact
21  did you call anybody?
22       A    Not immediately.  The impact, when
23  I came out of the blackout the first thing I
24  did was call 911.
25       Q    After you called 911 did you call
```

Page 43

```
1                    FROMETA
2   anybody else?
3        A    I called my aunt, she didn't pick
4   up.  Then I called my mom, she did pick up,
5   my mom.
6        Q    After you called your mother did
7   you call anyone else?
8        A    No, I kept trying to make a phone
9   call but my phone was already damaged.  It
10  was damaged from water and stuff going in
11  it. It was not working.
12       Q    The damage from water, was that
13  water as a result of this incident?
14       A    No, from coffee.
15       Q    Did you call anyone from Rick's
16  Cabaret Gentlemen's Club, following the
17  incident?
18            MR. PLATTA:  Objection.
19       A    I don't remember. I don't carry a
20  cell phone in the club.
21       Q    Did you call anyone in Rick's
22  Cabaret Gentlemen's Club advising them of
23  the accident?
24            MR. PLATTA: Objection.
25       A    Yes, not the same day, maybe three
```

Page 44

```
1                    FROMETA
2   or four days later.
3        Q    Who did you speak to at Rick's
4   Cabaret Gentlemen's Club?
5            MR. PLATTA:  Objection.
6            MR. MILLER: You noted your
7   standing objection. Just let her answer the
8   question. Let's move on.
9            MR. PLATTA: I note my
10  objection to every time you use the words
11  Rick's Cabaret Gentlemen's Club.
12            MR. MILLER: I am happy to
13  note that you have a standing objection to
14  it.
15            MR. PLATTA:  Would you
16  stipulate to that?
17            MR. MILLER: I stipulate
18  that you have an objection. Not that it is
19  prejudicial to your client.
20            MR. PLATTA:  Correct.
21       Q    Ma'am, who did you speak with at
22  Rick's Cabaret Gentlemen's Club?
23       A    I don't remember.
24       Q    Do you recall who the manager of
25  Rick's Cabaret Gentlemen's Club was?
```

Page 45

FROMETA

```
 1                FROMETA
 2      A    No, I don't remember.
 3      Q    Why did you call them?
 4      A    To tell them that I am not coming
 5  to work, that something happened.
 6      Q    How did you get home from the
 7  hospital on February 14th?
 8      A    I took a taxi.
 9      Q    Did anyone accompany you?
10      A    No, I felt dazed and confused.
11      Q    Did anyone come to see you at the
12  hospital?
13      A    No.
14      Q    Do you know what time you left
15  Cabrini's emergency room?
16      A    Any time after 12:00.
17      Q    12:00 noon?
18      A    I think, I don't remember.
19      Q    Do you recall what diagnoses they
20  told you had, following your examination in
21  the emergency room?
22      A    I am sorry.  What was that?
23  Forgive me, my neck hurts.  I have to lean
24  back.
25               MR. MILLER:  I move to
```

Page 46

FROMETA

```
 1                FROMETA
 2      strike the colloquy.
 3      Q    Did they tell you that you were
 4  injured, in the emergency room?
 5      A    Yes.
 6      Q    What did they tell you was
 7  injured?
 8      A    My neck, lower back, and they
 9  could see in the CAT Scan that my spinal
10  cord was not in the middle but it was off,
11  that I would have to come up for follow-up.
12      Q    Did they discharge you out of the
13  emergency room after telling you that
14  information?
15      A    From after, I don't know.  The
16  emergency room CAT Scan, go back to the
17  emergency room, then I went home.
18      Q    Did they send you home in a neck
19  or back brace or any type of medical device?
20      A    No. I don't remember, no.
21      Q    When was the next time you sort
22  medical treatment after you left Cabrini
23  Medical Center?
24      A    Probably nine days after the
25  accident.
```

Page 47

FROMETA

```
 1                FROMETA
 2      Q    Nine days?
 3      A    Nine days after the accident.
 4      Q    Were you wearing a seat belt?
 5      A    Yes.
 6      Q    Nine days after the accident when
 7  you sort follow-up medical treatment, where
 8  did you go?
 9      A    Sorry?
10      Q    Where did you go following the
11  nine day span, after your incident?
12      A    I went for treatment.  I went to
13  43rd Street, Dr. Albert Villafuerte.
14      Q    What kind of doctor is Dr.
15  Villafuerte?
16      A    Can I look in my purse to show
17  you, I have a business card?
18      Q    Sure, with your counsel's
19  permission.
20               MR. PLATTA:  I prefer that
21       you testify from your memory.
22      A    Neurologist, neck and back.
23      Q    How long did you go to Dr.
24  Villafuerte?
25      A    I was going there for five weeks.
```

Page 48

FROMETA

