1204from
1

1
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    --------------------------------------X
     ADONNA FROMETA,
4
                            PLAINTIFF,
5
6         -against-            Index Case No:
                                07CIV6372
7
8    MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS
     RECYCLING,
9
10                          DEFENDANTS.
     --------------------------------------X
11
12            DATE: December 4, 2007
13            TIME: 2:10 P.m.
14
15
16         EXAMINATION BEFORE TRIAL of the
17    Defendant, MARIO E. DIAZ-DIAZ, taken by the
18    Plaintiff, pursuant to an Order, held at the
19    office of Wilson, Elser, Moskowitz, Edelman &
20    Dicker LLP, 150 East 42nd Street, 23rd Floor
21    New York, New York 10017 before Lorraine
22    DeSalvio, a Shorthand Reporter and Notary
23    Public of the State of New York.
24
25

1204from
2

1
2    A P P E A R A N C E S:
3
4    SLAWEK W. PLATTA, LLM
        Attorney for Plaintiff
5          42 Broadway
           Suite 1927
6          New York, New York 10004
     BY: SLAWEK W. PLATTA, ESQ.
7
8
9    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER,LLP
        Attorneys for the Defendants
10         150 East 42nd Street
           New York, New York 10017
11   BY: JOHN A. HSU, ESQ.
12
13   ALSO PRESENT
14   MARTA MONTENEGRO-SPANISH INTERPRETER
15
16        *            *              *
17
18
19
20
21
22
23
24
25

1204from
4

1
2    F E D E R A L   S T I P U L A T I O N S
3
4         IT IS HEREBY STIPULATED AND AGREED
5    By and between the counsel for the respective
6    parties hereto, that the filing, sealing, and
7    certification of the within deposition shall
8    Be and the same are hereby waived;
9
10        IT IS FURTHER STIPULATED AND AGREED
11   That all objections, except as to the form
12   of the question, shall be reserved to the times
13   of the trial.
14
15        IT IS FURTHER STIPULATED AND AGREED
16   That the within deposition may be signed before
17   Any Notary Public with the same force and
18   effect
19   As if signed and sworn to before this court.
20
21
22        *       *       *       *
23
24
25

1204from
5

1
2    M A R I O  E.  D I A Z-D I A Z, called as a
3    witness, having been first duly sworn by a
4    Notary Public of the State of New York, was
5    examined and testified (through the Spanish
6    interpreter) as follows:
7    EXAMINATION BY
8    MR. PLATTA:
9         Q.   Please state your name for the
10   record.
11        A.   Mario E. Diaz-Diaz.
12        Q.   Where do you reside?
13        A.   91 Sprint Street, Apartment 1,
14   Passey, New Jersey 07055.
15        Q.   Good afternoon.  My name is Slawek
16   Platta.  I'm representing Adonna Frometa who is
17   with us today in this lawsuit that happened on
18   February 14, 2007, and I will be asking you
19   questions regarding this accident today.  If at
20   any point in time you don't understand my
21   questions, please let me know and I'll rephrase
22   it otherwise I will assume that you understood
23   my question and you answered truthfully.  I
24   will also ask you to keep your responses verbal
25   as nods of a head cannot be recorded by the

1204from
M. DIAZ-DIAZ

1
2  court reporter.  Do you understand me so far?
3      A.   Yes.
4      Q.   Did you have any problem
5  understanding the interpreter so far?
6      A.   No.
7      Q.   Sir, can you tell me how long have
8  you lived in 91 Sprint Street in Passey, New
9  Jersey, apartment one?
10     A.   Two and a little bit more years.
11     Q.   Where did you live before that?
12     A.   With my family, my wife and my
13 children.
14     Q.   Where was that?
15     A.   At 274 Main Avenue in the same
16 area.
17     Q.   Passey Park as well in New Jersey?
18     A.   Yes.
19     Q.   Can you tell me, do you have an
20 apartment number or do you own the house?
21     A.   I shared the house with my wife's
22 sister.
23          MR. HSU:  He didn't ask you who you
24     lived there with.  He just asked you
25     where did you live, was it a house.

6

Page 5

1
2      Listen to the question.  If he wants to
3      know that, he'll ask you, okay?
4          THE WITNESS:  Okay.
5      A.   It was a house.
6      Q.   How long did you live at this
7  address?
8      A.   Three years that I live in that
9  address.
10     Q.   Sir, can you tell me what is your
11 highest level of education?
12     A.   I graduated in Santa Domingo.  I
13 graduated as bachelor's degree in mathematics
14 and science.
15     Q.   Can you tell me the name of the
16 school?
17     A.   It's a study center Espaillat,
18 E-S-P-A-I-L-L-A-T.
19     Q.   Which city was it was located in?
20     A.   Santa Domingo.
21     Q.   And when did you graduate?
22     A.   1978.
23     Q.   Did you receive a bachelor's degree
24 from the school?
25     A.   Yes.

7

M. DIAZ-DIAZ
Page 6

1204from

2      Q.   How many years did you study there?
3      A.   Six years.
4      Q.   Did you study anywhere before you
5  went to the Study Center of Espaillat?
6      A.   Yes, my primary school, a public
7  school.
8      Q.   How many years in primary school?
9      A.   Six years.
10         MR. HSU:  Public school not private
11     school?
12         MR. PLATTA:  No, public.
13     Q.   Did you study anywhere else besides
14 those two schools?
15     A.   No.
16         MR. HSU:  Are you asking him to go
17     back to grammar school?
18         MR. PLATTA:  Right.
19         MR. HSU:  Do you want just after
20     high school where he studied?
21         MR. PLATTA:  Right.
22         MR. HSU:  Do you want to know if
23     there was anywhere else that he studied?
24     A.   No.
25     Q.   When did you come to the United

8

1
M. DIAZ-DIAZ
Page 7

1204from

2  States?
3      A.   August 8, 1998, pardon, August
4  10th.
5      Q.   Did you come here with a visa or
6  something else?
7      A.   Came with a residence.
8      Q.   Did you apply for residence in your
9  country?
10     A.   No, my wife applied for me over
11 here.
12     Q.   Your wife was living here at the
13 time?
14     A.   Yes.
15     Q.   Were you married to her on February
16 14, 2007?
17     A.   Yes, sure.
18     Q.   Can you tell me who did you live
19 with in your apartment at 91 Sprint Street on
20 February 14th?
21     A.   My wife and my girls.
22     Q.   Can you tell me the name of your
23 wife and your children?
24     A.   Mayra Beltren is the last name, and
25 Luciann Diaz the only ones of my children, Anna

9

1
M. DIAZ-DIAZ
2  Marie Diaz the youngest one.  I would like to
Page 8

1204from

3  make a question.
4       MR. HSU:  No.  You don't ask the
5  questions, he asks the questions.  Step
6  outside for a second.
7       [Discussion held off the record.]
8  Q.  Can you tell me what is your date
9  of birth?
10  A.  May 22, 1957.
11  Q.  And the date of birth of your wife?
12  A.  April 7, 1965.
13  Q.  And the ages of your three
14  children?
15  A.  12 years old Luciann, the other one
16  is 11.
17  Q.  Which one?
18  A.  The little one is seven.
19  Q.  Which one is seven?
20  A.  Mayra.
21  Q.  And the other one that was 11 is
22  Anna Marie?
23  A.  11.
24  Q.  Sir, did you have a car in your
25  household on February 14th of 2007?

10

1       M. DIAZ-DIAZ
2  A.  Yes.

Page 9

---

1204from

3  Q.  What kind of car?
4  A.  Astro van '97.
5  Q.  Did you carry insurance on this
6  vehicle on February 14th of 2007?
7  A.  The vehicle belonged to my wife.
8       MR. HSU:  Do you know if the
9  vehicle had insurance on it on February
10  14, 2007?
11       THE WITNESS:  Yes, it had
12  insurance.
13  Q.  Can you tell me which insurance
14  company was insuring your vehicle at the time?
15  A.  That car belonged to my wife and
16  the insurance was under her name.  She knows
17  about that.
18  Q.  Would you have anything at home,
19  the name of the insurance company insuring your
20  vehicle on February 14, 2007?
21  A.  Yes, it's possible.
22       MR. PLATTA:  I'll call for the
23  insurance policy of the company of the
24  two vehicles.
25       MR. HSU:  Follow-up.  Even the car

11

1       M. DIAZ-DIAZ
2  that was not involved in the accident?
3       MR. PLATTA:  Correct.

Page 10

---

1204from

4       MR. HSU:  It's unlikely that we'll
5  provide that policy.
6  Q.  Sir, did you have any other vehicle
7  in your household at that time?
8  A.  No.
9  Q.  On February 14th of 2007, who was
10  your employer?
11  A.  All American Hauling.
12  Q.  What was your position with this
13  company?
14  A.  Driver.
15  Q.  How long were a driver with this
16  company before February 14th of 2007?
17  A.  From the November of 2006.
18  Q.  Did you work for them in any
19  position before November of 2006?
20  A.  No.
21  Q.  Who was your prior employer prior
22  to November of 2006?
23  A.  I was working for ERG Container
24  service.
25  Q.  What was your position with this

12

1       M. DIAZ-DIAZ
2  company?
3  A.  Driver.

Page 11

---

1204from

4  Q.  How long did you work for them?
5  A.  About four years, three or four
6  years, I can't remember exactly.
7  Q.  Do you remember when you began
8  working for them?
9  A.  It was August or September, I can't
10  remember, it was 2004 or 2005.
11  Q.  Who did you work for before August
12  or September of 2004 or 2005, who was your
13  prior employer?
14  A.  I worked for Counter Revolution.
15  Q.  What was your position with this
16  company?
17  A.  Driver too, I was a driver too.
18  Q.  Can you tell me when did you start
19  working for Counter Revolution?
20  A.  It was like, I don't remember
21  exactly the year.  I just remember it was on
22  the holy week, Good Friday that I went to work
23  with them, but I don't remember if it was 2003
24  or 2004.
25  Q.  So you started working for Counter

13

1       M. DIAZ-DIAZ
2  Revolution either 2003 or 2004; is that
3  correct?
4  A.  I can't remember exactly.

Page 12

1204from

5   Q.  Would you have any documents at
6   home that would indicate when you did you work
7   for each one of those companies, and by that, I
8   mean pay checks or pay stubs, whatever you
9   would have?
10  A.  It's possible.
11  MR. PLATTA:  I'll call for a
12  production of any documents including
13  pay stubs or any other documentation or
14  authorizations or records from those
15  companies regarding the employment of
16  Mr. Diaz in 2003 to 2007.
17  MR. HSU:  Follow-up all requests in
18  writing.
19  Q.  Sir, can you tell me, you did you work
20  for anyone else as a driver before?
21  MR. HSU:  Before Counter
22  Revolution?
23  MR. PLATTA:  Before Counter
24  Revolution.
25  A.  No.

14

1   M. DIAZ-DIAZ
2   Q.  What was your position and with
3   which company before?
4   A.  I worked for a company with the

Page 13

1204from

5   name of something like Melrose.
6   Q.  What did you do for then?
7   A.  You mean before this company?
8   MR. HSU:  No.  What did you do for
9   the company Melrose.
10  A.  I was using a machine like a robot,
11  welding pieces.
12  Q.  Do you have a New York State
13  driver's license?
14  A.  New Jersey.
15  Q.  Since when did you have a New
16  Jersey driver's license?
17  A.  Okay, I came in 1998 and I got my
18  license probably before from this country
19  before April '99.
20  Q.  And by driver's license of this
21  country you mean a New Jersey driver's license?
22  A.  Yes.
23  Q.  On February 14th of 2007, did you
24  have any restrictions on your driver's license?
25  A.  Yes, I had.

15

1   M. DIAZ-DIAZ
2   Q.  What kind of restrictions?
3   A.  Glasses.
4   Q.  Can you tell me, are you farsighted
5   or nearsighted?

