```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ADONNA FROMETA,

                              PLAINTIFF,

        -against-           Index Case No:
                            07CIV6372

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS
RECYCLING,

                              DEFENDANTS.
-------------------------------------------X
```

DATE: January 11, 2007
TIME: 5:10 P.M.

CONTINUED EXAMINATION BEFORE TRIAL of the Defendant, MARIO E. DIAZ-DIAZ, taken by the Plaintiff, pursuant to an Order, held at the office of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 150 East 42nd Street, 23rd Floor New York, New York 10017 before Lorraine DeSalvio, a Shorthand Reporter and Notary Public of the State of New York.



Page 112

APPEARANCES:

SLAWEK W. PLATTA, LLM
   Attorney for Plaintiff
   42 Broadway
   Suite 1927
   New York, New York 10004
   BY: SLAWEK W. PLATTA, ESQ.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
   Attorneys for the Defendants
   150 East 42nd Street
   New York, New York 10017
   BY: JOHN A. HSU, ESQ.

ALSO PRESENT
ABLE DOCE-SPANISH INTERPRETER

           *       *       *

Page 113

FEDERAL STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED
By and between the counsel for the respective
parties hereto, that the filing, sealing, and
certification of the within deposition shall
Be and the same are hereby waived;

    IT IS FURTHER STIPULATED AND AGREED
That all objections, except as to the form
Of the question, shall be reserved to the times
Of the trial.

    IT IS FURTHER STIPULATED AND AGREED
That the within deposition may be signed before
Any Notary Public with the same force and
effect
As if signed and sworn to before this court.

           *    *    *    *

Page 114

1  MARIO E. DIAZ-DIAZ, called as a
2  witness, having been first duly sworn by a
3  Notary Public of the State of New York, was
4  examined and testified (through the Spanish
5  interpreter) as follows:
6  EXAMINATION BY
7  MR. PLATTA:
8      Q.  Please state your name for the
9  record.
10     A.  Mario E. Diaz-Diaz.
11     Q.  Where do you reside?
12     A.  91 Sprint Street, Apartment 1,
13 Passey, New Jersey 07055.
14         MR. HSU:  This is a continuation
15     from of the deposition of Mario
16     Diaz-Diaz as from December 4, 2007.
17         MR. PLATTA:  And let the record
18     reflect that this deposition was
19     supposed to start at 4:00, it is now
20     5:10 and this is due to the defendant.
21     Plaintiff's counsel and the translator
22     and ma'am court reporter were present
23     all the time as well as defense counsel.
24     Q.  Mr. Diaz-Diaz, good afternoon.  How

Page 115

                M. DIAZ-DIAZ
are you today?
    A.  A little tired.
    Q.  I will repeat what I said during
the very beginning of the first deposition.
I'll be asking you some questions about the
accident that happened on February 14, 2007 and
I'll ask you to keep your responses verbal, and
please remember also that nods of your head
will not be recorded by the court reporter.
    A.  Okay.
    Q.  And if you don't understand a
question I ask you, tell me and I'll rephrase
the question.
    A.  Okay, very well.
    Q.  If you need to take a break, you
may do so, however, I ask that you respond to
the question first.
    A.  Okay.
    Q.  And also, if I don't hear you
saying you don't understand something, my
understanding is that you understood the
question and responded truthfully and
adequately to every question asked.
    A.  Yes.

Legal Ease Reporting, Inc.
212-481-3500

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------------X
      ADONNA FROMETA,
 4
                                    PLAINTIFF,
 5
 6         -against-          Index Case No:
                              07CIV6372
 7
 8    MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS
      RECYCLING,
 9
                                    DEFENDANTS.
10    ------------------------------------------------X
11
12                DATE: January 11, 2007
13                TIME: 5:10 P.M.
14
15
16         CONTINUED EXAMINATION BEFORE TRIAL of
17    the Defendant, MARIO E. DIAZ-DIAZ, taken by the
18    Plaintiff, pursuant to an Order, held at the
19    office of Wilson, Elser, Moskowitz, Edelman &
20    Dicker LLP, 150 East 42nd Street, 23rd Floor
21    New York, New York 10017 before Lorraine
22    DeSalvio, a Shorthand Reporter and Notary
23    Public of the State of New York.
24
25
```

Page 112

```
 1
 2  A P P E A R A N C E S:
 3
 4  SLAWEK W. PLATTA, LLM
        Attorney for Plaintiff
 5      42 Broadway
        Suite 1927
 6      New York, New York 10004
     BY: SLAWEK W. PLATTA, ESQ.
 7
 8
 9  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
10      Attorneys for the Defendants
        150 East 42nd Street
11      New York, New York 10017
     BY: JOHN A. HSU, ESQ.
12
13
    ALSO PRESENT
14  ABLE DOCE-SPANISH INTERPRETER
15
            *     *     *
16
```

Page 113

```
 1
 2       FEDERAL STIPULATIONS
 3
 4       IT IS HEREBY STIPULATED AND AGREED
 5  By and between the counsel for the respective
 6  parties hereto, that the filing, sealing, and
 7  certification of the within deposition shall
 8  Be and the same are hereby waived;
 9
10       IT IS FURTHER STIPULATED AND AGREED
11  That all objections, except as to the form
12  Of the question, shall be reserved to the times
13  Of the trial.
14
15       IT IS FURTHER STIPULATED AND AGREED
16  That the within deposition may be signed before
17  Any Notary Public with the same force and
18  effect
19  As if signed and sworn to before this court.
20
21
22          *     *     *     *
```

Page 114

```
 1
 2     M A R I O  E.  D I A Z-D I A Z, called as a
 3  witness, having been first duly sworn by a
 4  Notary Public of the State of New York, was
 5  examined and testified (through the Spanish
 6  interpreter) as follows:
 7  EXAMINATION BY
 8  MR. PLATTA:
 9     Q.  Please state your name for the
10  record.
11     A.  Mario E. Diaz-Diaz.
12     Q.  Where do you reside?
13     A.  91 Sprint Street, Apartment 1,
14  Passey, New Jersey 07055.
15         MR. HSU:  This is a continuation
16     from of the deposition of Mario
17     Diaz-Diaz as from December 4, 2007.
18         MR. PLATTA:  And let the record
19     reflect that this deposition was
20     supposed to start at 4:00, it is now
21     5:10 and this is due to the defendant.
22     Plaintiff's counsel and the translator
23     and ma'am court reporter were present
24     all the time as well as defense counsel.
25     Q.  Mr. Diaz-Diaz, good afternoon.  How
```

Page 115

