# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/01)

Page 1 of Pages
Precinct: 013
Accident No.: 302
Complaint Number:
☐ AMENDED REPORT

**Accident Date:** Month 02, Day 14, Year 07
**Day of Week:** Wen
**Military Time:** 0430
**No. of Vehicles:** Two (2)
**No. Injured:** One (1)
**No. Killed:** None (0)
☐ Not Investigated at Scene
☐ Accident Reconstructed
☐ Left Scene
Police Photos ☐ Yes ☒ No

### VEHICLE 1
- Driver License ID Number: S77393934
- State of Lic.: MA
- Driver Name: FROMETA, ADDONNA
- Address: 215 Pond Street
- Apt. No.:
- City or Town: Winchester, MA
- Zip Code: 01890
- Date of Birth: 03/25/68
- Sex: F
- Unlicensed: ☐
- No. of Occupants: One (1)
- Public Property Damaged: ☐
- Name on registration: FROMETA, ADONNA
- Address: 666 E. 23rd
- Apt. No.: 1A
- City or Town: Bronx, N.Y.
- Zip Code: 10644
- Plate Number: DMF4956
- State of Reg.: N.Y.
- Vehicle Year & Make: 2001 TOYT
- Vehicle Type: SUBN
- Ins. Code: Geico
- Ticket/Arrest Numbers: None
- Violation Section(s): None

### VEHICLE 2
☒ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN
- Driver License ID Number: D4028 51965 05572
- State of Lic.: N.J.
- Driver Name: MARIO E. DIAZ-DIAZ
- Address: 91 Spring St.
- City or Town: Passaic, N.J.
- Zip Code: 07055
- Date of Birth: 05/22/57
- Sex: 
- Unlicensed: ☐
- No. of Occupants: One (1)
- Public Property Damaged: ☐
- Name on registration: All American Haulers
- Address: 65 Liberty St.
- City or Town: Passaic, N.J.
- Zip Code: 07055
- Plate Number: AJ780H
- State of Reg.: N.J.
- Vehicle Year & Make: 2001 MAC
- Vehicle Type: TK
- Ins. Code: 082
- Ticket/Arrest Numbers: None
- Violation Section(s): None

### Vehicle 1 Damage
Check if involved vehicle is:
☐ more than 95 inches wide
☐ more than 34 feet long
☐ operated with an overweight permit
☐ operated with an overdimension permit

**VEHICLE 1 DAMAGE CODES**
- Box 1 - Point of Impact: 7
- Box 2 - Most Damage: 7
- Enter up to three more Damage Codes: 8, 9

Vehicle Towed By: METRO BODY INC.
To: 96-14 Northern Blvd, Corona, N.Y. 11368

### Vehicle 2 Damage
Check if involved vehicle is:
☐ more than 95 inches wide
☐ more than 34 feet long
☐ operated with an overweight permit
☐ operated with an overdimension permit

**VEHICLE 2 DAMAGE CODES**
- Box 1 - Point of Impact: 2
- Box 2 - Most Damage: 2
- Enter up to three more Damage Codes: 3, 4, 5

Vehicle Towed By: 
To: N/A

### Accident Diagram
Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.
- 1. Rear End
- 2. Overtaking
- 3. Left Turn
- 4. Right Angle
- 5. Right Turn
- 6. Right Turn
- 7. Head On
- 8. Sideswipe

### Vehicle Damage Coding
1-13. SEE DIAGRAM ON RIGHT
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☒ Yes  ☐ No

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☒ NEW YORK ☐ QUEENS ☐ RICHMOND
Road on which accident occurred: East 23rd
at 1) intersecting street: Lexington Ave
or 2) ___ Feet ___ Miles ☐ N ☐ S ☐ E ☐ W of ___

**Accident Description/Officer's Notes:** At T/P/O veh #1 & 2 were both traveling E/B on 23rd at Lexington Ave. Opr veh #1 states she was changing lanes to avoid a parked auto when veh #2 hit her from the rear. Opr veh #2 states he saw veh #1 in front of him and tried to stop but his veh skid on icy/snowy road and hit into rear of veh #1. P.O. did not observe accident. No witness.

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | | | F | 6 | 12 | 6 | 9448 | 7258 | FROMETA, ADDONNA | |
| B | 2 | 1 | 4 | 1 | | | M | — | — | — | — | | MARIO E. DIAZ-DIAZ | |

Officer's Rank and Signature: 
Print Name: P. Diaz
Tax ID No: 895905
NCIC No: 03030
Precinct: 013
Post/Sector: CRU
Reviewing Officer: 
Date/Time Reviewed: FEB 16 2007

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on fro

| | | |
|---|---|---|
| **A** Last Name: ADDONNA, | First: FROMETA, ADDONNA | M.I. |
| Address: 215-7 666 E. 233rd St. Bronx, N.Y. 10644 | | |
| Date of Birth — Month: 03  Day: 25  Year: 1968 | Telephone (Area Code): (718) 881-3716 | |
| **B** Last Name | First | M.I. |
| **C** Last Name | First | M.I. |
| **D** Last Name | First | |
| **E** Last Name | First | |

Highway Dist. at Scene? ☐ Yes ☒ No
Name:

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  4055-61-49-05
Expiration Date  04/2007  06/30/07
VIN  JT3HN86R510354949

Vehicle No. 2  Binder
Expiration Date  08/19/07
VIN  1M2K195C71M018241

**WITNESS** (Attach separate sheet, if necessary)

Name: None

**DUPLICATE COPY REQUIRED FOR:**

☒ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☒ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member w was notified. In either case, give date and time of notification.)

JTA - Mother notified at Hospital. (718) 881-3716

**PROPERTY DAMAGED** (other than vehicles)

**OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle—Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)

☐ Complying with Station House Directive
☐ Routine Patrol

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev 3-98)-Peri (RMU)

Date: 02/14/07

Welcome to  13 PCT.   230 EAST 21 STREET, NYC, NY 10010  212-477-7416 or 7417
            (Command)      (Address)                                (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: X         Accident Report No.: 21302    Aided Report No.: X

Reported to: PO Rindos                Date of Occurrence: 02/14/07   Time: 0430
             (Rank) (Name)   (Shield No.)

Location of Occurrence: 23 St & Lexington Ave

Crime: Vehicle Accident

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to contact us at telephone number _____ . Please let us know if you have any suggestions on how we can better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business. Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY — PROFESSIONALISM — RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!**

