UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==================================X     Index No. 07CIV6372

ADONNA FROMETA,

                          Plaintiff,          **NOTICE OF MOTION**

              -against-

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAUELRS
RECYCLING,

                          Defendants.
==================================X

**PLEASE TAKE NOTICE,** that upon the annexed affirmation of SLAWEK W.

PLATTA, ESQ., dated April 4, 2008, and upon all papers filed and all the proceedings

previously had herein, the plaintiff ADONNA FROMETA will move this Court, in front of

Honorable Harold Baer Jr., at the Courthouse located at 500 Pearl Street, New York, New York

on the 21st day of April, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an

Order pursuant to FRCP Rule 56 granting summary judgment on the issue of liability in favor of

the plaintiff and for such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to FRCP Rule 6.1(b), answering

papers, if any, must be served within ten business days after service of the moving papers.

Dated: April 7, 2008
       New York, New York

                              Yours etc.,
                              SLAWEK W. PLATTA, PLLC

                              By:  Slawek W. Platta, Esq. (SP 2699)
                              Attorneys for Plaintiff
                              42 Broadway, Suite 1927
                              New York, New York 10004
                              (212) 514-5100
                              (212) 514-9300 - Fax

To:
Wilson Elser Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendants
150 E 42nd Street
New York, NY 10017-5639
212-490-3000