

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

ADONNA FROMETA,

Plaintiff,

-against-

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS RECYCLING

Defendants.
07-CV-6372

- - - - - - - - - - - - - - - - - - - - - - -x

150 East 42 Street
New York, New York

December 4, 2007
10:25 a.m.

EXAMINATION BEFORE TRIAL of ADONNA FROMETA, the Plaintiff in the above-entitled action, taken by the Defendant, pursuant to Order held at the above time and place, before NANCY NASCA, a Notary Public within and for the State of New York.

JAGUAR REPORTING

(718) 858-7700

A P P E A R A N C E S:

SLAWEK W. PLATTA, PLLC.
Attorneys for Plaintiff
42 Broadway, Suite 1927
New York, New York 10004
BY: SLAWEK W. PLATTA, ESQ.
SP2699

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP.
Attorneys for Defendants
150 East 42 Street
New York, New York 10017
BY: STUART A. MILLER, ESQ.

SAM9466

File # 01502.00009

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the sealing and filing of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that such deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn before the officer before whom said deposition is taken.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form, are reserved to the time of the trial.

A D O N N A F R O M E T A, the Plaintiff herein, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. MILLER:

Q State your name for the record, please.

A Adonna Frometa.

Q State your address for the record, please.

A 666 East 233rd Street apartment 1A Bronx, New York 10466.

Q My name is Stuart Miller. I am a lawyer with Wilson, Elser. I represent Mario Diaz-Diaz and All American Haulers Recycling. I am going to ask you several questions. I ask that you let me complete my question before you give a response. I ask that all your responses are verbal. There is a stenographer to my left, she cannot take down gestures or nods or waves. If you don't understand a question I don't want you

FROMETA

to guess. Just let me know that you don't understand the question or it does not make sense, and I will re-ask the question. If you answer a question I am going to assume that you understood the question, is that fair?

A Yes.

Q Have you ever been known by any other name?

A Yes.

Q Can you tell me what name?

A Annie, my sister's name is Annie and by brother's name is Annie. So, I changed my name when got my citizenship.

Q How do you spell Annie?

A A- n- n- i- e.

Q When did you become a citizen?

A When I was 21, I don't remember.

Q When you say you became a citizen, of the United States?

A Yes.

Q How long have you resided at 666 East 233rd Street?

A Since 2003.

FROMETA

Q Do you own or rent?

A I live with my mom.

Q What is your mother's name?

A Nydia.

Q Is Nydia her last name?

A Nydia is the first name. Fabian, is her last name.

Q Does anyone else reside in the residence with the two of you?

A Yes.

Q Who might that be?

A My sister.

Q What is her name?

A Annie.

Q Does anyone other than Annie and your mother and yourself reside at that residence?

A Yes, my nephew, Albert.

Q Anyone else?

A That's it.

Q How old is Albert?

A He is 14 and a half.

Q Is Annie your younger or older sister?

FROMETA

A Younger sister.

Q How long has your mom resided at that apartment?

A Maybe 10 years.

Q Prior to moving in with your mother in 2003, where did you reside?

A I live also in Brooklyn with my aunt.

Q Can you give me that address?

A 1752 East 9 Street, that's Brooklyn, New York.

Q Is there an apartment number?

A I don't remember the number.

Q Is that on a certain floor?

A The second floor.

Q What is the zip code?

A I'm sorry, that's the third floor. The zip code is 11205.

Q You said that you reside there as well. Do you currently live between both apartments?

A Not anymore in Brooklyn, with my mom.

Q When is the last time you lived in

FROMETA

Brooklyn?

A Actually, since I lived with my mom I also lived with another aunt, another one I have. She was the one taking care of me because too because my mom is not well to take care of me and my sister is mentally, mentally ill and cannot take care of me. Since the accident I stay with my aunt on 433, sorry, 488 Myrtle Avenue.

Q Can you spell that?

A M- y- r- t- l- e Avenue, that's Brooklyn, New York.

Q What is the zip code?

A 11205, the other one is -- I don't remember the other zip code.

Q I zip code 11205, is that the one for 488 Myrtle Avenue?

A Yes.

Q The prior address on East 9th Street on the third floor, you do not recall at this time that zip code, is that correct?

A Yes.

Q So the record is clear, what is the name of your aunt that resides at 488

FROMETA

Myrtle Avenue?

A Eva.

Q What is her last name?

A Sanchez.

Q What is your aunt's name that rides at 1752 East 9th Street?

A Gladys Medina.

Q Is it fair to say that you currently reside at both apartments, the one on 666 East 233rd Street as well as 488 Myrtle Avenue?

A Yes, I spend sometime with my mom, two or three days a week. The rest I stay at 448. So, I spends two or three or four days there and around also three or four days with my mom.

Q Are there any other addresses you spend your time?

A No.

Q Are you married?

A I was married.

Q Are you currently married?

A No.

Q When did you get divorced?

FROMETA

A I think I was 21.

Q What is your date of birth?

A 3/25/68.

Q Is it fair to say you got divorced over 5 years ago?

MR. PLATTA: Sorry?

MR. MILLER: Is it fair to say that she got divorced over 5 years ago. Off the record.

(Whereupon, a discussion was held off the record.)

Q Have you been divorced over 5 years?

A Yes.

Q Do you still see your ex-husband?

A No.

Q Other than your sibling Annie, your sister Annie, you said you have a brother named Annie. Do you have any other siblings named Annie?

A Now that you mention it, when I got married I learned that he had a son named Annie, and a girl named Annie, and a dog named Annie, and that is why I changed

FROMETA

my name.

Q Where were you born?

A I was born in Dominican Republic.

Q When did you move to the United States?

A In 1978, around September.

Q Did you pursue citizenship at the age of 21?

A Yes.

Q Do you own a car currently?

A Yes.

Q Can you tell me what type of car you own?

A Toyota Ford Runner, 2001.

Q Did you own this Toyota Ford Runner on February 14, 2007?

A Yes, sir.

Q Back in the year of 2007, prior to February 14th, where did you park this vehicle on a regular basis?

MR. PLATTA: Do you mean in the city, home?

MR. MILLER: I want to find out. Strike that.

FROMETA

Q In the evening when you came home, when you are staying at the location of 666 East 233rd Street, where did you keep your vehicle?

A On the street, maybe a block or two, wherever I find parking.

Q Street parking?

A Yes.

Q Did you also find street parking when you would spend time at 1752 East 9th Street?

A Yes, sir.

Q Would you also find street parking when you spend time at 488 Myrtle Avenue?

A Yes.

Q Did you ever have monthly garage parking?

A Not I that remember, no.

Q Were you employed in 2007?

A Yes.

Q What was your occupation?

MR. PLATTA: Over objection. You can answer.

A Independent contractor.

FROMETA

Q What kind of work did you do as an independent contractor?

MR. PLATTA: Over objection. You can answer.

A I waitress and sometimes I would dance.

Q Where would you waitress?

A Rick's.

MR. PLATTA: Objection.

Q Where is Rick's located?

A 33rd Street between Broadway and Fifth.

Q Is Rick the owner or is that the name of the establishment?

MR. PLATTA: Objection. You can answer, if you know.

A That's the name of the place.

Q Where did you dance?

MR. PLATTA: Objection. You can answer.

A At Rick's.

Q Is Rick's an adult establishment?

MR. PLATTA: Objection. You can answer.

FROMETA

A Yes.

Q Were you a topless dancer?

MR. PLATTA: Objection. You can answer.

A Yes.

Q Do you currently dance at Rick's?

A No.

Q Do you currently dance anywhere?

A No.

Q When is the last time you danced?

MR. PLATTA: Objection. You can answer.

A Probably three weeks after the accident, up until maybe four. But just no longer than 5 hours, due to pains and aches.

MR. MILLER: I move to strike the portions of the testimony that are not responsive.

WITNESS: Sorry, what is that?

MR. PLATTA: The objection is just for the record.

Q When is the last time you waitressed?

FROMETA

A Just three weeks after the accident?

Q Have you been employed in any capacity in terms of work or payments at any time, since the time you stopped dancing or waitressing at Rick's?

A Repeat that.

Q I will ask it a different way. You testified that you stopped waitressing and dancing three or four weeks after the accident. After working at Rick's have you done any other work since that time?

A No, sir.

Q Have you earned any income since that time?

A I did work for a private jet, for Excel Air as a private flight attendant. I finally got called. That is why I was dancing in the mean time, until I got called.

MR. PLATTA: Answer without volunteering information.

Q Currently do you work for Excel Air?

FROMETA

A No.

Q When is the last time you worked for Excel Air?

A Just two weeks after the accident.

Q How long did that last?

A They are still waiting for me. They want me to finish my surgery. I am not working for them now but they are waiting for me.

Q So I understand, this incident that brought you here today for this lawsuit occurred in February, February 14th 2007?

A Yes.

Q You testified that following this incident of February 14, 2007 you waitressed for three or four weeks at Rick's, and you stopped waitressing?

A Yes.

Q You also testified you worked for three or four weeks following the February 14th incident as a topless dancer at Rick's, and you stopped dancing there?

MR. PLATTA: Objection. Over objection you can answer.

FROMETA

A Yes.

Q Two weeks after the February 14th 2007 accident you were a private flight attendant for Excel Air?

A Yes.

Q How many flights did you do at Excel Air, since the February 14th 2007 incident?

A No more than ten flights.

Q Those flights are in a matter of two weeks or a month?

A Just two weeks.

Q Other than waitressing and topless dancing and being a flight attendant, is there any other post February 14, 2007 employment that you have had?

A No.

Q What time did this incident happen on February 14, 2007?

A I don't remember the time but I remember I left work at 4:00 o'clock, that's the time they close. It happened, I know when I open my eyes, it was time missing from when I open my eyes. From the accident

FROMETA

there was time missing because I blacked out.

MR. MILLER: I move to strike the portions of the testimony that are not responsive.

MR. PLATTA: Answer the question yes or no.

Q Do you know what time the incident occurred?

MR. PLATTA: You can approximate.

A I don't remember.

Q Were you working at Rick's the night before the incident, February 13th going into February 14th?

MR. PLATTA: Objection. You can answer.

A Yes, sir.

MR. MILLER: What is the reason for the objection?

MR. PLATTA: This is prejudicial. I am just preserving my objection.

MR. MILLER: I am trying to

FROMETA

locate where the plaintiff was at the time of the incident, where she was going to and where she was coming from. What type of day she had, if it was long or short or if she had an aggravating day. The line of questioning is not privileged or prejudicial.

Q What time did you show up to Rick's on February 13th 2007?

MR. PLATTA: Objection. Over objection you can answer.

A I don't remember, but around 9:00 o'clock.

Q Is Rick's the full name of the establishment?

MR. PLATTA: Objection. Over objection you can answer.

A Cabaret Gentlemen's Club.

Q You just testified that you started work at Rick's Cabaret Gentlemen's Club at 9:00, is that a.m. or p.m?

MR. PLATTA: Objection.

A P.m.

