UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ADONNA FROMETA,

                             PLAINTIFF,

   -against-        Index Case No:
                      07CIV6372

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS RECYCLING,

                            DEFENDANTS.
-----------------------------------------------X

               DATE: January 11, 2007
               TIME: 5:10 P.M.

    CONTINUED EXAMINATION BEFORE TRIAL of the Defendant, MARIO E. DIAZ-DIAZ, taken by the Plaintiff, pursuant to an Order, held at the office of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 150 East 42nd Street, 23rd Floor New York, New York 10017 before Lorraine DeSalvio, a Shorthand Reporter and Notary Public of the State of New York.

Page 112

1
2  APPEARANCES:
3
4  SLAWEK W. PLATTA, LLM
      Attorney for Plaintiff
5     42 Broadway
      Suite 1927
6     New York, New York 10004
   BY: SLAWEK W. PLATTA, ESQ.
7
8
9
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
10    Attorneys for the Defendants
      150 East 42nd Street
11    New York, New York 10017
   BY: JOHN A. HSU, ESQ.
12
13
   ALSO PRESENT
14 ABLE DOCE-SPANISH INTERPRETER
15
       *       *       *
16
17
18
19
20
21
22
23
24
25

Page 113

1
2        FEDERAL STIPULATIONS
3
4        IT IS HEREBY STIPULATED AND AGREED
5  By and between the counsel for the respective
6  parties hereto, that the filing, sealing, and
7  certification of the within deposition shall
8  Be and the same are hereby waived;
9
10       IT IS FURTHER STIPULATED AND AGREED
11 That all objections, except as to the form
12 Of the question, shall be reserved to the times
13 Of the trial.
14
15       IT IS FURTHER STIPULATED AND AGREED
16 That the within deposition may be signed before
17 Any Notary Public with the same force and
18 effect
19 As if signed and sworn to before this court.
20
21
22       *     *     *     *
23
24
25

Page 114

1
2   MARIO E. DIAZ-DIAZ, called as a
3   witness, having been first duly sworn by a
4   Notary Public of the State of New York, was
5   examined and testified (through the Spanish
6   interpreter) as follows:
7   EXAMINATION BY
8   MR. PLATTA:
9       Q.   Please state your name for the
10  record.
11      A.   Mario E. Diaz-Diaz.
12      Q.   Where do you reside?
13      A.   91 Sprint Street, Apartment 1,
14  Passey, New Jersey 07055.
15          MR. HSU:  This is a continuation
16      from of the deposition of Mario
17      Diaz-Diaz as from December 4, 2007.
18          MR. PLATTA:  And let the record
19      reflect that this deposition was
20      supposed to start at 4:00, it is now
21      5:10 and this is due to the defendant.
22      Plaintiff's counsel and the translator
23      and ma'am court reporter were present
24      all the time as well as defense counsel.
25      Q.   Mr. Diaz-Diaz, good afternoon.  How

Page 115

1              M. DIAZ-DIAZ
2   are you today?
3       A.   A little tired.
4       Q.   I will repeat what I said during
5   the very beginning of the first deposition.
6   I'll be asking you some questions about the
7   accident that happened on February 14, 2007 and
8   I'll ask you to keep your responses verbal, and
9   please remember also that nods of your head
10  will not be recorded by the court reporter.
11      A.   Okay.
12      Q.   And if you don't understand a
13  question I ask you, tell me and I'll rephrase
14  the question.
15      A.   Okay, very well.
16      Q.   If you need to take a break, you
17  may do so, however, I ask that you respond to
18  the question first.
19      A.   Okay.
20      Q.   And also, if I don't hear you
21  saying you don't understand something, my
22  understanding is that you understood the
23  question and responded truthfully and
24  adequately to every question asked.
25      A.   Yes.

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------------X
      ADONNA FROMETA,
 4
                                      PLAINTIFF,
 5
 6         -against-            Index Case No:
                                07CIV6372
 7
 8    MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS
      RECYCLING,
 9
                                      DEFENDANTS.
10    ------------------------------------------------X
11
12              DATE: January 11, 2007
13              TIME: 5:10 P.M.
14
15
16         CONTINUED EXAMINATION BEFORE TRIAL of
17    the Defendant, MARIO E. DIAZ-DIAZ, taken by the
18    Plaintiff, pursuant to an Order, held at the
19    office of Wilson, Elser, Moskowitz, Edelman &
20    Dicker LLP, 150 East 42nd Street, 23rd Floor
21    New York, New York 10017 before Lorraine
22    DeSalvio, a Shorthand Reporter and Notary
23    Public of the State of New York.
24
25
```

Page 112

```
 1
 2  A P P E A R A N C E S:
 3
 4  SLAWEK W. PLATTA, LLM
       Attorney for Plaintiff
 5     42 Broadway
       Suite 1927
 6     New York, New York 10004
    BY: SLAWEK W. PLATTA, ESQ.
 7
 8
 9
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
10     Attorneys for the Defendants
       150 East 42nd Street
11     New York, New York 10017
    BY: JOHN A. HSU, ESQ.
12
13
    ALSO PRESENT
14  ABLE DOCE-SPANISH INTERPRETER
15
         *    *    *
16
17
18
19
20
21
22
23
24
25
```

Page 113

```
 1
 2       FEDERAL STIPULATIONS
 3
 4       IT IS HEREBY STIPULATED AND AGREED
 5  By and between the counsel for the respective
 6  parties hereto, that the filing, sealing, and
 7  certification of the within deposition shall
 8  Be and the same are hereby waived;
 9
10       IT IS FURTHER STIPULATED AND AGREED
11  That all objections, except as to the form
12  Of the question, shall be reserved to the times
13  Of the trial.
14
15       IT IS FURTHER STIPULATED AND AGREED
16  That the within deposition may be signed before
17  Any Notary Public with the same force and
18  effect
19  As if signed and sworn to before this court.
20
21
22       *    *    *    *
23
24
25
```

Page 114

```
 1
 2  M A R I O  E.  D I A Z-D I A Z, called as a
 3  witness, having been first duly sworn by a
 4  Notary Public of the State of New York, was
 5  examined and testified (through the Spanish
 6  interpreter) as follows:
 7  EXAMINATION BY
 8  MR. PLATTA:
 9     Q.   Please state your name for the
10  record.
11     A.   Mario E. Diaz-Diaz.
12     Q.   Where do you reside?
13     A.   91 Sprint Street, Apartment 1,
14  Passey, New Jersey 07055.
15         MR. HSU:  This is a continuation
16     from of the deposition of Mario
17     Diaz-Diaz as from December 4, 2007.
18         MR. PLATTA:  And let the record
19     reflect that this deposition was
20     supposed to start at 4:00, it is now
21     5:10 and this is due to the defendant.
22     Plaintiff's counsel and the translator
23     and ma'am court reporter were present
24     all the time as well as defense counsel.
25     Q.   Mr. Diaz-Diaz, good afternoon.  How
```

Page 115

