New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/01)

Page _1_ of _1_ Pages

Precinct: 013
Accident No. 302
Complaint Number:

☐ **AMENDED REPORT**

| Accident Date Month | Day | Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 14 | 07 | Wen | 0430 | Two (2) | One (1) | None (0) | Accident Reconstructed ☐ | ☐ | ☐ Yes ☒ No |

## VEHICLE 1

☒ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

**VEHICLE 1 - Driver**
License ID Number: 877393934    State of Lic.: MA
Driver Name exactly as printed on license: FROMETA, ADDONNA
Address (Include Number & Street): 215 Pond Street    Apt. No.:
City or Town: Winchester, MA    State    Zip Code: 01890

| Date of Birth Month | Day | Year | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|
| 03 | 25 | 68 | F | ☐ | One (1) | ☐ |

Name exactly as printed on registration: FROMETA, ADONNA    Sex:    Date of Birth Month/Day/Year:
Address (Include Number & Street): 666 E. 23rd    Apt. No.: 1A    Haz. Mat. Code:    Released ☐
City or Town: Bronx    State: N.Y.    Zip Code: 10644
Plate Number: DMF4956    State of Reg.: N.Y.    Vehicle Year & Make: 2001 Toyt    Vehicle Type: SUGN    Ins. Code: Geico
Ticket/Arrest Number(s): None
Violation Section(s): None

**VEHICLE 2 - Driver**
License ID Number: D4028 51965 05572    State of Lic.: N.J.
Driver Name exactly as printed on license: MARIO E. DIAZ-DIAZ
Address (Include Number & Street): 91 Spring St.    Apt. No.:
City or Town: Passaic, N.J.    State    Zip Code: 07055

| Date of Birth Month | Day | Year | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|
| 05 | 22 | 57 | | ☐ | One (1) | ☐ |

Name exactly as printed on registration: All American Haulers    Sex:    Date of Birth Month/Day/Year:
Address (Include Number & Street): 65 Liberty St.    Apt. No.:    Haz. Mat. Code:    Released ☐
City or Town: Passaic    State: N.J.    Zip Code: 07055
Plate Number: AJ780H    State of Reg.: N.J.    Vehicle Year & Make: 2001 MAC    Vehicle Type: TK    Ins. Code: 082
Ticket/Arrest Number(s): None
Violation Section(s): None

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

### VEHICLE 1 DAMAGE CODES
| Box 1 - Point of Impact / Box 2 - Most Damage | 1 | 2 |
|---|---|---|
| | 7 | 7 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 8 | 9 | |

Vehicle Towed: By METRO BODY INC.
To 96-14 Northern Blvd Corona N.J. 4268

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

### VEHICLE 2 DAMAGE CODES
| Box 1 - Point of Impact / Box 2 - Most Damage | 1 | 2 |
|---|---|---|
| | 2 | |
| Enter up to three more Damage Codes | 3 | 4 | 5 |

Vehicle Towed: By    To N/A

## VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER          18. NO DAMAGE
16. OVERTURNED       19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End 1.   Left Turn 3.   Right Angle   Right Turn 5.   Head On 7.
Overtaking 2.   Left Turn 6.   4.   Right Turn 6.   Sideswipe 8.

ACCIDENT DIAGRAM



Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

| Reference Marker | Coordinates (if available) |
|---|---|
| | Latitude/Northing: |
| | Longitude/Easting: |

Place Where Accident Occurred: ☐ BRONX  ☐ KINGS  ☒ NEW YORK  ☐ QUEENS  ☐ RICHMOND
Road on which accident occurred: East 23rd (Route Number or Street Name)
at 1) intersecting street: Lexington Ave (Route Number or Street Name)
or 2) _____ ☐N ☐S ☐E ☐W of _____ Feet/Miles (Milepost, Nearest Intersecting Route Number or Street Name)

**Accident Description/Officer's Notes**
At T/P/O veh #1 + 2 were both traveling E/B on 23rd at Lexington Ave. Upon veh #1 states she was changing lanes to avoid a parked auto when veh #2 hit her from the rear. Upon veh #2 states he saw veh #1 in front of him and tried to stop but his veh shid on icy/snowey Road and hit into rear of veh #1. P.O. did not observe accident, no witness.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved. | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | | F | 6 | 12 | 6 | 9448 | 7258 | | | FROMETA, ADDONNA | |
| B | 2 | 1 | 4 | 1 | | M | - | - | - | | | | | MARIO E. DIAZ-DIAZ | |
| C | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | | |

Officer's Rank and Signature: [signature]
Print Name Full: [signature]
Tax ID No: 895905
NCIC No: 03030
Precinct: 013
Post/Sector: CRV
Reviewing Officer: [signature]
Date/Time Reviewed: FEB 16 2007

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on fro

| A  Last Name | First | M.I. | D  Last Name | First | |
|---|---|---|---|---|---|
| ADDONNA, FROMETA, ADDONNA | | | | | |

**A** Address: 215-7 666 E. 233rd. St. Bronx, N.Y. 10644

| Date of Birth Month 03 | Day 25 | Year 1968 | Telephone (Area Code) (718) 881-3716 |
|---|---|---|---|

**D** Address:

Date of Birth — Month / Day / Year    Telephone (Area Code) ( )

**B** Last Name    First    M.I.

Address

Date of Birth — Month / Day / Year    Telephone (Area Code) ( )

**E** Last Name    First    M

Address

Date of Birth — Month / Day / Year    Telephone (Area Code) ( )

**C** Last Name    First    M.I.

Address

Date of Birth — Month / Day / Year    Telephone (Area Code) ( - )

Highway Dist. at Scene?  ☐ Yes  ☒ No
Name:

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 _4055-61-49-05_

Expiration Date _04 2007_  _06/30/07_

VIN _JT3HN86R510354949_

Vehicle No.2 _Binder_

Expiration Date _08/19/07_

VIN _1M2K195C71M018241_

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| None | | |

**DUPLICATE COPY REQUIRED FOR:**

☒ Dept. of Motor Vehicles
(if anyone is killed/injured)

☐ Motor Transport Division
(P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm.
(if a Licensed taxi or limousine involved)

☐ Other City Agency
(Specify)

☐ Office of Comptroller
(if a City vehicle involved)

☐ Personnel Safety Unit
(if a P.D. vehicle involved)

☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member w was notified. In either case, give date and time of notification.)

Jen - Mother notified at Hospital. (718) 881-3716

**PROPERTY DAMAGED** (other than vehicles)

**OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle–Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident

☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal _____

☐ Pursuing Violator

☐ Other (Describe) _____

☐ Complying with Station House Directive

☐ Routine Patrol

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev 3-98)-Peri (RMU)

Date: 02/14/07

Welcome to 13 PCT.    230 EAST 21 STREET, NYC, NY 10010    212-477-7416 or 7417
(Command)                                   (Address)                                                        (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: X

Accident Report No.: 2302    Aided Report No.: X

Reported to: PO Rindos    Date of Occurrence: 02/14/07    Time: 0430
(Rank)    (Name)    (Shield No.)

Location of Occurrence: 23 St ε Lexington Ave

Crime: Vehicle Accident

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number _____    Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

## COURTESY — PROFESSIONALISM — RESPECT

## REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

