UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X  Index No.: 07CIV6372
ADONNA FROMETA,

**NOTICE OF REJECTION OF DEFENDANTS' RULE 26 EXPERT WITNESS DISCLOSURE**

                Plaintiff,

-against-

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS RECYCLING
                Defendants.
------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that the Plaintiff, ADONNA FROMETA, does hereby reject defendants' purported Rule 26 Expert Witness Disclosure dated April 8th and April 9th, 2008, apprising Plaintiff of defendants' intent to call Lewis M. Rothman, MD and Edward S. Crane, MD as experts at the time of trial.

    Please be further advised that Plaintiff hereby rejects defendants' Rule 26 Expert Witness Disclosure as improper as it fails to fully comport with the requirements of the Federal Rules of Civil Procedure 26(2)(B) and 26 (2)(C). Moreover, as such Plaintiff will object to Lewis M. Rothman, MD and Edward S. Crane, MD testifying at the time of trial.

    Dated:    New York, New York
                April 14, 2008

                                          _____
                                          Slawek W. Platta, Esq. (SP 2699)
                                          SLAWEK W. PLATTA, PLLC
                                          Attorneys for Plaintiff
                                          42 Broadway, Suite 1927
                                          New York, New York 10004
                                          (212)514-5100

To:
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    Attorneys for Defendants
    MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS RECYCLING
    150 East 42nd Street
    New York, New York 10017-5639
    212-490-3000

## AFFIRMATION OF SERVICE

STATE OF NEW YORK      )
                                    ) s.s.:
COUNTY OF NEW YORK   )

      Slawek W. Platta, an attorney admitted to practice law before the courts of the State of New York affirms the following under penalties of perjury, pursuant to CPLR 2106:

That affirmant is not a party to this action and is over the age of 18 years.

That on April 14, 2008, affirmant served the within **Notice of Rejection of Defendants' FRCP Rule 26 Expert Witness Disclosures** upon the defendant(s) and/or attorney(s) for defendant(s) by depositing a true copy of same securely enclosed in a postpaid wrapper in a post office, official depository under the exclusive care and custody of the United States Postal Service within the state of New York, directed to said individuals or offices as follows:

**WILSON ELSER MOSKOWITZ, EDELMAN & DICKER, LLP**
150 E 42ND STREET
NEW YORK, NY 10017-5639

these being the respective addresses within the State designated by them for that purpose upon the preceding papers in this action or the respective place where they kept an office between which places there then was and now is a regular communication by mail.

_____
SLAWEK W. PLATTA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Index No.: 07CIV6372
ADONNA FROMETA,

                           Plaintiff,

   -against-

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS RECYCLING
              Defendants.
-------------------------------------------------------------------X
=====================================================================

**Notice of Rejection of Defendants' FRCP Rule 26 Expert Witness Disclosures**
=====================================================================

SLAWEK W. PLATTA, PLLC
*Attorneys for*: Plaintiff
42 Broadway, Suite 1927
New York, New York 10004
(212) 514-5100
=====================================================================

Service of a copy of the within                                         is hereby admitted.
Dated,                                      Plaintiff
     Attorney(s) for
=====================================================================

PLEASE TAKE NOTICE:
   ☐ NOTICE OF ENTRY
  that the within is a (certified) true copy of an                      duly entered in the office of
  the clerk of the within named court on _____ 200__.

   ☐ NOTICE OF SETTLEMENT
     that an order                      of which the within is a true copy
     will be presented for settlement to the HON.                 one of the judges of
     the
     within named Court, at                                           on
         200__ at_____ O'clock ___.M.
Dated, April 14, 2008
                                           Yours, etc.

                                    **SLAWEK W. PLATTA, PLLC**

## **CERTIFICATION**

I hereby certify that the foregoing **Notice of rejection of Defendants' FRCP Rule 26 Disclosures** are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

                                              Slawek W. Platta, Esq. (SP 2699)

Sworn to before me on this
April 14, 2008

Notary Public

KIMBERLY JACOBS
Notary Public New York State
No. 02JA6171157
Qualified in Queens County
My Commission Expires 7/23/20[ ]