UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ADONNA FROMETA,  :
 :  07 Civ. 6372 (HB)
        Plaintiff,  :
 :  ORDER
  -against-  :
 :
MARIO E. DIAZ-DIAZ and  :
ALL AMERICAN HAULERS &  :
RECYCLING,  :
 :
        Defendants.  :
-------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS, on April 8, 2008, Plaintiff Adonna Frometa filed with this Court a Motion for Summary Judgment on Liability; and

WHEREAS, by a letter dated April 18, 2008, Defendants Mario E. Diaz-Diaz and All American Haulers & Recycling advised this Court that Defendants do not oppose Plaintiff's Motion for Summary Judgment on Liability; it is hereby

ORDERED that summary judgment is granted to Plaintiff as to liability; and it is further

ORDERED that damages remain to be resolved in this dispute; and it is further

ORDERED that, as the parties are aware, mediation is scheduled on the issue of damages on April 29, 2008 at 10:30 a.m. in my Chambers, Room 2230 of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York; and it is further

ORDERED that if the parties do not resolve their dispute during the mediation, this case is set for trial beginning May 27, 2008 at 9:30 a.m.

**SO ORDERED.**

April 24, 2008
New York, New York

_____
U.S.D.J.