ELECTRONICALLY FILED
DOC #: 
DATE FILED:



# NEW YORK UNIVERSITY SCHOOL OF MEDICINE

Ramesh P. Babu, M.D.
Assistant Professor of Clinical Neurosurgery

Department of Neurosurgery
530 First Avenue, Suite 7W
New York, NY 10016-6497
Telephone: (212) 263-7481
Facsimile: (212) 263-6188

May 6, 2008

United States District Court
Hon. Harold Baer, Jr.
500 Pearl Street
New York, NY 10007

Honorable Harold Baer Jr.,

Re:   Adonna Frometa v. All American Haulers Recycling

I am a neurosurgeon at the NYU Medical Center and I performed a surgical procedure on Ms. Adonna Frometa. On May 5th 2008 as well as on May 6th 2008 my office has corresponded with Mr. John Hsu ( from the Law firm representing the All American Haulers Recycling) expressing my inability to give the deposition on May 7th, 2008 due to earlier surgery schedule. He agreed to have a different date for my deposition before trial. I just received a letter at 2:30 pm on May 6th, 2008 asking me to come tomorrow May 7th, 2008 at 10:00 am for deposition. I have already scheduled surgery at NYU Medical Center and I will not be able to attend that deposition.

Since he promised that there will be alternate date, I have scheduled surgery tomorrow and other days as well. I have told him I will do that on May 23rd, 2008. We have given him earliest available date for which he is not agreeable. At this time I am requesting you to intervene and allow my deposition to go forward on May 23rd, 2008, earlier if I get an opportunity to accommodate Mr. Hsu's request.

I am also enclosing the letter I received from Mr. Hsu from Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

Thank you for understanding and accommodating my patient's needs

Very truly yours,

Ramesh Babu M.D
CC: John Hsu
    Slawek Platta

*Sadly I doubt this will work since the next week do is the first day of trial — Find a time between 5/16/08 on a subpoena with which you were served or an alternative to the US Marshall potentially up to the deposit in a contempt hearing will be to today if further elaboration needed.*

Harold Baer, Jr., U.S.D.J.
Date: 5/7/08

New York University
A private university in the public service

Endorsement:

    Sadly I doubt this will work since the next weekday is the first day of trial. Find a time between 5/12 and 5/16/08 or a subpoena with which you were served may be the foundation for a contempt and alternatively the U.S. Marshal at my behest will bring you to the deposition. You are welcome to call me today for a further explanation if needed.