UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
ADONNA FROMETA,                                : Civil Action No.: 07-CV-6372
                                               :
                    Plaintiff,                 :
                                               : ~~PROPOSED~~ ORDER
    -against-                                  :
                                               :
MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS       :
RECYCLING,                                     :
                                               :
                    Defendants.                :
--------------------------------------------------------------- x

Pursuant to the recent rulings of the Honorable Judge Harold Baer, Jr. defendants respectfully submit the enclosed proposed order:

1. Defendants are entitled to take the testimony of plaintiff's treating physicians, Dr. Davy, Dr. Babu and Dr. Krishna; ~~and~~ all on or before 5/19/08; and

2. The depositions of the treating physicians are limited to two (2) hours each; and

3. Defendants can take the deposition of plaintiff's Expert Charles Kincaid pursuant to the Federal Rules of Civil Procedure; and

4. Defendants have two weeks from May 1, 2008 to ~~retain~~ counter their own rebuttal Expert ~~to~~ provided to ∧ plaintiff's Expert report by Charles Kincaid, which was ~~exchanged~~ provided on May 1, 2008.

_Harold Baer_
Honorable Harold Baer, Jr.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

1981411.1