DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Tel: (212) 514-5100
Fax: (212) 514-9300
E-mail: swp@plattalaw.com

May 7, 2008

RECEIVED
MAY 0  2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y

United States District Court
Chambers of Hon. Harold Baer, Jr.
500 Pearl Street
New York, NY 10007

Attn: Linda Eckhouse

Re: Adonna Frometa v. Mario E. Diaz & All American Haulers & Recycling
Date of Loss: 2/14/2007
Our File No: SP07-001

Dear Ms. Eckhouse,

    This office represents Plaintiff Adonna Frometa in the above named matter. Kindly accept this correspondence in response to defendant's letter faxed to my office today (copy attached hereto). In a phone conversation today I was advised by Mr. Miller that his office intends on taking seven hours deposition of my expert in this matter Dr. Kincaid (email sent to Mr. Miller confirming this conversation is attached hereto). Pursuant to Your Honor's decision the depositions of treating physicians and experts in this matter were limited to two hours. Therefore, I would like to bring these defendants' non compliance with prior Court Orders to Your Honor's attention.

    I am deeply sorry to have to burden the Court with this letter, however the defendants in this case are bringing new issues every day, even though most of them were already decided by Your Honor's prior decisions.

    Should this application require personal appearance, Plaintiff is ready to submit this application at any time convenient to Court.

Very truly yours,

SLAWEK W. PLATTA, PLLC

Slawek W. Platta, Esq. (SP2699)

CC:
Wilson Elser Moskowitz, Edelman & Dicker, LLP

[Handwritten note from Judge: The defendants' deposition of Dr. Kincaid will last no more than 2 hours — at the end of which Dr. Kincaid himself. So Ordered. Harold Baer, Jr., U.S.D.J. Date: 5/7/08]

Endorsement: The defendants' deposition of Dr. Kincaid in conformity with prior rulings will last no more than 2 hours – at the end of which you may excuse yourself and Dr. Kincaid.