3 Gannett Drive, White Plains, New York 10604

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wilsonelser.com

**RECEIVED MAY -- 2008**

May 12, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/12/08

**VIA FACSIMILE**
United States District Court
Chambers of Harold Baer, Jr.
500 Pearl Street
New York, NY 10007

Attn: Honorable Judge Baer

Re: Adonna Frometa v. Mario E. Diaz-Diaz & All American Haulers & Recycling
Date of Loss: 2/14/2007
Case No.: 07 CV 6372
Our File No.: 01502.00009

Dear Judge Baer:

Pursuant to the Court's Pre-Trial Scheduling Order, fully briefed motion in limine are due on May 13, 2008. Defendants' are requesting a four day extension to submit a motion in limine to preclude the Expert Testimony of Dr. Kincaid, plaintiff's Life Care Planner. The reason for this request is that Dr. Kincaid's deposition occurred today, May 12, 2008 and thus we have not received a copy of his transcript yet.

Thank you for your time and consideration. We look forward to hearing from you.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

John A. Hsu

Cc:
Slawek Platta, PLLC @ 212-514-9300
42 Broadway, Suite 1927
New York, New York 10004
(212) 514-5100

Denied

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 5/12/04

1986031.1