Tel: (212) 514-5100
Fax: (212) 514-9300
E-mail: swp@plattalaw.com

August 22, 2008

United States District Court
Chambers of Hon. Harold Baer, Jr.
500 Pearl Street
New York, NY 10007

       Re:     Adonna Frometa v. Mario E. Diaz & All American Haulers & Recycling
       Date of Loss:   2/14/2007
       Our File No:   SP07-001

Honorable Judge Baer,

      This office represents Plaintiff Adonna Frometa in the above named matter.

      Pursuant to the rules of the United States District Court of the Southern District of New York governing the Subpoena Records, this office would like to request a permission to retrieve and copy all records that are contained in the Subpoena Records file of this matter.

      Very truly yours,

SLAWEK W. PLATTA, PLLC

Slawek W. Platta, Esq. (SP2699)

CC: Wilson Elser Moskowitz, Edelman & Dicker, LLP

[Handwritten note dated 9/3/08: "Mr. Platta may examine the records in this case. —Harold Baer, U.S.D.J."]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

Endorsement: Mr. Platta may examine the records in this case.