```
 1                FROMETA
 2      Q    Who referred you to Dr.
 3  Villafuerte?
 4      A    My aunt.
 5      Q    Have you ever seen Dr.
 6  Villafuerte, prior to the February 14th
 7  incident?
 8      A    No, sir.
 9               MR. MILLER: I am going to
10  ask on the record, I am going to make a
11  demand that medical authorizations be
12  provided for copies of medical records from
13  Dr. Villafuerte be provided, a neurologist.
14  None was part of the 26A rules discloser.
15  His name and information has oddly been left
16  off.
17               MR. PLATTA:  For the
18  record, medical PC authorizations was
19  provided with plaintiff's response, Midtown
20  Medical Practice.
21               MR. MILLER: I stand
22  corrected.
23      Q    Where was his address located?
24      A    43rd Street, I think between
25  Madison or Park, something like that.
```

Page 49

```
1                    FROMETA
2       Q    You had no medical treatment from
3  February 14th until nine days later when you
4  saw Dr. Villafuerte?
5       A    What was the question?
6            MR. PLATTA:  Objection.
7       Asked and answered.
8       A    No, I didn't have any treatment.
9       Q    You testified earlier that you
10 continued to waitress and dance at Rick's
11 Cabaret Gentlemen's Club for three to four
12 weeks after the loss?
13      A    Only about 4 or 5 hours, I had to
14 go home.
15           MR. PLATTA:  Objection.
16      Asked and answered.
17      Q    Did you dance seven days a week?
18           MR. PLATTA:  Over
19      objection.
20      A    No, five days a week.
21      Q    Did you dance on February 15th
22 2007?
23      A    No, I was stiff at home.
24      Q    Do you know the first day you went
25 back to dancing?
```

Page 50

```
1                    FROMETA
2            MR. PLATTA:  Objection.
3       A    Probably a week or two weeks
4  after.  I was between flying and dancing,
5  but it was light.
6       Q    You testified earlier you danced
7  three or four weeks after the accident.  Now
8  you testified a week or two later.
9       A    Because it's free-lancing, I can
10 go when I want.  Not whenever, once I am
11 there I have to go 8 hours and leave.  I can
12 go one day a week, I free-lance.
13      Q    Do you keep any records of the
14 days that you danced?
15      A    No.
16      Q    Did you sign anything or punch in
17 when you arrived at Rick's Cabaret
18 Gentlemen's Club?
19      A    No.
20      Q    Do you have any records when you
21 flew for Excel Air during the time, after
22 this incident?
23      A    No.
24      Q    Do you know the address for Excel
25 Air?
```

Page 51

```
1                    FROMETA
2       A    No, it's in Long Island.
3       Q    Do you have anything at home that
4  has the address and contact information?
5       A    I don't think so, no.
6       Q    How are you compensated by Excel
7  Air?
8       A    Check.
9       Q    Do you maintain any check stubs?
10           MR. PLATTA:  Objection.
11      You can answer.
12      A    Probably there, I probably have
13 something.
14           MR. MILLER:  I ask that
15 you provide counsel a copy of your Excel Air
16 paycheck for the purpose of obtaining the
17 address and proper corporate identity.  I
18 also ask for authorizations for the records,
19 for the purpose of not lost earnings, for
20 the purpose of her schedule and when she
21 might have worked.
22           MR. PLATTA:  I agree to
23 provide attendance records regarding her
24 employment.  However, any records regarding
25 wages will not be provided.
```

Page 52

```
1                    FROMETA
2            MR. MILLER:  Fair enough.
3            MR. PLATTA:  I ask that
4  you follow-up in writing.
5            MR. MILLER:  Sure.
6       Q    What did Dr. Villafuerte tell you
7  after his initial examination, approximately
8  nine days after this incident?
9       A    He said according to that I will
10 keep treatment for five weeks.  He cannot
11 tell anything yet for another two months
12 what is going to happen, only until he
13 receives the MRI.
14      Q    Did he send you for an MRI?
15      A    Yes.
16      Q    Where did he send you?
17      A    77th Street, 77th or 75th Street
18 and Third Avenue.
19      Q    Would that be Stand Up MRI Of
20 Manhattan?
21      A    Yes.
22      Q    How often would you go to Dr.
23 Villafuerte?
24      A    I was there for five weeks then he
25 would give me a appointment maybe four
```

Page 53

```
                    FROMETA
 1
 2   times.
 3       Q    Approximately once a week for
 4   four, five weeks?
 5       A    About once a week I have to say.
 6       Q    Did he refer you to any other
 7   doctors?
 8       A    Yes.
 9       Q    Who did he refer to you?
10       A    He referred me to Dr. Kaisman.
11       Q    Is that Arden Kaisman at 51 East
12   25th Street?
13       A    Yes.
14       Q    What kind of doctor is Dr.
15   Kaisman?
16       A    Neck doctor, back.
17       Q    What did Dr. Kaisman do for you?
18       A    He didn't. I got scared about the
19   needle and I ran out. I was laying down, I
20   saw the needle and just ran out. I could not
21   do it.
22       Q    How often did you see Dr. Kaisman?
23       A    Twice.
24       Q    What did he do for you during this
25   time?
```

Page 54