Page 14

1204from

6   A.  I don't know, I just went to the
7   eye doctor and they recommended me the glasses
8   and now I see well.
9   Q.  Can you tell me since when do you
10  wear glasses?
11  A.  I only got them four to five years.
12  Q.  And who was the first doctor that
13  prescribed for you glasses?
14  A.  I don't remember the name, but they
15  were located on Jefferson and Main, but they
16  lost the place the location, the business and
17  they moved, they are not there anymore.
18  Q.  In 2007 on February 14th, who was
19  your eye doctor?
20  A.  I don't remember her name, I went
21  to her clinic and she was taking care of me,
22  one day she gave me the card, but I don't
23  recall.
24  Q.  Do you recall the name of the
25  clinic?

16

1   M. DIAZ-DIAZ
2   A.  No.
3   Q.  Do you recall the location of the
4   clinic?
5   A.  Yes, sir.

Page 15

1204from

6   Q.  What is the location?
7   A.  In Jefferson on Main Avenue.
8   Q.  Would you have anything at home
9   that would indicate the name of this facility,
10  of this place?
11  A.  I don't have any papers, but the
12  store, the place is still there, I can see the
13  address and everything.
14  MR. PLATTA:  I'll call for
15  production of the name and address and
16  HIPAA records for the eye doctor that
17  treated Mr. Diaz prior to February 14,
18  2007.
19  MR. HSU:  Taken under advisement.
20  His eye condition at this point was not
21  an issue, he didn't testify that he was
22  wearing glasses.  If or when you ask him
23  at the time if he tells us that he
24  wasn't wearing his eyeglasses, but given
25  the fact whether he was wearing glasses

17

1   M. DIAZ-DIAZ
2   or not would not play any role in the
3   record, but I'll observe your objection.
4   Q.  Sir, as we sit here today, when was
5   the last time that your eyes were examined?
6   A.  That was like in February or March,

Page 16

1204from

```
 7    after I got my income tax and I went to see a
 8    gentleman, his name is Cologne, and I bought
 9    the actual glasses that I wear today.
10         Q.   Which year was it?
11         A.   This year.
12         Q.   Was it prior to or after February
13    14, 2007?
14         A.   After one second yes, it was after.
15              MR. HSU:  Did you get your eyes
16         examined at that time or did you just
17         change the frame of your glasses?
18              THE WITNESS:  I bought a new pair
19         of glasses because the frame that I was
20         wearing before hurt the side of my eyes.
21         Q.   At that time in February or March
22    of this year after the accident, did you have
23    your eyes examined?
24         A.   No.  After the accident it was a
25    change of the frame lenses.
```
                                              18

M. DIAZ-DIAZ

```
 1              M. DIAZ-DIAZ
 2              MR. HSU:  He never said after.
 3              THE INTERPRETER:  After I changed
 4         only the frames.
 5         Q.   Did you also change the lenses?
 6         A.   Okay, I can't tell you, I just know
```
                    Page 17

1204from

```
 8    you have today are the same ones that you had
 9    at or around the time of the accident, February
10    14th of 2007?
11              MR. HSU:  When you say lenses, do
12         you mean prescription?
13              MR. PLATTA:  The physical lenses
14         that he has on his face today.
15         A.   They changed.
16         Q.   At the time when they changed, did
17    you have a prescription to have new lenses?
18         A.   No.  I went to buy glasses to play
19    soccer and when I told the lady that the actual
20    glasses that I wear, the frame was hurting my
21    face she recommended for me to change the ones
22    that I wear today.
23              MR. HSU:  Off the record.
24              [Discussion held off the record.]
25         Q.   Sir, at the time of the this change
```
                                              20

```
 1              M. DIAZ-DIAZ
 2    of your lenses, did you have any kind of
 3    medical advice as to change your lenses?
 4              MR. HSU:  He never did say that he
 5         changed the prescription.  He only said
 6         that he changed the frame and size of
 7         the lens, just the lenses but he never
```
                    Page 19

1204from

```
 7    that I got the new glasses and I bought a new
 8    pair of sunglasses.
 9         Q.   The shape of the glasses that you
10    have now is the same shape of the lenses that
11    you had in your prior glasses?
12         A.   They were bigger, these are more
13    fashionable, I changed that for that reason.
14         Q.   Can you tell me by that are you
15    referring the lenses or glasses?
16         A.   I didn't change the lenses, they
17    changed the format that fit to the new frame.
18         Q.   Okay, is it fair to say the lenses
19    that you have today are not the same ones that
20    you had or were wearing at the time of the
21    accident or around the time of the accident?
22              MR. HSU:  I'm going to object to
23         the form.  You can answer.
24         A.   I went to see him because the other
25    place where I went closed, so I told him they
```
                                              19

```
 1              M. DIAZ-DIAZ
 2    were hurting my face the other ones, so he
 3    didn't measure anything, he just changed the
 4    frame and he only measured me for the
 5    sunglasses because I needed those to play
 6    softball.
 7         Q.   Can you tell me if the lenses that
```
                    Page 18

1204from

```
 8    said he never said – you don't
 9         necessarily need a prescription to
10         change the size of the lenses, so if you
11         want to ask him if he needed a
12         prescription to change the size of the
13         lens, but you asked a question that
14         assumes an answer, and he didn't need a
15         prescription to change the size of his
16         lenses.
17              MR. PLATTA:  That's fine, I'll ask
18         that.
19         Q.   Did you need a prescription to
20    change the size of the lenses?
21         A.   They did it without a prescription.
22              MR. HSU:  Do you know if you needed
23         a prescription, do you know if you
24         needed a prescription to change the size
25         of your lenses and if you don't know,
```
                                              21

```
 1              M. DIAZ-DIAZ
 2    it's okay.  Do you know?
 3              THE WITNESS:  No, no, no.
 4              MR. HSU:  Do you know?
 5              THE WITNESS:  I'm getting confused.
 6              MR. HSU:  The lenses that you wore
 7         after the accident, did you need a
 8         prescription.
```
                    Page 20

1204from

```
 9        THE WITNESS:  No, I didn't need a
10    prescription.  They didn't prescribe me
11    to change glasses, I just went because I
12    needed to change the frame.
13        Q.    Right now with the new lenses do
14  you see better, same or worse then you saw
15  before the lenses were changed?
16        MR. HSU:  Objection to the form.
17    You can answer.
18        A.    I see the same.
19        Q.    When was the last time that you saw
20  a medical doctor regarding your eyes?
21        MR. HSU:  For an examination.
22        MR. PLATTA:  Anything at all, not
23    just an eye examination.
24        A.    The lady just told me to go
25  somewhere else, but I went to see a doctor and
                                                    22
```

M. DIAZ-DIAZ

```
 1        M. DIAZ-DIAZ
 2  he told me that I was good.
 3        Q.    When was that?
 4        A.    I don't remember that well when I
 5  got my first lenses with her, but I don't
 6  remember when I saw this doctor.
 7        MR. HSU:  Was it before or after
 8    this accident that we are here for
            Page 21
```

1204from

```
 9    today?
10        THE WITNESS:  No, that was way
11    before.
12        Q.    From the time when you started
13  wearing corrective lenses, how many times was
14  your eye vision examined?
15        MR. HSU:  When did he testify that
16    he wore corrective lenses, glasses you
17    mean?  Objection to the question.
18        Q.    Sir, to your understanding, are
19  your glasses corrective lenses?
20        MR. HSU:  Corrective lenses can be
21    contacts, so I think that glasses is the
22    easiest way that he understands.
23        MR. PLATTA:  Let's see if he
24    understands and take it from there.
25        MR. HSU:  You just said corrective
                                                    23
```

```
 1        M. DIAZ-DIAZ
 2    lenses, you used that word.
 3        MR. PLATTA:  And I want to check
 4    his opinion.
 5        MR. HSU:  What are you asking, if
 6    he knows if corrective lenses are also
 7    glasses, they can be?
 8        MR. PLATTA:  You can have
 9    sunglasses that are also corrective
            Page 22
```

1204from

```
10    lenses.
11        MR. HSU:  Prescription is
12    different, if you use a word that is not
13    interpreted in multiple ways.
14        Q.    Sir, do you have these glasses
15  pursuant to any prescription?
16        A.    Yes.
17        Q.    And they were prescribed to you to
18  correct your vision?
19        A.    Exactly.
20        Q.    Before that, did you have a problem
21  seeing far or seeing near?
22        MR. HSU:  Note my objection to the
23    form.  Before he was prescribed the
24    glasses?
25        MR. PLATTA:  Yes.
                                                    24
```

```
 1        M. DIAZ-DIAZ
 2        A.    I really got it especially for
 3  reading.
 4        Q.    So in other words, before you got a
 5  prescription you had a problem reading?
 6        A.    I couldn't see small letters.
 7        Q.    Without glasses could you see me
 8  today clearly or not?
 9        MR. HSU:  I'm going to object to
            Page 23
```

1204from

```
10    the form.
11        A.    I see clearly.
12        Q.    Sir, did you ever change the
13  medical doctor that was taking care of your
14  vision?
15        MR. HSU:  From the original
16    prescription?
17        MR. PLATTA:  From the first time,
18    that is correct.
19        A.    The lady moved that I had to go to,
20  the other gentleman changed the frame.
21        Q.    When was the first place that you
22  went to get your prescription, was it on
23  Jefferson and Main Avenue?
24        A.    On Jefferson.
25        Q.    Where was the second place that you
                                                    25
```

```
 1        M. DIAZ-DIAZ
 2  went to have your vision checked?
 3        MR. HSU:  I'm going to object.  He
 4    never said that he went to have his
 5    vision checked.  He said that he went to
 6    get sunglasses and while he was there he
 7    told the woman that the frame was
 8    hurting his head.
 9        MR. PLATTA:  I didn't talk about
10    the time after the accident.  I'm
            Page 24
```

1204from
11    talking about from the beginning when he
12    got his glasses.
13        MR. HSU: But he never said that.
14    You are putting words in his mouth. If
15    you want to ask, did he have his lenses
16    checked but you can't put answers in the
17    question.
18        Q. Did you get your lenses changed
19    after the first time on Main Avenue and
20    Jefferson, did you get your lenses changed
21    after the first time on Jefferson?
22        A. When I couldn't find the lady, she
23    moved, I went to look for this person. I went
24    again but I just changed the frame, what I told
25    you before.
                                                26

1        M. DIAZ-DIAZ
2        Q. Sir, is it fair to say that from
3    the initial visit from Jefferson and the time
4    after the accident when you went to change your
5    glasses that you had no medical examination for
6    your vision?
7        A. Yes. I told you before that they
8    sent me to another place and the doctor that
9    saw me told me my vision was very good, no
10    problem.
            Page 25

1204from
11        Q. Was there another place?
12        MR. HSU: This was asked and
13    answered already. He already told you
14    about the second place.
15        MR. PLATTA: No. He said that he
16    had one place and you objected.
17        MR. HSU: No. The place where he
18    got the frames changed, he told you
19    where that was.
20        MR. PLATTA: I want to check, can
21    you tell me where did you go for the
22    second place?
23        A. Clifton Avenue near to Main Avenue.
24        Q. Also in Jefferson?
25        A. Clifton.
                                                27

1        M. DIAZ-DIAZ
2        Q. Where did you go to this place on
3    Clifton?
4        A. Exactly, I don't have the address
5    exactly.
6        Q. Was it before or after the accident
7    of February 14th of 2007?
8        A. Yes, that was before.
9        Q. And when was it, in 2007?
10        A. No, because when I went and they
11    told me I was okay, not in 2007.
            Page 26

1204from
12        MR. HSU: Is this place in Clifton
13    the same place where you changed the
14    frame and got the sunglasses?
15        THE WITNESS: No, a different
16    place.
17        Q. Was it in 2006?
18        A. Yes.
19        Q. Do you remember if it was in the
20    summer or winter or at any time during the
21    year?
22        A. I have to see the card, I saw it
23    the other day, I can't remember.
24        Q. Do you have it at home?
25        A. Possibly.
                                                28

1        M. DIAZ-DIAZ
2        MR. PLATTA: I'll call for the
3    production of the HIPAA compliance of
4    the records of the clinic located on
5    Jefferson Avenue where Mr. Diaz was
6    treated for his eye problem, and I'll
7    repeat my request for Jefferson and Main
8    Avenue clinic where he testified before
9    that he was treated as well for his eye
10    problem.
11        MR. HSU: Let the record reflect
            Page 27

1204from
12    that he never testified that he had an
13    eye problem, and if and when he
14    testifies that he had an eye problem-up
15    to this point he hadn't testified that
16    he had a problem seeing on the date of
17    the accident or he wasn't wearing his
18    glasses. If he does that at that point
19    we will consider giving you a HIPAA
20    compliance.
21        Q. During the first initial visit at
22    Jefferson clinic, can you tell me what did your
23    doctor tell you about your eye vision?
24        A. She told me to see a doctor, but I
25    didn't go to see doctor that she told me to see
                                                29

1        M. DIAZ-DIAZ
2    so I went to the one that takes care of my
3    father-in-law because I trusted him more.
4        Q. Do you know what was the reason for
5    which she sent you to see this other doctor?
6        A. Yes. Okay, she told me that
7    probably I could have glaucoma and when I saw
8    the doctor he said, who does she think that she
9    is to diagnose that to you.
10        Q. But the first doctor that you saw,
11    was that an eye doctor?
12        A. Okay, she was the person like an
            Page 28

1204from

13 optician, from a optical place so she
14 recommended glasses.
15     MR. HSU:  I don't know where are
16   you going with this, but it's been 25
17   minutes, so if you want to continue this
18   line of questioning unless have you
19   established some basis for going into
20   his eyes for the last 30 minutes that he
21   had an eye problem.  This is not a
22   fishing expedition.  I don't think it's
23   relevant, if you want we'll call a judge
24   and get a ruling if you want to go
25   deeper.