```
 1          M. DIAZ-DIAZ
 2  are you today?
 3     A.  A little tired.
 4     Q.  I will repeat what I said during
 5  the very beginning of the first deposition.
 6  I'll be asking you some questions about the
 7  accident that happened on February 14, 2007 and
 8  I'll ask you to keep your responses verbal, and
 9  please remember also that nods of your head
10  will not be recorded by the court reporter.
11     A.  Okay.
12     Q.  And if you don't understand a
13  question I ask you, tell me and I'll rephrase
14  the question.
15     A.  Okay, very well.
16     Q.  If you need to take a break, you
17  may do so, however, I ask that you respond to
18  the question first.
19     A.  Okay.
20     Q.  And also, if I don't hear you
21  saying you don't understand something, my
22  understanding is that you understood the
23  question and responded truthfully and
24  adequately to every question asked.
25     A.  Yes.
```

Legal Ease Reporting, Inc.
212-481-3500

Page 116

M. DIAZ-DIAZ

Q. Sir, previously we had marked Plaintiff's Exhibit 1, a police accident report. I'll ask that you have a look at that with permission of your counsel. When you are done looking at it, let us know.

MR. HSU: Don't say anything, just look at it and when you are done, tell us that you are done, okay.

A. Sir, did you ever see this document before that was marked as Plaintiff's Exhibit 1?

Q. This document?

A. Yes.

MR. HSU: Yes or no.

A. This is a report from the police.

Q. That's correct. Have you seen this document before?

A. Yes, I've seen it.

Q. When did you see it?

A. The company who did the service asked me to go get it.

Q. What is the company that you just referred to?

A. All American Haulers.

Page 117

M. DIAZ-DIAZ

Q. Did you see this police report at their office?

MR. HSU: Objection. He just said they asked him to go get a copy of the police report from the police station so.

Q. Sir, when was the first time that you saw this police report?

A. One or two weeks afterwards.

Q. At what location was it?

A. I don't recall right now, I don't recall exactly right now, but I know where it is.

Q. Was it at the police precinct?

A. Yes.

Q. Did you see the police officer who was preparing this police report?

MR. HSU: At the time that he picked up the report?

MR. PLATTA: No. At the time that the report was prepared.

MR. HSU: You are assuming it was prepared in his presence.

Q. Did you see him prepare it?

Page 118

M. DIAZ-DIAZ

MR. PLATTA: Counsel, if you have objection, state it.

MR. HSU: I'm going to object because the question doesn't make sense.

A. No, I didn't see him. No, I didn't see it.

Q. Did you draw any kind of diagram for the police officer at the scene of the accident?

A. No, sir.

Q. What was the sum and substance of the conversation, if any, that you had with the police officer at the scene of the accident?

A. I didn't speak with the police officer.

Q. Who did you speak to at the scene of the accident besides my client that you already testified to?

A. There was a lady, as I said before, in the ambulance there was a lady in the ambulance that spoke Spanish.

Q. What was the sum and substance of the conversation that you had with her?

A. She came over to me because I was

Page 119

M. DIAZ-DIAZ

at my truck and the police officer told me to go up to the truck. She was smoking, she was smoking and I asked, how is the lady I asked, and she told me that she is fine.

Q. Did you speak to anyone else?

A. No, sir.

Q. How long did you stay at the scene of the accident afterwards?

A. How long?

Q. Yes.

A. It was a little bit more than an hour until the police officer told me that I could go, I didn't leave.

Q. Okay, how did you leave the scene of the accident?

A. In my truck.

Q. Did you continue on your route to work that night or something else?

A. I continued in my job, in my work.

Q. How long did you work that night?

A. Well, that the hour until 12:00 in the afternoon.

Q. When was the first time that you reported this accident to your office?

3 (Pages 116 to 119)

Legal Ease Reporting, Inc.
212-481-3500

Page 120

M. DIAZ-DIAZ

1 A. It was something around 9:00 in the
2 morning that the offices were open already.
3 Q. And that was the first time that
4 you had reported the accident to your
5 superiors?
6 A. Yes.
7 Q. Do you remember what you told them?
8 A. Yes, I told them that I had an
9 accident.
10 Q. Anything else?
11 A. I only told them that I had an
12 accident and nothing else.
13 Q. What was the name of the person
14 that you spoke with?
15 A. There was a lady there who spoke
16 Spanish her name was Denarius and I spoke to
17 her in order for her to communicate with the
18 other people.
19 Q. Do you know who are the other
20 people at the company?
21 A. I don't know them personally, I
22 just know that there is a person called Tony
23 and that I have to speak to him about the
24 accident.

Page 121

M. DIAZ-DIAZ

Q. Did you speak to Tony as well?
3 A. No.
4 Q. Was Denarius a translator?
5 MR. HSU: Objection to that
6 question. He didn't say that. She
7 worked in his employment and she just
8 helped translate for him.
9 MR. PLATTA: Right, I'm asking if
10 she was a translator.
11 MR. HSU: Like a professional
12 translator. Ask her what she did there.
13 MR. PLATTA: Off the record.
14 [Discussion held off the record.]
15 MR. PLATTA: Back on the record.
16 A. Denarius speaks Spanish.
17 Q. Is she a professional translator at
18 your office?
19 A. She is simply an employee that
20 worked there and speaks Spanish, and I told her
21 that I had an accident, she communicated to the
22 people in the office.
23 Q. Is there any kind of procedure that
24 you have to follow when an accident happens and
25 it involves your truck at your company?

Page 122

M. DIAZ-DIAZ

1 MR. HSU: Note my objection to
2 form.
3 A. Repeat the question.
4 MR. PLATTA: Read it back.
5 [Whereupon, the requested portion
6 of the record was read back by the Court
7 Reporter.]
8 A. Yes, they instruct us that when we
9 have an accident only to call, that's it.
10 Q. Do you know the number to call?
11 A. No, no, I had a radio.
12 Q. Is it like a CB radio?
13 A. Yes.
14 Q. Did you call to report this
15 accident using the CB radio at night?
16 A. No. At 9:00 in the morning I
17 called.
18 Q. Did you report this accident to
19 anyone between the time when it happened more
20 or less at 4:30 a.m. and 9:00 a.m.?
21 MR. HSU: Besides the police that
22 took a report?
23 MR. PLATTA: He didn't take a
24 report.

Page 123

M. DIAZ-DIAZ

1 MR. HSU: It didn't mean they
2 didn't report it, you didn't ask if he
3 it provided them.
4 MR. PLATTA: I'm asking about
5 anyone including the police.
6 A. What?
7 Q. Did you report that you had an
8 accident to anyone between 4:30 a.m. and 9:00
9 a.m.?
10 A. Only the person who I said.
11 Q. Who is that?
12 A. As I said before, I called Denarius
13 in order for her to tell the other people and
14 in order for her to tell the owners or officers
15 of the company.
16 Q. I understand. That was at 9:00,
17 correct?
18 A. It's around there because the
19 offices don't open exactly at this time that
20 you report to work.
21 Q. My question is: Did you speak to
22 anyone else between 4:30 a.m. and 9:00 a.m.
23 besides this person?
24 A. No, no.

4 (Pages 120 to 123)

Legal Ease Reporting, Inc.
212-481-3500

Page 124

M. DIAZ-DIAZ

1
2  Q. Did you call your wife?
3  A. No. I told her when I arrived.
4  Q. What did you tell her?
5  A. I told her that I had an accident
6  and I explained more or less, I told her that I
7  had an accident.
8  Q. What time did you tell her that?
9  A. I don't remember, I don't recall.
10 Q. Was it in the morning or afternoon?
11 A. I don't recall exactly because at
12 that time she was working in the morning.
13 Q. Sir, did you use your CB radio at
14 any time between the moment when you got into
15 your truck on February 14th and the moment of
16 the accident?
17 A. No, no, I didn't use it, no.
18 Q. Was it on during that time?
19 A. Are you asking me if it was turned
20 on?
21 Q. Yes.
22 A. Yes, yes, when someone gets in you
23 turn it on.
24 Q. Were you able to hear other drivers
25 speaking on the radio?

Page 125

M. DIAZ-DIAZ

1  A. No.
2
3  MR. HSU: I'm objecting to the form
4  because it assumes that there were other
5  drivers. Was anyone speaking on the
6  radio while you were driving your car?
7  Q. Was there anyone else speaking on
8  the radio at the time that you got to the truck
9  and the moment of the accident?
10 A. No, at the time in the wee hours of
11 the morning there are only two trucks that go
12 into work, the other trucks are not working at
13 that time.
14 Q. What is the procedure for using the
15 CB radio in other words, when did you use it?