Q Did you show up to Rick's Cabaret

FROMETA

Gentlemen's Club to waitress or dance for patrons, or something else?

MR. PLATTA: Objection.

A Dancing.

Q Did you dance at Rick's Cabaret Gentlemen's Club on February 13, 2007 when you arrived, the 13th going into the 14th?

MR. PLATTA: Objection.

A Yes.

Q This is as a topless dancer?

MR. PLATTA: Objection.

A Yes.

Q Did you dance the entire shift at Rick's Cabaret Gentlemen's Club, until the time it closed on February 14th 2007?

MR. PLATTA: Objection.

A Yes.

MR. PLATTA: I ask that you wait until I make my objection.

Q Did you have any alcohol to drink on February 13th going into February 14th 2007, during your shift at Rick's Cabaret Gentlemen's Club?

A I don't remember.



FROMETA

Q Is it customary for customers to purchase drinks for you while you are working as a topless dancer at Rick's Cabaret Gentlemen's Club?
A Yes.
MR. PLATTA: Objection.
Q Would there be any records at Rick's Cabaret Gentlemen's Club as to drinks that were purchased by patrons for you, in the regular course of business?
MR. PLATTA: Objection.
A Yes.
Q Does management of Rick's Cabaret Gentlemen's Club encourage dancers to get patrons to purchase drinks for them?
MR. PLATTA: Objection.
Q As a topless dancer for Rick's Cabaret Gentlemen's Club, are you encouraged by management of Rick's to have customers buy drinks for you?
MR. PLATTA: Objection.
A No.
Q Does management record how many drinks are purchased on your behalf?

FROMETA

MR. PLATTA: Objection. You can answer.
A No.
Q Do you remember who the bartender was on February 13th going into February 14th 2007?
A No.
Q Do you recall who the cocktail waitresses were on February 13th going into February 14th 2007, at Rick's Cabaret Gentlemen's Club?
MR. PLATTA: Objection. You can answer.
A No.
Q So the record is clear, I am going to ask the question again. I want to pin point on the 13th or 14th or both.
Ma'am, on that shift, February 13th going into February 14th, did you drink any alcohol?
MR. PLATTA: Objection. Asked and answered.
A No.
Q No or you don't know?

FROMETA

A I don't remember.
Q Your vehicle, the Toyota Ford Runner, was that an automatic or stick shift?
A Automatic.
Q Where did you park your vehicle on February 14th 2007?
A Are you saying when I went to work or after?
Q I will ask the question again. When you arrived to work at Rick's Cabaret Gentlemen's Club on February 13th 2007, did you park your vehicle on the street?
A Yes.
Q Can you tell me what street you parked your vehicle on?
A 33rd Street, between Broadway and Fifth.
Q 33rd between Broadway and?
A Fifth.
Q When you finished your shift on February 14th 2007 at Rick's Cabaret Gentlemen's Club, where was your vehicle parked?

FROMETA

A Almost across the street from Rick's.
Q Did someone move it?
A No.
Q The vehicle was at the same location that you parked it when you first arrived at Rick's on February 13th 2007?
A Yes.
Q What side of the street was it parked on?
A Sorry.
Q What side of the street was it parked on?
A The north side.
Q Was that on the same side as Rick's Cabaret Gentlemen's Club?
MR. PLATTA: Objection.
A No, Rick's is on the south side.
Q Was this directly across the street from Rick's Cabaret Gentlemen's Club?
A Not really, maybe -- not really, a little bit closer to Broadway.
Q Were there meters?
A I don't remember.



Q How long had you danced or waitressed at Rick's Cabaret Gentlemen's Club, prior to February 13th 2007?
MR. PLATTA: Objection.
A Can you repeat that again?
Q Prior to this incident how long had you been dancing or waitressing at Rick's Cabaret Gentlemen's Club?
MR. PLATTA: Over objection.
A Maybe about three or four months.
Q You parked there each day that you worked?
A Yes, maybe a little bit somewhere between another block going east on 33rd Street, but going more east.
Q Did you take any passengers in your vehicle when you left Rick's Cabaret Gentlemen's Club, on February 14th 2007?
A No, sir.
Q You were alone at the time?
A Yes, sir.
Q The establishment closed at 4:00 p.m?

A Sorry?
Q The establishment closed at 4:00 p.m?
A A.m.
Q The establishment closed at 4:00 a.m?
A Yes.
Q To your recollection and your testimony today you worked until the establishment closed?
A Until 4:00 o'clock.
Q After the established closed did you spend any time there or did you immediately leave?
A I immediately leave.
Q Do you remember what the weather was like on February 14th 2007?
A The worse ever, it was ice, snow, and rain, and windy.
Q Can you describe what the snow levels were on the ground, was it 1 inch, 2 inches, 5 inches, or something else?
A I don't recall.
Q At the time was heavy snowfall

precipitation going on?
A Fair.
Q Did you have to clean off your car?
A I did.
Q How did you clean it off?
A With the thing that I have inside to clean the car all over so I don't get a ticket, whatever that is, a brush.
Q A car brush?
A Yes.
Q Can you tell me the route you took when you left Rick's Cabaret Gentlemen's Club, leading up to this incident?
A Yes. I went, I got in the car and put the blinker. I am on 33rd Street. I made sure it was safe to proceed on 33rd Street onto Broadway. On Broadway I put my blinker. I made a left turn going south, and while I am on Broadway I made a turn on Broadway slight, going to fork there. I don't know how to say that, going into Fifth Avenue. On Fifth Avenue I made another left turn going into 23rd Street. There is a red

light there. I put the blinker going to 23rd Street, I turn. I was on the middle lane, the middle lane of 23rd Street. There is Madison Avenue, there is a red light there. I was there for about 20 seconds, 30 seconds. I proceeded in the middle lane. I was going 15 or 20 miles an hour. I noticed when I was going in the middle lane of 23rd Street, I was passing already Madison. I notice a dark color garbage truck, two guys putting garbage there. I proceeded going there in the middle lane. It was no more cars, at least I remember. Then I saw it was Park Avenue South, and it is safe to keep going, it was a green light. I am still in the middle lane. After Park Avenue South there is a while, I was going between Park Avenue South, and before Lexington I am in the middle of the block, in the middle lane. I recall a car that was double-parked ahead of me. I was half a block away. I recall the car double-parked and I looked in the mirror and put my blinker. I recall it was safe to move to the left. I proceeded

FROMETA

slowly, at the time this light changed into red, and I stopped there for about 5 seconds. Then suddenly within 5 seconds standing there I just remember everything happened too quickly. I heard a loud noise and a big light was inside the car, I don't know why. I got hit, I wanted to look back to see what hit me extremely too hard. It was so hard I am not able to turn, and it hit me again. I black out. I remember nothing else.

MR. MILLER: I move to strike the entire answer as not responsive.

MR. PLATTA: Can you read back the question?

(The requested question was read back by the reporter.)

MR. PLATTA: I believe it was responsive. The route she took and events that happened that night.

MR. MILLER: For the record, if counsel is going to give a position whether or not something is accurate or not then submit himself as a

FROMETA

witness, unless he was present. I don't believe counsel was present that night and can't state what is accurate.

MR. PLATTA: I don't think my credibility or veracity is at issue here.

MR. MILLER: Counsel is constantly stating his position on the statements provided by his witness. I submit that he produce himself at a deposition.

MR. PLATTA: Taken under advisement. Following-up in writing.

Q Ma'am, had the accident not occurred where did you intend to go?

A Sorry?

Q Had the incident not occurred where were you planing on driving to?

A To my aunt in Brooklyn because she lives closer than my mom.

Q Which aunt, Eva or Gladys?

A Eva.

Q What were the weather conditions like on February 13th when you arrived to work at Rick's Cabaret Gentlemen's Club?

FROMETA

A I don't recall.

Q Was it snowing?

A A little bit, but I don't remember too heavy. I don't remember. I don't recall.

Q Ma'am, you testified that you don't recall and you testified it was snowing.

A I left home it was clear. I was watching the news and it said it was going to be bad. I knew it was going to be bad but not until morning. When I got to work it was snowing, but light.

MR. MILLER: I move to strike as not responsive.

Q Everything I ask you about is your recollection, not your recollection whether you watched the news cast.

My question is, do you recall what the weather was like when you arrived at work?

A No.

MR. PLATTA: Objection. She already testified that is was slightly

FROMETA

snowing.

MR. MILLER: That is what I am trying to get at. She first testified she does not recall. Then she testified it was slightly snowing, that's a contradiction.

MR. PLATTA: That is not a contradiction. Was it slightly snowing?

WITNESS: It was slightly snowing.

Q You recall that it was slightly snowing?

A Yes.

Q Do you recall how long it was slightly snowing, prior to your arrival at Rick's Cabaret Gentlemen's Club?

A No.

Q Where were you coming from when you went to work that day?

A From my mother's.

Q Was it snowing when you left your mother's apartment?

A No.

Q But it was slightly snowing when

FROMETA

you arrived at Rick's Cabaret Gentlemen's Club?

A Yes.

Q Sometime between leaving 666 East 233rd Street and arriving at Rick's Cabaret Gentlemen's Club on 33rd near Broadway, the snow had began?

A Yes.

MR. PLATTA: Off the record.

(Whereupon, a discussion was held off the record.)

MR. MILLER: Do you want to take a break?

MR. PLATTA: I have a 2:00 o'clock with an interpreter scheduled.

MR. PLATTA: Fine.

(Whereupon, a brief recess was taken.)

MR. PLATTA: I made a statement and advised counsel I will make an objection with regard to every time the name Rick's Cabaret Gentlemen's Club was used. I move to strike this portion of the record

FROMETA

each time the name is used. I feel it is prejudicial to my client. I will raise the objection each the name is used, including preserving my right at the time of trial.

MR. MILLER: Your objection is noted.

Q Was it your intention when you left Rick's Cabaret Gentlemen's Club to go to your aunt Eva's house directly, or were you going to stop somewhere?

A Directly, yes.

Q Ma'am, you testified that you were at a red light prior to impact, is that correct?

A Yes.

Q You were at a red light on 23rd Street facing Lexington?

A East, facing east, on 23rd.

Q Facing east as if you are going to cross Lexington?

A Yes.

Q Or turn right on Lexington?

A No, going to keep straight on Lexington.

FROMETA

Q Had you not been in an incident, can you tell me where you would have begun the route that you would have taken?

A The same route, was the safe one that I take, the safest.

Q Which route would that be?

A 23rd Street.

Q To where?

A To the West Side Highway.

Q You were east on 23d Street going to the West Side Highway?

MR. PLATTA: Do you understand what he is asking? Off the record.

(Whereupon, a discussion was held off the record.)

A Sorry. I was going east to my aunt's. I have to go over the Brooklyn Bridge, that would be the FDR.

MR. PLATTA: I want to clarify which way she was going to take after 23rd Street.

MR. MILLER: Would you rather just testify for her?

FROMETA

MR. PLATTA: No, I want to clarify the record. Do you want her to clarify that?