```
 1              M. DIAZ-DIAZ
 2  are you today?
 3     A.   A little tired.
 4     Q.   I will repeat what I said during
 5  the very beginning of the first deposition.
 6  I'll be asking you some questions about the
 7  accident that happened on February 14, 2007 and
 8  I'll ask you to keep your responses verbal, and
 9  please remember also that nods of your head
10  will not be recorded by the court reporter.
11     A.   Okay.
12     Q.   And if you don't understand a
13  question I ask you, tell me and I'll rephrase
14  the question.
15     A.   Okay, very well.
16     Q.   If you need to take a break, you
17  may do so, however, I ask that you respond to
18  the question first.
19     A.   Okay.
20     Q.   And also, if I don't hear you
21  saying you don't understand something, my
22  understanding is that you understood the
23  question and responded truthfully and
24  adequately to every question asked.
25     A.   Yes.
```

Page 116

M. DIAZ-DIAZ

Q. Sir, previously we had marked Plaintiff's Exhibit 1, a police accident report. I'll ask that you have a look at that with permission of your counsel. When you are done looking at it, let us know.

MR. HSU: Don't say anything, just look at it and when you are done, tell us that you are done, okay.

A. Sir, did you ever see this document before that was marked as Plaintiff's Exhibit 1?

Q. This document?

Q. Yes.

MR. HSU: Yes or no.

A. This is a report from the police.

Q. That's correct. Have you seen this document before?

A. Yes, I've seen it.

Q. When did you see it?

A. The company who did the service asked me to go get it.

Q. What is the company that you just referred to?

A. All American Haulers.

Page 117

M. DIAZ-DIAZ

Q. Did you see this police report at their office?

MR. HSU: Objection. He just said they asked him to go get a copy of the police report from the police station so.

Q. Sir, when was the first time that you saw this police report?

A. One or two weeks afterwards.

Q. At what location was it?

A. I don't recall right now, I don't recall exactly right now, but I know where it is.

Q. Was it at the police precinct?

A. Yes.

Q. Did you see the police officer who was preparing this police report?

MR. HSU: At the time that he picked up the report?

MR. PLATTA: No. At the time that the report was prepared.

MR. HSU: You are assuming it was prepared in his presence.

Q. Did you see him prepare it?

Page 118

M. DIAZ-DIAZ

MR. PLATTA: Counsel, if you have objection, state it.

MR. HSU: I'm going to object because the question doesn't make sense.

A. No, I didn't see him. No, I didn't see it.

Q. Did you draw any kind of diagram for the police officer at the scene of the accident?

A. No, sir.

Q. What was the sum and substance of the conversation, if any, that you had with the police officer at the scene of the accident?

A. I didn't speak with the police officer.

Q. Who did you speak to at the scene of the accident besides my client that you already testified to?

A. There was a lady, as I said before, in the ambulance there was a lady in the ambulance that spoke Spanish.

Q. What was the sum and substance of the conversation that you had with her?

A. She came over to me because I was

Page 119

M. DIAZ-DIAZ

at my truck and the police officer told me to go up to the truck. She was smoking, she was smoking and I asked, how is the lady I asked, and she told me that she is fine.

Q. Did you speak to anyone else?

A. No, sir.

Q. How long did you stay at the scene of the accident afterwards?

A. How long?

Q. Yes.

A. It was a little bit more than an hour until the police officer told me that I could go, I didn't leave.

Q. Okay, how did you leave the scene of the accident?

A. In my truck.

Q. Did you continue on your route to work that night or something else?

A. I continued in my job, in my work.

Q. How long did you work that night?

A. Well, that the hour until 12:00 in the afternoon.

Q. When was the first time that you reported this accident to your office?

3 (Pages 116 to 119)

Legal Ease Reporting, Inc.
212-481-3500

Page 120

M. DIAZ-DIAZ

2  A.  It was something around 9:00 in the
3  morning that the offices were open already.
4  Q.  And that was the first time that
5  you had reported the accident to your
6  superiors?
7  A.  Yes.
8  Q.  Do you remember what you told them?
9  A.  Yes, I told them that I had an
10 accident.
11 Q.  Anything else?
12 A.  I only told them that I had an
13 accident and nothing else.
14 Q.  What was the name of the person
15 that you spoke with?
16 A.  There was a lady there who spoke
17 Spanish her name was Denarius and I spoke to
18 her in order for her to communicate with the
19 other people.
20 Q.  Do you know who are the other
21 people at the company?
22 A.  I don't know them personally, I
23 just know that there is a person called Tony
24 and that I have to speak to him about the
25 accident.

Page 121

M. DIAZ-DIAZ

Q.  Did you speak to Tony as well?
3  A.  No.
4  Q.  Was Denarius a translator?
5      MR. HSU:  Objection to that
6  question.  He didn't say that.  She
7  worked in his employment and she just
8  helped translate for him.
9      MR. PLATTA:  Right, I'm asking if
10 she was a translator.
11     MR. HSU:  Like a professional
12 translator.  Ask her what she did there.
13     MR. PLATTA:  Off the record.
14     [Discussion held off the record.]
15     MR. PLATTA:  Back on the record.
16 A.  Denarius speaks Spanish.
17 Q.  Is she a professional translator at
18 your office?
19 A.  She is simply an employee that
20 worked there and speaks Spanish, and I told her
21 that I had an accident, she communicated to the
22 people in the office.
23 Q.  Is there any kind of procedure that
24 you have to follow when an accident happens and
25 it involves your truck at your company?

Page 122

M. DIAZ-DIAZ

2      MR. HSU:  Note my objection to
3  form.
4  A.  Repeat the question.
5      MR. PLATTA:  Read it back.
6      [Whereupon, the requested portion
7  of the record was read back by the Court
8  Reporter.]
9  A.  Yes, they instruct us that when we
10 have an accident only to call, that's it.
11 Q.  Do you know the number to call?
12 A.  No, no, I had a radio.
13 Q.  Is it like a CB radio?
14 A.  Yes.
15 Q.  Did you call to report this
16 accident using the CB radio at night?
17 A.  No.  At 9:00 in the morning I
18 called.
19 Q.  Did you report this accident to
20 anyone between the time when it happened more
21 or less at 4:30 a.m. and 9:00 a.m.?
22     MR. HSU:  Besides the police that
23 took a report?
24     MR. PLATTA:  He didn't take a
25 report.

Page 123

M. DIAZ-DIAZ

2      MR. HSU:  It didn't mean they
3  didn't report it, you didn't ask if he
4  it provided them.
5      MR. PLATTA:  I'm asking about
6  anyone including the police.
7  A.  What?
8  Q.  Did you report that you had an
9  accident to anyone between 4:30 a.m. and 9:00
10 a.m.?
11 A.  Only the person who I said.
12 Q.  Who is that?
13 A.  As I said before, I called Denarius
14 in order for her to tell the other people and
15 in order for her to tell the owners or officers
16 of the company.
17 Q.  I understand.  That was at 9:00,
18 correct?
19 A.  It's around there because the
20 offices don't open exactly at this time that
21 you report to work.
22 Q.  My question is:  Did you speak to
23 anyone else between 4:30 a.m. and 9:00 a.m.
24 besides this person?
25 A.  No, no.

Page 124

M. DIAZ-DIAZ

1
2  Q. Did you call your wife?
3  A. No. I told her when I arrived.
4  Q. What did you tell her?
5  A. I told her that I had an accident
6  and I explained more or less, I told her that I
7  had an accident.
8  Q. What time did you tell her that?
9  A. I don't remember, I don't recall.
10 Q. Was it in the morning or afternoon?
11 A. I don't recall exactly because at
12 that time she was working in the morning.
13 Q. Sir, did you use your CB radio at
14 any time between the moment when you got into
15 your truck on February 14th and the moment of
16 the accident?
17 A. No, no, I didn't use it, no.
18 Q. Was it on during that time?
19 A. Are you asking me if it was turned
20 on?
21 Q. Yes.
22 A. Yes, yes, when someone gets in you
23 turn it on.
24 Q. Were you able to hear other drivers
25 speaking on the radio?

Page 125

M. DIAZ-DIAZ

1  A. No.
3  MR. HSU: I'm objecting to the form
4  because it assumes that there were other
5  drivers. Was anyone speaking on the
6  radio while you were driving your car?
7  Q. Was there anyone else speaking on
8  the radio at the time that you got to the truck
9  and the moment of the accident?
10 A. No, at the time in the wee hours of
11 the morning there are only two trucks that go
12 into work, the other trucks are not working at
13 that time.
14 Q. What is the procedure for using the
15 CB radio in other words, when did you use it?
16 A. It's only used when we go to the
17 clients and then they call the company and the
18 company calls us to let us know if there was
19 any service that we didn't provide or if there
20 was an anything left behind or if there was a
21 stop that we didn't make.
22 Q. Did you have a regular radio inside
23 the truck at the time of the accident?
24 A. Yes.
25 Q. Was it on?

Page 126

M. DIAZ-DIAZ

1
2  MR. HSU: At what point?
3  MR. PLATTA: At any time before the
4  accident.
5  A. Yes. From the moment that you
6  enter the office you removed it from the
7  charger and you put it into the truck and you
8  turn it on.
9  Q. Are you referring to the CB radio?
10 A. What is a CB?
11 Q. How did you call the radio where
12 you contact the base?
13 A. Walkie-talkie.
14 Q. Were you referring to the
15 walkie-talkie?
16 A. It's like a regular radio like
17 those phones that sound.
18 Q. My question is, did you have a
19 radio with music stations in your truck at the
20 time of the accident?
21 A. No, no. That truck did not have a
22 radio.
23 Q. During the last deposition we spoke
24 a little bit about snow tires and snow chains;
25 can you tell me if you remember if your car had

Page 127

M. DIAZ-DIAZ

1
2  snow tires at the time of the accident?
3  MR. HSU: Objection. This was
4  already asked and answered. You asked,
5  "Do you know when the last time that the
6  tires on your truck were changed and
7  answer was: "No, I don't remember".
8  Than you asked, "Can you tell me on the
9  day of the accident, did you check the
10 depth of the treads of the tires on your
11 truck before you starting driving on the
12 night of the accident, February 14th"?
13 MR. PLATTA: Counselor, I know what
14 I said. I'm asking about snow tires we
15 didn't even talk about it.
16 MR. HSU: Read back the last
17 question.
18 [Whereupon, the requested portion
19 of the record was read back by the Court
20 Reporter.]
21 A. Of the last time I told you, no.
22 Q. No, you didn't have?
23 A. It did not have chains.
24 Q. I'm asking you about snow tires?
25 MR. HSU: Do you know if the truck

Page 128

M. DIAZ-DIAZ

1  had snow tires on it at the time of the
2  accident?
3      THE WITNESS: No, no.
4  Q. No, it didn't have or no, you don't
5  know if it had?
6  A. It did not have them.
7  Q. Was it a procedure at your company
8  at the time of the accident describing when you
9  had to put snow tires on the truck?
10 A. I don't put tires on.
11 Q. I understand that you don't. My
12 question is, do you know if there was a
13 procedure saying exactly when you do have to
14 put snow tires on the truck, not just for you
15 but for anyone?
16     MR. HSU: If anyone.
17 A. I don't know if they had that
18 procedure.
19 Q. Same question about snow chains.
20 Do you know if there were a procedure that has
21 to be followed as to when you are obligated to
22 drive your truck with snow chains on it?
23     MR. HSU: Note my objection to
24     form.

Page 129

M. DIAZ-DIAZ

1  A. I don't know if they have that
2  procedure there.
3  Q. Did anyone at All American Haulers
4  ever tell you at certain times you had to put
5  snow chains on your truck?
6      MR. HSU: You are referring to
7      before the accident?
8      MR. PLATTA: At any time. At any
9      time before or after, yes.
10 A. No. They have never told me
11 anything.
12 Q. And sir, before you testified that
13 you checked the brakes in your truck, my
14 question is, how did you check that?
15     MR. HSU: Objection to the form, in
16     which are you characterizing his
17     testimony, it speaks for itself.
18 Q. Sir, did you check the brakes in
19 your truck on the night of the accident?
20     MR. HSU: Before the accident,
21     right?
22     MR. PLATTA: Yes.
23 A. As I said before, when you get into
24 the truck, you check the tires, you check the

Page 130

M. DIAZ-DIAZ

1  oil in the truck and as you are driving along
2  you check the brakes on the truck to see if the
3  brakes are working after you take off from the
4  shop.
5  Q. My question is: What did you do
6  that night to check the brakes?
7      MR. HSU: Asked and answered, don't
8      answer.
9      MR. PLATTA: Off the record.
10     [Discussion held off the record.]
11     MR. PLATTA: Back on the record.
12 Q. Again, what did you do that night
13 to check the brakes on your vehicle?
14 A. All the drivers before they turn on
15 their vehicles they check the fluids in the
16 car, they check the lights, they check the
17 tires. Again, another thing that we do is when
18 you get into the truck we have to check the
19 gauge to see if the air pressure on the brakes
20 goes up to 120 pounds, if it goes up to 120
21 pounds you know there is something wrong with
22 the brakes.
23 Q. That particular night, February 14,
24 2007, what did you do to check the truck, to

Page 131

M. DIAZ-DIAZ

1  check the brakes?
2  A. I came from New Jersey with the
3  brakes and they were working, I pumped them.
4      MR. HSU: Off the record.
5      [Discussion held off the record.]
6      MR. HSU: Back on the record.
7  Q. Sir, when you said that you pumped
8  the brakes, what was the reason for to you pump
9  the brakes?
10 A. When you pump the brakes when you
11 get up to 120 you pump the brakes in order to
12 get the pressure up. Sometimes it's at 90 so
13 you pump them to get them up to 120.
14 Q. Can you tell me when you did that
15 night?
16 A. Before I left. Before you leave
17 you have you to do it.
18 Q. At the time of the accident, can
19 you tell me what was your brake pressure?
20     MR. HSU: Note my objection to
21     form.
22 A. I couldn't tell you no, I could not
23 tell you.
24 Q. And when you pumped the brakes,

Page 132