```
                    FROMETA
 1
 2       A    He told me what he was going to
 3   do.  He read the paper and he saw the MRI
 4   and then the neck stuff, and he told me what
 5   he was going to do.  He wanted to do
 6   compression, first injection to kill the
 7   pain in my neck. Then if at that point does
 8   not go away he will have to do compression
 9   of the disc which was giving a problem.
10       Q    Did you see Dr. Kaisman during the
11   same time you saw Dr. Villatuerte, or a
12   different time?
13       A    At the same time.
14       Q    Did Dr. Villafuerte or Dr. Kaisman
15   refer you to any other healthcare providers?
16       A    Sorry?
17       Q    Did Dr. Villafuerte or Dr. Kaisman
18   refer you to any other doctors or healthcare
19   providers?
20       A    Dr. Kaisman referred me to Dr.
21   Babo for the lower back lumbar spinal cord
22   injuries.
23       Q    Is that Dr. Ramesh Babo?
24       A    Yes.
25       Q    At 530 First Avenue?
```

Page 55

```
                    FROMETA
 1
 2       A    Yes.
 3       Q    Did you see Dr. Babo during the
 4   same time you saw Dr. Kaisman?
 5       A    No.
 6       Q    Were you seeing him another time?
 7       A    I didn't see Dr. Kaisman anymore.
 8   I didn't want to see him.
 9       Q    You went to Dr. Babo at the
10   referral of Dr. Kaisman?
11       A    Yes.
12       Q    How often did you see Dr. Babo?
13       A    Three or four times, four times
14   before surgery.
15       Q    Was that during the same time you
16   were seeing Dr. Villafuerte, or sometime
17   after?
18       A    About the same time.
19       Q    What did Dr. Babo do for you?
20       A    Dr. Babo, he went over the records
21   and he told me that my injuries, I have to
22   wait almost two months.  He described the
23   pinch, it all came in before the time.  He
24   gave me time of two months. All the pain and
25   numbness on my leg would go away for half
```

Page 56

```
                    FROMETA
 1
 2   hour, or 10 minutes.  I would not feel it, I
 3   would not walk.  He said as soon as you feel
 4   that, meaning you will need surgery. You
 5   don't have to do it because it's your
 6   decision. We are telling you if you don't
 7   you are going to have like no leg.
 8            MR. MILLER: I move to
 9       strike the entire portion of the
10       answer as not responsive.
11       Q    Ma'am, I am not asking about
12   conversations you had with Dr. Babo.  Did
13   you ever receive treatment with Dr. Babo?
14   What did he do for you?
15       A    Treatment.
16       Q    I want you to tell me only the
17   treatment, not conversations you had with
18   Dr. Babo?
19       A    He operated on my lower back.
20       Q    When did he operate on your lower
21   back?
22       A    The lumbar disc.
23       Q    Not where, when?
24       A    May 17th.
25       Q    Where was this surgery held?
```

Page 57

```
 1                    FROMETA
 2      A    Cabrini Hospital.
 3      Q    Is Dr. Babo affiliated with
 4  Cabrini Hospital?
 5      A    I hope so, I think so.
 6      Q    Did you see any other medical care
 7  providers or doctors with regard to the
 8  treatment on your back?
 9      A    Yes, Dr. David.
10      Q    Is that Andrew Davy?
11      A    Yes. I didn't go to the medical
12  center on 43rd Street anymore. I changed to
13  the one closer to my home, to my mom.
14      Q    Where is that?
15      A    Westchester, it's in the Bronx, on
16  Westchester Avenue.
17      Q    3262, Ranga Krishna?
18      A    Yes, that's where I changed after.
19      Q    Were you seeing Dr. Krishna before
20  or after surgery?
21      A    Before surgery.
22      Q    What kind of doctor is Dr.
23  Krishna?
24      A    Neurologist.
25      Q    What did Dr. Krishna do for you?
```

Page 58

```
 1                    FROMETA
 2      A    He checked, look at my X-rays and
 3  MRI and he just basically told me what might
 4  be going on in the future for me.  He
 5  recommended me to Dr. David.
 6      Q    You keep saying Dr. David, is this
 7  Dr. Davy?
 8      A    Dr. Davy.
 9      Q    What kind of doctor is Dr. Davy?
10      A    He is a neurologist.
11      Q    Did you see Dr. Davy before or
12  after surgery?
13      A    Before lower back surgery.
14      Q    Did you see Dr. Davy at any time
15  after surgery?
16      A    Yes.
17      Q    What did you see him for, after
18  surgery?
19      A    Dr. Davy after the surgery for
20  neck injection and painkiller injection and
21  electro, something very painful. He put four
22  needles on one side, six on the other side
23  and it's over seven days, and then you have
24  to stay three months then do it again. This
25  is what I needed,  otherwise I feel like
```

Page 59