30

M. DIAZ-DIAZ

1     MR. PLATTA:  This is a motor
2   vehicle accident and he had a
3   restriction on his vision.  His medical
4   condition is an issue at this point.
5     MR. HSU:  In this automobile
6   accident if he said that he wasn't
7   wearing his glasses or if he said that
8   he had a problem with his vision but he
9   said neither.
10    MR. PLATTA:  I assure you, you are
11  wrong.  If you object I will call the
12

Page 29

1204from

13     judge, but I'll tell you this, I will be
14   soft on that, but I'll have to get some
15   more on vision.
16   Q.   Besides these two visits, the first
17 one being four or five years ago, 2003 or 2004
18 and the second one being in 2006 that you
19 testified so far, did you see an eye doctor at
20 any other time?
21     MR. HSU:  Note my objection to the
22   dates in question.
23   Q.   When was it?
24   A.   I don't have the date exactly, but
25 the doctor told me that I didn't have any other

31

M. DIAZ-DIAZ

1 problem.
2   Q.   Was this doctor associated with
3 Jefferson clinic or Clifton clinic?
4   A.   Nothing to do with no, they had
5 nothing to do with each other.  She sent me to
6 another female doctor but I went to the one
7 with my father-in-law.
8     MR. HSU:  Is this because they
9   thought that you had glaucoma?
10  A.   Yes, she is the one who told me
11 that I could have that and she sent me to
12 another female doctor, but I didn't go because

Page 30

1204from

14 I went to the one that takes care of my
15 father-in-law.
16    MR. HSU:  Was he the doctor just
17   for glaucoma or problems with your
18   vision?
19    THE WITNESS:  I went for the
20   glaucoma.
21    MR. HSU:  I'm not allowing anymore
22   questions.  He said it's glaucoma.
23    MR. PLATTA:  Whenever I ask you a
24   question about your visual examinations,
25   I'm absolutely not interested in your

32

M. DIAZ-DIAZ

1 condition with glaucoma, I'm only
2 interested in eye doctors.
3     MR. HSU:  But he didn't say.  There
4   is no question pending.  You didn't
5   specify that.  He can see an eye doctor
6   for glaucoma.  You have to specify, is
7   it for glasses or glaucoma, his answer
8   was truthful and accurate.  You can see
9   an eye doctor for other things besides
10  vision.
11  Q.   The first time when you saw the
12 doctor in Jefferson, did you see this doctor

Page 31

1204from

14 solely for your eye condition?
15    MR. HSU:  What eye condition,
16   specify glaucoma or eye doctors.
17  Q.   Prescriptions.
18  A.   Exactly for vision only.
19  Q.   And the second time that you
20 testified that was in 2006, did you see this
21 doctor in Clifton for your eye vision?
22    MR. HSU:  For prescription or
23   glaucoma.
24    MR. PLATTA:  Okay, he just told me
25   that he had to see this doctor.

33

M. DIAZ-DIAZ

1   A.   The doctor that she sent me but I
2 didn't do go.  I went to see a very good
3 specialist and he checked me and he checked my
4 glaucoma too, and everybody knows him and
5 whoever had problems in Passey and he performed
6 the surgery.
7     MR. HSU:  Just listen to the
8     question.
9   Q.   Sir, in Clifton in 2006 the doctor
10 that you referred to that was treating you, was
11 he treating you also for a prescription, did he
12 give you any prescriptions for your eyes?
13    MR. HSU:  Objection to form

Page 32

1204from

15    treating.
16        A.    I saw him for the recommendations
17    that the doctor gave me about glaucoma.
18        Q.    Sir, can you tell me from the
19    beginning from 2003 or 2004 when you first
20    started having prescription for your eyes how
21    many doctors, did you see who give you either a
22    prescription or treated your eye condition?
23            MR. HSU:    Objection to the form and
24        condition, one, two, three, four, five,
25        six, how many times?
                                                    34

1            M. DIAZ-DIAZ
2            THE WITNESS:    Three times.
3        Q.    Can you tell me if the first one
4    was in Jefferson on Main Avenue?
5        A.    Yes.
6        Q.    And the second time was where?
7        A.    The specialist in Clifton.
8        Q.    When?
9        A.    I just told you that I don't
10    remember.
11            MR. HSU:    I think he already
12        testified it was 2006.
13            MR. PLATTA:    Was this the same
14        visit?
                Page 33

1204from

15        Q.    Did you see him in 2006?
16        A.    Yes.
17        Q.    And the third time, when was it?
18        A.    When I went to change the lenses.
19        Q.    At the time that you went to change
20    the lenses, did you also see a doctor?
21        A.    No, no doctor.
22        Q.    So is it fair to say that you had
23    two visits with doctors regarding your eyes?
24            MR. HSU:    Objection.    His testimony
25        speaks for itself.    His testimony is on
                                                    35

1            M. DIAZ-DIAZ
2        the record.    You just asked him how many
3        visits, how many times he was at a
4        doctor for his eyes, he testified the
5        first time, the time and second time,
6        now you're asking him if he is a fool.
7        You don't need to capitulate.    The
8        testimony speaks for itself.    It's asked
9        and answered 10 different times, 10
10        different ways, Slawek.
11            MR. PLATTA:    Things about glaucoma.
12            MR. HSU:    But he just clarified it.
13        Q.    Sir, besides these two times, did
14    you see a medical doctor for your eyes or not,
15    the first one being the first prescription
                Page 34

1204from

16    second one being in Clifton of 2006.
17        A.    No.
18  *    Q.    The first time when you saw the
19    doctor four or five years ago, what did she
20    tell you regarding your eyes?
21            MR. HSU:    This was asked and
22        answered already.    Don't answer it.
23        I'll be right back.
24        [Discussion held off the record.]
25            MR. HSU:    Give me five minutes,
                                                    36

1            M. DIAZ-DIAZ
2        I'll go get the judge's number.    Mark
3        that question for a ruling.    I'll let
4        him answer that one question.    Read back
5        the question.
6        [Whereupon, the requested portion
7        of the record was read back by the Court
8        Reporter.]
9            MR. HSU:    The first time.
10        A.    The first time that I saw her was
11    for my glasses.
12        Q.    What did she tell you?
13        A.    I went because I couldn't read
14    small letters, that was the first time.
15            MR. HSU:    You had difficulty seeing
                Page 35

1204from

16    small letters, right?
17            THE WITNESS:    Yes.
18            MR. HSU:    Then you went to the eye
19        doctor, right?
20            THE WITNESS:    Yes.
21        Q.    And he gave you a prescription,
22    right?
23        A.    Yes.
24        Q.    And after she gave you the
25    prescription you could see the small letters,
                                                    37

1            M. DIAZ-DIAZ
2    right?
3        A.    Yes.
4        Q.    Did she tell you that you had to go
5    back to see her at any time in the future?
6        A.    Excuse me.    My daughter is on the
7    phone.
8        [Discussion held off the record.]
9        A.    Yes.    She told me to come back and
10    I came back to her, I went to times to see
11    them.
12        Q.    When was the second time?
13        A.    I can't remember but the second
14    time when she told me they to check my eyes
15    because of the possible glaucoma, I have a card
16    at home that has the date that I saw that
                Page 36

1204from

17  doctor but I can't remember, it was after that
18  she told me to go see the specialist.  Off the
19  record.
20          [Discussion held off the record.]
21      Q.  After the third time that you saw
22  the doctor, did she tell you to come back
23  again?
24      MR. HSU:  I object to the third
25      time.  That's when he said that she

38

1       M. DIAZ-DIAZ
2  referred him to the another doctor,
3      that's when I don't think there was a
4      third time.  I think there was two times
5      but I'll allow him to answer.
6      A.  She did call me because she told me
7  that she was moving, she moved to another place
8  and by the time that she called me I told her
9  that I already saw the specialist, and she
10  called all her clients.
11     Q.  When was the last time that you saw
12  her?
13     A.  I don't remember.
14     MR. HSU:  Was the last time when
15     you saw her is the time that she said
16     that you might have glaucoma?

Page 37

1204from

17      THE WITNESS:  Yes, exactly.
18      Q.  At that time did she tell you to
19  come back to her because of your eyes?
20      MR. HSU:  Because of your
21      prescription not because of your
22      glaucoma.
23      A.  She always puts dates for when the
24  date comes, so I went to the place to change my
25  glasses.

39

1       M. DIAZ-DIAZ
2      Q.  When did you change your glasses,
3  are you talking about 2007?
4      A.  Yes, when I got my income tax I
5  went to this place and they changed the glasses
6  and the prescription.
7      Q.  Sir, when you just said you changed
8  your prescription, what do you mean by that?
9      A.  The lady moved, I told her that the
10  frames bothered my face.  I go to the other
11  doctor the other optician, I told them my
12  problem, they showed me these frames, I tried
13  them on and they said yes.  And I told him I
14  needed my glasses to play softball, so with
15  some instrument he checked me out and here are
16  my glasses.
17      MR. HSU:  Let's mark any further

Page 38

1204from

18  it's just the size of the frames from
19  the glasses changed.  He just said that
20  the size of the glasses changed and the
21  frame changed.
22      A.  I don't remember the name.
23      Q.  Do you have anything at home that
24  would indicate this name?
25      A.  Yes, I have something on it that

41

1204from

18      questions on eyes for a ruling.  We'll
19      put it to a motion if the judge says
20      that he is entitled.
21      MR. PLATTA:  What did he mean by
22      the change of prescription, then I know
23      I will be entitled to I want him to
24      explain.
25      MR. HSU:  When you used the word

40

1       M. DIAZ-DIAZ
2  indicates it.
3      MR. PLATTA:  I'll ask for the
4      production of the name of the place
5      where Mr. Diaz had his prescription
6      changed or where his eye vision was last
7      checked at the time.
8      MR. HSU:  He never said that he had
9      his vision checked he said the lenses
10     were changed and the frame was changed.
11     I'll note your request.
12     Q.  Sir, at the time, did they examine
13 your vision, how well can you see?
14     MR. HSU:  He already said that they
15     put him under the big machine.  They
16     could use the same prescription but they
17     changed the lenses or glasses.  If you
18     want her to read it back, it's the same

Page 40

1       M. DIAZ-DIAZ
2  prescription, did they give you
3  something different so that you can see
4  or did they just change the frame?
5      THE WITNESS:  They check up with
6      the special machine, whatever and the
7      doctor they have and they told me those
8      glasses that you have, we can't use the
9      same one glass, the same lenses because
10     they don't fit into the frame, so they
11     decided to measure me and gave me the
12     new glasses with the new frames.
13     Q.  And this new prescription for new
14 lenses, who gave you the prescription?
15     MR. HSU:  What was the name of the
16     store.  Note my objection to
17     prescription.  It's not a prescription,

Page 39

1204from
19    question ten times, the same questions
20    she read back the last few questions.
21    Let the record reflect it appears
22    although he had an eye examine then he
23    testified -
24            MR. PLATTA:  His testimony is on
25    the record.