16 A. It's only used when we go to the
17 clients and then they call the company and the
18 company calls us to let us know if there was
19 any service that we didn't provide or if there
20 was an anything left behind or if there was a
21 stop that we didn't make.
22 Q. Did you have a regular radio inside
23 the truck at the time of the accident?
24 A. Yes.
25 Q. Was it on?

Page 126

M. DIAZ-DIAZ

1
2  MR. HSU: At what point?
3  MR. PLATTA: At any time before the
4  accident.
5  A. Yes. From the moment that you
6  enter the office you removed it from the
7  charger and you put it into the truck and you
8  turn it on.
9  Q. Are you referring to the CB radio?
10 A. What is a CB?
11 Q. How did you call the radio where
12 you contact the base?
13 A. Walkie-talkie.
14 Q. Were you referring to the
15 walkie-talkie?
16 A. It's like a regular radio like
17 those phones that sound.
18 Q. My question is, did you have a
19 radio with music stations in your truck at the
20 time of the accident?
21 A. No, no. That truck did not have a
22 radio.
23 Q. During the last deposition we spoke
24 a little bit about snow tires and snow chains;
25 can you tell me if you remember if your car had

Page 127

M. DIAZ-DIAZ

1
2  snow tires at the time of the accident?
3  MR. HSU: Objection. This was
4  already asked and answered. You asked,
5  "Do you know when the last time that the
6  tires on your truck were changed and
7  answer was: "No, I don't remember".
8  Than you asked, "Can you tell me on the
9  day of the accident, did you check the
10 depth of the treads of the tires on your
11 truck before you starting driving on the
12 night of the accident, February 14th"?
13 MR. PLATTA: Counselor, I know what
14 I said. I'm asking about snow tires we
15 didn't even talk about it.
16 MR. HSU: Read back the last
17 question.
18 [Whereupon, the requested portion
19 of the record was read back by the Court
20 Reporter.]
21 A. Of the last time I told you, no.
22 Q. No, you didn't have?
23 A. It did not have chains.
24 Q. I'm asking you about snow tires?
25 MR. HSU: Do you know if the truck

Page 128

M. DIAZ-DIAZ

had snow tires on it at the time of the accident?
  THE WITNESS: No, no.
Q. No, it didn't have or no, you don't know if it had?
A. It did not have them.
Q. Was it a procedure at your company at the time of the accident describing when you had to put snow tires on the truck?
A. I don't put tires on.
Q. I understand that you don't. My question is, do you know if there was a procedure saying exactly when you do have to put snow tires on the truck, not just for you but for anyone?
  MR. HSU: If anyone.
A. I don't know if they had that procedure.
Q. Same question about snow chains. Do you know if there were a procedure that has to be followed as to when you are obligated to drive your truck with snow chains on it?
  MR. HSU: Note my objection to form.

Page 129

M. DIAZ-DIAZ

A. I don't know if they have that procedure there.
Q. Did anyone at All American Haulers ever tell you at certain times you had to put snow chains on your truck?
  MR. HSU: You are referring to before the accident?
  MR. PLATTA: At any time. At any time before or after, yes.
A. No. They have never told me anything.
Q. And sir, before you testified that you checked the brakes in your truck, my question is, how did you check that?
  MR. HSU: Objection to the form, in which are you characterizing his testimony, it speaks for itself.
Q. Sir, did you check the brakes in your truck on the night of the accident?
  MR. HSU: Before the accident, right?
  MR. PLATTA: Yes.
A. As I said before, when you get into the truck, you check the tires, you check the

Page 130

M. DIAZ-DIAZ

oil in the truck and as you are driving along you check the brakes on the truck to see if the brakes are working after you take off from the shop.
Q. My question is: What did you do that night to check the brakes?
  MR. HSU: Asked and answered, don't answer.
  MR. PLATTA: Off the record.
  [Discussion held off the record.]
  MR. PLATTA: Back on the record.
Q. Again, what did you do that night to check the brakes on your vehicle?
A. All the drivers before they turn on their vehicles they check the fluids in the car, they check the lights, they check the tires. Again, another thing that we do is when you get into the truck we have to check the gauge to see if the air pressure on the brakes goes up to 120 pounds, if it goes up to 120 pounds you know there is something wrong with the brakes.
Q. That particular night, February 14, 2007, what did you do to check the truck, to

Page 131

M. DIAZ-DIAZ

check the brakes?
A. I came from New Jersey with the brakes and they were working, I pumped them.
  MR. HSU: Off the record.
  [Discussion held off the record.]
  MR. HSU: Back on the record.
Q. Sir, when you said that you pumped the brakes, what was the reason for to you pump the brakes?
A. When you pump the brakes when you get up to 120 you pump the brakes in order to get the pressure up. Sometimes it's at 90 so you pump them to get them up to 120.
Q. Can you tell me when you did that night?
A. Before I left. Before you leave you have you to do it.
Q. At the time of the accident, can you tell me what was your brake pressure?
  MR. HSU: Note my objection to form.
A. I couldn't tell you no, I could not tell you.
Q. And when you pumped the brakes,

Page 132

M. DIAZ-DIAZ

what was the air pressure?
 A. I pumped the brakes in the yard.
 Q. I understand. What was the brake pressure at the time?
 A. At that moment it was 120. Another method that you use is that you press the brake peddle for one minute.
 Q. Did you check the brake pressure at any time from the moment that you left the yard until the moment of the accident besides the moment that you just described?
 A. That procedure is done in the yard.
 Q. My question is; did you observe the pressure of your brakes at any time before the moment between the moment when you left the yard until the moment of the impact?
 MR. HSU: Note my objection. It assumes that he could see the pressure on some gauge while he is driving the vehicle.
 MR. PLATTA: I'll rephrase the question.
 Q. Sir, how do you observe the pressure of the brakes?

Page 133

M. DIAZ-DIAZ

 MR. HSU: I'm going to allow this one more time. It was asked and answered.
 MR. PLATTA: Counsel, let him answer it one more time.
 MR. HSU: That's it. You are going in circles.
 A. That procedure is done in the yard because if the brakes are bad then you can't leave.
 Q. My question is: Is there any type of equipment that shows you the pressure of the brakes inside of the vehicle that you can see while you are driving?
 A. No verbal response.
 MR. PLATTA: Repeat the question, read it back.
 [Whereupon, the requested portion of the record was read back by the Court Reporter.]
 A. Yes, there is a piece of equipment there, I don't remember the name, but it tells you what the pressure is of the brakes as you are driving the vehicle.

Page 134

M. DIAZ-DIAZ

 Q. Now my question again; did you look at this equipment that shows the pressure of your brakes at any time from the moment when you left the yard until the moment of the accident?
 A. Read back the question.
 [Whereupon, the requested portion of the record was read back by the Court Reporter.]
 Q. As one has the opportunity, one looks at the dashboard because one depends on that, there is the oil pressure dial, there is brake pressure dial, there is also the equipment that shows you how fast the car is moving, it's all on the dashboard and you have to look at that?
 MR. PLATTA: Move to strike as nonresponsive.
 Q. What I'm interested in, did you physically look at the piece of equipment that shows the pressure of the brakes at any time between the time-out that you left the yard and the moment of the accident?
 A. You always have to observe it.

Page 135

M. DIAZ-DIAZ

 Q. I don't understand, does that mean that you looked at it?
 MR. HSU: Yes or no.
 A. Clearly, I looked at it, yes.
 Q. How many times?
 A. I don't recall, I don't remember.
 Q. More than 10?
 MR. HSU: He just said he didn't recall.
 MR. PLATTA: Can he estimate.
 MR. HSU: Can you estimate how many times you might have looked at it, can you estimate, yes or no.
 A. No, I can't estimate.
 Q. When was the last time before the accident you looked at the pressure of your brakes?
 A. I don't recall, I don't remember.
 Q. Was it more than 10 minutes before the accident?
 A. I don't recall exactly.
 Q. More than 30 minutes?
 MR. HSU: Asked and answered. He didn't recall.

Page 136

M. DIAZ-DIAZ

A. I don't know exactly.
Q. Sir, when was the last time that your driver's license, Class A was renewed?
A. Renewed?
Q. Yes.
A. May I check it?
MR. PLATTA: Yes, with permission of counsel.
MR. HSU: No. If you remember, all from your memory.