WITNESS: Yes, I am on 23rd Street going east to the FDR.

Q Which direction of the FDR would you have headed, if this incident had not occurred?

A Towards the Brooklyn Bridge.

Q Would that be north or south on the FDR?

A That would be south.

Q Do you recognize the phone number 718 881-3716?

A Yes.

Q Whose number is that?

A That's my mom.

Q Do you know whether your mother was called after this incident?

A I called her.

Q Did you ever lose consciousness after your vehicle was struck?

A Yes, I did, for a few minutes.

Q Did the police arrive at the

FROMETA

scene?

A Not right away, maybe after I called 911. When I woke up I didn't realize where I was. I was shaking. I didn't know where I was.

Q Did you speak to the driver of the other vehicle?

A That's what woke me up, there was someone knocking. I thought I was at home and someone was knocking at the door when I was sleeping. I woke up and realized something happened. He was saying, " hello, hello." I got scared. At that point I put the window down. I am shacking, my whole body was shaking uncontrollably. My neck was stiff, my back hurt, my neck hurt. I felt --

Q I am going to cut you off. Just answer the question.

MR. MILLER: I move to strike the entire portion of the answer as not responsive. Can you read back the question?

(The requested question

FROMETA

was read back by the reporter.)

Q The question I asked is if you spoke to the driver of other vehicle, not how you felt, not if you felt stiff. I am not asking about pain or blacking out. All I am asking you, did you speak to the driver of the other vehicle?

MR. PLATTA: The other vehicle, the one that hit her.

MR. MILLER: Would you like to testify? I am talking about the vehicle in fact according to the testimony of your witness.

A I don't know if it was the other guy from the other vehicle. There was a man standing on my door knocking. I don't know who it was.

Q Did you ever come to learn the identity of the man?

A No.

Q Was it more than one man?

A I don't know.

Q Was it at least one?

A One by the door, yes.

FROMETA

Q What did he look like?

A Kind of short, that's it.

Q Was he Spanish, was he White, Black, Asian?

A He told me he was Dominican, that's all he told me. That's all I remember.

Q Did you speak to him in English?

A He spoke to me in Spanish, maybe both languages. I don't remember.

Q From the time that you came to talk with him, until the time the police arrived, can you tell me how much time elapsed?

A Maybe 10 minutes.

Q Did you get out of your vehicle, prior to the police arriving?

A No, sir.

Q Did an ambulance arrive?

A Sorry.

Q Did an ambulance arrive?

A Yes.

Q Did the ambulance arrive before or after the police, or at the same time?

FROMETA

A Almost the same time, one behind the other one.

Q Who assisted you out of the vehicle, if anyone?

A Two ladies.

Q What two ladies?

A I don't know who they were.

MR. PLATTA: Were they working for the ambulance?

WITNESS: They were working for the ambulance, yes.

Q Did you get their identities?

A No.

Q Do you know of any eyewitness to this incident?

A No.

Q This vehicle that struck you, you testified struck you in the rear. Is this the same vehicle that you passed on 23rd Street when you were passing Madison?

A No, I don't know. I don't know.

Q Can you describe the vehicle that struck you?

A I don't know because when I



FROMETA

stepped out the two ladies were holding me. I looked and it was a dark big truck, that's what I remember. Then they put me inside the ambulance and they strapped me.

Q Were you taken to a hospital?

A Yes.

Q What hospital were you taken to?

A Cabrini, on 19th Street.

Q Were you taken into the emergency room?

A Yes, sir.

Q Do you know what time you arrived at Cabrini?

A I don't remember.

Q Do you recall what type of diagnostic testing they did on you in the emergency room?

A They did a CAT Scan.

Q Other than a CAT Scan, do you know if any diagnostic images or films were done to any part of your body?

A No, I don't remember.

Q Were you admitted into the hospital?

FROMETA

A Admitted means?

Q Were you sent home from the emergency room or were you admitted as an inpatient in the hospital, at Cabrini?

A I don't understand the question.

Q Were you given a room as an inpatient at Cabrini?

A No.

Q Did you go home on February 14th?

A Yes.

Q Where did you go, which home did you go to?

A To my aunt, the one closer, over the Brooklyn Bridge.

Q What time did you go home, this is February 14th, from the hospital?

A I don't remember. I know I was in the hospital. I don't remember what time.

Q Immediately following the impact did you call anybody?

A Not immediately. The impact, when I came out of the blackout the first thing I did was call 911.

Q After you called 911 did you call

FROMETA

anybody else?

A I called my aunt, she didn't pick up. Then I called my mom, she did pick up, my mom.

Q After you called your mother did you call anyone else?

A No, I kept trying to make a phone call but my phone was already damaged. It was damaged from water and stuff going in it. It was not working.

Q The damage from water, was that water as a result of this incident?

A No, from coffee.

Q Did you call anyone from Rick's Cabaret Gentlemen's Club, following the incident?

MR. PLATTA: Objection.

A I don't remember. I don't carry a cell phone in the club.

Q Did you call anyone in Rick's Cabaret Gentlemen's Club advising them of the accident?

MR. PLATTA: Objection.

A Yes, not the same day, maybe three

FROMETA

or four days later.

Q Who did you speak to at Rick's Cabaret Gentlemen's Club?

MR. PLATTA: Objection.

MR. MILLER: You noted your standing objection. Just let her answer the question. Let's move on.

MR. PLATTA: I note my objection to every time you use the words Rick's Cabaret Gentlemen's Club.

MR. MILLER: I am happy to note that you have a standing objection to it.

MR. PLATTA: Would you stipulate to that?

MR. MILLER: I stipulate that you have an objection. Not that it is prejudicial to your client.

MR. PLATTA: Correct.

Q Ma'am, who did you speak with at Rick's Cabaret Gentlemen's Club?

A I don't remember.

Q Do you recall who the manager of Rick's Cabaret Gentlemen's Club was?

FROMETA

A No, I don't remember.

Q Why did you call them?

A To tell them that I am not coming to work, that something happened.

Q How did you get home from the hospital on February 14th?

A I took a taxi.

Q Did anyone accompany you?

A No, I felt dazed and confused.

Q Did anyone come to see you at the hospital?

A No.

Q Do you know what time you left Cabrini's emergency room?

A Any time after 12:00.

Q 12:00 noon?

A I think, I don't remember.

Q Do you recall what diagnoses they told you had, following your examination in the emergency room?

A I am sorry. What was that? Forgive me, my neck hurts. I have to lean back.

MR. MILLER: I move to

FROMETA

strike the colloquy.

Q Did they tell you that you were injured, in the emergency room?

A Yes.

Q What did they tell you was injured?

A My neck, lower back, and they could see in the CAT Scan that my spinal cord was not in the middle but it was off, that I would have to come up for follow-up.

Q Did they discharge you out of the emergency room after telling you that information?

A From after, I don't know. The emergency room CAT Scan, go back to the emergency room, then I went home.

Q Did they send you home in a neck or back brace or any type of medical device?

A No. I don't remember, no.

Q When was the next time you sort medical treatment after you left Cabrini Medical Center?

A Probably nine days after the accident.

FROMETA

Q Nine days?

A Nine days after the accident.

Q Were you wearing a seat belt?

A Yes.

Q Nine days after the accident when you sort follow-up medical treatment, where did you go?

A Sorry?

Q Where did you go following the nine day span, after your incident?

A I went for treatment. I went to 43rd Street, Dr. Albert Villafuerte.

Q What kind of doctor is Dr. Villafuerte?

A Can I look in my purse to show you, I have a business card?

Q Sure, with your counsel's permission.

MR. PLATTA: I prefer that you testify from your memory.

A Neurologist, neck and back.

Q How long did you go to Dr. Villafuerte?

A I was going there for five weeks.

FROMETA

Q Who referred you to Dr. Villafuerte?

A My aunt.

Q Have you ever seen Dr. Villafuerte, prior to the February 14th incident?

A No, sir.

MR. MILLER: I am going to ask on the record, I am going to make a demand that medical authorizations be provided for copies of medical records from Dr. Villafuerte be provided, a neurologist. None was part of the 26A rules discloser. His name and information has oddly been left off.

MR. PLATTA: For the record, medical PC authorizations was provided with plaintiff's response, Midtown Medical Practice.

MR. MILLER: I stand corrected.

Q Where was his address located?

A 43rd Street, I think between Madison or Park, something like that.

FROMETA

Q You had no medical treatment from February 14th until nine days later when you saw Dr. Villafuerte?

A What was the question?

MR. PLATTA: Objection. Asked and answered.

A No, I didn't have any treatment.

Q You testified earlier that you continued to waitress and dance at Rick's Cabaret Gentlemen's Club for three to four weeks after the loss?

A Only about 4 or 5 hours, I had to go home.

MR. PLATTA: Objection. Asked and answered.

Q Did you dance seven days a week?

MR. PLATTA: Over objection.

A No, five days a week.

Q Did you dance on February 15th 2007?

A No, I was stiff at home.

Q Do you know the first day you went back to dancing?

FROMETA

MR. PLATTA: Objection.

A Probably a week or two weeks after. I was between flying and dancing, but it was light.

Q You testified earlier you danced three or four weeks after the accident. Now you testified a week or two later.

A Because it's free-lancing, I can go when I want. Not whenever, once I am there I have to go 8 hours and leave. I can go one day a week, I free-lance.

Q Do you keep any records of the days that you danced?

A No.

Q Did you sign anything or punch in when you arrived at Rick's Cabaret Gentlemen's Club?

A No.

Q Do you have any records when you flew for Excel Air during the time, after this incident?

A No.

Q Do you know the address for Excel Air?

FROMETA

A No, it's in Long Island.

Q Do you have anything at home that has the address and contact information?

A I don't think so, no.

Q How are you compensated by Excel Air?

A Check.

Q Do you maintain any check stubs?

MR. PLATTA: Objection. You can answer.

A Probably there, I probably have something.

MR. MILLER: I ask that you provide counsel a copy of your Excel Air paycheck for the purpose of obtaining the address and proper corporate identity. I also ask for authorizations for the records, for the purpose of not lost earnings, for the purpose of her schedule and when she might have worked.

MR. PLATTA: I agree to provide attendance records regarding her employment. However, any records regarding wages will not be provided.

FROMETA

MR. MILLER: Fair enough.

MR. PLATTA: I ask that you follow-up in writing.

MR. MILLER: Sure.

Q What did Dr. Villafuerte tell you after his initial examination, approximately nine days after this incident?

A He said according to that I will keep treatment for five weeks. He cannot tell anything yet for another two months what is going to happen, only until he receives the MRI.

Q Did he send you for an MRI?

A Yes.

Q Where did he send you?

A 77th Street, 77th or 75th Street and Third Avenue.

Q Would that be Stand Up MRI Of Manhattan?

A Yes.

Q How often would you go to Dr. Villafuerte?

A I was there for five weeks then he would give me a appointment maybe four

FROMETA

times.

Q Approximately once a week for four, five weeks?

A About once a week I have to say.

Q Did he refer you to any other doctors?