```
1                M. DIAZ-DIAZ
2    what was the air pressure?
3        A.  I pumped the brakes in the yard.
4        Q.  I understand.  What was the brake
5    pressure at the time?
6        A.  At that moment it was 120.  Another
7    method that you use is that you press the brake
8    peddle for one minute.
9        Q.  Did you check the brake pressure at
10   any time from the moment that you left the yard
11   until the moment of the accident besides the
12   moment that you just described?
13       A.  That procedure is done in the yard.
14       Q.  My question is; did you observe the
15   pressure of your brakes at any time before the
16   moment between the moment when you left the
17   yard until the moment of the impact?
18           MR. HSU:  Note my objection.  It
19       assumes that he could see the pressure
20       on some gauge while he is driving the
21       vehicle.
22           MR. PLATTA:  I'll rephrase the
23       question.
24       Q.  Sir, how do you observe the
25   pressure of the brakes?
```

Page 133

```
1                M. DIAZ-DIAZ
2            MR. HSU:  I'm going to allow this
3        one more time.  It was asked and
4        answered.
5            MR. PLATTA:  Counsel, let him
6        answer it one more time.
7            MR. HSU:  That's it.  You are going
8        in circles.
9        A.  That procedure is done in the yard
10   because if the brakes are bad then you can't
11   leave.
12       Q.  My question is:  Is there any type
13   of equipment that shows you the pressure of the
14   brakes inside of the vehicle that you can see
15   while you are driving?
16       A.  No verbal response.
17           MR. PLATTA:  Repeat the question,
18       read it back.
19           [Whereupon, the requested portion
20       of the record was read back by the Court
21       Reporter.]
22       A.  Yes, there is a piece of equipment
23   there, I don't remember the name, but it tells
24   you what the pressure is of the brakes as you
25   are driving the vehicle.
```

Page 134

```
1                M. DIAZ-DIAZ
2        Q.  Now my question again; did you look
3    at this equipment that shows the pressure of
4    your brakes at any time from the moment when
5    you left the yard until the moment of the
6    accident?
7        A.  Read back the question.
8            [Whereupon, the requested portion
9        of the record was read back by the Court
10       Reporter.]
11       Q.  As one has the opportunity, one
12   looks at the dashboard because one depends on
13   that, there is the oil pressure dial, there is
14   brake pressure dial, there is also the
15   equipment that shows you how fast the car is
16   moving, it's all on the dashboard and you have
17   to look at that?
18           MR. PLATTA:  Move to strike as
19       nonresponsive.
20       Q.  What I'm interested in, did you
21   physically look at the piece of equipment that
22   shows the pressure of the brakes at any time
23   between the time-out that you left the yard and
24   the moment of the accident?
25       A.  You always have to observe it.
```

Page 135

```
1                M. DIAZ-DIAZ
2        Q.  I don't understand, does that mean
3    that you looked at it?
4            MR. HSU:  Yes or no.
5        A.  Clearly, I looked at it, yes.
6        Q.  How many times?
7        A.  I don't recall, I don't remember.
8        Q.  More than 10?
9            MR. HSU:  He just said he didn't
10       recall.
11           MR. PLATTA:  Can he estimate.
12           MR. HSU:  Can you estimate how many
13       times you might have looked at it, can
14       you estimate, yes or no.
15       A.  No, I can't estimate.
16       Q.  When was the last time before the
17   accident you looked at the pressure of your
18   brakes?
19       A.  I don't recall, I don't remember.
20       Q.  Was it more than 10 minutes before
21   the accident?
22       A.  I don't recall exactly.
23       Q.  More than 30 minutes?
24           MR. HSU:  Asked and answered.  He
25       didn't recall.
```

Legal Ease Reporting, Inc.
212-481-3500

### Page 136

```
1              M. DIAZ-DIAZ
2     A.  I don't know exactly.
3     Q.  Sir, when was the last time that
4  your driver's license, Class A was renewed?
5     A.  Renewed?
6     Q.  Yes.
7     A.  May I check it?
8         MR. PLATTA:  Yes, with permission
9  of counsel.
10        MR. HSU:  No.  If you remember, all
11 from your memory.
12    A.  One second, I believe it's renewed
13 until 2011.
14    Q.  When was the last time it was
15 renewed before today?
16    A.  Exactly, I don't recall, but in the
17 beginning of the year I had to renew it because
18 it was going to expire.
19    Q.  In 2007 or 2008?
20    A.  In 2007.
21    Q.  Is it fair to say that you renewed
22 the driver's license before the accident
23 happened?
24    A.  Yes.
25        MR. HSU:  Objection to the form.
```

### Page 137

```
1              M. DIAZ-DIAZ
2  You can answer.
3     A.  Before, I don't recall if it was
4  before or after.  I don't recall, I don't
5  remember.
6     Q.  Do you remember where you renewed
7  your driver's license?
8     A.  The motor vehicle out there in
9  Lodi, New Jersey.
10    Q.  At that time, did you have to
11 undergo any type of an eye test?
12    A.  Not exactly because my medical card
13 were current, the one that I had on me.
14    Q.  Was your vision checked at the time
15 when you had to renew your Class A driver's
16 license in 2007?
17    A.  I don't recall if they checked my
18 eyesight, I believe it wasn't necessary.
19    Q.  Do you remember when was the prior
20 time when had you to renew your driver's
21 license prior to 2007?
22    A.  Yes, because I have to do my
23 fingerprints for hazardous material.
24    Q.  So when was it?
25    A.  I don't recall exactly when it was
```

### Page 138

```
1              M. DIAZ-DIAZ
2  but it was in the beginning of the year.
3     Q.  Which year?
4     A.  Last year, March or April.
5     Q.  2007 or 2006?
6     A.  2007.
7     Q.  Prior to that?
8         MR. HSU:  Objection, there was a
9  line of questioning regarding his
10 eyesight and eye examination already
11 okay.
12        MR. PLATTA:  Yes.
13        MR. HSU:  When was the first time
14 that you received a Jersey license prior
15 to the date your eye vision checked.
16        THE WITNESS:  No, I didn't have any
17 problems.  When you go to the Department
18 to Motor Vehicles first thing that you
19 have is a check.
20        MR. HSU:  This was already asked
21 and answered.  Are you asking him a new
22 question?
23        MR. PLATTA:  Yes.
24    Q.  When was the prior time prior to
25 2007 when you had to renew your Class A
```

### Page 139