```
 1                    FROMETA
 2  electricity running from the spinal cord
 3  going to where the nerves are.  They inject
 4  also the spinal cord.  That liquid run in
 5  the spinal cord. The entire lower back
 6  turning into something very hard.  That is
 7  a year, do and re-do for the rest of my
 8  life, otherwise I will not be able to walk
 9  correctly. That procedure last about 40
10  minutes.
11              MR. MILLER: Let's take a
12          break.
13              (Whereupon, a brief recess
14          was taken.)
15      Q    Did there come a time that you had
16  surgery?
17      A    Sorry.
18      Q    Did there come a time you had
19  surgery?
20      A    After the accident?
21      Q    Yes.
22      A    Yes.
23      Q    Did the surgery take place on May
24  17th 2007?
25      A    Yes.
```

Page 60

```
 1                    FROMETA
 2      Q    Did Dr. Babo perform the surgery
 3  at Cabrini Medical Center?
 4      A    Yes.
 5      Q    Do you know the kind of surgery
 6  you had?
 7      A    I don't know the name.  He told me
 8  before, I forget, it's a fancy word. Lumber
 9  back surgery, he kind of cut something
10  there, a bone or something.
11      Q    Were you admitted into the
12  hospital?
13      A    Yes.
14      Q    Did you spend the night?
15      A    Two days.
16      Q    Have you been admitted back into
17  the hospital for any reason, since the
18  surgery?
19      A    No, sir.
20      Q    Do you have any plans for any
21  future surgery?
22      A    Well, no.  Yes, they still have to
23  do the compression of the disc (indicating).
24              MR. PLATTA: Indicating the
25          neck.
```

Page 61

```
 1                    FROMETA
 2        WITNESS: The neck and
 3  spinal cord. They have to refill that every
 4  year and a half or 2 years or then I am not
 5  able to walk.  They have to do the lower
 6  back also, whenever it starts bothering me.
 7  Only when the leg does not work anymore I
 8  will have to go back.
 9        Q    Were you given any tickets with
10  regard to this accident?
11        A    No.
12        Q    Did you have a driver's license in
13  good standing?
14        A    Yes.
15        Q    What kind of driver's license was
16  it?
17        A    A regular driver's license.
18        Q    Was it issued by New York State?
19        A    New York State.
20        Q    Did you have any restrictions on
21  the license?
22        A    No.
23        Q    Did you wear glasses?
24        A    Now I do, after the accident for
25  reading or driving at night.
```

Page 62

```
 1                    FROMETA
 2        Q    Are you aware whether your blood
 3  alcohol level was tested while you were in
 4  the emergency room at Cabrini Hospital, on
 5  February 14th 2007?
 6        MR. PLATTA:  Objection.
 7        A    I don't know.
 8        Q    Other then Cabrini Hospital, Dr.
 9  Villatuerte, Dr. Babo, Dr. Davy, Dr.
10  Krishna, Westchester Medical, Stand Up MRI,
11  is there any other healthcare providers?
12        A    Those are the ones that I recall
13  right now.
14        Q    Do you have anything at home that
15  might refresh your recollection whether you
16  saw anyone else?
17        A    No.
18        Q    Is Dr. Krishna at 3262 Westchester
19  Avenue associated with Westchester Medical
20  Care P.C?
21        A    Yes, sir.
22        Q    Had you ever injured your back and
23  neck, prior to February 2007?
24        A    No, sir.
25        Q    Had you ever been in a car
```

Page 63

```
 1                    FROMETA
 2  accident, prior to February 14, 2007?
 3        MR. PLATTA:  Objection.
 4        A    Yes, when I was in a car accident
 5  that was in LA. I was with my mom and
 6  sister.  We were driving back where I used
 7  to live in Vegas before, it was rush hour.
 8  We are driving and the car in front of me --
 9  everyone was driving close, it's very
10  congested in LA.  Everyone stop and I saw
11  that and but I stop but the car in front of
12  me stop too quickly, a small little red car
13  with a Oriental older gentleman, a very old
14  gentleman.  I hit him.
15        Q    Were you injured?
16        A    No.
17        Q    Other then that, were you involved
18  in any other automobile accident, prior to
19  February 14th 2007?
20        MR. PLATTA:  Objection.
21        A    I do not recall that. Someone hit
22  me.  I was leaving a parking lot, a diner in
23  New Jersey.  I looked behind me.  I put the
24  car in reverse.  I keep looking going
25  slowly. A large SUV just ran in my
```

Page 64