                                        42

1             M. DIAZ-DIAZ
2      Q.    Sir, on February 14th of 2007, what
3    was the type on your driver's license?
4      A.    Class A is my driver's license.
5      Q.    Can you tell me what does Class A
6    mean?
7      A.    That means that I can drive a
8    vehicle with weight over 26,000 pounds.
9      Q.    Since when did you have this
10    driver's license?
11     A.    Four to five years.
12     Q.    Did you have any other driver's
13    license before?
14            MR. HSU:  Wait, did you have any
15            others besides the regular one that he
16            testified to?
17            MR. PLATTA:  I just want to find
18            out if he had any other classes of
                    Page 41

1204from
19    driver's licenses.
20     A.    Before I have Class C.
21     Q.    Can you tell me what Class C is
22    for?
23     A.    That means that I could drive
24    vehicles that don't exceed 26,000 pounds.
25     Q.    Did you have any other class of

                                        43

1             M. DIAZ-DIAZ
2    driver's license at any time?
3      A.    Yes.  When I came to the country I
4    had Class D.
5      Q.    And that D stands for?
6      A.    Regular driver's license to drive
7    any car, small car, a vehicle that you own.
8      Q.    When did you change your driver's
9    license from B to C?
10            MR. HSU:  He doesn't have to change
11            his driver's license.  He gets that on
12            top of his driver's license, you are
13            allowed to drive multiple classes.
14            Objection to the form.
15     Q.    Sir, can you tell me how was the
16    class of your driver's license changed from D
17    to class C?
18     A.    I then applied for my commercial
19    driver's license, CDL.
                    Page 42

1204from
20     Q.    When was this?
21            MR. HSU:  If you remember, if you
22            don't remember say, I don't remember.
23     A.    I don't remember.
24     Q.    Was it before or after 2000?
25     A.    No, after 2000, it was 2001, I

                                        44

1             M. DIAZ-DIAZ
2    don't remember well.
3            MR. HSU:  Do you still have a CDL
4            license?
5            THE WITNESS:  Yes, a CDL.
6            MR. HSU:  If you want a copy of his
7            CDL license then you'll have a copy.
8            MR. PLATTA:  I'll put the request
9            in writing.
10     Q.    Sir, when was the first time that
11    you received a New Jersey driver's license?
12     A.    Earlier 1999, I answered the same
13    question before.  February 1999, February or
14    March.
15     Q.    At that time, was your eye vision
16    checked?
17     A.    No, I didn't have problems.
18     Q.    I'm not asking if you had a
19    problem, I'm asking if it was checked?
                    Page 43

1204from
20     A.    Yes.  When you go to the Department
21    of Motor Vehicles to obtain your license the
22    first thing that you have is an eye check and
23    if you have a have problem you get sent to a
24    doctor.
25     Q.    Were you sent to a doctor at the

                                        45

1             M. DIAZ-DIAZ
2    time?
3      A.    No.
4      Q.    When you changed your driver's
5    license to Class C, did you have to undergo the
6    eye test?
7      A.    Yes.
8      Q.    As a result of this?
9      A.    Yes, the change of category.
10     Q.    As a result of this eye test, did
11    you have to go to the doctor?
12     A.    No.
13     Q.    When you changed your driver's
14    license to Class A, did you have an eye test?
15            MR. HSU:  Objection to form.
16            THE WITNESS:  No, because I already
17            have the license CDL.
18     Q.    Was your driver's license, and by
19    that I mean any driver's license ever suspended
20    in New Jersey?
                    Page 44

1204from

| | |
|---|---|
21 | MR. HSU: Note my objection.
22 | A.  No.
23 | Q.  Were you ever convicted of a crime?
24 | A.  No, sir.
25 | Q.  On February 14th of 2007?

46

M. DIAZ-DIAZ

1        MR. HSU:  February 14 or 24?
2        MR. PLATTA:  14th.
3    A.  Within 24 hours prior to the
4  accident, did you have any alcohol to drink?
5        MR. HSU:  Just answer the question,
6  yes or no.
7    A.  No.
8    Q.  Did you take any prescription
9  medication within 24 hours prior to the
10 accident?
11   A.  No.
12   Q.  Did you fail to take any
13 prescription medicine prior to the accident
14 that you were supposed to take within 24 hours
15 of the accident?
16   A.  No.
17   Q.  Did you take any illegal drugs
18 prior to the accident?
19   A.  No, sir.

Page 45

1204from

21   Q.  Sir, on February 14, 2007, do you
22 remember being involved in a motor vehicle
23 accident?
24   A.  Sure.
25   Q.  Where was it?

47

M. DIAZ-DIAZ

1    A.  23rd Street and Lexington Avenue in
2  Manhattan.
3    Q.  What time of day did it happen?
4    A.  It was around 3:35, 3:30.
5    Q.  A.m. or p.m.?
6    A.  A.m.
7    Q.  At that time were you operating a
8  vehicle?
9    A.  Yes.
10   Q.  What type of vehicle was it?
11   A.  A heavy vehicle.
12   Q.  Can you tell me what the make and
13 model of this vehicle was?
14   A.  MAC, I don't know the model, but it
15 was for garbage.
16       MR. HSU:  Step outside for a
17 second.  Off the record.
18       [Discussion held off the record.]
19   Q.  Sir, was it a sanitation truck?
20   A.  Yes.

Page 46

1204from

22   Q.  Do you know who owned this truck?
23   A.  All America Hauling.
24   Q.  Did you have permission to operate
25 this truck?

48

M. DIAZ-DIAZ

1    A.  My license allows me to operate
2  that truck.
3    Q.  I understand, but did you have
4  permission from All America Haulers to operate
5  this truck?
6    A.  Sure.
7    Q.  And who gave you permission?
8    A.  The owners.
9    Q.  What is the name of this person?
10   A.  There is a gentleman named Bobby
11 Toledo.
12   Q.  Did he tell you specifically that
13 you can operate this vehicle on the night of
14 the accident February 14th?
15   A.  Yes, sir.
16       MR. HSU:  Off the record.
17       [Discussion held off the record.]
18   Q.  Sir, do you have a specific
19 conversation at any time prior to February 14th
20 of 2007 with anyone from All America Haulers

Page 47

1204from

22 that you could operate this vehicle that was
23 involved in the accident, February 14, 2007?
24       MR. HSU:  He just testified that
25       the owners gave him permission at the

49

M. DIAZ-DIAZ

1  time of the accident, so you are asking
2  him if he had any conversations to drive
3  that vehicle prior to February 14th you
4  have to specify you are asking if there
5  was any conversation about driving that
6  vehicle.
7        MR. PLATTA:  No, I said prior to
8  February 14th.
9        MR. HSU:  He just said that he had
10 permission.  You have permissive use,
11 what you just asked him the same
12 question a different way.  He already
13 gave you the answer that you need, I'll
14 state on the record that are he has
15 permission to drive the vehicle, it was
16 permissive uses okay, it was not a
17 stolen vehicle.
18       MR. PLATTA:  I'll ask to you amend
19 your pleading because your Answer states
20 something else.
21       MR. HSU:  And the witness who was

Page 48

1204from
23 been driving the car just testified that
24 he per notification drives it, and I
25 don't think that he denied knowledge.
50

M. DIAZ-DIAZ
1
2 Form basis or belief that what it says,
3 not out right being denied.
4 MR. PLATTA: Look at the 14th.
5 MR. HSU: This is not my signature.
6 MR. PLATTA: That's mine, so we
7 have a stipulation.
8 Q. Sir, did the vehicle that you were
9 operating on February 14th of 2007, did you
10 come into contact with another vehicle at the
11 location of 23rd Street and Lexington Avenue?
12 A. Yes, sir.
13 Q. Can you describe the other vehicle?
14 A. I think it was a Ford, big vehicle.
15 MR. HSU: Four or Ford?
16 THE WITNESS: No, Toyota Four by
17 Four.
18 Q. Can you tell me the color of this
19 vehicle?
20 A. I think it was green.
21 MR. HSU: Don't guess. Do you know
22 the color?
Page 49

1204from
23 THE WITNESS: I'm not so sure,
24 could be green.
25 Q. What was the color of your vehicle?
51

M. DIAZ-DIAZ
1
2 A. My vehicle, it was black, gray and
3 the head of the truck was blue.
4 Q. Did you have the name of the
5 company, All America Haulers anywhere printed
6 on it?
7 MR. HSU: On the truck?
8 MR. PLATTA: On the truck.
9 A. Yes.
10 Q. where was the name printed?
11 MR. HSU: Objection, you just asked
12 if the name was printed.
13 MR. PLATTA: No I asked where it
14 was printed.
15 A. On the two doors and on the side of
16 the truck.
17 Q. Can you tell me what was the color
18 of the signs of your vehicle, do you recall the
19 color of the signs of the vehicle?
20 A. The truck is 60,000 pounds.
21 Q. What is the color of the signs on
22 the truck?
23 A. The door had white lettering, okay,
Page 50

1204from
24 and the ones on the side and in the back it was
25 like and outlined in yellow.
52

M. DIAZ-DIAZ
1
2 Q. Sir, can you tell me what was the
3 approximate weight of this vehicle?
4 A. I don't know how to say.
5 MR. HSU: Do you know the weight of
6 the vehicle?
7 THE WITNESS: Totally with whatever
8 you put on top is 60,000 pounds.
9 Q. At the time of the accident, was it
10 fully loaded or not?
11 A. No, it was not.
12 Q. If the vehicle was empty, what was
13 the weight of it, if you know?
14 A. No, I don't know exactly the weight
15 of the vehicle.
16 MR. HSU: when you were saying
17 60,000 pounds earlier, were you saying
18 that the truck holds 60,000 pounds of
19 garbage; is that what are you saying?
20 A. Everything included between the
21 garbage and the truck can exceed 60,000 pounds.
22 Q. And can you tell me if the weight
23 of the truck was over 26,000 pounds?
Page 51

1204from
24 MR. HSU: At the time accident?
25 MR. PLATTA: Yes.
53

M. DIAZ-DIAZ
1
2 A. More than 26,000 pounds.
3 Q. More than 30,000 pounds?
4 MR. HSU: If you know.
5 A. I don't know.
6 MR. PLATTA: Off the record.
7 [Discussion held off the record.]
8 A. I don't have a specific weight.
9 Q. Sir, can you tell me how many times
10 before the date of the accident, February 14th
11 did you operate this same truck?
12 A. I imagine from when I started in
13 late November, when I started working.
14 Q. And you always operated the same
15 truck?
16 A. The same.
17 Q. Did you ever experience any
18 mechanical problems with this vehicle since you
19 started driving it in November?
20 A. No.
21 Q. Do you know when was the last time
22 that the brakes were checked in this vehicle?
23 A. Every morning a driver of the truck
24 is supposed to check everything; brakes, oil,
Page 52

1204from

25  water, anything, examining the truck before

54

1   M. DIAZ-DIAZ
2   they move it.
3       Q.   Did you examined everything in the
4   truck on February 14th?
5           MR. HSU:  Did he say before that a
6       driver checks it or he checks it?
7       A.   Every single chauffeur does it
8   every time.
9       Q.   Did you do it on the 13th?
10      A.   Yes, I did it.
11      Q.   And was everything fine or did you
12  experience any problems?
13      A.   Everything was okay, otherwise the
14  police would have stopped me and gave me
15  tickets.
16      Q.   Do you know when the last time that
17  the brakes were changed in this vehicle, if you
18  know?
19      A.   No.
20      Q.   Since November were they changed?
21          MR. HSU:  He just testified the
22      last time they were changed and now you
23      are asking him if he doesn't know when
24      it was.