A. One second, I believe it's renewed until 2011.
Q. When was the last time it was renewed before today?
A. Exactly, I don't recall, but in the beginning of the year I had to renew it because it was going to expire.
Q. In 2007 or 2008?
A. In 2007.
Q. Is it fair to say that you renewed the driver's license before the accident happened?
A. Yes.
MR. HSU: Objection to the form.

Page 137

M. DIAZ-DIAZ

You can answer.
A. Before, I don't recall if it was before or after. I don't recall, I don't remember.
Q. Do you remember where you renewed your driver's license?
A. The motor vehicle out there in Lodi, New Jersey.
Q. At that time, did you have to undergo any type of an eye test?
A. Not exactly because my medical card were current, the one that I had on me.
Q. Was your vision checked at the time when you had to renew your Class A driver's license in 2007?
A. I don't recall if they checked my eyesight, I believe it wasn't necessary.
Q. Do you remember when was the prior time when had you to renew your driver's license prior to 2007?
A. Yes, because I have to do my fingerprints for hazardous material.
Q. So when was it?
A. I don't recall exactly when it was

Page 138

M. DIAZ-DIAZ

but it was in the beginning of the year.
Q. Which year?
A. Last year, March or April.
Q. 2007 or 2006?
A. 2007.
Q. Prior to that?
MR. HSU: Objection, there was a line of questioning regarding his eyesight and eye examination already okay.
MR. PLATTA: Yes.
MR. HSU: When was the first time that you received a Jersey license prior to the date your eye vision checked.
THE WITNESS: No, I didn't have any problems. When you go to the Department to Motor Vehicles first thing that you have is a check.
MR. HSU: This was already asked and answered. Are you asking him a new question?
MR. PLATTA: Yes.
Q. When was the prior time prior to 2007 when you had to renew your Class A

Page 139

M. DIAZ-DIAZ

license?
MR. HSU: You asked about in '99 when you checked.
MR. PLATTA: I'm asking about the Class A.
MR. HSU: That's not the testimony.
Q. Is Class A a driver's license, it seems to say that.
MR. PLATTA: Off the record.
[Discussion held off the record.]
MR. PLATTA: Back on the record.
Q. When was the last time prior to 2007 that you had to renew your Class A driver's license?
MR. HSU: Before you answer. Let the record reflect we have not had an opportunity, my client has not had an opportunity to review his earlier testimony. A transcript was provided to me today, January 14, 2008 from the December 4th deposition so this question is asked and answered but we're going to allow you to answer for this final time, if you know the answer.

### Page 140

M. DIAZ-DIAZ

2 Q. When was the last time that you
3 renewed it?
4 A. It was March or April of last year.
5 Q. Last year, meaning 2006 or 2007?
6 MR. HSU: This is 2008 so last year
7 would be 2007.
8 A. 2007.
9 Q. And my question was, prior to that
10 time, when did you renew your driver's license,
11 Class A?
12 A. I have a procedure that I have to
13 follow. I took out my driver's license in
14 1999, in that procedure I am changing from D to
15 A and you renew it every four years.
16 Q. Again, when was the last time
17 before 2007 that you renewed your driver's
18 license, Class A?
19 MR. HSU: He just answered. He got
20 it in '99 and he answered it's every
21 four years.
22 Q. Did you renew the license in 2003
23 four years after you got it in 1999 and again
24 four years later in 2007?
25 A. I don't have the exact dates.

### Page 141

M. DIAZ-DIAZ

2 Q. How many times did you all
3 together renew your Class A driver's license?
4 A. I renewed it last year.
5 Q. And was it the only time when you
6 renewed it?
7 MR. HSU: How many times have you
8 renewed Class A since you first got it
9 in total?
10 THE WITNESS: One time.
11 Q. To operate the truck that you were
12 operating on the date of the accident, did you
13 have to have a Class A driver's license?
14 THE WITNESS: Yes.
15 Q. Sir, when you first got a
16 prescription for your glasses, was this
17 prescription only for reading?
18 MR. HSU: Asked and answered. This
19 has all been gone over. You are not
20 attempting go back to this.
21 MR. PLATTA: Strike it.
22 Q. Sir, since when do you have the
23 restrictions on your driver's license for
24 wearing glasses?
25 MR. HSU: Objection. Don't answer

### Page 142

M. DIAZ-DIAZ

2 yet, I think that was asked and answered
3 already.
4 MR. PLATTA: Read back the
5 question.
6 [Whereupon, the requested portion
7 of the record was read back by the Court
8 Reporter.]
9 Q. I want to know since when?
10 MR. HSU: This is scary. Explain
11 to him that he already testified and
12 then he will have the opportunity to
13 read it. Come outside and read the
14 testimony otherwise you give him the
15 questions and his answers on the record,
16 what he already testified to.
17 MR. PLATTA: Let me ask you
18 something else. Did you actually
19 testify since when he had the
20 restrictions on the driver's license?
21 MR. HSU: He testified that he had
22 the restrictions on the date of the
23 accident and he got the license in 1999.
24 Q. Sir, did you have restrictions on
25 your driver's license in 1999 to wear glasses?

### Page 143

M. DIAZ-DIAZ

2 A. They didn't give me a restriction.
3 How do I tell you, I needed glasses to read and
4 then with time I've had to go and fix them.
5 MR. HSU: When was first time that
6 you had a restriction put on your
7 license that you had to wear glasses,
8 when was the first time, the first year?
9 His Answer was: That is when I did the
10 road test.
11 Q. What year is that, approximately?
12 A. I can't recall, I don't remember.
13 MR. HSU: Before 2007?
14 THE WITNESS: Yes, it was before.
15 Q. Before this accident?
16 A. Yes, it was before.
17 Q. Can you tell me if this was in
18 2000?
19 A. I don't have eight years with that
20 driver's license, I don't have eight years with
21 a CDL Class A driver's license.
22 Q. How many years do you have with a
23 CDL?
24 MR. HSU: Hold on one second.
25 A. I don't recall now.

Page 144

M. DIAZ-DIAZ

1
2  Q. Sir, did you have a restriction on
3  your Class A driver's license in 2005?
4       MR. HSU: Note my objection.
5  A. Yes.
6  Q. What about in 2004?
7  A. I don't have an exact recollection
8  of when it was. As I said before, previously I
9  gave you the procedure of how it was that I
10 went about getting this license.
11 Q. I appreciate that. Do you have
12 anything at home that would indicate the year
13 or month when you started having restrictions
14 on your driver's license?
15      MR. HSU: Yes or no?
16 A. Yes, I believe that I have it yes,
17 I would have to look for it.
18      MR. PLATTA: I'll call for the
19      production of these records and put it
20      in writing.
21      MR. HSU: As far as I recollect,
22      the accident wasn't in 2000, it was 2007
23      and he said that he was wearing glasses
24      at that time.
25 Q. Sir, did you have in 2007 a valid

Page 145

M. DIAZ-DIAZ

driver's license Class B?
3       MR. HSU: I'm objecting. What is a
4       Class B driver's license?
5  A. I've never had a Class B, only
6  Class A, CDL.
7       MR. HSU: Are you withdrawing the
8       last question?
9       MR. PLATTA: I'm withdrawing the
10      last question.
11 Q. Did you have a restriction your
12 driver's license, Class D at the time of the
13 accident?
14 A. No, and on my Class D I didn't have
15 any restrictions.
16 Q. Is there any reason why at the same
17 time that you would have restrictions on your
18 Class A license and not have a restriction on
19 your Class D license?
20      MR. HSU: If you know.
21 A. Is there a reason?
22 Q. Yes.
23 A. If there a reason please tell me
24 the question again.
25 Q. Is there any reason that you would

Page 146

M. DIAZ-DIAZ

2  at the same time have a restriction on your
3  Class A driver's license for wearing glasses
4  and you wouldn't have it on a Class D driver's
5  license?
6  A. Class D, no, no, there is no
7  reason.
8  Q. Okay.
9       MR. HSU: If you know.
10 A. May I say the reason?
11 Q. Yes, sure.
12 A. When I had the Class C, now I'm
13 remembering. I used to make deliveries for a
14 company and I had to read maps and I couldn't
15 read the letters on the map very well.
16      MR. HSU: He's not asking you for
17      your life story. Do you know why there
18      is a difference for different classes D
19      and A. Do you know why one has a
20      restriction or no, you do you know why
21      and if you do know, tell him why.
22 A. Yes, there is a difference. Class
23 D yes, because Class D is to drive regular
24 four-door cars and the Class A is to drive
25 trucks.

Page 147

M. DIAZ-DIAZ

2  Q. When you were talking about Class