A Yes.

Q Who did he refer to you?

A He referred me to Dr. Kaisman.

Q Is that Arden Kaisman at 51 East 25th Street?

A Yes.

Q What kind of doctor is Dr. Kaisman?

A Neck doctor, back.

Q What did Dr. Kaisman do for you?

A He didn't. I got scared about the needle and I ran out. I was laying down, I saw the needle and just ran out. I could not do it.

Q How often did you see Dr. Kaisman?

A Twice.

Q What did he do for you during this time?

FROMETA

A He told me what he was going to do. He read the paper and he saw the MRI and then the neck stuff, and he told me what he was going to do. He wanted to do compression, first injection to kill the pain in my neck. Then if at that point does not go away he will have to do compression of the disc which was giving a problem.

Q Did you see Dr. Kaisman during the same time you saw Dr. Villatuerte, or a different time?

A At the same time.

Q Did Dr. Villafuerte or Dr. Kaisman refer you to any other healthcare providers?

A Sorry?

Q Did Dr. Villafuerte or Dr. Kaisman refer you to any other doctors or healthcare providers?

A Dr. Kaisman referred me to Dr. Babo for the lower back lumbar spinal cord injuries.

Q Is that Dr. Ramesh Babo?

A Yes.

Q At 530 First Avenue?

FROMETA

A Yes.

Q Did you see Dr. Babo during the same time you saw Dr. Kaisman?

A No.

Q Were you seeing him another time?

A I didn't see Dr. Kaisman anymore. I didn't want to see him.

Q You went to Dr. Babo at the referral of Dr. Kaisman?

A Yes.

Q How often did you see Dr. Babo?

A Three or four times, four times before surgery.

Q Was that during the same time you were seeing Dr. Villafuerte, or sometime after?

A About the same time.

Q What did Dr. Babo do for you?

A Dr. Babo, he went over the records and he told me that my injuries, I have to wait almost two months. He described the pinch, it all came in before the time. He gave me time of two months. All the pain and numbness on my leg would go away for half

FROMETA

hour, or 10 minutes. I would not feel it, I would not walk. He said as soon as you feel that, meaning you will need surgery. You don't have to do it because it's your decision. We are telling you if you don't you are going to have like no leg.

MR. MILLER: I move to strike the entire portion of the answer as not responsive.

Q Ma'am, I am not asking about conversations you had with Dr. Babo. Did you ever receive treatment with Dr. Babo? What did he do for you?

A Treatment.

Q I want you to tell me only the treatment, not conversations you had with Dr. Babo?

A He operated on my lower back.

Q When did he operate on your lower back?

A The lumbar disc.

Q Not where, when?

A May 17th.

Q Where was this surgery held?

FROMETA

A Cabrini Hospital.
Q Is Dr. Babo affiliated with Cabrini Hospital?
A I hope so, I think so.
Q Did you see any other medical care providers or doctors with regard to the treatment on your back?
A Yes, Dr. David.
Q Is that Andrew Davy?
A Yes. I didn't go to the medical center on 43rd Street anymore. I changed to the one closer to my home, to my mom.
Q Where is that?
A Westchester, it's in the Bronx, on Westchester Avenue.
Q 3262, Ranga Krishna?
A Yes, that's where I changed after.
Q Were you seeing Dr. Krishna before or after surgery?
A Before surgery.
Q What kind of doctor is Dr. Krishna?
A Neurologist.
Q What did Dr. Krishna do for you?

FROMETA

A He checked, look at my X-rays and MRI and he just basically told me what might be going on in the future for me. He recommended me to Dr. David.
Q You keep saying Dr. David, is this Dr. Davy?
A Dr. Davy.
Q What kind of doctor is Dr. Davy?
A He is a neurologist.
Q Did you see Dr. Davy before or after surgery?
A Before lower back surgery.
Q Did you see Dr. Davy at any time after surgery?
A Yes.
Q What did you see him for, after surgery?
A Dr. Davy after the surgery for neck injection and painkiller injection and electro, something very painful. He put four needles on one side, six on the other side and it's over seven days, and then you have to stay three months then do it again. This is what I needed, otherwise I feel like

FROMETA

electricity running from the spinal cord going to where the nerves are. They inject also the spinal cord. That liquid run in the spinal cord. The entire lower back turning into something very hard. That is a year, do and re-do for the rest of my life, otherwise I will not be able to walk correctly. That procedure last about 40 minutes.

MR. MILLER: Let's take a break.

(Whereupon, a brief recess was taken.)

Q Did there come a time that you had surgery?
A Sorry.
Q Did there come a time you had surgery?
A After the accident?
Q Yes.
A Yes.
Q Did the surgery take place on May 17th 2007?
A Yes.

FROMETA

Q Did Dr. Babo perform the surgery at Cabrini Medical Center?
A Yes.
Q Do you know the kind of surgery you had?
A I don't know the name. He told me before, I forget, it's a fancy word. Lumber back surgery, he kind of cut something there, a bone or something.
Q Were you admitted into the hospital?
A Yes.
Q Did you spend the night?
A Two days.
Q Have you been admitted back into the hospital for any reason, since the surgery?
A No, sir.
Q Do you have any plans for any future surgery?
A Well, no. Yes, they still have to do the compression of the disc (indicating).

MR. PLATTA: Indicating the neck.

FROMETA

WITNESS: The neck and spinal cord. They have to refill that every year and a half or 2 years or then I am not able to walk. They have to do the lower back also, whenever it starts bothering me. Only when the leg does not work anymore I will have to go back.

Q Were you given any tickets with regard to this accident?

A No.

Q Did you have a driver's license in good standing?

A Yes.

Q What kind of driver's license was it?

A A regular driver's license.

Q Was it issued by New York State?

A New York State.

Q Did you have any restrictions on the license?

A No.

Q Did you wear glasses?

A Now I do, after the accident for reading or driving at night.

FROMETA

Q Are you aware whether your blood alcohol level was tested while you were in the emergency room at Cabrini Hospital, on February 14th 2007?

MR. PLATTA: Objection.

A I don't know.

Q Other then Cabrini Hospital, Dr. Villatuerte, Dr. Babo, Dr. Davy, Dr. Krishna, Westchester Medical, Stand Up MRI, is there any other healthcare providers?

A Those are the ones that I recall right now.

Q Do you have anything at home that might refresh your recollection whether you saw anyone else?

A No.

Q Is Dr. Krishna at 3262 Westchester Avenue associated with Westchester Medical Care P.C?

A Yes, sir.

Q Had you ever injured your back and neck, prior to February 2007?

A No, sir.

Q Had you ever been in a car

FROMETA

accident, prior to February 14, 2007?

MR. PLATTA: Objection.

A Yes, when I was in a car accident that was in LA. I was with my mom and sister. We were driving back where I used to live in Vegas before, it was rush hour. We are driving and the car in front of me -- everyone was driving close, it's very congested in LA. Everyone stop and I saw that and but I stop but the car in front of me stop too quickly, a small little red car with a Oriental older gentleman, a very old gentleman. I hit him.

Q Were you injured?

A No.

Q Other then that, were you involved in any other automobile accident, prior to February 14th 2007?

MR. PLATTA: Objection.

A I do not recall that. Someone hit me. I was leaving a parking lot, a diner in New Jersey. I looked behind me. I put the car in reverse. I keep looking going slowly. A large SUV just ran in my

FROMETA

headlight. Only the light on the back and he just took a headlight. The light still worked. He just took part of the material going over the light.

Q Were you injured?

A No, sir.

Q When did this happen?

A That happened I guess in maybe August, I think in August.

Q What year?

A This year, the police came over and he said, your car, put your car back.

MR. PLATTA: There is no question.

WITNESS: Sorry.

Q Did you report the accident to your insurance company?

A No, there was no need.

Q Were you involved in an accident on March 8th 2007?

A No, that's probably the one I am talking about. But I don't recall if it's the one in New Jersey. That was the car that hit the light on the back.

FROMETA

Q What kind of car?

A Sorry?

Q What kind of car struck you?

A It looked like a large SUV. I don't remember.

Q What kind of car were you driving?

A My car.

Q What is your Social Security number?

A 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.

Q So the record is clear. Do you have any recollection of being in an automobile incident on March 8th 2007?

A That was probably the one.

MR. PLATTA: Yes or no?

WITNESS: The one in New Jersey, yes.

Q That New Jersey accident happened in Englewood?

A Yes, sir, that's the one.

Q That accident happened in July 2007?

A July.

Q That accident happened July 29,

FROMETA

2007?

A Yes.

Q Are you aware of an accident that occurred on March 8, 2007?

A No.

Q You never were in an accident involving another vehicle that was a Hyundai Sonata?

A No.

MR. PLATTA: Can we take a break?

MR. MILLER: Sure.

Q Was your vehicle involved in an incident on March 8th 2007?

A The vehicle was, I was at home asleep.

Q Where was the vehicle?

A Three blocks away from my mom.

Q Was it parked?

A It was parked.

Q Was it unoccupied?

A No people were inside.

Q Did someone strike your vehicle?

A It seems like that because I

FROMETA

didn't see it.

Q Did you file a claim?

A No, I didn't have money to file a claim.

Q Did you report it to your insurance carrier?

A I called them to let them know and they tell me to bring it over. They gave me the address to get it fixed and everything. And they asked me for $500.00 and I didn't have it, that's why I did not take it.

Q Are you currently going for any physical therapy?

A Yes, sir.

Q Where are you going for physical therapy?

A On Westchester, in the Bronx.

Q What frequency are you going?

A Three days a week.

Q Who prescribed this for you?

A Dr. Krishna.

Q How do you feel as you sit here today?

A Sorry?

FROMETA

Q How do you feel?

A From one to ten one is good ten is bad. I say a nine, my neck, my lower back.

Q You testified earlier that you currently are not working. What do you do during the day?

A I just go to therapy. I do my walking maybe two or three blocks. I go to a bookstore and I read.

MR. MILLER: Let's take a break.

(Whereupon, a brief recess was taken.)

Q Ma'am, did you take any medication or drugs prior to coming here to testify today?

A Today, no.

Q Is there any medications that were prescribed to you to take that you chose not to take, before coming here today?

A They prescribe medication that is too expensive, I didn't have the money. Today I have migrans but I only use it at night to go to sleep.

FROMETA

Q Is there any medication, anything you are taking recently that affects your ability to testify today truthfully?

A No.

Q In the 24 hours prior to the February 14, 2007 incident, had you taken any prescribed medicines?

A No, only for one the back, they prescribe but then didn't want to pay, the insurance.

Q I will clarify my question. Listen to my question. February 14th, back at the time of the accident, 24 hours prior to that. During the 24 hour period prior to this accident, was there any medication that you were prescribed?

A No.

Q That was prescribed that you took?

A No.

Q Were there any medicines or prescriptions that you were supposed to have taken where you failed to take, 24 hours prior to the February 14, 2007 accident?

A No.

FROMETA

Q Other then the healthcare providers you testified about today, are there any other healthcare providers that you seen?