```
1              M. DIAZ-DIAZ
2  license?
3         MR. HSU:  You asked about in '99
4  when you checked.
5         MR. PLATTA:  I'm asking about the
6  Class A.
7         MR. HSU:  That's not the testimony.
8     Q.  Is Class A a driver's license, it
9  seems to say that.
10        MR. PLATTA:  Off the record.
11        [Discussion held off the record.]
12        MR. PLATTA:  Back on the record.
13    Q.  When was the last time prior to
14 2007 that you had to renew your Class A
15 driver's license?
16        MR. HSU:  Before you answer.  Let
17 the record reflect we have not had an
18 opportunity, my client has not had an
19 opportunity to review his earlier
20 testimony.  A transcript was provided to
21 me today, January 14, 2008 from the
22 December 4th deposition so this question
23 is asked and answered but we're going to
24 allow you to answer for this final time,
25 if you know the answer.
```

Legal Ease Reporting, Inc.
212-481-3500

Page 140

```
1              M. DIAZ-DIAZ
2       Q.  When was the last time that you
3   renewed it?
4       A.  It was March or April of last year.
5       Q.  Last year, meaning 2006 or 2007?
6           MR. HSU:  This is 2008 so last year
7       would be 2007.
8       A.  2007.
9       Q.  And my question was, prior to that
10  time, when did you renew your driver's license,
11  Class A?
12      A.  I have a procedure that I have to
13  follow.  I took out my driver's license in
14  1999, in that procedure I am changing from D to
15  A and you renew it every four years.
16      Q.  Again, when was the last time
17  before 2007 that you renewed your driver's
18  license, Class A?
19          MR. HSU:  He just answered.  He got
20      it in '99 and he answered it's every
21      four years.
22      Q.  Did you renew the license in 2003
23  four years after you got it in 1999 and again
24  four years later in 2007?
25      A.  I don't have the exact dates.
```

Page 141

```
1              M. DIAZ-DIAZ
2       Q.  How many times did you all
3   together renew your Class A driver's license?
4       A.  I renewed it last year.
5       Q.  And was it the only time when you
6   renewed it?
7           MR. HSU:  How many times have you
8       renewed Class A since you first got it
9       in total?
10          THE WITNESS:  One time.
11      Q.  To operate the truck that you were
12  operating on the date of the accident, did you
13  have to have a Class A driver's license?
14          THE WITNESS:  Yes.
15      Q.  Sir, when you first got a
16  prescription for your glasses, was this
17  prescription only for reading?
18          MR. HSU:  Asked and answered.  This
19      has all been gone over.  You are not
20      attempting go back to this.
21          MR. PLATTA:  Strike it.
22      Q.  Sir, since when do you have the
23  restrictions on your driver's license for
24  wearing glasses?
25          MR. HSU:  Objection.  Don't answer
```

Page 142

```
1              M. DIAZ-DIAZ
2       yet, I think that was asked and answered
3       already.
4           MR. PLATTA:  Read back the
5       question.
6           [Whereupon, the requested portion
7       of the record was read back by the Court
8       Reporter.]
9       Q.  I want to know since when?
10          MR. HSU:  This is scary.  Explain
11      to him that he already testified and
12      then he will have the opportunity to
13      read it.  Come outside and read the
14      testimony otherwise you give him the
15      questions and his answers on the record,
16      what he already testified to.
17          MR. PLATTA:  Let me ask you
18      something else.  Did you actually
19      testify since when he had the
20      restrictions on the driver's license?
21          MR. HSU:  He testified that he had
22      the restrictions on the date of the
23      accident and he got the license in 1999.
24      Q.  Sir, did you have restrictions on
25  your driver's license in 1999 to wear glasses?
```

Page 143