```
 1                    FROMETA
 2  headlight.  Only the light on the back and
 3  he just took a headlight.  The light still
 4  worked. He just took part of the material
 5  going over the light.
 6        Q    Were you injured?
 7        A    No, sir.
 8        Q    When did this happen?
 9        A    That happened I guess in maybe
10  August, I think in August.
11        Q    What year?
12        A    This year, the police came over
13  and he said, your car, put your car back.
14        MR. PLATTA:  There is no
15           question.
16        WITNESS: Sorry.
17        Q    Did you report the accident to
18  your insurance company?
19        A    No, there was no need.
20        Q    Were you involved in an accident
21  on March 8th 2007?
22        A    No, that's probably the one I am
23  talking about.  But I don't recall if it's
24  the one in New Jersey.  That was the car
25  that hit the light on the back.
```

FROMETA                                                      Page 65

1                    FROMETA
2       Q    What kind of car?
3       A    Sorry?
4       Q    What kind of car struck you?
5       A    It looked like a large SUV.  I
6  don't remember.
7       Q    What kind of car were you driving?
8       A    My car.
9       Q    What is your Social Security
10 number?
11      A    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.
12      Q    So the record is clear. Do you
13 have any recollection of being in an
14 automobile incident on March 8th 2007?
15      A    That was probably the one.
16              MR. PLATTA:  Yes or no?
17              WITNESS: The one in New
18        Jersey, yes.
19      Q    That New Jersey accident happened
20 in Englewood?
21      A    Yes, sir, that's the one.
22      Q    That accident happened in July
23 2007?
24      A    July.
25      Q    That accident happened July 29,

JAGUAR REPORTING
(718) 858-7700

---

FROMETA                                                      Page 66

1                    FROMETA
2  2007?
3       A    Yes.
4       Q    Are you aware of an accident that
5  occurred on March 8, 2007?
6       A    No.  .
7       Q    You never were in an accident
8  involving another vehicle that was a Hyundai
9  Sonata?
10      A    No.
11              MR. PLATTA:  Can we take a
12        break?
13              MR. MILLER: Sure.
14      Q    Was your vehicle involved in an
15 incident on March 8th 2007?
16      A    The vehicle was, I was at home
17 asleep.
18      Q    Where was the vehicle?
19      A    Three blocks away from my mom.
20      Q    Was it parked?
21      A    It was parked.
22      Q    Was it unoccupied?
23      A    No people were inside.
24      Q    Did someone strike your vehicle?
25      A    It seems like that because I

JAGUAR REPORTING
(718) 858-7700

---

FROMETA                                                      Page 67

1                    FROMETA
2  didn't see it.
3       Q    Did you file a claim?
4       A    No, I didn't have money to file a
5  claim.
6       Q    Did you report it to your
7  insurance carrier?
8       A    I called them to let them know and
9  they tell me to bring it over. They gave me
10 the address to get it fixed and everything.
11 And they asked me for $500.00 and I didn't
12 have it, that's why I did not take it.
13      Q    Are you currently going for any
14 physical therapy?
15      A    Yes, sir.
16      Q    Where are you going for physical
17 therapy?
18      A    On Westchester, in the Bronx.
19      Q    What frequency are you going?
20      A    Three days a week.
21      Q    Who prescribed this for you?
22      A    Dr. Krishna.
23      Q    How do you feel as you sit here
24 today?
25      A    Sorry?

JAGUAR REPORTING
(718) 858-7700

---

FROMETA                                                      Page 68

1                    FROMETA
2       Q    How do you feel?
3       A    From one to ten one is good ten is
4  bad.  I say a nine, my neck, my lower back.
5       Q    You testified earlier that you
6  currently are not working. What do you do
7  during the day?
8       A    I just go to therapy.  I do my
9  walking maybe two or three blocks. I go to a
10 bookstore and I read.
11              MR. MILLER:  Let's take a
12        break.
13              (Whereupon, a brief recess
14        was taken.)
15      Q    Ma'am, did you take any medication
16 or drugs prior to coming here to testify
17 today?
18      A    Today, no.
19      Q    Is there any medications that were
20 prescribed to you to take that you chose not
21 to take, before coming here today?
22      A    They prescribe medication that is
23 too expensive, I didn't have the money.
24 Today I have migrans but I only use it at
25 night to go to sleep.

JAGUAR REPORTING
(718) 858-7700

Page 69

FROMETA

1
2    Q    Is there any medication, anything
3  you are taking recently that affects your
4  ability to testify today truthfully?
5    A    No.
6    Q    In the 24 hours prior to the
7  February 14, 2007 incident, had you taken
8  any prescribed medicines?
9    A    No, only for one the back, they
10  prescribe but then didn't want to pay, the
11  insurance.
12    Q    I will clarify my question.
13  Listen to my question. February 14th, back
14  at the time of the accident, 24 hours prior
15  to that.  During the 24 hour period prior to
16  this accident, was there any medication
17  that you were prescribed?
18    A    No.
19    Q    That was prescribed that you took?
20    A    No.
21    Q    Were there any medicines or
22  prescriptions that you were supposed to have
23  taken where you failed to take, 24 hours
24  prior to the February 14, 2007 accident?
25    A    No.

Page 70

FROMETA

1
2    Q    Other then the healthcare
3  providers you testified about today, are
4  there any other healthcare providers that
5  you seen?
6    A    No, sir.
7    Q    Do you know when your neck
8  surgical procedure is scheduled for?
9    A    It's supposed to be about three or
10  four weeks from now.
11        MR. MILLER: I note on the
12    record, I reserve out right for
13    further testimony with regard to any
14    post care follow-up pertaining to the
15    second surgery.
16    Q    Ma'am, did you ever have an
17  opportunity to review the police report?
18    A    I did, yes.
19    Q    When did you first see the police
20  report?
21    A    When I first got it.
22    Q    Who gave it to you?
23    A    The police department.
24    Q    Did you read the description under
25  the officer's notes?

Page 71

FROMETA

1
2    A    I looked at it, it's hard to
3  understand for me.  It's not my job. I am
4  not a police officer.
5    Q    How many lanes of traffic go east
6  on 23rd Street?
7    A    There is three lanes, one for
8  parking and two for going east.
9    Q    Is that the same on the west, side
10  there is one lane for parking and two going
11  west?
12    A    Yes.
13    Q    There is a total of six lanes
14  across the entire street?
15    A    Yes.
16    Q    Do you recall looking at the
17  accident diagram on the police report?
18    A    Sorry?
19    Q    Do you recall looking at the
20  accident diagram on the police report?
21    A    It looks familiar but I don't
22  know.
23        MR. PLATTA:  Yes or no,
24    did you look at it when you reviewed
25    the police report?

Page 72

FROMETA

1
2        WITNESS:  I looked at it,
3    yes.
4    Q    Did you ever file a revised police
5  report or MV104?
6    A    I don't know what that is, sorry.
7        (Continued on next page to
8        include jurat.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 73**