Page 53

---

1204from

25      Q.   Sir, on February 14th, what time

55

1   M. DIAZ-DIAZ
2   did you begin working that night?
3       A.   We always start at 3:00 a.m. in the
4   morning.
5       Q.   Did you start working that day at
6   3:00?
7       A.   Yes, sir.
8       Q.   Where did you go to begin your
9   work, where was your place to work?
10      A.   We came from Passey and our place
11  of work is NYU.
12      Q.   When did you begin driving this
13  vehicle that night?
14          MR. HSU:  Where did you first get
15      into the car, what location?
16      A.   Liberty Avenue is the avenue and
17  the station is All America American.
18      Q.   Can you tell me is this in New
19  Jersey?
20      A.   Yes.
21      Q.   Around what time did you get into
22  your car that night?
23          MR. HSU:  Objection to form.  Do
24      you mean the truck that he was driving
25      at the time of the accident?

Page 54

---

1204from

56

1   M. DIAZ-DIAZ
2           MR. PLATTA:  Yes.
3       A.   Right after I punch the card and
4   then I check and got into the truck.
5       Q.   What time?
6       A.   It was before 3:00 when I just put
7   the ignition on.
8       Q.   Sir, what did you do the evening
9   before on February 13th?
10      A.   I sleep a lot.
11      Q.   What time did you go to bed on
12  February 13th?
13      A.   Like the chickens in Santa Domingo,
14  with the sun.
15      Q.   What time did you go to bed the
16  evening before?
17      A.   I go to sleep at like 7:00 and I
18  make a stop to go back to bathroom and will
19  come back to sleep.
20      Q.   How many hours of sleep did you
21  have before the accident?
22      A.   Practically seven hours or more.
23      Q.   The night before did you sleep
24  seven hours or more?
25          MR. HSU:  Objection, you just asked

Page 55

---

1204from

57

1   M. DIAZ-DIAZ
2   how many hours did he sleep, he said
3   seven hours or more, now are you saying
4   you had seven hours of sleep?  Read back
5       the question and answer.  Off the
6       record.
7           [Discussion held off the record.]
8       Q.   Sir, what route did you take from
9   Liberty Street to the place of the accident?
10      A.   I take Liberty Street and I take
11  Egre Avenue and Route 21, then I take Route 3
12  East then I cross Lincoln Tunnel, I take Ninth
13  Avenue in New York until 23rd Street.
14          MR. HSU:  And then.
15      A.   And on 23rd I continue to First
16  Avenue and I make a left.
17          MR. HSU:  Up to what point of the
18      accident, that's what he wants to know,
19      so from Ninth Avenue you make a left on
20      23rd?
21      A.   Yes.
22      Q.   Can you tell me what was your
23  average speed?
24          MR. HSU:  At what point?
25          MR. PLATTA:  Any point.

58

Page 56

1204from

**Page 57**

```
1              M. DIAZ-DIAZ
2         MR. HSU:  His average speed from
3    the first time that he got into the
4    vehicle up until the point of the
5    accident, give him a timeframe.
6         A.  Between 15 to 20 miles per hour.
7         Q.  Did you take any breaks on your way
8    from Liberty Street to 23rd?
9         A.  No.
10        Q.  What time did you get to 23rd
11   Street?
12        MR. HSU:  23rd and Ninth or 23rd
13   and 8th, what?
14        MR. PLATTA:  23rd and Lexington.
15        A.  Around 3:30.
16        Q.  Okay.  Is it fair to say that you
17   took only half an hour to get to Liberty Street
18   to the 23rd Street and Avenue Lexington
19   intersection?
20        MR. HSU:  He's not an expert, I
21   object to the form.
22        MR. PLATTA:  I'm asking him about
23   the direction.
24        MR. HSU:  How long did it take you
25   to get from all American Haulers to the
                                          59
```

**Page 58**

```
1              M. DIAZ-DIAZ
2    point where the accident occurred,
3    approximately?
4         THE WITNESS:  Half an hour to 35
5    minutes.
6         Q.  What is the distance that you
7    traveled from Liberty Street to 23rd and
8    Lexington?
9         MR. HSU:  The miles.
10        A.  I never measured it.
11        Q.  Can you estimate for me, was it
12   more than 20 miles?
13        MR. HSU:  Don't guess.
14        Q.  Do you know how many miles it was?
15        A.  No, no, no, I can't.
16        Q.  Was this more than 40 miles from
17   when you started your trip to Liberty Avenue?
18        MR. HSU:  Only if you know for
19   sure.
20        A.  I don't know how many.
21        Q.  Can you estimate for me?
22        A.  I can't say because I don't know
23   exactly.
24        Q.  Sir, you drove the same route every
25   day since November of 2006 until the time of
                                          60
```

**Page 59**

```
1              M. DIAZ-DIAZ
2    the accident, yes or no?
3         A.  Yes, sir.
4         Q.  Sir, what is the distance between
5    Liberty Street and Segre Avenue?
6         A.  They are very close.
7         Q.  More than a block or less than a
8    block?
9         A.  A block, it's more or less a block
10   because as soon as I leave, I entered there.
11        Q.  Once you are Egre Avenue before you
12   enter Route 21, what is the distance that you
13   traveled on Egre Avenue?
14        A.  On Egre Avenue it's also pretty
15   much close, it's a straight line and it's very
16   close.
17        Q.  Was it more than a block or
18   something else?
19        A.  It's about a mile, something like
20   that.
21        Q.  And what distance did you travel on
22   Route 21 before you enter 3 East?
23        A.  It's also very close.
24        Q.  Is it also around one mile?
25        MR. HSU:  Only if you know.
                                          61
```

**Page 60**

```
1              M. DIAZ-DIAZ
2         A.  Okay, from the exit of Route 21 to
3    number Route 3, it could be two or three miles.
4         Q.  Once you get on Route 3, what was
5    the distance that you traveled on Route 3 East?
6         A.  I don't know.
7         Q.  Is it more than three miles?
8         A.  No, because it's close from there
9    to Manhattan.
10        Q.  Is the distance longer than the one
11   on Route 21?
12        A.  Yes, sir.
13        Q.  Would you say it's twice as long?
14        MR. HSU:  Only if you know.
15        A.  I can't tell you, I don't know how
16   to tell you that.
17        Q.  Sir, you told me that on Route 21
18   you traveled or two or three miles.  My
19   question is, is the distance that you traveled
20   on Route 3 twice as long or something else, if
21   you can describe for me your best estimate?
22        A.  It's more than double what I travel
23   on Route 21.
24        Q.  Is it more than three times more
25   than the distance of Route 21?
                                          62

1              M. DIAZ-DIAZ
```

1204from

2      A.    Exactly I can't tell you.
3      Q.    Is it less than three times the
4  distance that you took on Route 21?
5      A.    More than three times the distance
6  but I don't know how much.
7            MR. HSU:  Is it more or less, do
8      you know what three times, he's saying
9      more or less than nine miles.  Do the
10     math, he's giving you math, more or less
11     than nine miles only if you know, if up
12     don't know, tell him you don't know.  If
13     you are able to approximate or you can't
14     estimate accurately.  You are giving him
15     math and not even telling him.
16           MR. PLATTA:  Three times the
17     distance.
18           MR. HSU:  Tell him nine miles.
19     A.    I can't estimate, I don't know
20  exactly.  I can't estimate the number of miles.
21     Q.    Sir, how long does it take you to
22  you drive on Route 21, on average?
23           MR. HSU:  Up to what point?
24           MR. PLATTA:  Up to the turn on
25     Route 3.
                                                63

1            M. DIAZ-DIAZ
                Page 61

1204from

2      A.    I don't know exactly, I never timed
3  it.
4      Q.    Is it more than 10 minutes?
5      A.    I don't know exactly.
6      Q.    More than 20 minutes?
7      A.    I can't tell you exactly.
8      Q.    Sir, do you consider yourself a
9  professional driver?
10           MR. HSU:  Objection to the term
11     professional.
12           MR. PLATTA:  Okay.
13     Q.    What is the basis of your belief
14  that you are a professional driver?
15           MR. HSU:  I'm going to object to
16     professional, can you clarify?
17           MR. PLATTA:  He said yes, but he
18     understands it.
19           MR. HSU:  Clarify.  Does he work
20     for a living as a driver, what does
21     professional mean.  Clarify
22     professional.
23           MR. PLATTA:  He understood
24     professional.  He responded to that, let
25     him respond.
                                                64

1            M. DIAZ-DIAZ
2            MR. HSU:  This is out of control.
                Page 62

1204from

3            MR. PLATTA:  I'll repeat it.
4      Q.    What the basis of your belief that
5  you are a professional driver?
6      A.    The license, second there is
7  checkpoint and they tell you that you are a
8  professional, so I believe that I am a
9  professional.
10     Q.    What do you mean by checkpoint?
11     A.    Checkpoint, that's checkpoint is
12  told by the traffic police when they need to
13  check the truck or they are missing something.
14     Q.    Sir, what was distance that you
15  traveled once you turned from Route 3 to the
16  Lincoln Tunnel?
17     A.    I told you that I can't tell you
18  exactly.  I never looked for the mileage to
19  know how many miles I drive.
20     Q.    Can you estimate?
21     A.    No.
22           MR. HSU:  Off the record.
23           [Discussion held off the record.]
24     Q.    Once you turned onto Ninth Avenue,
25  can you tell me the distance that you traveled
                                                65

1            M. DIAZ-DIAZ
2  on Ninth Avenue?
                Page 63

1204from

3      A.    I don't know, I can't say.
4      Q.    Can you estimate?
5      A.    I never saw how many miles.
6      Q.    Can you tell me the timeframe, how
7  much time did it take for you to finish driving
8  on Ninth Avenue?
9      A.    I don't know.
10     Q.    Once you entered 23rd Avenue, what
11  was the distance that you traveled on 23rd
12  Avenue from Ninth Avenue to 23rd Street before
13  you reached the Lexington Avenue?
14     A.    I don't know.
15     Q.    What about the timeframe once you
16  entered 23rd Street, once you reached Lexington
17  Avenue?
18     A.    I can't tell you exactly the time.
19     Q.    Can you estimate for me?
20     A.    No.
21     Q.    Sir, did there come a time when you
22  passed 23rd Street and Madison Avenue before
23  the accident?
24     A.    I don't know, the light takes
25  longer, so I don't remember if I had to make
                                                66

1            M. DIAZ-DIAZ
2  any stops.
3      Q.    What were you supposed to do, pick
                Page 64

1204from

4   up trash or something else?
5       A.  On Monday, I am supposed to pick up
6   cardboard to recycle and three times a week
7   cardboard, one day glass and another time
8   demolition items, all this stuff they were
9   throwing away from the company.
10      Q.  Do you remember what day of the
11  week it was when the accident happened?
12      A.  I know it was February 14th, but I
13  don't remember the date.
14      Q.  If I told you Wednesday, would it
15  refresh your recollection?
16      A.  I don't remember.
17      Q.  Can you tell me if on a Wednesday
18  you were supposed to pick up any trash from
19  23rd Street once you entered 23rd from Ninth?
20      A.  I don't pick up anything on 23rd
21  Street.
22      Q.  On February 14th of 2007, did you
23  stop your truck on the side the road at any
24  time while you were on 23rd Street?
25      A.  No, I didn't stop.

67

M. DIAZ-DIAZ

1
2       Q.  What was your intended destination
3   had the accident not happened?

Page 65

---

1204from

4       A.  Okay, I was going to NYU, so from
5   23rd I went to First Avenue, from there it was
6   my first stop so from there, I don't remember.
7   *   Q.  Is it fair to say that you didn't
8   reach your first stop that night?
9           MR. HSU: Objection to the form.  He
10      testified he was in an accident.  It
11      happened on Lexington and 23rd.  His
12      first stop is on 23rd Avenue and you
13      asked his intended destination if the
14      accident had not occurred, the
15      transcript speaks for itself.  He asked
16      and answered the question.  The question
17      is asked and answered.
18          MR. PLATTA:  Fine.
19          MR. HSU:  It's asked and answered.
20      You asked him if it was fair to say if
21      he was on 23rd Street?
22          MR. PLATTA:  I didn't get to the
23      point where he said he was struck on
24      23rd.
25          MR. HSU:  He said that he made a

68

M. DIAZ-DIAZ

1
2   left on- Slawek, this is asked and
3   answered, I'm not letting you walk the
4   guy in circles, ask another question.