3  C, did you have a valid driver's license Class
4  C at the time of the accident in 2007?
5  A. Class A.
6  Q. Class C?
7  A. No, it wasn't valid.
8  Q. When did it expire?
9       MR. HSU: What does it matter? He
10      didn't need a Class C to drive. If it
11      was expired, it has no relevance in the
12      case at hand. That's like asking for a
13      pilot license. He didn't need to have
14      one at the time of the accident.
15      MR. PLATTA: His eye condition is
16      an issue here.
17      MR. HSU: You think it's an issue
18      but it's not an issue.
19      MR. PLATTA: I'll have to file a
20      motion.
21      MR. HSU: You will have to make a
22      motion. You can try to make it an issue
23      but it ain't an issue, trust me.
24      MR. PLATTA: Off the record.
25      [Discussion held off the record.]

Legal Ease Reporting, Inc.
212-481-3500

Page 148

M. DIAZ-DIAZ

MR. PLATTA: Back on the record.
MR. HSU: Do you have a Class C driver's license?
MR. PLATTA: On the date of the accident.
A. In 2007?
MR. HSU: No. Ever, did you have a Class C license?
THE WITNESS: I had a Class C.
MR. HSU: But it expired.
A. You can't have two licenses, you can't have two passports, you can only have one.
Q. Fine.
A. Only one, you can only have one, when you changed from Class C to Class A they disqualify it and they punch it.
Q. Did the Class C driver's license have any restrictions?
A. No, it didn't have any restrictions.
Q. Do you know when it expired?
MR. HSU: Note my objection. He didn't say expired, he said that they

Page 149

M. DIAZ-DIAZ

they punched it.
A. I never, it never expired. When I got my Class A license my Class C license was turned over.
MR. HSU: It was terminated.
Q. When was it terminated?
A. They changed it, I don't recall right now.
Q. Do you remember who told you that you had to wear glasses, if anyone, while driving?
MR. HSU: Are you serious after we went through every doctor that he saw?
MR. PLATTA: I'm asking him about who told him.
MR. HSU: The eye doctor that said he has to wear it to drive.
MR. PLATTA: You have to stop or we'll bust the deposition, we can't do it.
MR. HSU: Bust it. Who cares, I can come back for another two days.
MR. PLATTA: He can't leave while a question is pending.

Page 150

M. DIAZ-DIAZ

MR. HSU: Answer the question.
A. When I was driving.
Q. Do you remember who told you that you have to wear glasses while driving for the first time?
MR. HSU: If anyone.
A. The authorities from the motor vehicle.
MR. PLATTA: John, that's what I was looking for.
MR. HSU: Obviously. Who do you think told him, Jesus Christ? You just asked him the same question. I'm trying to give you leeway on your stupid questions. You are asking him the same questions five different ways about if he has a restriction on his driver's license, so DMV told him and then you are asking who.
MR. PLATTA: You are using certain words that you shouldn't.
MR. HSU: It's ridiculous.
MR. PLATTA: It's on the record also.

Page 151

M. DIAZ-DIAZ

MR. HSU: I'm glad it's on the record, if anybody could actually read this, it's unbelievable.
MR. PLATTA: Can you tell, read back the last question.
[Whereupon, the requested portion of the record was read back by the Court Reporter.]
MR. HSU: Besides when he got his eye examined?
MR. PLATTA: Yes.
MR. HSU: When you got your eyes examined, did they tell you that you had to wear glasses?
MR. PLATTA: Counselor, I have a different question, please let me go forward unless he doesn't understand my question.
A. It was when I made the transition from C to A when I took the road test.
Q. Do you remember the year?
MR. HSU: He testified that he didn't recall it. Don't answer that again.

11 (Pages 148 to 151)

Legal Ease Reporting, Inc.
212-481-3500

Page 152

1  M. DIAZ-DIAZ
2      MR. PLATTA: Note your objection.
3  I don't think it's in the record.
4      MR. HSU: You don't think that you
5  didn't ask when he changed it from the C
6  to A. Do you know when you changed your
7  license from C to A?
8      THE WITNESS: I don't recall
9  exactly.
10     Q. More or less, can you estimate?
11     MR. HSU: If you are able, don't
12 guess.
13     MR. PLATTA: All questions are what
14 you can.
15     A. I can't, I can't, I don't have the
16 exact date.
17     Q. Was it before 2000?
18     A. No.
19     Q. Was it before 2005?
20     A. Yes, it was before 2005, yes.
21     Q. At the time when you were told to
22 wear glasses while driving, did you actually
23 have any prescriptions filled out for your
24 glasses?
25     MR. HSU: Are you now asking him

Page 153

1  M. DIAZ-DIAZ
2  about his prescription that he testified
3  to?
4      MR. PLATTA: I'm asking if he had a
5  prescription for glasses at the time and
6  he was told by DMV that he had to wear
7  glasses?
8      MR. HSU: He said it was before
9  2005, correct?
10     MR. PLATTA: Correct.
11     MR. HSU: And then we known his eye
12 history before 2005. What am I missing?
13     MR. PLATTA: I'm missing an answer.
14     MR. HSU: What hadn't been asked if
15 you actually know if you hadn't already
16 asked it.
17     MR. PLATTA: John, if you have an
18 objection.
19     MR. HSU: It's asked and answered.
20     MR. PLATTA: Take your time.
21     MR. HSU: Do you want to read his
22 20 pages about prescriptions? If you
23 want to read his testimony, go ahead.
24 Read back the last question. You are on
25 a short leash.

Page 154

1  M. DIAZ-DIAZ
2      [Whereupon, the requested portion
3  of the record was read back by the Court
4  Reporter.]
5      A. When I took the road test.
6      Q. At the time that DMV told you that
7  you had to wear glasses while driving, did you
8  have a prescription for glasses already?
9      A. I already had my glasses.
10     Q. Okay. Do you remember at the time
11 when the DMV told you to wear glasses, did they
12 somehow measure your eye vision or anything
13 about your eyes?
14     MR. HSU: He said that he had a DMV
15 driver's license.
16     MR. PLATTA: I'm asking him whether
17 he had to wear his glasses in 1999,
18 that's not the same time.
19     MR. HSU: Are you kidding?
20     MR. PLATTA: No.
21     Q. He testified that he had an eye
22 examine for DMV at the beginning of the year?
23     MR. HSU: And he continues to wear
24 eyeglasses and you asked him, does he
25 continue to get an eye examinations.

Page 155

1  M. DIAZ-DIAZ
2  This is like, I don't know, ask him the
3  question.
4      MR. PLATTA: Repeat the question.
5      [Whereupon, the requested portion
6  of the record was read back by the Court
7  Reporter.]
8      A. As I said before, when you go to
9  Department of Motor Vehicles, they ask you to
10 look into this apparatus. At that time they
11 did not tell me that I needed eyeglasses, I
12 went to get eyeglasses on my own accord from
13 the eye doctor.
14     Q. At the time that you went to DMV,
15 did they check your eyes?
16     A. They didn't tell me because the
17 time that I went, my eyesight was good.
18     MR. PLATTA: Off the record.
19     [Discussion held off the record.]
20     MR. HSU: Read this please first.
21 Off the record.
22     [Discussion held off the record.]
23     Q. Sir, when you testified before that
24 the DMV told you that you had to wear glasses
25 when you were driving, can you tell me at that

12 (Pages 152 to 155)

Page 156

M. DIAZ-DIAZ

moment, did they test your vision or how did they base their opinion, if you know?

A. At the time I don't recall very well. However, when I went to take the road test that restriction was already in my document and when they asked me to produce those documents, I didn't have them and I had to go back and get them.

Q. What documents?

A. It's the application for getting the driver's license.

Q. Do you have a copy of this application somewhere at home?

A. I doubt it, I believe not.

Q. Was it for a Class C, D or A driver's license?

A. That was for the road test of Class A license.

*   Q. Between 1999 when you first got your driver's license and 2007, did DMV check your eye vision at all?

MR. HSU: He testified that he had an eye examine when he got his driver's license.

Page 157

M. DIAZ-DIAZ

MR. PLATTA: I accept that.

MR. HSU: This is asked and answered. Don't answer that question. Next. Mark it for a ruling, it's asked and answered.

MR. PLATTA: Off the record.

[Discussion held off the record.]

MR. PLATTA: Back on the record.

Q. Sir, do you know what was the basis for DMV to give you a restriction on your driver's license?

A. That is part of the procedure when you go to fill out the forms for a driver's license.

MR. HSU: Read back the last question and answer.

[Whereupon, the requested portion of the record was read back by the Court Reporter.]