A No, sir.

Q Do you know when your neck surgical procedure is scheduled for?

A It's supposed to be about three or four weeks from now.

MR. MILLER: I note on the record, I reserve out right for further testimony with regard to any post care follow-up pertaining to the second surgery.

Q Ma'am, did you ever have an opportunity to review the police report?

A I did, yes.

Q When did you first see the police report?

A When I first got it.

Q Who gave it to you?

A The police department.

Q Did you read the description under the officer's notes?

FROMETA

A I looked at it, it's hard to understand for me. It's not my job. I am not a police officer.

Q How many lanes of traffic go east on 23rd Street?

A There is three lanes, one for parking and two for going east.

Q Is that the same on the west, side there is one lane for parking and two going west?

A Yes.

Q There is a total of six lanes across the entire street?

A Yes.

Q Do you recall looking at the accident diagram on the police report?

A Sorry?

Q Do you recall looking at the accident diagram on the police report?

A It looks familiar but I don't know.

MR. PLATTA: Yes or no, did you look at it when you reviewed the police report?

FROMETA

WITNESS: I looked at it, yes.

Q Did you ever file a revised police report or MV104?

A I don't know what that is, sorry.

(Continued on next page to include jurat.)

FROMETA

Q Did you file any documents with the police department, after the accident?

A I don't remember.

Q Did you ever have an opportunity to speak to the driver of the other vehicle, since February 14th 2007?

A No.

MR. MILLER: I have no further questions.

-o0o-

(Whereupon, the deposition of Adonna Frometa was concluded at 12:05 p.m.)

ADONNA FROMETA

Subscribed and sworn to before me this day of , 2007.

Notary Public

I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Adonna Frometa | Mr. Miller | 4 |

EXHIBITS

NONE

INFORMATION REQUESTED

| DESCRIPTION | PAGE | LINE |
|---|---|---|
| Authorizations for medical records from Dr. Villatuerte | 48 | 9 |
| Excel Air pay stubs & employment records regarding plaintiff's schedule | 51 | 14 |
| Reserve right to further testimony regarding post care follow-up for second surgery | 70 | 11 |

C E R T I F I C A T E

STATE OF NEW YORK )
: SS:
COUNTY OF QUEENS )

I, NANCY NASCA, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That ADONNA FROMETA, the witness whose deposition is hereinbefore set forth, was duly sworn by me, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of December 2007.

Nancy Nasca

NANCY NASCA

A

ability 69:4
able 29:10 59:8 61:5
above-entitled 1:14
accident 8:9 14:15 15:3 15:12 16:5 17:4,25 30:14 43:23 46:25 47:3,6 50:7 59:20 61:10,24 63:2,4,18 64:17,20 65:19,22,25 66:4,7 69:14,16,24 71:17,20 73:3
accompany 45:9
accurate 29:25 30:4
aches 14:16
action 1:15 75:17
address 4:12 7:10 8:20 48:23 50:24 51:4,17 67:10
addresses 9:18
administer 3:16
admitted 41:24 42:2,4 60:11,16
Adonna 1:3,13 4:11 73:13,17 74:4 75:11
adult 13:23
advised 33:22
advisement 30:13
advising 43:22
affiliated 57:3
age 11:9
aggravating 19:6
ago 10:6,10
agree 51:22
AGREED 3:7,13,21
ahead 28:22
Air 15:18,25 16:4 17:5 17:8 50:21,25 51:7 51:15 74:13
Albert 6:19,22 47:13
alcohol 20:21 22:21 62:3
ambulance 39:20,22,24 40:10,12 41:5
American 1:6 4:18
Andrew 57:10
Annie 5:13,13,14,16 6:15,16,24 10:18,19 10:20,21,24,24,25
answer 5:5 12:24 13:5 13:17,21,25 14:5,13 15:22 16:25 18:7,18 19:12,18 22:3,14 29:14 37:20,23 44:7 51:11 56:10
answered 22:23 49:7 49:16
anybody 42:21 43:2
anymore 7:23 55:7 57:12 61:7
apartment 4:14 7:4,13 32:23
apartments 7:22 9:10
appointment 52:25
approximate 18:12
approximately 52:7 53:3
Arden 53:11
arrival 32:16
arrive 36:25 39:20,22 39:24
arrived 20:8 23:12 24:8 30:24 31:21 33:2 39:14 41:13 50:17
arriving 33:6 39:18
Asian 39:5
asked 22:23 38:3 49:7 49:16 67:11
asking 35:14 38:6,7 56:11
asleep 66:17
assisted 40:4
associated 62:19
assume 5:5
attendance 51:23
attendant 15:18 17:5 17:15
attorneys 2:4,9 3:8
August 64:10,10
aunt 7:9 8:4,9,25 30:19 30:21 34:10 42:14 43:3 48:4
aunt's 9:6 35:19
authorizations 48:11 48:18 51:18 74:11
authorized 3:15
automatic 23:4,6
automobile 63:18 65:14
Avenue 8:10,12,18 9:2 9:12 12:15 27:24,24 28:5,15,17,19 52:18 54:25 57:16 62:19
aware 62:2 66:4
a.m 1:11 19:22 26:5,7

B

Babo 54:21,23 55:3,9 55:12,19,20 56:12,13 56:18 57:3 60:2 62:9
back 11:19 29:8,16,18 37:17,24 38:2 45:24 46:8,16,19 47:22 49:25 53:16 54:21 56:19,21 57:8 58:13 59:5 60:9,16 61:6,8 62:22 63:6 64:2,13 64:25 68:4 69:9,13
bad 31:12,12 68:4
bartender 22:5
basically 58:3
basis 11:21
began 33:8
begun 35:3
behalf 21:25
believe 29:19 30:3
belt 47:4
big 29:7 41:3
birth 10:3
bit 24:23 25:15 31:4
black 29:11 39:5
blacked 18:2
blacking 38:6
blackout 42:23
blinker 27:17,20 28:2 28:24
block 12:6 25:16 28:20 28:22
blocks 66:19 68:9
blood 62:2 75:18
body 37:16 41:22
bone 60:10
bookstore 68:10
born 11:3,4
bothering 61:6
brace 46:19
break 33:15 59:12 66:12 68:12
Bridge 35:20 36:10 42:15
brief 33:19 59:13 68:13
bring 67:9
Broadway 2:5 13:12 23:18,20 24:23 27:19 27:19,21,22 33:7
Bronx 4:15 57:15 67:18
Brooklyn 7:8,12,23 8:2 8:13 30:19 35:19 36:10 42:15
brother 10:20
brother's 5:14
brought 16:12
brush 27:10,11
business 21:11 47:17
buy 21:21

C

C 2:2 75:2,2
Cabaret 19:19,21,25 20:6,15,23 21:5,9,14 21:19 22:11 23:12,23 24:17,21 25:3,9,19 27:14 30:25 32:17 33:2,6,24 34:9 43:16 43:22 44:4,11,22,25 49:11 50:17
Cabrini 41:9,14 42:5,8 46:22 57:2,4 60:3 62:4,8
Cabrini's 45:15
call 42:21,24,25 43:7,9 43:15,21 45:3
called 15:19,21 36:20 36:21 37:4 42:25 43:3,4,6 67:8
capacity 15:5
car 11:11,13 27:5,9,11 27:16 28:21,23 29:7 62:25 63:4,8,11,12 63:24 64:13,13,24 65:2,4,7,8
card 47:17
care 8:5,7,8 57:6 62:20 70:14 74:16
carrier 67:7
carry 43:19
cars 28:14
cast 31:19
CAT 41:19,20 46:9,16
cell 43:20
center 46:23 57:12 60:3
certain 7:15
certify 75:10,16
changed 5:15 10:25 29:2 57:12,18
check 51:8,9
checked 58:2
chose 68:20
citizen 5:18,20
citizenship 5:15 11:8
city 11:23
claim 67:3,5
clarify 35:22 36:3,4 69:12
clean 27:4,7,9
clear 8:24 22:16 31:10 65:12
client 34:3 44:19
close 17:23 63:9
closed 20:16 25:24 26:3 26:6,11,13
closer 24:23 30:20 42:14 57:13
club 19:19,22 20:2,7,15 20:24 21:5,9,15,19 22:12 23:13,24 24:17 24:21 25:4,9,20 27:15 30:25 32:17 33:3,7,24 34:9 43:16 43:20,22 44:4,11,22 44:25 49:11 50:18
cocktail 22:9
code 7:17,19 8:14,16 8:17,22
coffee 43:14
colloquy 46:2
color 28:11
come 38:19 45:11 46:11 59:15,18
coming 19:4 32:19 45:4 68:16,21
company 64:18
compensated 51:6
complete 4:20
compression 54:6,8 60:23
concluded 73:13
conditions 30:23
confused 45:10
congested 63:10
consciousness 36:22
constantly 30:8
contact 51:4
continued 49:10 72:7
contractor 12:25 13:3
contradiction 32:7,9
conversations 56:12,17
copies 48:12
copy 51:15
cord 46:10 54:21 59:2 59:4,5 61:3
corporate 51:17
correct 8:22 34:15 44:20
corrected 48:22
correctly 59:9
counsel 29:23 30:3,7 33:22 51:15
counsel's 47:18
COUNTY 75:6
course 21:11
COURT 1:1
credibility 30:6
cross 34:21
currently 7:21 9:10,23 11:11 14:7,9 15:24 67:13 68:6
customary 21:2
customers 21:2,20
cut 37:19 60:9

D

D 4:2 74:1
damage 43:12
damaged 43:9,10
dance 13:7,19 14:7,9 20:2,6,14 49:10,17 49:21
danced 14:11 25:2 50:6 50:14
dancer 14:3 16:22 20:11 21:4,18
dancers 21:15
dancing 15:6,11,20 16:23 17:15 20:5 25:8 49:25 50:4
dark 28:11 41:3
date 10:3
David 57:9 58:5,6
Davy 57:10 58:7,8,9,11 58:14,19 62:9
day 19:4,6 25:13 32:20

Page 2

43:25 47:11 49:24 50:12 68:7 73:20 75:21
days 9:14,15,16 44:2 46:24 47:2,3,6 49:3 49:17,20 50:14 52:8 58:23 60:15 67:20
dazed 45:10
December 1:11 75:21
decision 56:6
Defendant 1:15
Defendants 1:7 2:9
demand 48:11
department 70:23 73:3
deposition 3:10,14,18 30:11 73:12 75:12,13
describe 26:21 40:23
described 55:22
description 70:24 74:10
device 46:19
diagnoses 45:19
diagnostic 41:17,21
diagram 71:17,20
Diaz-Diaz 1:6 4:18
DICKER 2:9
different 15:9 54:12
diner 63:22
direction 36:7
directly 24:20 34:10,12
disc 54:9 56:22 60:23
discharge 46:12
discloser 48:14
discussion 10:11 33:12 35:16
DISTRICT 1:1,2
divorced 9:25 10:5,9 10:13
doctor 47:14 53:14,16 57:22 58:9
doctors 53:7 54:18 57:7
documents 73:2
dog 10:25
Dominican 11:4 39:6
door 37:11 38:17,25
double-parked 28:21 28:23
Dr 47:13,14,23 48:2,5 48:13 49:4 52:6,22 53:10,14,17,22 54:10 54:11,14,14,17,17,20 54:20,23 55:3,4,7,9 55:10,12,16,19,20 56:12,13,18 57:3,9 57:19,22,25 58:5,6,7 58:8,9,11,14,19 60:2 62:8,9,9,9,18 67:22 74:12
drink 20:21 22:20
drinks 21:3,9,16,21,25
driver 37:7 38:4,7 73:6
driver's 61:12,15,17
driving 30:18 61:25 63:6,8,9 65:7
drugs 68:16
due 14:16
duly 4:3 75:13