```
1              M. DIAZ-DIAZ
2       A.  They didn't give me a restriction.
3   How do I tell you, I needed glasses to read and
4   then with time I've had to go and fix them.
5           MR. HSU:  When was first time that
6       you had a restriction put on your
7       license that you had to wear glasses,
8       when was the first time, the first year?
9       His Answer was:  That is when I did the
10      road test.
11      Q.  What year is that, approximately?
12      A.  I can't recall, I don't remember.
13          MR. HSU:  Before 2007?
14          THE WITNESS:  Yes, it was before.
15      Q.  Before this accident?
16      A.  Yes, it was before.
17      Q.  Can you tell me if this was in
18  2000?
19      A.  I don't have eight years with that
20  driver's license, I don't have eight years with
21  a CDL Class A driver's license.
22      Q.  How many years do you have with a
23  CDL?
24          MR. HSU:  Hold on one second.
25      A.  I don't recall now.
```

Page 144

1  M. DIAZ-DIAZ
2  Q. Sir, did you have a restriction on
3  your Class A driver's license in 2005?
4      MR. HSU: Note my objection.
5  A. Yes.
6  Q. What about in 2004?
7  A. I don't have an exact recollection
8  of when it was. As I said before, previously I
9  gave you the procedure of how it was that I
10 went about getting this license.
11 Q. I appreciate that. Do you have
12 anything at home that would indicate the year
13 or month when you started having restrictions
14 on your driver's license?
15     MR. HSU: Yes or no?
16 A. Yes, I believe that I have it yes,
17 I would have to look for it.
18     MR. PLATTA: I'll call for the
19     production of these records and put it
20     in writing.
21     MR. HSU: As far as I recollect,
22     the accident wasn't in 2000, it was 2007
23     and he said that he was wearing glasses
24     at that time.
25 Q. Sir, did you have in 2007 a valid

Page 145

1  M. DIAZ-DIAZ
2  driver's license Class B?
3      MR. HSU: I'm objecting. What is a
4      Class B driver's license?
5  A. I've never had a Class B, only
6  Class A, CDL.
7      MR. HSU: Are you withdrawing the
8      last question?
9      MR. PLATTA: I'm withdrawing the
10     last question.
11 Q. Did you have a restriction your
12 driver's license, Class D at the time of the
13 accident?
14 A. No, and on my Class D I didn't have
15 any restrictions.
16 Q. Is there any reason why at the same
17 time that you would have restrictions on your
18 Class A license and not have a restriction on
19 your Class D license?
20     MR. HSU: If you know.
21 A. Is there a reason?
22 Q. Yes.
23 A. If there a reason please tell me
24 the question again.
25 Q. Is there any reason that you would

Page 146

1  M. DIAZ-DIAZ
2  at the same time have a restriction on your
3  Class A driver's license for wearing glasses
4  and you wouldn't have it on a Class D driver's
5  license?
6  A. Class D, no, no, there is no
7  reason.
8  Q. Okay.
9      MR. HSU: If you know.
10 A. May I say the reason?
11 Q. Yes, sure.
12 A. When I had the Class C, now I'm
13 remembering. I used to make deliveries for a
14 company and I had to read maps and I couldn't
15 read the letters on the map very well.
16     MR. HSU: He's not asking you for
17     your life story. Do you know why there
18     is a difference for different classes D
19     and A. Do you know why one has a
20     restriction or no, you do you know why
21     and if you do know, tell him why.
22 A. Yes, there is a difference. Class
23 D yes, because Class D is to drive regular
24 four-door cars and the Class A is to drive
25 trucks.

Page 147

1  M. DIAZ-DIAZ
2  Q. When you were talking about Class
3  C, did you have a valid driver's license Class
4  C at the time of the accident in 2007?
5  A. Class A.
6  Q. Class C?
7  A. No, it wasn't valid.
8  Q. When did it expire?
9      MR. HSU: What does it matter? He
10     didn't need a Class C to drive. If it
11     was expired, it has no relevance in the
12     case at hand. That's like asking for a
13     pilot license. He didn't need to have
14     one at the time of the accident.
15     MR. PLATTA: His eye condition is
16     an issue here.
17     MR. HSU: You think it's an issue
18     but it's not an issue.
19     MR. PLATTA: I'll have to file a
20     motion.
21     MR. HSU: You will have to make a
22     motion. You can try to make it an issue
23     but it ain't an issue, trust me.
24     MR. PLATTA: Off the record.
25     [Discussion held off the record.]

Page 148

1  M. DIAZ-DIAZ
2      MR. PLATTA: Back on the record.
3      MR. HSU: Do you have a Class C
4  driver's license?
5      MR. PLATTA: On the date of the
6  accident.
7      A. In 2007?
8      MR. HSU: No. Ever, did you have a
9  Class C license?
10     THE WITNESS: I had a Class C.
11     MR. HSU: But it expired.
12     A. You can't have two licenses, you
13 can't have two passports, you can only have
14 one.
15     Q. Fine.
16     A. Only one, you can only have one,
17 when you changed from Class C to Class A they
18 disqualify it and they punch it.
19     Q. Did the Class C driver's license
20 have any restrictions?
21     A. No, it didn't have any
22 restrictions.
23     Q. Do you know when it expired?
24     MR. HSU: Note my objection. He
25 didn't say expired, he said that they

Page 149

1  M. DIAZ-DIAZ
2  they punched it.
3      A. I never, it never expired. When I
4  got my Class A license my Class C license was
5  turned over.
6      MR. HSU: It was terminated.
7      Q. When was it terminated?
8      A. They changed it, I don't recall
9  right now.
10     Q. Do you remember who told you that
11 you had to wear glasses, if anyone, while
12 driving?
13     MR. HSU: Are you serious after we
14 went through every doctor that he saw?
15     MR. PLATTA: I'm asking him about
16 who told him.
17     MR. HSU: The eye doctor that said
18 he has to wear it to drive.
19     MR. PLATTA: You have to stop or
20 we'll bust the deposition, we can't do
21 it.
22     MR. HSU: Bust it. Who cares, I
23 can come back for another two days.
24     MR. PLATTA: He can't leave while a
25 question is pending.

Page 150

1  M. DIAZ-DIAZ
2      MR. HSU: Answer the question.
3      A. When I was driving.
4      Q. Do you remember who told you that
5  you have to wear glasses while driving for the
6  first time?
7      MR. HSU: If anyone.
8      A. The authorities from the motor
9  vehicle.
10     MR. PLATTA: John, that's what I
11 was looking for.
12     MR. HSU: Obviously. Who do you
13 think told him, Jesus Christ? You just
14 asked him the same question. I'm trying
15 to give you leeway on your stupid
16 questions. You are asking him the same
17 questions five different ways about if
18 he has a restriction on his driver's
19 license, so DMV told him and then you
20 are asking who.
21     MR. PLATTA: You are using certain
22 words that you shouldn't.
23     MR. HSU: It's ridiculous.
24     MR. PLATTA: It's on the record
25 also.

Page 151

1  M. DIAZ-DIAZ
2      MR. HSU: I'm glad it's on the
3  record, if anybody could actually read
4  this, it's unbelievable.
5      MR. PLATTA: Can you tell, read
6  back the last question.
7      [Whereupon, the requested portion
8  of the record was read back by the Court
9  Reporter.]
10     MR. HSU: Besides when he got his
11 eye examined?
12     MR. PLATTA: Yes.
13     MR. HSU: When you got your eyes
14 examined, did they tell you that you had