```
 1                    FROMETA
 2       Q    Did you file any documents with
 3   the police department, after the accident?
 4       A    I don't remember.
 5       Q    Did you ever have an opportunity
 6   to speak to the driver of the other vehicle,
 7   since February 14th 2007?
 8       A    No.
 9            MR. MILLER: I have no
10       further questions.
11                 -oOo-
12       (Whereupon, the deposition of
13   Adonna Frometa was concluded at 12:05 p.m.)
14
15
16
17                    ADONNA FROMETA
18
19
20   Subscribed and sworn to
     before me this      day
21   of              , 2007.
22
23       Notary Public
24
25
```

**Page 74**

```
 1                  I N D E X
 2
 3   WITNESS       EXAMINATION BY      PAGE
 4   Adonna Frometa   Mr. Miller       4
 5
 6            EXHIBITS
 7
 8             NONE
 9
10       INFORMATION REQUESTED
11   DESCRIPTION        PAGE       LINE
12   Authorizations for medical 48     9
     records from Dr. Villatuere
13   Excel Air pay stubs &      51     14
     employment records regarding
14   plaintiff's schedule
15   Reserve right to further   70     11
     testimony regarding post
16   care follow-up for second
     surgery
17
18
19
20
21
22
23
24
25
```

**Page 75**