Page 66

---

1204from

5           MR. HSU:  Objection.  Asked and
6       answered.
7           MR. PLATTA:  Read back the last few
8       questions and answers.
9           [whereupon, the requested portion
10      of the record was read back by the Court
11      Reporter.]
12      Q.  Sir, was the first time that you
13  noticed that there was an SUV that was involved
14  in accident in front of you?
15          MR. HSU:  Objection to SUV.  He
16      didn't say SUV, he said a Toyota four by
17      four.
18          MR. PLATTA:  Toyota four by four,
19      fine.
20          MR. HSU:  Objection to in front of
21      him.  I don't know if he said in front
22      of him.  Rephrase the question.  He
23      never said in front of him.
24      Q.  Sir, where was the vehicle that was
25  involved in this accident with your truck when

70

M. DIAZ-DIAZ

1
2   you first saw it?
3           MR. HSU:  Perfect.
4       A.  That's what I can't explain, I
5   don't know from where it came.

Page 68

---

1204from

6       Q.  Did you see it at any time prior to
7   the impact?
8       A.  Sure, I saw that.
9       Q.  Where was it when you first saw it?
10      A.  It was in the corner I said, but
11  wait, let me think a minute, excuse me.  I
12  don't know from where the vehicle came, that
13  vehicle came so fast when she came out, she was
14  on the side and right there I came.
15      Q.  Where was her vehicle at the time
16  when you first saw it?
17          MR. HSU:  Listen to the question.
18      When you first saw the other vehicle,
19      where was it, where was it when you
20      first saw it before the accident?
21          THE WITNESS:  In front of my car.
22      In front of my car, she stopped in the
23      side right in front of my truck.
24      Q.  Tell me one thing, what was your
25  speed at the moment when you first saw her?

71

M. DIAZ-DIAZ

1
2       A.  I couldn't see because I can't look
3   down.  When I see this car in front of me I
4   can't tell the speed.
5       Q.  Are you able to estimate based on

Page 69

1204from

6  your experience what your speed was at that
7  moment?
8       A.   I always keep my same speed.
9       Q.   That's not my question.  What was
10  your speed?
11       A.   15 to 20 miles.
12       Q.   Did your speed decrease before the
13  impact?
14       A.   Yes.
15       Q.   Sir, the first time that you saw my
16  client's vehicle, where was your vehicle in
17  relation to Lexington Avenue?
18       A.   I wasn't too far, I wasn't too far.
19       Q.   If you imagined a block between
20  Lexington Avenue and Park Avenue, Park Avenue
21  being the avenue that you just passed getting
22  towards Lexington, were you in the middle of
23  the block, closer to Lexington or closer to
24  Park at the time when you first saw my client's
25  vehicle?

72

1                M. DIAZ-DIAZ
2       A.   I was closer to Lexington Avenue.
3       Q.   Can you estimate for me the
4  distance from Lexington Avenue that you were at
5  the time when you first saw my client's
6  vehicle, can you estimate for me the distance

Page 70

---

1204from

7  that you were from Lexington Avenue at the time
8  that you first saw my client's vehicle?
9       A.   How can I say it?
10       MR. HSU:  No, just talk, no hand
11  gestures.
12       A.   She came so suddenly, so
13  unexpectedly, it wasn't too far off Lexington.
14       Q.   Can you tell me if the front of
15  your vehicle was more than five car lengths
16  away from Lexington Avenue at the time when you
17  first saw her?
18       A.   In trucks, not my vehicle.
19       Q.   Let's say regular sedan vehicles.
20       A.   I can't tell you exactly how much
21  it was, but I can tell you that it was very
22  close.
23       MR. HSU:  Off the record.
24       [Discussion held off the record.]
25       Q.   Sir, can you tell me the distance

73

1                M. DIAZ-DIAZ
2  between the front of your vehicle and Lexington
3  Avenue, was it the length of your truck or more
4  of the front of your vehicle and Lexington
5  Avenue?
6       A.   Something like two trucks.

Page 71

---

1204from

7       Q.   What is the length of your truck?
8       A.   I don't know.
9       Q.   Is it more than 20 feet?
10       A.   Yes, more than 20 feet.
11       Q.   More than 30 feet?
12       A.   No, no, no.
13       Q.   Can you estimate for me how far the
14  front of my client's vehicle was at the time
15  when you first saw it from the intersection
16  with Lexington Avenue?
17       A.   It wasn't too far.
18       Q.   Was it was more than a car length,
19  and by car length, I mean your truck size car
20  length?
21       A.   It was the size of my truck.
22       Q.   And where was your right leg at the
23  time that you first spotted my client's
24  vehicle?
25       A.   On the brake.

74

1                M. DIAZ-DIAZ
2       Q.   Was your leg on the brakes because
3  you saw my client's vehicle in front of you or
4  for some other reason?
5       A.   It was a spontaneous reaction.
6       Q.   A reaction to my client's vehicle
7  or something else?

Page 72

---

1204from

8       MR. HSU:  Over my objection.
9       A.   A reaction because I saw the
10  vehicle.
11       Q.   A second before you saw her
12  vehicle, where was your right leg a second
13  before you saw her?
14       A.   On the brakes.
15       Q.   And why was your leg on the brakes
16  a second before you even saw my client's
17  vehicle?
18       MR. HSU:  Objection to the form of
19  the question.  It asks for a conclusion.
20       A.   That's the reaction when you see
21  something in front of you, that's your
22  reaction.
23       Q.   But I'm asking you when you first
24  saw my client a second before you saw her?
25       MR. HSU:  You haven't established

75

1                M. DIAZ-DIAZ
2  that he didn't see her a second before
3  the accident.  Are you asking one second
4  before he saw her?
5       MR. PLATTA:  Correct.
6       MR. HSU:  You didn't say before the
7  accident.

Page 73

1204from
8      MR. PLATTA:  No, before he saw her.
9      A.   On the brakes before I saw her.
10     Q.   Five seconds before you saw her,
11  where was your right leg?
12     A.   On the brakes.
13     Q.   10 seconds before you saw her,
14  where was your right leg?
15     MR. HSU:  No, 10 seconds before
16  where was your foot?
17     THE WITNESS:  On the brakes.
18     Q.   Sir, how much time has past between
19  you stepping on the brakes your car until the
20  moment that you saw my client?
21     A.   Between 10 to 12 seconds.
22     Q.   Okay, 15 seconds before you saw my
23  client where was your right leg?
24     A.   15 seconds before, the brakes.
25     Q.   Okay.  20 seconds before you saw my

76

M. DIAZ-DIAZ
1
2  client for the first time, where was your right
3  leg?
4      A.   In that case I can't tell you
5  because she came out of nowhere in one second.
6      Q.   Before you even saw her, for the 20
7  seconds before you even saw her for the first
8  time, where was your right leg?

Page 74

1204from
9      Q.   Sir, do you remember where your
10  vehicle was when you first applied pressure to
11  the brakes prior to the time when you first saw
12  my client's vehicle?
13     A.   I was close to her.
14     Q.   You just testified it was at least
15  20 seconds.  My question is when you started
16  braking, where was your vehicle at least 20
17  seconds before you first saw my client's car on
18  23rd Street?
19     A.   20 seconds before, it's difficult
20  to calculate what I did 20 seconds before.
21     Q.   Can you tell me if your vehicle was
22  already past the intersection of Park Avenue at
23  that time?
24     A.   It's possible.
25     Q.   Sir, as you were driving on 23rd

78

M. DIAZ-DIAZ
1
2  Street and you passed Park Avenue, what, if
3  anything, did you see in front of you?
4      A.   When I crossed Park Avenue I didn't
5  see anything, that was after.
6      Q.   What did you see in front of you
7  once you past Park Avenue and 23rd Street?
8      A.   It was a lot after I crossed Park
9  Avenue.

Page 76

1204from
9      A.   I don't know, this is confusing.
10     MR. HSU:  There is no question,
11  wait for the question.
12     A.   The 10 seconds, the 20 seconds -
13     MS. DIAZ:  There is no question
14  pending.
15     Q.   Sir, was there any time when you
16  were driving on 23rd Street where your right
17  leg was on the acceleration pedal?
18     A.   Before the accident?
19     Q.   At any time on 23rd Street when you
20  entered on Ninth Avenue and 23rd Street?
21     A.   Yes.
22     Q.   Between Park Avenue and Lexington
23  Avenue, did you press with your right leg the
24  acceleration pedal?
25     A.   I don't remember.

77

M. DIAZ-DIAZ
1
2      Q.   When you entered the block from
3  Park Avenue and you were entering, you were
4  driving on 23rd Street, at the moment at the
5  intersection between 23rd and Park, was your
6  right leg on the acceleration or the brakes?
7      MR. HSU:  Objection to form.
8      A.   I don't remember.

Page 75

1204from
10     Q.   I'm just asking what did you see as
11  you crossed Park Avenue and 23rd, what did you
12  see?
13     A.   At the moment of Park Avenue no, I
14  didn't see anything.
15     Q.   What were the lighting conditions
16  on the block of 23rd Street and between Park
17  Avenue and Lexington?
18     A.   It was a little bit dark.
19     Q.   Were you able to see the buildings
20  on either side the street?
21     MR. HSU:  Objection to the form of
22  the question.  It assumes there are
23  buildings on the side of the street.
24     Q.   Did you see anything on the side of
25  street?

79

M. DIAZ-DIAZ
1
2      A.   Yes.
3      Q.   What did you see on the side of the
4  street?
5      A.   Cars.
6      Q.   And we are talking only about the
7  blocks between Park Avenue and Lexington
8  Avenue.  Okay, did you see in this distance
9  anything else besides the cars on the side of

Page 77

1204from

```
10    the street?
11        A.   No.
12        MR. HSU:  Yes or no, you have to
13    speak.
14        THE WITNESS:  No.
15        Q.   Did you see buildings?
16        A.   When you came you see them in
17    front.
18        Q.   I'm asking about the side of the
19    street of 23rd Street, were there any
20    buildings?
21        A.   Yes, there is buildings on both
22    sides.
23        Q.   Can you describe the buildings that
24    are on the right side?
25        MR. HSU:  You are asking him to
                                              80
```

```
 1            M. DIAZ-DIAZ
 2    describe the buildings on Park?
 3        MR. PLATTA:  We are only talking
 4    about the block between Park and
 5    Lexington.
 6        MR. HSU:  What do you want to know,
 7    the material, the color of the building
 8    if they have a doorman, are they tall?
 9        Q.   Are you able to describe the
10    building between Park and Lexington?
                    Page 78
```

1204from

```
11        A.   Impossible, no.
12        MR. HSU:  Just yes or no.
13        A.   No.
14        Q.   Sir, were the parked cars on the
15    left side of the road or on the right side of
16    street as you were driving?
17        MR. HSU:  Or both.
18        Q.   Or both.
19        A.   There is only parked cars on both
20    sides.
21        Q.   Which direction were you driving on
22    23rd Street?
23        MR. HSU:  East or west?
24        A.   East.
25        Q.   How many lanes of traffic were on
                                              81
```

```
 1            M. DIAZ-DIAZ
 2    the block of 23rd Street between Park and
 3    Lexington in your direction Lexington in your
 4    direction?
 5        A.   Two on both sides.
 6        Q.   Was there also a lane for the
 7    parked cars?
 8        A.   I didn't notice it.
 9        Q.   Okay, the parked cars that you
10    testified to before, in which lane were they
                    Page 79
```

1204from

```
11    parked?
12        A.   On the right side.
13        Q.   In which lane of traffic was your
14    vehicle on the block of 23rd Street between
15    Park and Lexington?
16        A.   On the right side.
17        Q.   Would it be fair to say there were
18    two lanes and your car was in the right lane?
19        MR. HSU:  Objection to form.
20        MR. PLATTA:  He said two, but he
21    wasn't sure if there was a lane for
22    parked cars.
23        MR. HSU:  Read back.
24        [Whereupon, the requested portion
25    of the record was read back by the Court
                                              82
```

```
 1            M. DIAZ-DIAZ
 2    Reporter.]
 3    Two moving lanes.
 4        MR. PLATTA:  Two moving lanes,
 5    right.
 6        A.   Yes, there are two lanes, in the
 7    right lane I was driving.
 8        Q.   And can you tell me, did you change
 9    your lane anywhere on the block of 23rd Street
10    from where you entered on Park Avenue until the
11    moment of the impact?
                    Page 80
```