Q. Sir, you testified before that you didn't have any restrictions on your driver's license in 1999 when you first obtained it and then you got this restriction sometime afterwards?

Page 158

M. DIAZ-DIAZ

MR. HSU: Objection. Do you know what the reason was for this restriction?

A. That's part of the procedure when you are going to get your driver's license when you go to take your examine before they put that little camera to see if you are doing well, and that's where they deduce whether you need eyeglasses or not.

Q. Is this what happened in your case where they put the restriction on your driver's license?

MR. HSU: Objection to form.

A. In my first examination in 1999 it happened, but they didn't give me any restrictions.

Q. And then subsequently it changed?

MR. HSU: Subsequently what?

MR. PLATTA: He had another examine for a change of driver's license.

MR. HSU: He never testified he had another examine. He testified to change the license.

Q. At the time that you changed his

Page 159

M. DIAZ-DIAZ

license, did the condition change?

A. When I changed my driver's license to Class A yes, it changed.

Q. Was it the first time?

A. Yes.

Q. As a result of that at the time at DMV when you changed your driver's license to Class A, did you have to go to see any doctor for any new prescription for your glasses?

A. Yes, I went to a doctor for him to prescribe eyeglasses to me, but the Motor Vehicles did not send me. As I told you, I went by my own accord.

Q. You went on your own accord before the DMV test or before?

MR. HSU: He never said that he had a test.

MR. PLATTA: He said that he had a test during the course of his driver's license.

MR. HSU: When you renewed your driver's license, did you have a test for DMV?

A. With the Department of Motor

13 (Pages 156 to 159)

Page 160

1  M. DIAZ-DIAZ
2  Vehicle it was with the question of reading the
3  maps.
4     Q.  What about the moment that you said
5  that you used the machine to check your eyes?
6        MR. HSU:  He said that was in 1999
7        and they said that he didn't need
8        glasses.
9        MR. PLATTA:  Off the record.
10       [Discussion held off the record.]
11    Q.  Sir, when you changed your driver's
12 license from Class A, was it the first time
13 when your eye test with DMV came back positive
14 basically showing you that had you to wear
15 glasses?
16       MR. HSU:  Objection to form.  He
17       never testified to that.
18    Q.  Did you have an eye exam when you
19 changed your license to Class A?
20    A.  No.
21       MR. HSU:  No, for the fourth time
22       in a row.
23    Q.  So is it fair to say that the only
24 time that you had this eye test was the only
25 time at the very beginning when you had your

Page 161

1  M. DIAZ-DIAZ
2  first driver's license from DMV?
3     A.  It was my license for the first
4  time that I did the examine the first time,
5  yes.
6     Q.  Was it the only time?
7     A.  Afterwards they saw my eyeglasses
8  on me and that's when they gave me the
9  restriction.
10    Q.  Fine.
11       MR. PLATTA:  Off the record.
12       [Discussion held off the record.]
13       MR. PLATTA:  Back on the record.
14    Q.  Sir, when was the first time that
15 you were diagnosed with a glaucoma condition?
16    A.  I told you and it's there.  I don't
17 recall right now, but I don't recall but I told
18 you and it's in there.
19    Q.  Fine.  Do you remember at the time
20 when DMV told you that you have to wear
21 glasses, did you have this condition, did have
22 you glaucoma?
23       MR. HSU:  Object to the form.
24    A.  I have never had glaucoma.  I went
25 to a doctor and when she told me and the first

Page 162

1  M. DIAZ-DIAZ
2  doctor told me that I have to have examination
3  for glaucoma and I didn't go back to her, I
4  went to another doctor and spent $400 in order
5  for them to tell me that I didn't have
6  glaucoma.
7        MR. HSU:  If you read the
8        transcript you would know that.
9     Q.  Have you ever had any surgery done
10 to your eyes?
11    A.  No, sir.
12    Q.  Have you ever been disciplined at
13 your work at All American Haulers and
14 Recycling?
15    A.  Are you asking me if they called
16 something to my attention, if they told me
17 something?
18    Q.  Yes.
19    A.  No.
20    Q.  Did you ever receive a reprimand
21 for doing something wrong as a driver, any
22 complaints?
23       MR. HSU:  Objection to the form.
24    A.  No.
25    Q.  Did you wear glasses at the time of

Page 163

1  M. DIAZ-DIAZ
2  the accident?
3        MR. HSU:  This was already asked
4        and answered, you asked it.
5        MR. PLATTA:  Believe me, I'm not
6        trying to be.  Off the record.
7        [Discussion held off the record.]
8        MR. PLATTA:  Back on the record.
9        Read back the last question.
10       [Whereupon, the requested portion
11       of the record was read back by the Court
12       Reporter.]
13    A.  Yes, surely.
14    Q.  Was it the same glasses as have you
15 today or not?
16    A.  They are not the same glasses, no.
17    Q.  As an employee of all American
18 Haulers Recycling, did you receive a speeding
19 ticket?
20       MR. HSU:  Objection.
21    A.  No.
22    Q.  Were you issued any tickets for
23 moving violations while working for All
24 American Haulers?
25       MR. HSU:  Note my objection,

Page 164

M. DIAZ-DIAZ

1
2  please.
3  A. No.
4  Q. Sir, I'm going to move to the
5  moment of the accident, and I'll only ask you
6  what you saw in a certain period of time.
7       MR. HSU: That's already all done.
8    It doesn't matter if it's not the same
9    question. It's the same questions asked
10   and answered. Why are you going back?
11   Off the record.
12      [Discussion held off the record.]
13      MR. HSU: Back on the record.
14 * Q. Sir, within 10 seconds before the
15 accident, where did you look?
16      MR. HSU: Objection, answered.
17   Next question.
18      MR. PLATTA: Mark it for a ruling.
19 * Q. Sir, five seconds before the
20 accident, where did you look?
21      MR. HSU: Asked and answered. Next
22   question.
23      MR. PLATTA: Mark it for a ruling.
24   John, you are buying yourself a motion
25   and it's not because of me.

Page 165

M. DIAZ-DIAZ

1
2       MR. HSU: You know, Slawek. Off the
3    record.
4       [Discussion held off the record.]
5       MR. HSU: Back on the record.
6  Q. Sir, what did you see in front of
7  you 20 seconds before the accident?
8  A. 20 seconds before?
9  Q. Yes.
10      MR. HSU: Don't answer that
11   question, answered.
12 Q. What did you see in front of you 10
13 seconds before the accident, what did you see
14 in front you 10 seconds before the accident?
15 A. The vehicle.
16      MR. PLATTA: Mark for a ruling the
17   other questions that were objected to.
18 Q. What kind of vehicle, the one that
19 had you the accident with?
20 A. A Toyota, Four by Four.
21 Q. At that time did you see anything
22 else?
23 A. No, only that.
24 Q. Five seconds before that, what did
25 you see in front of your truck?

Page 166

M. DIAZ-DIAZ

1
2  A. The same car.
3  Q. Anything else besides this car?
4  A. I was trying to avoid it in order
5  not to hit it.
6  Q. What were you doing to try to avoid
7  it?
8       MR. HSU: Note my objection.
9    Answered. Hurry up, answer.
10 A. I braked.
11 Q. Anything else?
12 A. To brake with everything that I
13 could.
14 Q. Anything else?
15 A. I don't recall anything else, I
16 only braked I don't recall now.
17 Q. Was your truck at the time of the
18 accident, equipped with a chromometer or
19 something that measures the time in your car?
20 A. That I recall, I don't know if
21 there are any trucks that have a chromometer
22 but if they have a computer it tells us when
23 the truck was turned on.
24      MR. HSU: Do you have one, just
25   answer. Your truck, do you know if you

Page 167

M. DIAZ-DIAZ

1
2    had one?
3       THE WITNESS: My truck does not
4    have a chromometer.
5  Q. Did you have any kind equipment
6  that measured the time or distance that you
7  traveled?
8  A. I believe not, but I don't know.
9  Q. Do you know who would know?
10 A. I don't know who would know. I
11 don't know.
12 Q. Do you know where the maintenance
13 records for this truck that was involved in the
14 accident, where are they maintained?
15 A. I told you the last time that I
16 didn't know.
17 Q. And I think my last question sir,
18 do you remember filling out a similar report,
19 like a police report it's called an MV-104?
20      MR. HSU: You asked about this.
21   This is where if he filled out an
22   incident report.
23 Q. Did you fill out a form that is
24 called an MV-104 it looks like a police report?
25 A. No, I didn't fill anything out like

15 (Pages 164 to 167)

Legal Ease Reporting, Inc.
212-481-3500

Page 168