E

e 1:6 2:2,2 4:2 5:17 8:12 74:1 75:2,2
earlier 49:9 50:6 68:5
earned 15:15
earnings 51:19
east 1:9 2:10 4:14 5:24 7:11 8:20 9:7,11 12:4 12:11 25:16,17 33:5 34:19,19,20 35:11,18 36:6 53:11 71:5,8
EDELMAN 2:8
effect 3:17
elapsed 39:15
electricity 59:2
electro 58:21
Elser 2:8 4:17
emergency 41:10,18 42:4 45:15,21 46:4 46:13,16,17 62:4
employed 12:20 15:4
employment 17:17 51:24 74:13
encourage 21:15
encouraged 21:19
Englewood 65:20
English 39:9
entire 20:14 29:14 37:22 56:9 59:5 71:14
ESQ 2:6,11
established 26:13
establishment 13:15,23 19:16 25:24 26:3,6 26:11
Eva 9:3 30:21,22
Eva's 34:10
evening 12:2
events 29:21
examination 1:13 4:7 45:20 52:7 74:3
examined 4:5
Excel 15:18,24 16:4 17:5,8 50:21,24 51:6 51:15 74:13
EXHIBITS 74:6
expensive 68:23
extremely 29:9
ex-husband 10:16
eyes 17:24,25
eyewitness 40:15

F

F 4:2 75:2
Fabian 6:7
facing 34:18,19,20
fact 38:13
failed 69:23
fair 5:7 9:9 10:5,8 27:3 52:2
familiar 71:21
fancy 60:8
FDR 35:20 36:6,7,12
February 11:17,20 16:13,13,16,21 17:3 17:8,16,20 18:15,16 19:10 20:7,16,22,22 22:6,6,10,11,19,20 23:8,13,23 24:8 25:4 25:20 26:18 30:24 42:10,17 45:7 48:6 49:3,21 62:5,23 63:2 63:19 69:7,13,24 73:7
feel 34:2 56:2,3 58:25 67:23 68:2
felt 37:17 38:5,5 45:10
Fifth 13:13 23:19,21 27:23,24
file 2:13 67:3,4 72:4 73:2
filing 3:10
films 41:21
finally 15:19
find 11:25 12:7,10,14
Fine 33:18
finish 16:8
finished 23:22
first 4:3 6:7 24:7 32:4 42:23 49:24 54:6,25 70:19,21
five 47:25 49:20 52:10 52:24 53:4
fixed 67:10
flew 50:21
flight 15:18 17:4,15
flights 17:7,10,11
floor 7:15,16,18 8:21
flying 50:4
following 16:15,21 42:20 43:16 45:20 47:10
Following-up 30:13
follows 4:6
follow-up 46:11 47:7 52:4 70:14 74:16
force 3:16
Ford 11:15,16 23:3
forget 60:8
Forgive 45:23
fork 27:22
form 3:22
forth 75:12
four 9:15,16 14:15
15:11 16:17,21 25:12 44:2 49:11 50:7 52:25 53:4 55:13,18 58:21 70:10
free-lance 50:12
free-lancing 50:9
frequency 67:19
Frometa 1:3,14 4:11 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 73:13,17 74:4 75:11
front 63:8,11
full 19:15
further 3:13,21 70:13 73:10 74:15 75:16
future 58:4 60:21

G

garage 12:17
garbage 28:11,12
gentleman 63:13,14
Gentlemen's 19:19,21 20:2,7,15,24 21:5,9 21:15,19 22:12 23:13 23:24 24:17,21 25:3 25:9,20 27:14 30:25 32:17 33:2,7,24 34:9 43:16,22 44:4,11,22 44:25 49:11 50:18
gestures 4:24
girl 10:24
give 4:21 7:10 29:23 52:25
given 42:7 61:9 75:14
giving 54:9
Gladys 9:8 30:21
glasses 61:23
go 30:15 34:9 35:19 42:10,12,13,16 46:16 47:8,10,23 49:14 50:10,11,12 52:22 54:8 55:25 57:11 61:8 68:8,9,25 71:5
going 4:19 5:5 18:16 19:3 20:8,22 22:6,10 22:16,20 25:16,17
27:2,20,22,23,25 28:2,8,9,12,16,18 29:23 31:11,12 34:11 34:20,24 35:11,18,22 36:6 37:19 43:10 47:25 48:9,10 52:12 54:2,5 56:7 58:4 59:3 63:24 64:5 67:13,16 67:19 71:8,10
good 61:13 68:3
green 28:16
ground 26:22
guess 5:2 64:9
guy 38:16
guys 28:11

H

half 6:23 28:22 55:25 61:4
hand 75:21
happen 17:19 52:12 64:8
happened 17:23 29:6 29:21 37:13 45:5 64:9 65:19,22,25
happy 44:12
hard 29:9,10 59:6 71:2
Haulers 1:6 4:18
headed 36:8
headlight 64:2,3
healthcare 54:15,18 62:11 70:2,4
heard 29:6
heavy 26:25 31:5
held 1:16 10:12 33:13 35:17 56:25
hello 37:13,14
hereinbefore 75:12
hereunto 75:20
Highway 35:10,12
hit 29:8,9,11 38:10 63:14,21 64:25
holding 41:2
home 11:23 12:2 31:10 37:10 42:3,10,12,16 45:6 46:17,18 49:14 49:23 51:3 57:13 62:14 66:16
hope 57:5
hospital 41:6,8,25 42:5 42:17,19 45:7,12 57:2,4 60:12,17 62:4 62:8
hour 28:8 56:2 63:7 69:15
hours 14:16 49:13 50:11 69:6,14,23
house 34:10
hurt 37:17,17
hurts 45:23
Hyundai 66:8

Page 3

I

ice 26:19
identities 40:13
identity 38:20 51:17
ill 8:8
images 41:21
immediately 26:15,16 42:20,22
impact 34:14 42:20,22
inch 26:22
inches 26:23,23
incident 16:11,16,22 17:9,19 18:9,15 19:3 25:7 27:15 30:17 35:2 36:8,20 40:16 43:13,17 47:11 48:7 50:22 52:8 65:14 66:15 69:7
include 72:8
including 34:4
income 15:15
independent 12:25 13:3
indicating 60:23,24
information 15:23 46:14 48:15 51:4 74:9
initial 52:7
inject 59:3
injection 54:6 58:20,20
injured 46:4,7 62:22 63:15 64:6
injuries 54:22 55:21
inpatient 42:5,8
inside 27:8 29:7 41:4 66:23
insurance 64:18 67:7 69:11
intend 30:15
intention 34:8
interested 75:19
interpreter 33:17
involved 63:17 64:20 66:14
involving 66:8
Island 51:2
issue 30:6
issued 61:18

J

JAGUAR 1:24
Jersey 63:23 64:24 65:18,19
jet 15:17
job 71:3
July 65:22,24,25
jurat 72:8

K

Kalsman 53:10,11,15 53:17,22 54:10,14,17
54:20 55:4,7,10
keep 12:4 28:16 34:24 50:13 52:10 58:6 63:24
kept 43:8
kill 54:6
kind 13:2 39:3 47:14 53:14 57:22 58:9 60:5,9 61:15 65:2,4,7
knew 31:12
knocking 37:10,11 38:17
know 5:2 13:17 17:23 18:9 22:25 27:23 29:8 36:19 37:5 38:15,17,23 40:8,15 40:22,22,25 41:13,20 42:18 45:14 46:15 49:24 50:24 60:5,7 62:7 67:8 70:7 71:22 72:6
known 5:9
Krishna 57:17,19,23 57:25 62:10,18 67:22

L

l 3:4 8:12
LA 63:5,10
ladies 40:6,7 41:2
lane 28:4,4,7,9,13,17 28:21 71:10
lanes 71:5,7,13
languages 39:11
large 63:25 65:5
lawsuit 16:12
lawyer 4:17
laying 53:19
leading 27:15
lean 45:23
learn 38:19
learned 10:23
leave 26:15,16 50:11
leaving 33:5 63:22
left 4:23 17:22 25:19 27:14,20,24 28:25 31:10 32:22 34:9 45:14 46:22 48:15
leg 55:25 56:7 61:7
Let's 44:8 59:11 68:11
level 62:3
levels 26:22
Lexington 28:19 34:18 34:21,23,25
license 61:12,15,17,21
life 59:8
light 28:2,5,16 29:2,7 31:14 34:14,17 50:5 64:2,3,5,25
line 19:6 74:10
liquid 59:4
Listen 69:13
little 24:23 25:15 31:4 63:12
live 6:3 7:8,21 63:7
lived 7:25 8:3,4
lives 30:20
LLP 2:9
locate 19:2
located 13:11 48:23
location 12:3 24:7
long 5:23 7:3 16:6 19:5 25:2,7 32:15 47:23 51:2
longer 14:16
look 29:8 39:2 47:16 58:2 71:24
looked 28:23 41:3 63:23 65:5 71:2 72:2
looking 63:24 71:16,19
looks 71:21
lose 36:22
loss 49:12
lost 51:19
lot 63:22
loud 29:6
lower 46:8 54:21 56:19 56:20 58:13 59:5 61:5 68:4
lumbar 54:21 56:22
Lumber 60:8

M

M 4:2 8:12
Madison 28:5,10 40:21 48:25
maintain 51:9
man 38:16,20,22
management 21:14,20 21:24
manager 44:24
Manhattan 52:20
March 64:21 65:14 66:5,15
Mario 1:6 4:17
marriage 75:18
married 9:21,22,23 10:23
material 64:4
matter 17:11 75:19
Ma'am 22:19 30:14 31:7 34:13 44:21 56:11 68:15 70:16
mean 11:22 15:20
meaning 56:4
means 42:2
medical 46:19,22,23 47:7 48:11,12,18,20 49:2 57:6,11 60:3 62:10,19 74:11
medication 68:15,22 69:2,16
medications 68:19
medicines 69:8,21
Medina 9:8
memory 47:21
mentally 8:7,8
mention 10:22
meters 24:24
middle 28:3,4,7,9,13,17 28:20,20 46:10
Midtown 48:19
migrans 68:24
miles 28:8
Miller 2:11 4:8,16 10:8 11:24 14:17 18:4,20 18:25 29:13,22 30:7 31:15 32:3 33:14 34:6 35:24 37:21 38:11 44:6,12,17 45:25 48:9,21 51:14 52:2,5 56:8 59:11 66:13 68:11 70:11 73:9 74:4
minutes 36:24 39:16 56:2 59:10
mirror 28:24
missing 17:24 18:2
mom 6:3 7:3,24 8:4,6 9:13,17 30:20 36:18 43:4,5 57:13 63:5 66:19
money 67:4 68:23
month 17:12
monthly 12:17
months 25:12 52:11 55:22,24 58:24
morning 31:13
MOSKOWITZ 2:8
mother 6:17 7:7 36:19 43:6
mother's 6:4 32:21,23
move 11:5 14:17 18:4 24:4 28:25 29:13 31:15 33:25 37:21 44:8 45:25 56:8
moving 7:6
MRI 52:13,14,19 54:3 58:3 62:10
MV104 72:5
Myrtle 8:10,18 9:2,12 12:15