15 to wear glasses?
16     MR. PLATTA: Counselor, I have a
17 different question, please let me go
18 forward unless he doesn't understand my
19 question.
20     A. It was when I made the transition
21 from C to A when I took the road test.
22     Q. Do you remember the year?
23     MR. HSU: He testified that he
24 didn't recall it. Don't answer that
25 again.

11 (Pages 148 to 151)

Legal Ease Reporting, Inc.
212-481-3500

Page 152

M. DIAZ-DIAZ

1
2  MR. PLATTA: Note your objection. I don't think it's in the record.
3  MR. HSU: You don't think that you didn't ask when he changed it from the C to A. Do you know when you changed your license from C to A?
4  THE WITNESS: I don't recall exactly.
5  Q. More or less, can you estimate?
6  MR. HSU: If you are able, don't guess.
7  MR. PLATTA: All questions are what you can.
8  A. I can't, I can't, I don't have the exact date.
9  Q. Was it before 2000?
10 A. No.
11 Q. Was it before 2005?
12 A. Yes, it was before 2005, yes.
13 Q. At the time when you were told to wear glasses while driving, did you actually have any prescriptions filled out for your glasses?
14 MR. HSU: Are you now asking him

Page 153

M. DIAZ-DIAZ

about his prescription that he testified to?
MR. PLATTA: I'm asking if he had a prescription for glasses at the time and he was told by DMV that he had to wear glasses?
MR. HSU: He said it was before 2005, correct?
MR. PLATTA: Correct.
MR. HSU: And then we known his eye history before 2005. What am I missing?
MR. PLATTA: I'm missing an answer.
MR. HSU: What hadn't been asked if you actually know if you hadn't already asked it.
MR. PLATTA: John, if you have an objection.
MR. HSU: It's asked and answered.
MR. PLATTA: Take your time.
MR. HSU: Do you want to read his 20 pages about prescriptions? If you want to read his testimony, go ahead. Read back the last question. You are on a short leash.

Page 154

M. DIAZ-DIAZ

[Whereupon, the requested portion of the record was read back by the Court Reporter.]
A. When I took the road test.
Q. At the time that DMV told you that you had to wear glasses while driving, did you have a prescription for glasses already?
A. I already had my glasses.
Q. Okay. Do you remember at the time when the DMV told you to wear glasses, did they somehow measure your eye vision or anything about your eyes?
MR. HSU: He said that he had a DMV driver's license.
MR. PLATTA: I'm asking him whether he had to wear his glasses in 1999, that's not the same time.
MR. HSU: Are you kidding?
MR. PLATTA: No.
Q. He testified that he had an eye examine for DMV at the beginning of the year?
MR. HSU: And he continues to wear eyeglasses and you asked him, does he continue to get an eye examinations.

Page 155

M. DIAZ-DIAZ

This is like, I don't know, ask him the question.
MR. PLATTA: Repeat the question.
[Whereupon, the requested portion of the record was read back by the Court Reporter.]
A. As I said before, when you go to Department of Motor Vehicles, they ask you to look into this apparatus. At that time they did not tell me that I needed eyeglasses, I went to get eyeglasses on my own accord from the eye doctor.
Q. At the time that you went to DMV, did they check your eyes?
A. They didn't tell me because the time that I went, my eyesight was good.
MR. PLATTA: Off the record.
[Discussion held off the record.]
MR. HSU: Read this please first. Off the record.
[Discussion held off the record.]
Q. Sir, when you testified before that the DMV told you that you had to wear glasses when you were driving, can you tell me at that

Page 156

1  M. DIAZ-DIAZ
2  moment, did they test your vision or how did
3  they base their opinion, if you know?
4      A.  At the time I don't recall very
5  well.  However, when I went to take the road
6  test that restriction was already in my
7  document and when they asked me to produce
8  those documents, I didn't have them and I had
9  to go back and get them.
10     Q.  What documents?
11     A.  It's the application for getting
12 the driver's license.
13     Q.  Do you have a copy of this
14 application somewhere at home?
15     A.  I doubt it, I believe not.
16     Q.  Was it for a Class C, D or A
17 driver's license?
18     A.  That was for the road test of Class
19 A license.
20 *   Q.  Between 1999 when you first got
21 your driver's license and 2007, did DMV check
22 your eye vision at all?
23         MR. HSU:  He testified that he had
24     an eye examine when he got his driver's
25     license.

Page 157

1  M. DIAZ-DIAZ
2          MR. PLATTA:  I accept that.
3          MR. HSU:  This is asked and
4      answered.  Don't answer that question.
5      Next.  Mark it for a ruling, it's asked
6      and answered.
7          MR. PLATTA:  Off the record.
8          [Discussion held off the record.]
9          MR. PLATTA:  Back on the record.
10     Q.  Sir, do you know what was the basis
11 for DMV to give you a restriction on your
12 driver's license?
13     A.  That is part of the procedure when
14 you go to fill out the forms for a driver's
15 license.
16         MR. HSU:  Read back the last
17     question and answer.
18         [Whereupon, the requested portion
19     of the record was read back by the Court
20     Reporter.]
21     Q.  Sir, you testified before that you
22 didn't have any restrictions on your driver's
23 license in 1999 when you first obtained it and
24 then you got this restriction sometime
25 afterwards?

Page 158

1  M. DIAZ-DIAZ
2          MR. HSU:  Objection.  Do you know
3      what the reason was for this
4      restriction?
5      A.  That's part of the procedure when
6  you are going to get your driver's license when
7  you go to take your examine before they put
8  that little camera to see if you are doing
9  well, and that's where they deduce whether you
10 need eyeglasses or not.
11     Q.  Is this what happened in your case
12 where they put the restriction on your driver's
13 license?
14         MR. HSU:  Objection to form.
15     A.  In my first examination in 1999 it
16 happened, but they didn't give me any
17 restrictions.
18     Q.  And then subsequently it changed?
19         MR. HSU:  Subsequently what?
20         MR. PLATTA:  He had another examine
21     for a change of driver's license.
22         MR. HSU:  He never testified he had
23     another examine.  He testified to change
24     the license.
25     Q.  At the time that you changed his

Page 159

1  M. DIAZ-DIAZ
2  license, did the condition change?
3      A.  When I changed my driver's license
4  to Class A yes, it changed.
5      Q.  Was it the first time?
6      A.  Yes.
7      Q.  As a result of that at the time at
8  DMV when you changed your driver's license to
9  Class A, did you have to go to see any doctor
10 for any new prescription for your glasses?
11     A.  Yes, I went to a doctor for him to
12 prescribe eyeglasses to me, but the Motor
13 Vehicles did not send me.  As I told you, I
14 went by my own accord.
15     Q.  You went on your own accord before
16 the DMV test or before?
17         MR. HSU:  He never said that he had
18     a test.
19         MR. PLATTA:  He said that he had a
20     test during the course of his driver's
21     license.
22         MR. HSU:  When you renewed your
23     driver's license, did you have a test
24     for DMV?
25     A.  With the Department of Motor

13 (Pages 156 to 159)

Legal Ease Reporting, Inc.
212-481-3500

Page 160