```
 1
 2            C E R T I F I C A T E
 3
 4   STATE OF NEW YORK )
 5                     :   SS:
 6   COUNTY OF QUEENS  )
 7
 8       I, NANCY NASCA, a Shorthand Reporter
 9   and Notary Public within and for the State
10   of New York, do hereby certify:
11       That ADONNA FROMETA, the witness whose
12   deposition is hereinbefore set forth, was
13   duly sworn by me, and that such deposition
14   is a true record of the testimony given by
15   such witness.
16       I further certify that I am not related
17   to any of the parties to this action by
18   blood or marriage, and that I am in no way
19   interested in the outcome of this matter.
20       IN WITNESS WHEREOF, I have hereunto set
21   my hand this 12th day of December 2007.
22
23                    Nancy Nasca
24                    NANCY NASCA
25
```

**A**
ability 69:4
able 29:10 59:9 61:5
above-entitled 1:14
accident 8:9 14:15 15:3
   15:12 16:5 17:4,25
   47:3,6 50:7 59:20
   61:10,24 63:2,4,18
   64:17,20 65:19,22,25
   66:4,7 69:14,16,24
   71:17,20 73:3
accompany 45:9
accurate 29:25 30:4
aches 14:16
action 1:15 75:17
address 4:12 7:10 8:20
   48:23 50:24 51:4,17
   67:10
addresses 9:18
administer 3:16
admitted 41:24 42:2,4
   60:11,16
Adonna 1:3,13 4:11
   73:13,17 74:4 75:11
adult 13:23
advised 33:22
advisement 30:13
advising 43:22
affiliated 57:3
age 11:9
aggravating 19:6
age 10:6,10
agree 51:22
AGREED 3:7,13,21
ahead 28:22
Air 15:18 25:6 51:5
   17:8 50:21,25 51:7
   51:15 74:13
akerelo 19:22 47:13
alcohol 20:21 22:21
   62:5
ambulance 39:20,22,24
   40:10,12 41:5
American 1:6 4:18
Andrew 57:10
Annie 5:13,13,14,16
   6:15,16,24 10:18,19
   10:20,21,24,24,25
answer 5:5 12:24 13:5
   13:17,21,25 14:5,13
   15:22 16:25 18:7,18
   19:12,18 22:3,14
   29:14 37:20,23 44:7
   51:11 56:10
answered 22:23 49:7
   49:16
anybody 42:21 43:2
anymore 7:23 55:7
   57:12 61:7
apartment 4:14 7:4,13

32:23
apartments 7:22 9:10
appointment 52:25
approximate 18:12
approximately 52:7
   53:3
Arden 33:11
arrival 32:16
arrive 36:25 39:20,22
   39:24
arrived 20:23 23:12
   24:8 30:24 31:21
   33:2 39:14 41:13
   50:17
arriving 33:6 39:18
Asian 39:5
asked 22:23 38:3 49:7
   49:16 67:11
asking 35:14 38:6,7
   56:11
asleep 66:17
asolated 40:4
associated 52:19
assume 5:5
attendance 51:23
attendant 15:18 17:5
   17:15
attorneys 2:4,9 3:8
August 64:10,10
aunt 7:9 8:4,9,25 30:19
   30:21 34:10 42:14
   43:3 48:4
aunt's 9:6 35:19
authorization 48:11
authorized 3:15
automatic 23:4,6
automobile 63:18
   65:14
Avenue 8:10,18 9:2
   9:12 12:15 27:24,24
   28:5,15,17,19 32:18
   54:25 57:16 62:19
   56:19,21 57:8 58:13
   59:5 60:9,16 61:6,8
   62:22 63:6 64:1,13
   64:25 68:4 69:9,13
   bad 31:12,12 68:4
   bartender 22:5
   basically 58:3

basis 11:21
began 33:8
begun 35:3
behalf 21:25
believe 29:19 30:3
belt 47:4
big 29:7 41:3
birth 10:3
bit 24:23 25:15 31:4
   black 29:11 39:5
   blacked 18:2
   blacking 38:6
   blank 42:23
   blinker 27:17,20 28:2
   28:24
   block 12:6 25:16 28:20
   28:22
   blocks 66:19 68:9
   blood 62:2 75:18
   body 37:16 41:13
   bone 60:10
   bookstore 68:10
   born 11:3,4
   bothering 61:6
   bowe 60:10
   break 33:15 59:12
   Bridge 35:20 36:10
   42:15
   brief 33:19 59:13 68:13
   bring 67:9
   Broadway 2:5 13:12
   13:20 24:23 27:19
   29:18,21,23 30:7
   Bronx 4:15 57:15
   67:18
   Brooklyn 7:8,12,23 8:2
   8:13 30:19 35:19
   brother 10:20
   brother's 5:14
   brought 16:12
   brush 27:10,11
   buzhena 21:11 47:17
   buy 21:21

C
22:2 75:2,2
Cabaret 19:19,21,25
   20:6,15,21 21:3,9,14
   21:19 22:11 23:12,23
   24:17,21 25:3,9,19
   27:14 30:25 32:17
   33:2,6,24 34:9 43:16
   coffee 43:14
   colloquy 46:2
   color 38:11
   column 38:19 45:11
   624:8
   Cabrini's 45:15
   call 42:21,24,25 43:7,9

43:15,21 45:3
called 15:13 36:20
   36:21 37:4 42:25
   43:3,4,6 67:8
   capacity 15:5
   car 11:11,13 27:5,9,11
   27:16 28:21,23 29:7
   62:25 63:4,8,11,12
   63:24 64:1,13,13,24
   65:2,4,7,8
   card 47:17
   care 8:5,7,8 57:6 62:20
   70:14 74:16
   carrier 67:7
   carry 43:19
   cars 28:14
   cast 31:19
   CAT 41:19,20 46:9,16