1204from

```
12        A.   I kept driving always in the right
13    lane.
14        Q.   Did you also enter into the right
15    lane from Ninth Avenue?
16        A.   Yes.
17        Q.   Did you remain in the right lane
18    throughout 23rd Street until the moment of the
19    impact?
20        MR. HSU:  Objection to the form.
21    You didn't establish there was anything
22    but one lane in the other street between
23    Park and Ninth Avenue.
24        MR. PLATTA:  I just asked if he
25    remained in the right lane.
                                              83
```

```
 1            M. DIAZ-DIAZ
 2        MR. HSU:  But you have to establish
 3    how many lanes there are.
 4        MR. PLATTA:  He testified before he
 5    didn't change lanes.
 6        MR. HSU:  That doesn't mean he came
 7    from one lane to two lanes and -
 8        MR. PLATTA:  You're right.
 9        Q.   Sir, when you entered 23rd Street,
10    were there two lanes of moving traffic or more
11    than two?
                    Page 81
```

1204from
12       MR. HSU:  For your direction.
13       A.  From the time that I changed from
14   Ninth Avenue and there are also two driving
15   lanes on both sides.
16       Q.  Is it fair to say, Counsel with
17   your permission that you remained in the right
18   lane throughout 23rd Street?
19       A.  Yes, exact.
20       Q.  Can you tell me what were the
21   weather conditions like at the time of the
22   accident?
23       A.  It was snowing.
24       Q.  Can you tell me what the roadway
25   conditions were on 23rd Street at the time of
                                                    84

1              M. DIAZ-DIAZ
2   the accident?
3        MR. HSU:  Between Ninth or
4    Lexington or just 23rd and Lexington?
5        MR. PLATTA:  Between Park Avenue
6    and Lexington Avenue.
7        A.  It was completely covered in snow.
8        Q.  Was it also icy?
9        A.  It was the first snow.  It was the
10   first snow, it wasn't icy, yes, it was the
11   first snow.
12       Q.  Can you estimate the thickness of
                    Page 82

1204from
13   snow on Park Avenue and the Lexington?
14       MR. HSU:  Objection.
15       Do you know how much snow was on
16   the ground in terms of inches at the
17   time of the accident, yes or no?
18       THE WITNESS:  Yes.
19       MR. HSU:  How much snow, do you
20   know?
21       A.  It was like four to five inches of
22   snow.
23       Q.  And sir, can you tell me was it
24   snowing when you started driving that night
25   from Liberty Street?
                                                    85

1              M. DIAZ-DIAZ
2        A.  Yes.
3        Q.  Was it also three to four inches of
4    snow on Liberty Street as you started driving
5    or no?
6        A.  It was less snow in Passey.
7        Q.  Sir, can you tell me if you ever
8    drove your vehicle with chains attached to your
9    wheels?
10       MR. HSU:  During snow conditions or
11   at any time?
12       MR. PLATTA:  At any time.
                    Page 83

1204from
13       MR. HSU:  Ever.
14       A.  No.
15       Q.  Was there any times that you saw
16   other trucks of All American Haulers have snow
17   chains attached to their wheels as they were
18   leaving the premises?
19       A.  No.
20       Q.  Do you know when was the last time
21   that the tires in your truck were changed?
22       A.  No, I don't remember.
23       MR. PLATTA:  Off the record.
24       [Discussion held off the record.]
25       Q.  Can you tell me on the day of the
                                                    86

1              M. DIAZ-DIAZ
2    accident did you check the depth of the treads
3    on your wheels in your truck on the night
4    before you started driving on the 14th of
5    February?
6        A.  I told you before that I checked,
7    that we have to check the truck and that was
8    included.
9        Q.  Can you tell me what was the depth?
10       MR. HSU:  Objection to form.  He
11       just said that he checked the tires.
12       A.  They were okay, they weren't in bad
13   condition, they were great.
                    Page 84

1204from
14       Q.  And sir, was this a procedure at
15   All American Haulers describing whether you
16   have to put snow chains on the tires?
17       A.  As far as I know, no.
18       Q.  Did you ask anyone to put the snow
19   chains on your truck before you left that
20   night?
21       MR. HSU:  Read that back.
22       [Whereupon, the requested portion
23       of the record was read back by the Court
24       Reporter.]
25       MR. HSU:  Yes or no?
                                                    87

1              M. DIAZ-DIAZ
2        A.  No.
3        Q.  Now, we are back to 23rd Street
4    between Park and Lexington, what was the
5    pressure that you applied to the brakes when
6    you first started breaking before you saw my
7    client's vehicle, was it hard, soft or medium?
8        A.  It was strong, it was heavy.
9        Q.  Did you change the pressure that
10   you applied to the brakes at any time during
11   this 20 seconds -
12       MR. HSU:  Mr. Diaz-
13       MR. PLATTA:  Hold on.  Let me
                    Page 85

1204from

14    finish my question then you can ask
15    yours.
16        MR. HSU:  This is before you saw
17    the other vehicle, before you saw the
18    other vehicle.
19        MR. PLATTA:  He testified to that.
20    A.    I pressed the brakes all the time.
21    Q.    Sir, how can you describe the
22    impact between your vehicle and my client's
23    vehicle?
24    A.    What form, what way?
25    Q.    Can you tell me if it was hard,

88

M. DIAZ-DIAZ

1    medium or soft?
2    
3    A.    Medium.
4    Q.    Were you ever involved in a motor
5    vehicle accident in the United States?
6        MR. HSU:  Objection.  The basis for
7    that question is what, was he ever
8    involved in a motor vehicle accident in
9    the United States, what relevance does
10    it have to this accident?
11        MR. PLATTA:  Relevance is no longer
12    an objection.
13        MR. HSU:  How is that going to lead
14    to discoverable evidence if he was ever
Page 86

1204from

15    involved in a motor vehicle accident in
16    his life?
17        MR. PLATTA:  In the United States.
18        MR. HSU:  Answer over my objection.
19    A.    No.
20    Q.    Sir, do you still work for All
21    American Haulers?
22    A.    Now I work for Skuffy?
23    Q.    When did you stop working for All
24    American Haulers?
25    A.    As soon as they sold the company.

89

M. DIAZ-DIAZ

1    Q.    And when was that, more or less?
2    
3    A.    I don't remember exactly.
4    Q.    Sir, can you describe for me the
5    damage to my client's vehicle after the impact?
6        MR. HSU:  It assumes he saw it.
7    Ask.
8    Q.    Did you see damage to my client's
9    vehicle after the impact?
10    A.    Yes, there was damage.
11    Q.    Can you describe it?
12    A.    The back of the car, it was bent
13    in.
14    Q.    Was there a hole in the door in the
Page 87

1204from

15    back of the trunk of my client's vehicle?
16    A.    It was bent, but there was no hole
17    in the back.
18    Q.    Can you tell me which portion of
19    the car was bent or which parts of the vehicle
20    were bent?
21    A.    The back of the car.
22    Q.    Was the trunk door bent?
23    A.    Yes.
24    Q.    Was the fender bent in the rear,
25    the rear fender?

90

M. DIAZ-DIAZ

1    
2    A.    Yes.  Most of it, the door or the
3    trunk and the fender too.
4    Q.    Was the fender pushed all the way
5    underneath the car?
6    A.    It was bent inside.
7    Q.    How many inches?
8    A.    I don't know.
9    Q.    Was there any glass broken from my
10    client's vehicle?
11    A.    I know that it was bent, but I
12    don't remember broken glass.
13    Q.    Can you tell me if the rear lights
14    were broken?
15    A.    It's possible, but I don't
Page 88

1204from

16    remember.
17    Q.    Can you tell me if the rear side of
18    the vehicle was damaged?
19    A.    Yes, the door and the trunk, it was
20    bent up.
21    Q.    Was any side of the vehicle damaged
22    as well?
23    A.    No, only the back part.
24    Q.    How much time did you spend looking
25    at my client's vehicle after the accident?

91

M. DIAZ-DIAZ

1    
2    A.    All the time that I was there I
3    keep seeing the damage of the car, I saw the
4    damage of the car.
5    Q.    And sir, did you go around to see
6    all sides of my client's car?
7    A.    I went up to her door in the front
8    and there was no damage, only in the back, only
9    in the back of the car.
10    Q.    Can you tell me how much time had
11    passed from the moment when you first saw her
12    until the impact?
13        MR. HSU:  Note my objection.  I
14    know this was answered.
15        MR. PLATTA:  I never went to the
Page 89

1204from
16    actual moment of the impact in
17    timeframe.
18         A.  Three to four seconds, something
19    like that.
20         Q.  Did your car skid at any point from
21    the moment when you started braking until the
22    moment of impact, did your car ever skid from
23    the moment when you started braking on 23rd
24    Street until the moment of impact?
25         A.  The car slid.
                                        92

1              M. DIAZ-DIAZ
2         Q.  How many times?
3         A.  It was sliding as soon as I pressed
4    the brake, the car slid.
5         MR. HSU:  Are you referring
6    immediately before the impact?
7         THE WITNESS:  Yes.
8         MR. HSU:  That's when the car skid?
9         THE WITNESS:  Yes, right along the
10   time until the impact.
11        Q.  Sir, did you have any conversations
12   with the police officers at the scene?
13        A.  No.
14        Q.  Did you have any conversations with
15   anyone at the scene?
16        A.  With the ambulance who was taking
              Page 90

1204from
17   care of your client.
18        Q.  What was the sum and substance of
19   the conversation between you and the ambulance
20   attendant?
21        A.  It was regarding the lady, your
22   client.
23        Q.  And what was the conversation
24   about, what did you say?
25        A.  I asked to her, how was the lady
                                        93

1              M. DIAZ-DIAZ
2    doing and she told me she was very fine, she is
3    very well, you know.
4         Q.  At the time when this lady said to
5    Mr. Diaz that my client is fine, where was my
6    client?
7         MR. HSU:  He's referring your
8    client.
9         Q.  Was it my client that you had a
10   conversation with her or the ambulance crew?
11        A.  First of all, when the impact,
12   right after the impact I spoke to your client.
13        Q.  What was that conversation?
14        A.  I asked her how are you doing, how
15   are you feeling, and I'm sorry, so I gave her
16   my phone so she could call 911, and she said,
              Page 91

1204from
17   no, I'm going to use mine.  And then she
18   explained to me, she told me that she knew the
19   scale of the impact.  She tried to explain to
20   me.  I don't know what she meant to tell me,
21   but that's what she was saying to me.
22        Q.  Did you have a conversation with
23   anyone else besides her?
24        A.  With the paramedic.
25        Q.  What was that conversation about
                                        94

1              M. DIAZ-DIAZ
2    with the paramedics, what was that
3    conversation about?
4         A.  Okay.  Your client, it seemed like
5    she spoke about me with the paramedics with the
6    lady from the ambulance.  And she came to talk
7    to me, so the paramedic was smoking a cigarette
8    and I asked her from my truck, I asked her how
9    is the lady doing, and she told me she is very
10   well, you know she was talking in Spanish to
11   me.  She was Puerto Rican.
12        Q.  Do you know her name?
13        A.  No.
14        Q.  At the time that you were talking
15   to her, where was my client?
16        A.  In the ambulance.
17        Q.  Was she sitting, standing or lying
              Page 92

1204from
18   down?
19        A.  I don't know, I can't tell you
20   because I couldn't see that.
21        Q.  Did you see how she got into the
22   ambulance?
23        A.  They took her walking into the
24   ambulance.
25        Q.  Was she walking or transported?
                                        95

1              M. DIAZ-DIAZ
2         MR. HSU:  Objection.  Answered, you
3    just asked and he said she was walking
4    and then you asked if she was walking or
5    something else.
6         MR. PLATTA:  Read that back.
7         [whereupon, the requested portion
8    of the record was read back by the Court
9    Reporter.]
10        MR. HSU:  They took her walking.
11        Q.  Was she walking into the ambulance?
12        A.  Yes, she was escorted by the two
13   gentleman on the two legs.
14        Q.  Did she ever leave the ambulance
15   that you saw?
16        A.  No, she didn't come out.
17        Q.  Did you ask anybody again how she
              Page 93

1204from

18   was feeling after you had this initial
19   conversation with the ambulance?
20        A.   No.
21        Q.   Do you know what happened to my
22   client afterwards, was she taken away or what
23   happened?
24        MR. HSU:   Don't guess.
25        A.   They took her in the ambulance but

96

1             M. DIAZ-DIAZ
2   I don't know what happened after.
3        Q.   Do you know what happened to her
4   car?
5        MR. HSU:   Does he know what
6        happened to her after the accident?
7        A.   The car was bent in the back.
8        Q.   What happened to the car
9   afterwards?
10       MR. HSU:   In terms of what, did it
11       drive away or did they tow it away, you
12       leave it ambiguous instead of just asking
13       him.
14       A.   I just know they moved it.   They
15   parked it on the side and they left the car
16   there.
17       Q.   Can you describe if there was any
18   damage to your vehicle?