```
1                M. DIAZ-DIAZ
2    that.
3        Q.  Sir, when you testified before
4    about the doctor that you saw for glaucoma, did
5    you see anyone else after you saw this doctor
6    besides what you already testified in 2007, did
7    you see any other doctors in between?
8            MR. HSU:  For what, glaucoma?
9            MR. PLATTA:  Any eye condition.
10           MR. HSU:  Did you ever see a doctor
11   for anything other than an eye
12   condition?
13           THE WITNESS:  No for another
14   condition, no.
15        (Continued on the next page.)
```

Page 169

```
1                M. DIAZ-DIAZ
2
3        MR. PLATTA:  I reserve my right for
4    a further deposition of this witness.  I
5    deem this deposition incomplete due to
6    the improper objections during this
7    deposition.
8        (Whereupon, at 7:30 P.M., the
9    Examination of this Witness was
10   concluded.)
11
         _____
12            MARIO DIAZ-DIAZ
13
14   Subscribed and sworn to before me
15   this _____ day of _____, 2007.
16   _____
         NOTARY PUBLIC
```

Page 170

```
ERRATA SHEET
CASE NAME: ADONNA FROMETA against MARIO E.
DIAZ-DIAZ ALL AMERICAN HAULERS RECYCLING
DATE OF DEPOSITION: January 11, 2008
WITNESS' NAME: MAIRIO DIAZ-DIAZ