N

n 2:2 3:4 4:2,2 5:17,17 74:1
name 4:9,16 5:10,12,13 5:14,15 6:4,6,7,8,14 8:25 9:4,6 11:2 13:15 13:18 19:15 33:23 34:2,4 48:15 60:7
named 10:20,21,24,24 10:25
NANCY 1:17 75:8,23
NASCA 1:17 75:8,23
near 33:7
neck 37:16,17 45:23 46:8,18 47:22 53:16 54:4,7 58:20 60:25 61:2 62:23 68:4 70:7
need 56:4 64:19
needed 58:25
needle 53:19,20
needles 58:22
nephew 6:19
nerves 59:3
neurologist 47:22 48:13 57:24 58:10
never 66:7
New 1:2,10,10,18 2:5,5 2:10,10 4:5,15 7:12 8:13 61:18,19 63:23 64:24 65:17,19 75:4 75:10
news 31:11,19
night 18:15 29:21 30:3 60:14 61:25 68:25
nine 46:24 47:2,3,6,11 49:3 52:8 68:4
nods 4:24
noise 29:6
noon 45:17
north 24:15 36:11
Notary 1:17 4:4 73:22 75:9
note 44:9,13 70:11
noted 34:7 44:6
notes 70:25
notice 28:11
noticed 28:8
number 7:13,14 36:14 36:17 65:10
numbness 55:25
Nydia 6:5,6,7

O

O 3:4 4:2,2
oath 3:16
objection 12:24 13:5 13:10,16,20,24 14:4 14:12,22 16:24,25 18:17,21,24 19:11,12 19:17,18,23 20:4,9 20:12,17,20 21:7,12 21:17,22 22:2,13,22 24:18 25:5,11 31:24 33:23 34:4,7 43:18 43:24 44:5,7,10,13 44:18 49:6,15,19 50:2 51:10 62:6 63:3 63:20
objections 3:22
obtaining 51:16
occupation 12:22
occurred 16:13 18:10

Page 4

30:15,17 36:9 66:5
oddly 48:15
officer 3:15,18 71:4
officer's 70:25
old 6:22 63:13
older 6:24 63:13
once 50:10 53:3,5
ones 62:12
open 17:24,25
operate 56:20
operated 56:19
opportunity 70:17 73:5
Order 1:16
Oriental 63:13
outcome 75:19
owner 13:14
o'clock 17:22 19:14 26:12 33:17
o0o 73:11

P

P 2:2,2 3:4
page 72:7 74:3,10
pain 38:6 54:7 55:24
painful 58:21
painkiller 58:20
pains 14:16
paper 54:3
park 11:20 23:7,14 28:15,17,19 48:25
parked 23:17,25 24:7 24:11,14 25:13 66:20 66:21
parking 12:7,8,10,14 12:18 63:22 71:8,10
part 41:22 48:14 64:4
parties 3:9 75:17
passed 40:20
passengers 25:18
passing 28:10 40:21
patrons 20:3 21:10,16
pay 69:10 74:13
paycheck 51:16
payments 15:5
PC 48:18
people 66:23
perform 60:2
period 69:15
permission 47:19
pertaining 70:14
phone 36:14 43:8,9,20
physical 67:14,16
pick 43:3,4
pin 22:17
pinch 55:23
place 1:16 13:18 59:23
plaintiff 1:4,14 2:4 4:2 19:2
plaintiff's 48:19 74:14
planing 30:18
plans 60:20
PLATTA 2:4,6 10:7 11:22 12:23 13:4,10 13:16,20,24 14:4,12 14:22 15:22 16:24 18:7,11,17,22 19:11 19:17,23 20:4,9,12 20:17,19 21:7,12,17 21:22 22:2,13,22 24:18 25:5,10 29:15 29:19 30:5,12 31:24 32:8 33:10,16,18,21 35:13,21 36:2 38:9 40:9 43:18,24 44:5,9 44:15,20 47:20 48:17 49:6,15,18 50:2 51:10,22 52:3 60:24 62:6 63:3,20 64:14 65:16 66:11 71:23
please 4:10,13
PLLC 2:4
point 22:18 37:14 54:7
police 36:25 39:13,18 39:25 64:12 70:17,19 70:23 71:4,17,20,25 72:4 73:3
portion 33:25 37:22 56:9
portions 14:18 18:5
position 29:24 30:8
post 17:16 70:14 74:15
Practice 48:20
precipitation 27:2
prefer 47:20
prejudicial 18:23 19:8 34:3 44:19
prescribe 68:22 69:10
prescribed 67:21 68:20 69:8,17,19
prescriptions 69:22
present 30:2,3
preserving 18:23 34:5
prior 7:6 8:20 11:19 25:4,7 32:16 34:14 39:18 48:6 62:23 63:2,18 68:16 69:6 69:14,15,24
private 15:17,18 17:4
privileged 19:7
probably 14:14 46:24 50:3 51:12,12 64:22 65:15
problem 54:9
procedure 59:9 70:8
proceed 27:18
proceeded 28:7,12,25
produce 30:10
proper 51:17
provide 51:15,23
provided 30:9 48:12,13 48:19 51:25
providers 54:15,19
57:7 62:11 70:3,4
Public 1:17 4:4 73:22 75:9
punch 50:16
purchase 21:3,16
purchased 21:10,25
purpose 51:16,19,20
purse 47:16
pursuant 1:15
pursue 11:8
put 27:17,19 28:2,24 37:14 41:4 58:21 63:23 64:13
putting 28:12
P.C 62:20
p.m 19:22,24 25:25 26:4 73:13

Q

QUEENS 75:6
question 4:21,25 5:3,4 5:5,6 18:8 22:17 23:11 29:16,17 31:20 37:20,24,25 38:3 42:6 44:8 49:5 64:15 69:12,13
questioning 19:7
questions 4:20 73:10
quickly 29:6 63:12

R

r 2:2 4:2 8:12 75:2
rain 26:20
raise 34:3
Ramesh 54:23
ran 53:19,20 63:25
Ranga 57:17
read 29:15,18 37:23 38:2 54:3 68:10 70:24
reading 61:25
realize 37:4
realized 37:12
really 24:22,22
rear 40:19
reason 18:21 60:17
recall 8:21 22:9 26:24 28:21,23,24 31:2,6,8 31:20 32:5,12,15 41:16 44:24 45:19 62:12 63:21 64:23 71:16,19
receive 56:13
receives 52:13
recess 33:19 59:13 68:13
recognize 36:14
recollection 26:9 31:18 31:18 62:15 65:13
recommended 58:5
record 4:9,12 8:24
10:10,12 14:23 21:24 22:16 29:23 33:11,13 33:25 35:15,17 36:3 48:10,18 65:12 70:12 75:14
records 21:8 48:12 50:13,20 51:18,23,24 55:20 74:12,13
Recycling 1:6 4:19
red 27:25 28:5 29:3 34:14,17 63:12
refer 53:6,9 54:15,18
referral 55:10
referred 48:2 53:10 54:20
refill 61:3
refresh 62:15
regard 33:23 57:7 61:10 70:13
regarding 51:23,24 74:13,15
regular 11:21 21:11 61:17
related 75:16
remember 5:19 7:14 8:16 12:19 17:21,22 18:13 19:13 20:25 22:5 23:2 24:25 26:17 28:14 29:5,11 31:4,5 39:8,11 41:4 41:15,23 42:18,19 43:19 44:23 45:2,18 46:20 65:6 73:4
rent 6:2
repeat 15:8 25:6
report 64:17 67:6 70:17,20 71:17,20,25 72:5
reporter 29:18 38:2 75:8
REPORTING 1:24
represent 4:17
Republic 11:4
requested 29:17 37:25 74:9
reserve 70:12 74:15
reserved 3:23
reside 6:9,17 7:7,20 9:10
resided 5:23 7:3
residence 6:10,18
resides 8:25
respective 3:9
response 4:21 48:19
responses 4:22
responsive 14:19 18:6 29:14,20 31:16 37:23 56:10
rest 9:14 59:7
restrictions 61:20
result 43:13
reverse 63:24
review 70:17
reviewed 71:24
revised 72:4
re-ask 5:4
re-do 59:7
Rick 13:14
Rick's 13:9,11,22,23 14:7 15:7,12 16:17 16:22 18:14 19:10,15 19:21,25 20:6,15,23 21:4,9,14,18,20 22:11 23:12,23 24:3 24:8,17,19,21 25:3,9 25:19 27:14 30:25 32:17 33:2,6,24 34:9 43:15,21 44:3,11,22 44:25 49:10 50:17
rides 9:7
right 34:5,23 37:3 62:13 70:12 74:15
room 41:11,18 42:4,7 45:15,21 46:4,13,16 46:17 62:4
route 27:13 29:20 35:4 35:5,7
rules 48:14
run 59:4
Runner 11:15,17 23:4
running 59:2
rush 63:7

S

S 2:2 3:4,4
safe 27:18 28:15,25 35:5
safest 35:6
SAM9466 2:12
Sanchez 9:5
saw 28:14 49:4 53:20 54:3,11 55:4 62:16 63:10
saying 23:9 37:13 58:6
Scan 41:19,20 46:9,16
scared 37:14 53:18
scene 37:2
schedule 51:20 74:14
scheduled 33:17 70:8
sealing 3:9
seat 47:4
second 7:16 70:15 74:16
seconds 28:6,7 29:4,4
Security 65:9
see 10:16 29:9 45:11 46:9 53:22 54:10 55:3,7,8,12 57:6 58:11,14,17 67:2 70:19
seeing 55:6,16 57:19
seen 48:5 70:5