```
1              M. DIAZ-DIAZ
2   Vehicle it was with the question of reading the
3   maps.
4       Q.  What about the moment that you said
5   that you used the machine to check your eyes?
6           MR. HSU:  He said that was in 1999
7           and they said that he didn't need
8           glasses.
9           MR. PLATTA:  Off the record.
10          [Discussion held off the record.]
11      Q.  Sir, when you changed your driver's
12  license from Class A, was it the first time
13  when your eye test with DMV came back positive
14  basically showing you that had you to wear
15  glasses?
16          MR. HSU:  Objection to form.  He
17          never testified to that.
18      Q.  Did you have an eye exam when you
19  changed your license to Class A?
20      A.  No.
21          MR. HSU:  No, for the fourth time
22          in a row.
23      Q.  So is it fair to say that the only
24  time that you had this eye test was the only
25  time at the very beginning when you had your
```

Page 161

```
1              M. DIAZ-DIAZ
2   first driver's license from DMV?
3       A.  It was my license for the first
4   time that I did the examine the first time,
5   yes.
6       Q.  Was it the only time?
7       A.  Afterwards they saw my eyeglasses
8   on me and that's when they gave me the
9   restriction.
10      Q.  Fine.
11          MR. PLATTA:  Off the record.
12          [Discussion held off the record.]
13          MR. PLATTA:  Back on the record.
14      Q.  Sir, when was the first time that
15  you were diagnosed with a glaucoma condition?
16      A.  I told you and it's there.  I don't
17  recall right now, but I don't recall but I told
18  you and it's in there.
19      Q.  Fine.  Do you remember at the time
20  when DMV told you that you have to wear
21  glasses, did you have this condition, did have
22  you glaucoma?
23          MR. HSU:  Object to the form.
24      A.  I have never had glaucoma.  I went
25  to a doctor and when she told me and the first
```

Page 162

```
1              M. DIAZ-DIAZ
2   doctor told me that I have to have examination
3   for glaucoma and I didn't go back to her, I
4   went to another doctor and spent $400 in order
5   for them to tell me that I didn't have
6   glaucoma.
7           MR. HSU:  If you read the
8           transcript you would know that.
9       Q.  Have you ever had any surgery done
10  to your eyes?
11      A.  No, sir.
12      Q.  Have you ever been disciplined at
13  your work at All American Haulers and
14  Recycling?
15      A.  Are you asking me if they called
16  something to my attention, if they told me
17  something?
18      Q.  Yes.
19      A.  No.
20      Q.  Did you ever receive a reprimand
21  for doing something wrong as a driver, any
22  complaints?
23          MR. HSU:  Objection to the form.
24      A.  No.
25      Q.  Did you wear glasses at the time of
```

Page 163