   cell 43:20
   center 46:23 57:12
   60:3
   certain 7:15
   certify 75:10,16
   changed 5:15 10:25
   29:2 57:12,18
   check 51:8,9
   checked 58:2
   chose 68:20
   citizen 5:18,20
   citizenship 5:15 11:8
   city 11:23
   claim 67:3,5
   clarify 35:2 36:4,5
   69:12
   clean 27:4,7,9
   clear 8:24 22:16 31:10
   65:12
   client 34:3 44:19
   close 17:23 63:9
   closed 20:16 25:24 26:3
   26:6,11,13
   close 34:23 30:20
   42:14 57:13
   club 19:19,22 20:2,7,15
   20:24 21:3,5,9,19
   22:11 23:13,24 24:17
   24:21 25:4,9,20
   27:15 30:25 32:17
   33:3,7,24 34:9 43:16
   43:20,22 44:4,11,22
   44:25 49:11 50:18
   code 7:17,19 8:14,16
   8:17,22
   coffee 43:14
   colloquy 46:2
   color 38:11
   come 18:3 19:4 21:11
   46:23 57:4,6

43:15,21 45:3
company 64:18
compensated 51:6
complete 4:20
computation 54:6,8
   60:23
concluded 73:13
conditions 10:23
confused 45:10
congested 43:10
consciousness 36:22
constantly 30:8
contact 51:4
continued 49:10 72:7
contractor 12:25 13:3
contradiction 37:7,9
conversation 56:12,17
copies 48:12
copy 51:15
cord 46:10 54:21 59:2
   59:4,5 61:3
corporate 51:17
correct 8:22 34:15
   44:20
corrected 48:22
correctly 59:9
counsel 29:23 30:3,7
   33:22 51:15
COUNTY 75:6
course 21:11
COURT 1:1
credibility 30:6
cross 34:21
currently 7:21 9:10,23
   11:11 14:7,9 15:24
   67:13 68:6
customary 21:2
customers 21:2,20
cut 37:19 60:9

D
D 4:2 74:1
damage 43:12
damaged 43:9,10
dance 13:7,19 14:7,9
   20:2,6,14 49:10,17
   49:21
daneel 14:3 16:22
   20:11 21:4,18
   dancers 21:15
   dancing 15:6,11,20
   16:23 17:13 20:5
   25:8 49:25 50:4
   dark 28:11 41:3
   date 10:3
   David 57:9 58:5,6
   Davy 57:10 58:7,8,9,11
   58:14,19 62:9
   day 19:4,6 25:13 32:20

Page 6



65:17 72:2 74:3
75:11,15,20
**woke** 37:4,9,12
**word** 60:8
**words** 44:10
**work** 13:2 15:5,13,17
15:24 17:22 19:21
23:9,12 30:25 31:13
31:22 32:20 45:5
61:7
**worked** 16:3,20 25:14
26:10 51:21 64:4
**working** 15:12 16:9
18:14 21:4 40:10,11
43:11 68:6
**worse** 26:19
**writing** 30:13 52:4

                    X
x 1:2,8 74:1
X-rays 58:2

                    Y
y 8:12
**year** 11:19 59:7 61:4
64:11,12
**years** 7:5 10:6,10,14
61:4
**York** 1:2,10,10,18 2:5
2:5,10,10 4:5,15 7:12
8:13 61:18,19 75:4
75:10
**younger** 6:24 7:2

                    Z
**zip** 7:17,19 8:14,16,17
8:22

                    $
**$500.00** 67:11

                    0
**01502.00009** 2:13
**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** 65:11
**07-CV-6372** 1:8

                    1
1 26:22
1A 4:14
10 7:5 39:16 56:2
10:25 1:11
10004 2:5
10017 2:10
10466 4:15
11 74:15
**11205** 7:19 8:15,17
12th 75:21
12:00 45:16,17
12:05 73:13
13 20:7
13th 18:15 19:10 20:8

20:22 22:6,10,18,20
23:13 24:8 25:4
30:24
14 6:23 11:17 16:16
17:16,20 63:2 69:7
69:24 74:13
14th 11:20 16:13,22
17:3,8 18:16 20:8,16
20:22 22:7,11,18,20
23:8,23 25:20 26:18
42:10,17 45:7 48:6
49:3 62:5 63:19
69:13 73:7
15 28:8
15th 49:21
150 1:9 2:10
17th 56:24 59:24
1752 7:11 9:7 12:11
19th 41:9
1927 2:5
1998 11:7

                    2
2 26:22 61:4
2:00 33:16
20 28:6,8
2001 11:15
2003 5:25 7:7
2007 1:11 11:17,19
12:20 16:13,16 17:4
17:8,16,20 19:10
20:7,16,23 22:7,11
23:8,13,23 24:8 25:4
25:20 26:18 49:22
59:24 62:5,23 63:2
63:19 64:21 65:14,23
66:2,5,15 69:7,24
73:7,21 75:21
21 5:19 10:2 11:9
23d 35:11
23rd 27:25 28:3,4,9
34:17,19 35:8,23
36:5 40:20 71:6
233rd 4:14 5:24 9:11
12:4 33:6
24 69:6,14,15,23
25th 55:12
26A 48:14
29 65:25

                    3
3/25/68 10:4
30 28:6
32d2 57:17 62:18
33rd 13:12 23:18,20
25:16 27:17,18 33:7

                    4
4 1:11 49:13 74:4
4:00 17:22 25:24 26:3,6
26:12

40 59:9
42 1:9 2:5,10
43rd 47:13 48:24 57:12
433 8:10
448 9:15
48 74:11
488 8:10,18,25 9:11
12:15

                    5
5 10:6,9,13 14:16 26:23
29:3,4 49:13
51 53:11 74:13
530 54:25

                    6
666 4:14 5:23 9:11 12:3
33:5

                    7
70 74:15
718 1:25 36:15
75th 52:17
77th 52:17,17

                    8
8 50:11 66:5
8th 64:21 65:14 66:15
858-7700 1:25
881-3716 36:15

                    9
9 7:11 74:11
9th 8:20 9:7 12:11
9:00 19:13,22
911 37:4 42:24,25