Page 94

1204from

19       A.   Yes, the truck is operated in
20   Scuffy.
21       Q.   Are you still operating the same
22   truck?
23       A.   No, not the same on the day on the
24   day of the accident, but I keep driving the
25   same type of truck.

98

1             M. DIAZ-DIAZ
2        Q.   Do you know what happened to this
3   exact truck, where was it?
4        A.   They use it on a daily basis at
5   Scuffy.
6        Q.   Does it have the same plate number
7   on it as it did on the day of the accident?
8        A.   No, it doesn't have the same
9   license.
10       Q.   Can you identify this truck in the
11   fleet of the new company?
12       A.   Yes, I can identify it because I
13   know all the trucks.  I see it on a daily
14   basis.
15       MR. PLATTA:   I call for any
16       information on the vehicle that Mr. Diaz
17       was driving at the time of the accident
18       and I'm talking about an on-site
19       inspection at the place where the truck
Page 96

1204from

19        A.   No.
20        Q.   Were there any scratches on your
21   car?
22        A.   I didn't check for that, I didn't
23   look.
24        Q.   Was there any damage to the front
25   fender?

97

1             M. DIAZ-DIAZ
2        A.   No, nothing.
3        Q.   Did you check the front fender at
4   the scene of the accident?
5        A.   Yes, I did check and I looked at
6   it.
7        Q.   Did you take any pictures of your
8   truck after the accident?
9        A.   No.
10       Q.   Did you see anyone else taking
11   pictures of your car after the accident?
12       A.   No, there was no one.
13       Q.   Did you take pictures not only at
14   the scene but also at the location where the
15   truck was usually parked?
16       A.   No, the truck didn't have anything.
17       Q.   Can you tell me where this truck is
18   right now, if you know?

Page 95

1204from

20   is kept right now.
21       MR. HSU:   As Mr. Diaz said, the
22       company that owned the vehicle at the
23       time the accident is no longer in
24       business, but we'll follow-up in
25       writing.  Taken under advisement.

99

1             M. DIAZ-DIAZ
2        Q.   From the first time you saw my
3   client's vehicle right before the impact, how
4   much time past between when you first saw her
5   and the actual impact?
6        MR. HSU:   Is has been asked and
7        answered.
8        Q.   sir, at the time when you saw my
9   client's vehicle for the first time and this
10   one wasn't asked, how far was the front of your
11   vehicle the rear of my client's vehicle?
12       A.   Very close, you asked me the same
13   questions.
14       Q.   Can you estimate the distance?
15       A.   Very very close.
16       Q.   The length of this table?
17       MR. HSU:   Are you able to estimate,
18       yes or no?
19       THE WITNESS:   Exactly, no.
Page 97

1204From

```
20          MR. PLATTA:  Not exactly, just an
21      estimate.
22          A.  I can't say that because my
23      reaction wasn't to look at distance, it was to
24      press the brake.
25          Q.  I know that.  But can I ask you if
                                                    100
```

```
1                  M. DIAZ-DIAZ
2   at the time when you first saw her, what was
3   the distance between the front of your truck
4   and the rear of my client's vehicle, was it
5   larger than the size of this room?
6           A.  I told you right now, it was like a
7   truck.
8           Q.  The length of your truck?
9           A.  I can't tell you exactly, but I can
10  tell you the length of one truck.
11          Q.  Can you tell me the size of the
12  truck?
13          A.  Yes, exactly like my truck.
14          Q.  Did you have any discussions with
15  anyone at the scene of the accident besides my
16  client and the ambulance and police officer?
17          MR. HSU:  No.  You said after the
18          paramedic if you know if she spoke to
19          someone, you just asked him and he said
20          no one else.
                    Page 98
```

1204From

```
21          MR. PLATTA:  Are you directing him
22      not to answer?
23          MR. HSU:  It's already asked and
24      answered.
25          MR. PLATTA:  Your objection is
                                                    101
```

```
1                  M. DIAZ-DIAZ
2       noted.
3           Q.  The question was; did you speak to
4   anyone else besides the police officer,
5   ambulance crew and my client at the scene of
6   the accident?
7           A.  No.
8           Q.  Did you prepare an accident report
9   as a result of this accident?
10          A.  I explained it to them and they
11  wrote the report.
12          Q.  Did you see this report?
13          A.  No, I only explained to them and
14  they did the report.
15          Q.  How do you know there was a report?
16          A.  I don't know how to tell you but
17  they asked me.  They told me they have to tell
18  everything that happened because they were
19  asking for.
20          Q.  Did they write it down while you
                    Page 99
```

1204From

```
21  were speaking what they were looking for?
22          A.  Literally, yes, of course.
23          Q.  That means yes, right?
24          A.  Yes.
25          MR. HSU:  Yes or no?
                                                    102
```

```
1                  M. DIAZ-DIAZ
2           A.  Please wait.  Okay, honestly I
3   don't remember if they wrote it down or not.  I
4   explained the whole accident to them.
5           Q.  Who did you explain it to?
6           A.  I am confused, I don't remember, I
7   don't remember.
8           Q.  Okay, what did you tell this
9   person?
10          A.  Wait, I'm trying to remember.  She
11  asked me, she called me and told me to go pick
12  up the report from the police, that's it.
13          Q.  When you say said before you don't
14  remember well?
15          A.  I don't remember well, I don't
16  remember that part.
17          Q.  When you said before that she
18  reported to someone before the accident from
19  your company, did you actually do that or not?
20          A.  Yes, because in the company, in any
21  company you are working as a driver you have to
                    Page 100
```

1204From

```
22  call right away, that's appropriate if an
23  accident has happened.
24          Q.  What did you say when you reported
25  this accident?
                                                    103
```

```
1                  M. DIAZ-DIAZ
2           A.  I told then at the time in the
3   office there was no one yet, because the office
4   was opened at 9:00 in the morning then I called
5   and explained what happened, but I don't know
6   what happened after that, if they took notes or
7   note.
8           Q.  Do you know if your car was insured
9   on the day of the accident?
10          MR. HSU:  He already provided the
11          insurance company, the policy number and
12          the amount of coverage.  We'll provide
13          the physical policy follow-up in
14          writing.
15          MR. PLATTA:  I already did.  Off
16          the record.
17          [Discussion held off the record.]
18          A.  Yes, it was insured.
19          MR. PLATTA:  Back on the record.
20          Defendant's counsel provided me with
21          Response to demand for Answers to
                    Page 101
```



1204from

22    Interrogatories dated November 1, 2007,
23    section 22.  "There was minor damage to
24    the defendants vehicle upon information
25    and belief there was minor damage to the

104

1    M. DIAZ-DIAZ
2    front of the vehicle.  Defendants are
3    unaware of any repairs or estimates
4    being generated as a result of this
5    accident.
6        MR. HSU:  What's the point?
7        MR. PLATTA:  Your client testified
8    there was no damage.
9        MR. HSU:  He said he didn't check
10   for scratches, minor damage.
11       MR. PLATTA:  It was very clean on
12   the record that he said there was no
13   damage.
14       MR. HSU:  Whether or not he said
15   there was a bump or not.
16       MR. PLATTA:  He said there was
17   nothing.
18       MR. HSU:  That's why you get
19   interrogatories, so his testimony is
20   there that's why you had an opportunity
21   to ask him questions.
22   Q.   Do you know where the maintenance
                        Page 102

1204from

23   records are for the truck that you were driving
24   on February 14, 2007 after All American Haulers
25   were no longer in business?

105

1    M. DIAZ-DIAZ
2        MR. HSU:  Objection to form.
3    A.   Maybe the owner has it, I don't
4    know.
5        (Continued on the next page.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
                        Page 103

1204from

23
24
25
                        106

1
2
3        MR. HSU:  Don't guess, do you know?
4        THE WITNESS:  No.
5    Q.   Can you tell me if the owner of All
6    American Haulers is the same owner of the
7    company that you work right now?
8    A.   Wait.  No, they are not the same.
9        MR. PLATTA:  Mark Plaintiff's One,
10   the police report.
11       [Whereupon, the above-mentioned
12   police report was marked Plaintiff's
13   Exhibit 1 for identification.]
14       MR. HSU:  Come outside.
15       MR. PLATTA:  We adjourning this.
16   It is 6:18 p.m.
17       (Whereupon, at 6:18 P.M., the
18   Examination of this witness was
19   concluded.)
20
21   _____
         MARIO E. DIAZ-DIAZ
22
23   Subscribed and sworn to before me
                        Page 104

1204from

24   this _____ day of _____, 2007.
25   _____
         NOTARY PUBLIC
                        107

1
2    ERRATA SHEET
3    CASE NAME: ADONNA FROMETA
     DATE OF DEPOSITION: MARIO E. DIAZ-DIAZ ALL
4    AMERICAN HAULERS RECYCLING
     WITNESS' NAME: MARIO E.  DIAZ-DIAZ
5
6    PAGE/LINE(S)/     CHANGE          REASON
7
8
9
10
11
12
13
14
15
16
17
18
19
20        _____
              MARIO E. DIAZ-DIAZ
21   SUBSCRIBED AND SWORN TO
22   BEFORE ME THIS_____DAY
     OF_____, 2007.
23
                        Page 105

1204from

24  NOTARY PUBLIC

25  MY COMMISSION EXPIRES_____

                                        108

1

2               E X H I B I T S

3

4  PLAINTIFF'S EXHIBITS:

5

6  EXHIBIT    EXHIBIT                    PAGE

7  NUMBER     DESCRIPTION

8    1          police report           106

9

10

11     INFORMATION AND/OR DOCUMENTS REQUESTED

12  INFORMATION AND/OR DOCUMENTS         PAGE

13  Production of insurance policy on vehicle   10

14  Pay stubs from prior employment      14

15  Production of name & address of eye

16  doctor and HIPAA authorizations for

17  eye doctor                           16

18  HIPAA compliance for clinic on Jefferson   27

19  Production of where vision was last checked 41

20  Copy of CDL license                  44

21  Any information on truck involved

22  in accident                          99

23

                Page 106

1204from

24

25

                                        109

1

2           QUESTIONS MARKED FOR RULINGS

3   PAGE     LINE

4   35        15

5   66        24

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                Page 107

1204from

25

                                        110

1

2           C E R T I F I C A T E

3

4  STATE OF NEW YORK      )
                          : SS.:
5  COUNTY OF QUEENS       )

6

7

8        I, LORRAINE DeSALVIO, a Notary Public

9  for and within the State of New York, do hereby

10  certify:

11        That the witness whose examination is

12  hereinbefore set forth was duly sworn and that

13  such examination is a true record of the

14  testimony given by that witness.

15        I further certify that I am not related

16  to any of the parties to this action by blood

17  or by marriage and that I am in no way

18  interested in the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set

20  my hand this 11th day of December, 2007.

21

22

23        _____
              LORRAINE DeSALVIO

24

                Page 108

1204from

25

                Page 109