PAGE/LINE(S)/    CHANGE        REASON
___/___/_____/_____
[errata lines]

           MARIO DIAZ-DIAZ
SUBSCRIBED AND SWORN TO
BEFORE ME THIS_____DAY
OF_____, 2008.
_____
   NOTARY PUBLIC
```

Page 171

```
      INFORMATION AND/OR DOCUMENTS REQUESTED
      INFORMATION AND/OR DOCUMENTS          PAGE
      The year and month of when restrictions were
      put on driver's license               144


         QUESTIONS MARKED FOR RULINGS
      PAGE      LINE
      156       20
      164       14
      164       19
```

```
 1
 2            C E R T I F I C A T E
 3
    STATE OF NEW YORK    )
                : SS.:
 5  COUNTY OF QUEENS     )
 6
 7
 8        I, LORRAINE DeSALVIO, a Notary Public
 9  for and within the State of New York, do hereby
10  certify:
11        That the witness whose examination is
12  hereinbefore set forth was duly sworn and that
13  such examination is a true record of the
14  testimony given by that witness.
15        I further certify that I am not related
16  to any of the parties to this action by blood
17  or by marriage and that I am in no way
18  interested in the outcome of this matter.
19        IN WITNESS WHEREOF, I have hereunto set
20  my hand this 20th day of January, 2008.
21
22           [signature]
23           LORRAINE DeSALVIO
24
25
```