Page 5

send 46:18 52:14,16
sense 5:4
sent 42:3
September 11:7
set 75:12,20
seven 49:17 58:23
shacking 37:15
shaking 37:5,16
shift 20:14,23 22:19 23:5,22
short 19:5 39:3
Shorthand 75:8
show 19:9,25 47:16
sibling 10:18
siblings 10:21
side 24:10,13,15,16,19 35:10,12 58:22,22 71:9
sign 50:16
signed 3:14,17
sir 11:18 12:13 15:14 18:19 25:21,23 39:19 41:12 48:8 60:19 62:21,24 64:7 65:21 67:15 70:6
sister 6:13,25 7:2 8:7 10:19 63:6
sister's 5:13
sit 67:23
six 58:22 71:13
SLAWEK 2:4,6
sleep 68:25
sleeping 37:12
slight 27:22
slightly 31:25 32:6,9,10 32:12,16,25
slowly 29:2 63:25
small 63:12
snow 26:19,21 33:8
snowfall 26:25
snowing 31:3,9,14 32:2 32:6,9,11,13,16,22 32:25
Social 65:9
son 10:23
Sonata 66:9
soon 56:3
sorry 7:18 8:10 10:7 14:20 24:12 26:2 30:16 35:18 39:21 45:22 47:9 54:16 59:17 64:16 65:3 67:25 71:18 72:6
sort 46:21 47:7
south 24:19 27:20 28:15,18,19 36:11,13
SOUTHERN 1:2
span 47:11
Spanish 39:4,10
speak 37:7 38:7 39:9 44:3,21 73:6
spell 5:16 8:11
spend 9:13,19 12:11,15 26:14 60:14
spends 9:15
spinal 46:9 54:21 59:2 59:4,5 61:3
spoke 38:4 39:10
SP2699 2:6
SS 75:5
stand 48:21 52:19 62:10
standing 29:5 38:17 44:7,13 61:13
started 19:21
starts 61:6
state 1:18 4:5,9,12 30:4 61:18,19 75:4,9
statement 33:22
statements 30:9
States 1:1 5:21 11:6
stating 30:8
stay 8:9 9:14 58:24
staying 12:3
stenographer 4:23
stepped 41:2
stick 23:4
stiff 37:17 38:5 49:23
stipulate 44:16,17
STIPULATED 3:7,13 3:21
stop 34:11 63:10,11,12
stopped 15:6,10 16:18 16:23 29:3
straight 34:24
strapped 41:5
street 1:9 2:10 4:14 5:24 7:11 8:21 9:7,11 12:4,6,8,10,12,14 13:12 23:14,16,18 24:2,10,13,21 25:17 27:17,19,25 28:3,4 28:10 33:6 34:18 35:8,11,23 36:6 40:21 41:9 47:13 48:24 52:17,17 53:12 57:12 71:6,14
strike 11:25 14:18 18:5 29:14 31:16 33:25 37:22 46:2 56:9 66:24
struck 36:23 40:18,19 40:24 65:4
Stuart 2:11 4:16
stubs 51:9 74:13
stuff 43:10 54:4
submit 29:25 30:10
Subscribed 73:20
suddenly 29:4
Suite 2:5
supposed 69:22 70:9
sure 27:18 47:18 52:5
66:13
surgery 16:8 55:14 56:4,25 57:20,21 58:12,13,15,18,19 59:16,19,23 60:2,5,9 60:18,21 70:15 74:16
surgical 70:8
SUV 63:25 65:5
sworn 3:14,17 4:4 73:20 75:13

T

t 3:4,4 4:2 8:12 75:2,2
take 4:23 8:7,8 25:18 33:15 35:6,22 59:11 59:23 66:11 67:12 68:11,15,20,21 69:23
taken 1:15 3:19 30:12 33:20 35:4 41:6,8,10 59:14 68:14 69:7,23
talk 39:13
talking 38:12 64:23
taxi 45:8
tell 5:12 11:13 23:16 27:13 35:3 39:14 45:4 46:3,6 52:6,11 56:16 67:9
telling 46:13 56:6
ten 17:10 68:3,3
terms 15:5
tested 62:3
testified 4:6 15:10 16:15,20 19:20 31:7 31:8,25 32:4,5 34:13 40:19 49:9 50:6,8 68:5 70:3
testify 35:25 38:12 47:21 68:16 69:4
testimony 14:18 18:5 26:10 38:14 70:13 74:15 75:14
testing 41:17
therapy 67:14,17 68:8
thing 27:8 42:23
think 10:2 30:5 45:18 48:24 51:5 57:5 64:10
third 7:18 8:21 52:18
thought 37:10
three 9:14,15,16 14:14 15:2,11 16:17,21 25:12 43:25 49:11 50:7 55:13 58:24 66:19 67:20 68:9 70:9 71:7
ticket 27:10
tickets 61:9
time 1:16 3:23 7:25 8:22 9:19 12:11,15 14:11,24 15:6,6,13 15:16,20 16:3 17:19
17:21,23,24 18:2,9 19:2,9 20:16 25:22 26:14,25 29:2 33:23 34:2,5 39:12,13,14 39:25 40:2 41:13 42:16,19 44:10 45:14 45:16 46:21 50:21 53:25 54:11,12,13 55:4,6,15,18,23,24 58:14 59:15,18 69:14
times 53:2 55:13,13
today 16:12 26:10 67:24 68:17,18,21,24 69:4 70:3
told 39:6,7 45:20 54:2 54:4 55:21 58:3 60:7
topless 14:3 16:22 17:14 20:11 21:4,18
total 71:13
Toyota 11:15,16 23:3
traffic 71:5
treatment 46:22 47:7 47:12 49:2,8 52:10 56:13,15,17 57:8
trial 1:13 3:23 34:5
truck 28:11 41:3
true 75:14
truthfully 69:4
trying 18:25 32:4 43:8
turn 27:20,21,25 28:3 29:10 34:23
turning 59:6
Twice 53:23
two 6:10 9:14,15 12:7 16:5 17:3,12,13 28:11 40:6,7 41:2 50:3,8 52:11 55:22 55:24 60:15 68:9 71:8,10
type 11:13 19:4 41:16 46:19

U

U 3:4
uncontrollably 37:16
understand 4:25 5:3 16:11 35:14 42:6 71:3
understood 5:6
United 1:1 5:21 11:5
unoccupied 66:22
use 44:10 68:24

V

Vegas 63:7
vehicle 11:21 12:5 23:3 23:7,14,17,24 24:6 25:19 36:23 37:8 38:4,8,10,13,16 39:17 40:5,18,20,23 66:8,14,16,18,24
73:6
veracity 30:6
verbal 4:22
Villafuerte 47:13,15,24 48:3,6,13 49:4 52:6 52:23 54:14,17 55:16
Villatuerte 54:11 62:9 74:12
volunteering 15:23

W

W 2:4,6
wages 51:25
wait 20:20 55:22
waiting 16:7,9
waitress 13:6,8 20:2 49:10
waitressed 14:25 16:16 25:3
waitresses 22:10
waitressing 15:7,10 16:18 17:14 25:8
waived 3:11
walk 56:3 59:8 61:5
walking 68:9
want 4:25 11:24 16:8 22:17 33:14 35:21 36:2,3 50:10 55:8 56:16 69:10
wanted 29:8 54:5
watched 31:19
watching 31:11
water 43:10,12,13
waves 4:24
way 15:9 35:22 75:18
wear 61:23
wearing 47:4
weather 26:17 30:23 31:21
week 9:14 49:17,20 50:3,8,12 53:3,5 67:20
weeks 14:14 15:2,11 16:5,17,21 17:3,12 17:13 47:25 49:12 50:3,7 52:10,24 53:4 70:10
went 23:9 27:16 32:20 46:17 47:12,12 49:24 55:9,20
west 35:10,12 71:9,11
Westchester 57:15,16 62:10,18,19 67:18
WHEREOF 75:20
White 39:4
Wilson 2:8 4:17
window 37:15
windy 26:20
witness 14:20 30:2,9 32:10 36:5 38:14 40:11 61:2 64:16



65:17 72:2 74:3 75:11,15,20
woke 37:4,9,12
word 60:8
words 44:10
work 13:2 15:5,13,17 15:24 17:22 19:21 23:9,12 30:25 31:13 31:22 32:20 45:5 61:7
worked 16:3,20 25:14 26:10 51:21 64:4
working 15:12 16:9 18:14 21:4 40:10,11 43:11 68:6
worse 26:19
writing 30:13 52:4

X

x 1:2,8 74:1
X-rays 58:2

Y

y 8:12
year 11:19 59:7 61:4 64:11,12
years 7:5 10:6,10,14 61:4
York 1:2,10,10,18 2:5 2:5,10,10 4:5,15 7:12 8:13 61:18,19 75:4 75:10
younger 6:24 7:2

Z

zip 7:17,19 8:14,16,17 8:22

$

$500.00 67:11

0

01502.00009 2:13
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 65:11
07-CV-6372 1:8

1

1 26:22
1A 4:14
10 7:5 39:16 56:2
10:25 1:11
10004 2:5
10017 2:10
10466 4:15
11 74:15
11205 7:19 8:15,17
12th 75:21
12:00 45:16,17
12:05 73:13
13 20:7
13th 18:15 19:10 20:8 20:22 22:6,10,18,20 23:13 24:8 25:4 30:24
14 6:23 11:17 16:16 17:16,20 63:2 69:7 69:24 74:13
14th 11:20 16:13,22 17:3,8 18:16 20:8,16 20:22 22:7,11,18,20 23:8,23 25:20 26:18 42:10,17 45:7 48:6 49:3 62:5 63:19 69:13 73:7
15 28:8
15th 49:21
150 1:9 2:10
17th 56:24 59:24
1752 7:11 9:7 12:11
19th 41:9
1927 2:5
1978 11:7

2

2 26:22 61:4
2:00 33:16
20 28:6,8
2001 11:15
2003 5:25 7:7
2007 1:11 11:17,19 12:20 16:13,16 17:4 17:8,16,20 19:10 20:7,16,23 22:7,11 23:8,13,23 24:8 25:4 25:20 26:18 49:22 59:24 62:5,23 63:2 63:19 64:21 65:14,23 66:2,5,15 69:7,24 73:7,21 75:21
21 5:19 10:2 11:9
23d 35:11
23rd 27:25 28:3,4,9 34:17,19 35:8,23 36:5 40:20 71:6
233rd 4:14 5:24 9:11 12:4 33:6
24 69:6,14,15,23
25th 53:12
26A 48:14
29 65:25

3

3/25/68 10:4
30 28:6
3262 57:17 62:18
33rd 13:12 23:18,20 25:16 27:17,18 33:7

4

4 1:11 49:13 74:4
4:00 17:22 25:24 26:3,6 26:12
40 59:9
42 1:9 2:5,10
43rd 47:13 48:24 57:12
433 8:10
448 9:15
48 74:11
488 8:10,18,25 9:11 12:15

5

5 10:6,9,13 14:16 26:23 29:3,4 49:13
51 53:11 74:13
530 54:25

6

666 4:14 5:23 9:11 12:3 33:5

7

70 74:15
718 1:25 36:15
75th 52:17
77th 52:17,17

8

8 50:11 66:5
8th 64:21 65:14 66:15
858-7700 1:25
881-3716 36:15

9

9 7:11 74:11
9th 8:20 9:7 12:11
9:00 19:13,22
911 37:4 42:24,25