```
1              M. DIAZ-DIAZ
2   the accident?
3           MR. HSU:  This was already asked
4           and answered, you asked it.
5           MR. PLATTA:  Believe me, I'm not
6           trying to be.  Off the record.
7           [Discussion held off the record.]
8           MR. PLATTA:  Back on the record.
9           Read back the last question.
10          [Whereupon, the requested portion
11          of the record was read back by the Court
12          Reporter.]
13      A.  Yes, surely.
14      Q.  Was it the same glasses as have you
15  today or not?
16      A.  They are not the same glasses, no.
17      Q.  As an employee of all American
18  Haulers Recycling, did you receive a speeding
19  ticket?
20          MR. HSU:  Objection.
21      A.  No.
22      Q.  Were you issued any tickets for
23  moving violations while working for All
24  American Haulers?
25          MR. HSU:  Note my objection,
```

Page 164

M. DIAZ-DIAZ

1
2       please.
3       A.  No.
4       Q.  Sir, I'm going to move to the
5   moment of the accident, and I'll only ask you
6   what you saw in a certain period of time.
7           MR. HSU:  That's already all done.
8       It doesn't matter if it's not the same
9       question.  It's the same questions asked
10      and answered.  Why are you going back?
11      Off the record.
12          [Discussion held off the record.]
13          MR. HSU:  Back on the record.
14  *   Q.  Sir, within 10 seconds before the
15  accident, where did you look?
16          MR. HSU:  Objection, answered.
17      Next question.
18          MR. PLATTA:  Mark it for a ruling.
19  *   Q.  Sir, five seconds before the
20  accident, where did you look?
21          MR. HSU:  Asked and answered.  Next
22      question.
23          MR. PLATTA:  Mark it for a ruling.
24      John, you are buying yourself a motion
25      and it's not because of me.

Page 165

M. DIAZ-DIAZ

1
2           MR. HSU:  You know, Slawek.  Off the
3       record.
4           [Discussion held off the record.]
5           MR. HSU:  Back on the record.
6       Q.  Sir, what did you see in front of
7   you 20 seconds before the accident?
8       A.  20 seconds before?
9       Q.  Yes.
10          MR. HSU:  Don't answer that
11      question, answered.
12      Q.  What did you see in front of you 10
13  seconds before the accident, what did you see
14  in front you 10 seconds before the accident?
15      A.  The vehicle.
16          MR. PLATTA:  Mark for a ruling the
17      other questions that were objected to.
18      Q.  What kind of vehicle, the one that
19  had you the accident with?
20      A.  A Toyota, Four by Four.
21      Q.  At that time did you see anything
22  else?
23      A.  No, only that.
24      Q.  Five seconds before that, what did
25  you see in front of your truck?

Page 166

M. DIAZ-DIAZ

1
2       A.  The same car.
3       Q.  Anything else besides this car?
4       A.  I was trying to avoid it in order
5   not to hit it.
6       Q.  What were you doing to try to avoid
7   it?
8           MR. HSU:  Note my objection.
9       Answered.  Hurry up, answer.
10      A.  I braked.
11      Q.  Anything else?
12      A.  To brake with everything that I
13  could.
14      Q.  Anything else?
15      A.  I don't recall anything else, I
16  only braked I don't recall now.
17      Q.  Was your truck at the time of the
18  accident, equipped with a chromometer or
19  something that measures the time in your car?
20      A.  That I recall, I don't know if
21  there are any trucks that have a chromometer
22  but if they have a computer it tells us when
23  the truck was turned on.
24          MR. HSU:  Do you have one, just
25      answer.  Your truck, do you know if you

Page 167

M. DIAZ-DIAZ

1
2       had one?
3           THE WITNESS:  My truck does not
4       have a chromometer.
5       Q.  Did you have any kind equipment
6   that measured the time or distance that you
7   traveled?
8       A.  I believe not, but I don't know.
9       Q.  Do you know who would know?
10      A.  I don't know who would know.  I
11  don't know.
12      Q.  Do you know where the maintenance
13  records for this truck that was involved in the
14  accident, where are they maintained?
15      A.  I told you the last time that I
16  didn't know.
17      Q.  And I think my last question sir,
18  do you remember filling out a similar report,
19  like a police report it's called an MV-104?
20          MR. HSU:  You asked about this.
21      This is where if he filled out an
22      incident report.
23      Q.  Did you fill out a form that is
24  called an MV-104 it looks like a police report?
25      A.  No, I didn't fill anything out like

15 (Pages 164 to 167)

Legal Ease Reporting, Inc.
212-481-3500

Page 168

```
1              M. DIAZ-DIAZ
2   that.
3        Q.  Sir, when you testified before
4   about the doctor that you saw for glaucoma, did
5   you see anyone else after you saw this doctor
6   besides what you already testified in 2007, did
7   you see any other doctors in between?
8            MR. HSU:  For what, glaucoma?
9            MR. PLATTA:  Any eye condition.
10           MR. HSU:  Did you ever see a doctor
11  for anything other than an eye
12  condition?
13           THE WITNESS:  No for another
14  condition, no.
15       (Continued on the next page.)
```

Page 169

```
1              M. DIAZ-DIAZ
2
3        MR. PLATTA:  I reserve my right for
4   a further deposition of this witness.  I
5   deem this deposition incomplete due to
6   the improper objections during this
7   deposition.
8        (Whereupon, at 7:30 P.M., the
9   Examination of this Witness was
10  concluded.)
11
           _____
12             MARIO DIAZ-DIAZ
13
14  Subscribed and sworn to before me
15  this _____ day of _____, 2007.
16  _____
        NOTARY PUBLIC
```

Page 170

```
ERRATA SHEET
CASE NAME: ADONNA FROMETA against MARIO E.
DIAZ-DIAZ ALL AMERICAN HAULERS RECYCLING
DATE OF DEPOSITION: January 11, 2008
WITNESS' NAME: MAIRIO DIAZ-DIAZ

PAGE/LINE(S)/   CHANGE        REASON
___/___/_____/_____
___/___/_____/_____
  ...

         _____
             MARIO DIAZ-DIAZ
    SUBSCRIBED AND SWORN TO
    BEFORE ME THIS_____DAY
    OF_____, 2008.
         _____
             NOTARY PUBLIC
```

Page 171

```
     INFORMATION AND/OR DOCUMENTS REQUESTED
     INFORMATION AND/OR DOCUMENTS          PAGE
     The year and month of when restrictions were
     put on driver's license               144


         QUESTIONS MARKED FOR RULINGS
     PAGE       LINE
     156        20
     164        14
     164        19
```

Page 172

```
 1
 2              C E R T I F I C A T E
 3
    STATE OF NEW YORK    )
                : SS.:
 5  COUNTY OF QUEENS     )
 6
 7
 8       I, LORRAINE DeSALVIO, a Notary Public
 9  for and within the State of New York, do hereby
10  certify:
11       That the witness whose examination is
12  hereinbefore set forth was duly sworn and that
13  such examination is a true record of the
14  testimony given by that witness.
15       I further certify that I am not related
16  to any of the parties to this action by blood
17  or by marriage and that I am in no way
18  interested in the outcome of this matter.
19       IN WITNESS WHEREOF, I have hereunto set
20  my hand this 20th day of January, 2008.
21
22       [signature]
23            LORRAINE DeSALVIO
24
25
```

Legal Ease Reporting, Inc.
212-481-3500