# ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - -x

ADONNA FROMETA,

                 Plaintiff,

    -against-

MARIO E. DIAZ-DIAZ, ALL AMERICAN HAULERS
RECYCLING

                 Defendants.
                 07-CV-6372

- - - - - - - - - - - - - - - - - - - - - -x

                150 East 42 Street
                New York, New York

                December 4, 2007
                10:25 a.m.


     EXAMINATION BEFORE TRIAL of ADONNA

FROMETA, the Plaintiff in the above-entitled

action, taken by the Defendant, pursuant to

Order held at the above time and place,

before NANCY NASCA, a Notary Public within

and for the State of New York.


        JAGUAR REPORTING

         (718) 858-7700

Page 2

```
 1

 2    A P P E A R A N C E S:

 3

 4       SLAWEK W. PLATTA, PLLC.
              Attorneys for Plaintiff
 5            42 Broadway, Suite 1927
              New York, New York 10004
 6       BY:  SLAWEK W. PLATTA, ESQ.
              SP2699
 7

 8

       WILSON, ELSER, MOSKOWITZ, EDELMAN &
 9     DICKER, LLP.
              Attorneys for Defendants
10            150 East 42 Street
              New York, New York 10017
11       BY:  STUART A. MILLER, ESQ.

12            SAM9466

13            File # 01502.00009

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2

 3

 4              S T I P U L A T I O N S

 5

 6

 7         IT IS HEREBY STIPULATED AND AGREED,

 8    by and between the attorneys for the

 9    respective parties herein, that the sealing

10    and filing of the within deposition be

11    waived.

12

13         IT IS FURTHER STIPULATED AND AGREED

14    that such deposition may be signed and sworn

15    to before any officer authorized to

16    administer an oath, with the same force and

17    effect as if signed and sworn before the

18    officer before whom said deposition is

19    taken.

20

21         IT IS FURTHER STIPULATED AND AGREED

22    that all objections, except as to the form,

23    are reserved to the time of the trial.

24

25
```

```
 1
 2   A D O N N A    F R O M E T A, the Plaintiff
 3              herein, having been first duly
 4              sworn by a Notary Public of the
 5              State of New York, was examined
 6              and testified as follows:
 7   EXAMINATION BY
 8   MR. MILLER:
 9       Q    State your name for the record,
10   please.
11       A    Adonna Frometa.
12       Q    State your address for the record,
13   please.
14       A    666 East 233rd Street apartment 1A
15   Bronx, New York 10466.
16       Q    My name is Stuart Miller. I am a
17   lawyer with Wilson, Elser. I represent Mario
18   Diaz-Diaz and All American Haulers
19   Recycling. I am going to ask you several
20   questions. I ask that you let me complete my
21   question before you give a response. I ask
22   that all your responses are verbal. There is
23   a stenographer to my left, she cannot take
24   down gestures or nods or waves.  If you
25   don't understand a question I don't want you
```

```
 1                    FROMETA
 2    to guess.  Just let me know that you don't
 3    understand the question or it does not make
 4    sense, and I will re-ask the question. If
 5    you answer a question I am going to assume
 6    that you understood the question, is that
 7    fair?
 8        A    Yes.
 9        Q    Have you ever been known by any
10    other name?
11        A    Yes.
12        Q    Can you tell me what name?
13        A    Annie, my sister's name is Annie
14    and by brother's name is Annie.  So, I
15    changed my name when got my citizenship.
16        Q    How do you spell Annie?
17        A    A- n- n- i- e.
18        Q    When did you become a citizen?
19        A    When I was 21, I don't remember.
20        Q    When you say you became a citizen,
21    of the United States?
22        A    Yes.
23        Q    How long have you resided at 666
24    East 233rd Street?
25        A    Since 2003.
```

```
 1                    FROMETA

 2        Q     Do you own or rent?

 3        A     I live with my mom.

 4        Q     What is your mother's name?

 5        A     Nydia.

 6        Q     Is Nydia her last name?

 7        A     Nydia is the first name. Fabian,

 8   is her last name.

 9        Q     Does anyone else reside in the

10   residence with the two of you?

11        A     Yes.

12        Q     Who might that be?

13        A     My sister.

14        Q     What is her name?

15        A     Annie.

16        Q     Does anyone other than Annie and

17   your mother and yourself reside at that

18   residence?

19        A     Yes, my nephew, Albert.

20        Q     Anyone else?

21        A     That's it.

22        Q     How old is Albert?

23        A     He is 14 and a half.

24        Q     Is Annie your younger or older

25   sister?
```

```
 1                    FROMETA
 2       A     Younger sister.
 3       Q     How long has your mom resided at
 4   that apartment?
 5       A     Maybe 10 years.
 6       Q     Prior to moving in with your
 7   mother in 2003, where did you reside?
 8       A     I live also in Brooklyn with my
 9   aunt.
10       Q     Can you give me that address?
11       A     1752 East 9 Street, that's
12   Brooklyn, New York.
13       Q     Is there an apartment number?
14       A     I don't remember the number.
15       Q     Is that on a certain floor?
16       A     The second floor.
17       Q     What is the zip code?
18       A     I'm sorry, that's the third floor.
19   The zip code is 11205.
20       Q     You said that you reside there as
21   well.  Do you currently live between both
22   apartments?
23       A     Not anymore in Brooklyn, with my
24   mom.
25       Q     When is the last time you lived in
```

```
 1                    FROMETA

 2   Brooklyn?

 3        A    Actually, since I lived with my

 4   mom I also lived with another aunt, another

 5   one I have.  She was the one taking care of

 6   me because too because my mom is not well to

 7   take care of me and my sister is mentally,

 8   mentally ill and cannot take care of me.

 9   Since the accident I stay with my aunt on

10   433, sorry, 488 Myrtle Avenue.

11        Q    Can you spell that?

12        A    M- y- r- t- l- e Avenue, that's

13   Brooklyn, New York.

14        Q    What is the zip code?

15        A    11205, the other one is -- I don't

16   remember the other zip code.

17        Q    I zip code 11205, is that the one

18   for 488 Myrtle Avenue?

19        A    Yes.

20        Q    The prior address on East 9th

21   Street on the third floor, you do not recall

22   at this time that zip code, is that correct?

23        A    Yes.

24        Q    So the record is clear, what is

25   the name of your aunt that resides at 488
```

```
 1                    FROMETA
 2    Myrtle Avenue?
 3        A    Eva.
 4        Q    What is her last name?
 5        A    Sanchez.
 6        Q    What is your aunt's name that
 7    rides at 1752 East 9th Street?
 8        A    Gladys Medina.
 9        Q    Is it fair to say that you
10    currently reside at both apartments, the one
11    on 666 East 233rd Street as well as 488
12    Myrtle Avenue?
13        A    Yes, I spend sometime with my mom,
14    two or three days a week. The rest I stay at
15    448.  So, I spends two or three or four days
16    there and around also three or four days
17    with my mom.
18        Q    Are there any other addresses you
19    spend your time?
20        A    No.
21        Q    Are you married?
22        A    I was married.
23        Q    Are you currently married?
24        A    No.
25        Q    When did you get divorced?
```

```
 1                    FROMETA

 2      A    I think I was 21.

 3      Q    What is your date of birth?

 4      A    3/25/68.

 5      Q    Is it fair to say you got divorced

 6 over 5 years ago?

 7                MR. PLATTA: Sorry?

 8                MR. MILLER:  Is it fair to

 9        say that she got divorced over 5

10        years ago.  Off the record.

11                (Whereupon, a discussion

12        was held off the record.)

13      Q    Have you been divorced over 5

14 years?

15      A    Yes.

16      Q    Do you still see your ex-husband?

17      A    No.

18      Q    Other than your sibling Annie,

19 your sister Annie, you said you have a

20 brother named Annie. Do you have any other

21 siblings named Annie?

22      A    Now that you mention it, when I

23 got married I learned that he had a son

24 named Annie, and a girl named Annie, and a

25 dog named Annie, and that is why I changed
```

```
 1                    FROMETA
 2    my name.
 3         Q     Where were you born?
 4         A     I was born in Dominican Republic.
 5         Q     When did you move to the United
 6    States?
 7         A     In 1978, around September.
 8         Q     Did you pursue citizenship at the
 9    age of 21?
10         A     Yes.
11         Q     Do you own a car currently?
12         A     Yes.
13         Q     Can you tell me what type of car
14    you own?
15         A     Toyota Ford Runner, 2001.
16         Q     Did you own this Toyota Ford
17    Runner on February 14, 2007?
18         A     Yes, sir.
19         Q     Back in the year of 2007, prior to
20    February 14th, where did you park this
21    vehicle on a regular basis?
22                    MR. PLATTA:  Do you mean
23              in the city, home?
24                    MR. MILLER:  I want to
25              find out.  Strike that.
```

```
 1                    FROMETA
 2       Q    In the evening when you came home,
 3   when you are staying at the location of 666
 4   East 233rd Street, where did you keep your
 5   vehicle?
 6       A    On the street, maybe a block or
 7   two, wherever I find parking.
 8       Q    Street parking?
 9       A    Yes.
10       Q    Did you also find street parking
11   when you would spend time at 1752 East 9th
12   Street?
13       A    Yes, sir.
14       Q    Would you also find street parking
15   when you spend time at 488 Myrtle Avenue?
16       A    Yes.
17       Q    Did you ever have monthly garage
18   parking?
19       A    Not I that remember, no.
20       Q    Were you employed in 2007?
21       A    Yes.
22       Q    What was your occupation?
23                    MR. PLATTA:  Over
24        objection. You can answer.
25       A    Independent contractor.
```

1              FROMETA

2     Q    What kind of work did you do as an

3  independent contractor?

4              MR. PLATTA: Over

5        objection. You can answer.

6     A    I waitress and sometimes I would

7  dance.

8     Q    Where would you waitress?

9     A    Rick's.

10              MR. PLATTA:  Objection.

11     Q    Where is Rick's located?

12     A    33rd Street between Broadway and

13  Fifth.

14     Q    Is Rick the owner or is that the

15  name of the establishment?

16              MR. PLATTA: Objection. You

17        can answer, if you know.

18     A    That's the name of the place.

19     Q    Where did you dance?

20              MR. PLATTA: Objection. You

21        can answer.

22     A    At Rick's.

23     Q    Is Rick's an adult establishment?

24              MR. PLATTA: Objection. You

25        can answer.

```
 1                    FROMETA
 2       A    Yes.
 3       Q    Were you a topless dancer?
 4                    MR. PLATTA: Objection. You
 5         can answer.
 6       A    Yes.
 7       Q    Do you currently dance at Rick's?
 8       A    No.
 9       Q    Do you currently dance anywhere?
10       A    No.
11       Q    When is the last time you danced?
12                    MR. PLATTA:  Objection.
13         You can answer.
14       A    Probably three weeks after the
15    accident, up until maybe four.  But just no
16    longer than 5 hours, due to pains and aches.
17                    MR. MILLER: I move to
18         strike the portions of the testimony
19         that are not responsive.
20                    WITNESS: Sorry, what is
21         that?
22                    MR. PLATTA:  The objection
23         is just for the record.
24       Q    When is the last time you
25    waitressed?
```

```
 1                    FROMETA
 2       A    Just three weeks after the
 3  accident?
 4       Q    Have you been employed in any
 5  capacity in terms of work or payments at any
 6  time, since the time you stopped dancing or
 7  waitressing at Rick's?
 8       A    Repeat that.
 9       Q    I will ask it a different way. You
10  testified that you stopped waitressing and
11  dancing three or four weeks after the
12  accident. After working at Rick's have you
13  done any other work since that time?
14       A    No, sir.
15       Q    Have you earned any income since
16  that time?
17       A    I did work for a private jet, for
18  Excel Air as a private flight attendant. I
19  finally got called.  That is why I was
20  dancing in the mean time, until I got
21  called.
22                    MR. PLATTA:  Answer
23         without volunteering information.
24       Q    Currently do you work for Excel
25  Air?
```

1                    FROMETA

2       A    No.

3       Q    When is the last time you worked

4  for Excel Air?

5       A    Just two weeks after the accident.

6       Q    How long did that last?

7       A    They are still waiting for me.

8  They want me to finish my surgery.  I am not

9  working for them now but they are waiting

10  for me.

11      Q    So I understand,  this incident

12  that brought you here today for this lawsuit

13  occurred in February,  February 14th 2007?

14      A    Yes.

15      Q    You testified that following this

16  incident of February 14, 2007 you waitressed

17  for three or four weeks at Rick's, and you

18  stopped waitressing?

19      A    Yes.

20      Q    You also testified you worked for

21  three or four weeks following the February

22  14th incident as a topless dancer at Rick's,

23  and you stopped dancing there?

24               MR. PLATTA: Objection.

25       Over objection you can answer.

```
 1                    FROMETA

 2       A    Yes.

 3       Q    Two weeks after the February 14th

 4  2007 accident you were a private flight

 5  attendant for Excel Air?

 6       A    Yes.

 7       Q    How many flights did you do at

 8  Excel Air, since the February 14th 2007

 9  incident?

10       A    No more than ten flights.

11       Q    Those flights are in a matter of

12  two weeks or a month?

13       A    Just two weeks.

14       Q    Other than waitressing and topless

15  dancing and being a flight attendant, is

16  there any other post February 14, 2007

17  employment that you have had?

18       A    No.

19       Q    What time did this incident happen

20  on February 14, 2007?

21       A    I don't remember the time but I

22  remember I left work at 4:00 o'clock, that's

23  the time they close.  It happened, I know

24  when I open my eyes, it was time missing

25  from when I open my eyes.  From the accident
```

1                        FROMETA

2    there was time missing because I blacked

3    out.

4                        MR. MILLER: I move to

5         strike the portions of the testimony

6         that are not responsive.

7                        MR. PLATTA:  Answer the

8         question yes or no.

9    Q    Do you know what time the incident

10   occurred?

11                       MR. PLATTA:  You can

12        approximate.

13   A    I don't remember.

14   Q    Were you working at Rick's the

15   night before the incident, February 13th

16   going into February 14th?

17                       MR. PLATTA: Objection. You

18        can answer.

19   A    Yes, sir.

20                       MR. MILLER: What is the

21   reason for the objection?

22                       MR. PLATTA:  This is

23   prejudicial.  I am just preserving my

24   objection.

25                       MR. MILLER: I am trying to

```
 1                    FROMETA

 2   locate where the plaintiff was at the time

 3   of the incident, where she was going to and

 4   where she was coming from.  What type of day

 5   she had, if it was long or short or if she

 6   had an aggravating day.  The line of

 7   questioning is not privileged or

 8   prejudicial.

 9       Q    What time did you show up to

10   Rick's on February 13th 2007?

11                  MR. PLATTA:  Objection.

12        Over objection you can answer.

13       A    I don't remember, but around 9:00

14   o'clock.

15       Q    Is Rick's the full name of the

16   establishment?

17                  MR. PLATTA:  Objection.

18        Over objection you can answer.

19       A    Cabaret Gentlemen's Club.

20       Q    You just testified that you

21   started work at Rick's Cabaret Gentlemen's

22   Club at 9:00, is that a.m. or p.m?

23                  MR. PLATTA:  Objection.

24       A    P.m.

25       Q    Did you show up to Rick's Cabaret
```

```
 1                    FROMETA
 2   Gentlemen's Club to waitress or dance for
 3   patrons, or something else?
 4                    MR. PLATTA:  Objection.
 5        A    Dancing.
 6        Q    Did you dance at Rick's Cabaret
 7   Gentlemen's Club on February 13, 2007 when
 8   you arrived, the 13th going into the 14th?
 9                    MR. PLATTA:  Objection.
10        A    Yes.
11        Q    This is as a topless dancer?
12                    MR. PLATTA: Objection.
13        A    Yes.
14        Q    Did you dance the entire shift at
15   Rick's Cabaret Gentlemen's Club, until the
16   time it closed on February 14th 2007?
17                    MR. PLATTA:  Objection.
18        A    Yes.
19                    MR. PLATTA:  I ask that
20        you wait until I make my objection.
21        Q    Did you have any alcohol to drink
22   on February 13th going into February 14th
23   2007, during your shift at Rick's Cabaret
24   Gentlemen's Club?
25        A    I don't remember.
```

Page 21

```
 1                    FROMETA
 2      Q    Is it customary for customers to
 3   purchase drinks for you while you are
 4   working as a topless dancer at Rick's
 5   Cabaret Gentlemen's Club?
 6      A    Yes.
 7                 MR. PLATTA: Objection.
 8      Q    Would there be any records at
 9   Rick's Cabaret Gentlemen's Club as to drinks
10   that were purchased by patrons for you, in
11   the regular course of business?
12                 MR. PLATTA:  Objection.
13      A    Yes.
14      Q    Does management of Rick's Cabaret
15   Gentlemen's Club encourage dancers to get
16   patrons to purchase drinks for them?
17                 MR. PLATTA: Objection.
18      Q    As a topless dancer for Rick's
19   Cabaret Gentlemen's Club, are you encouraged
20   by management of Rick's to have customers
21   buy drinks for you?
22                 MR. PLATTA:  Objection.
23      A    No.
24      Q    Does management record how many
25   drinks are purchased on your behalf?
```

```
 1                    FROMETA

 2                    MR. PLATTA: Objection. You

 3         can answer.

 4       A    No.

 5       Q    Do you remember who the bartender

 6   was on February 13th going into February

 7   14th 2007?

 8       A    No.

 9       Q    Do you recall who the cocktail

10   waitresses were on February 13th going into

11   February 14th 2007, at Rick's Cabaret

12   Gentlemen's Club?

13                    MR. PLATTA:  Objection.

14         You can answer.

15       A    No.

16       Q    So the record is clear, I am going

17   to ask the question again.  I want to pin

18   point on the 13th or 14th or both.

19              Ma'am, on that shift, February

20   13th going into February 14th, did you drink

21   any alcohol?

22                    MR. PLATTA: Objection.

23         Asked and answered.

24       A    No.

25       Q    No or you don't know?
```

Page 23

```
 1                    FROMETA
 2       A    I don't remember.
 3       Q    Your vehicle, the Toyota Ford
 4  Runner, was that an automatic or stick
 5  shift?
 6       A    Automatic.
 7       Q    Where did you park your vehicle on
 8  February 14th 2007?
 9       A    Are you saying when I went to work
10  or after?
11       Q    I will ask the question again.
12  When you arrived to work at Rick's Cabaret
13  Gentlemen's Club on February 13th 2007, did
14  you park your vehicle on the street?
15       A    Yes.
16       Q    Can you tell me what street you
17  parked your vehicle on?
18       A    33rd Street, between Broadway and
19  Fifth.
20       Q    33rd between Broadway and?
21       A    Fifth.
22       Q    When you finished your shift on
23  February 14th 2007 at Rick's Cabaret
24  Gentlemen's Club, where was your vehicle
25  parked?
```

```
 1                    FROMETA
 2      A     Almost across the street from
 3  Rick's.
 4      Q     Did someone move it?
 5      A     No.
 6      Q     The vehicle was at the same
 7  location that you parked it when you first
 8  arrived at Rick's on February 13th 2007?
 9      A     Yes.
10      Q     What side of the street was it
11  parked on?
12      A     Sorry.
13      Q     What side of the street was it
14  parked on?
15      A     The north side.
16      Q     Was that on the same side as
17  Rick's Cabaret Gentlemen's Club?
18                  MR. PLATTA:   Objection.
19      A     No, Rick's is on the south side.
20      Q     Was this directly across the
21  street from Rick's Cabaret Gentlemen's Club?
22      A     Not really, maybe -- not really,
23  a little bit closer to Broadway.
24      Q     Were there meters?
25      A     I don't remember.
```

```
1                    FROMETA
2      Q    How long had you danced or
3  waitressed at Rick's Cabaret Gentlemen's
4  Club, prior to February 13th 2007?
5                    MR. PLATTA:   Objection.
6      A    Can you repeat that again?
7      Q    Prior to this incident how long
8  had you been dancing or waitressing at
9  Rick's Cabaret Gentlemen's Club?
10                    MR. PLATTA:   Over
11       objection.
12      A    Maybe about three or four months.
13      Q    You parked there each day that you
14  worked?
15      A    Yes, maybe a little bit somewhere
16  between another block going east on 33rd
17  Street, but going more east.
18      Q    Did you take any passengers in
19  your vehicle when you left Rick's Cabaret
20  Gentlemen's Club, on February 14th 2007?
21      A    No, sir.
22      Q    You were alone at the time?
23      A    Yes, sir.
24      Q    The establishment closed at 4:00
25  p.m?
```

```
 1                      FROMETA
 2       A     Sorry?
 3       Q     The establishment closed at 4:00
 4  p.m?
 5       A     A.m.
 6       Q     The establishment closed at 4:00
 7  a.m?
 8       A     Yes.
 9       Q     To your recollection and your
10  testimony today you worked until the
11  establishment closed?
12       A     Until 4:00 o'clock.
13       Q     After the established closed did
14  you spend any time there or did you
15  immediately leave?
16       A     I immediately leave.
17       Q     Do you remember what the weather
18  was like on February 14th 2007?
19       A     The worse ever, it was ice, snow,
20  and rain, and windy.
21       Q     Can you describe what the snow
22  levels were on the ground, was it 1 inch, 2
23  inches, 5 inches, or something else?
24       A     I don't recall.
25       Q     At the time was heavy snowfall
```

```
 1                  FROMETA
 2    precipitation going on?
 3        A    Fair.
 4        Q    Did you have to clean off your
 5    car?
 6        A    I did.
 7        Q    How did you clean it off?
 8        A    With the thing that I have inside
 9    to clean the car all over so I don't get a
10    ticket, whatever that is, a brush.
11        Q    A car brush?
12        A    Yes.
13        Q    Can you tell me the route you took
14    when you left Rick's Cabaret Gentlemen's
15    Club, leading up to this incident?
16        A    Yes.  I went, I got in the car and
17    put the blinker. I am on 33rd Street.  I
18    made sure it was safe to proceed on 33rd
19    Street onto Broadway. On Broadway I put my
20    blinker.  I made a left turn going south,
21    and while I am on Broadway I made a turn on
22    Broadway slight, going to fork there.  I
23    don't know how to say that, going into Fifth
24    Avenue.  On Fifth Avenue I made another left
25    turn going into 23rd Street.  There is a red
```

<pre>
 1                    FROMETA
 2   light there.  I put the blinker going to
 3   23rd Street, I turn.  I was on the middle
 4   lane, the middle lane of 23rd Street.  There
 5   is Madison Avenue, there is a red light
 6   there.  I was there for about 20 seconds, 30
 7   seconds.  I proceeded in the middle lane. I
 8   was going 15 or 20 miles an hour.  I noticed
 9   when I was going in the middle lane of 23rd
10   Street, I was passing already Madison.  I
11   notice a dark color garbage truck, two guys
12   putting garbage there.  I proceeded going
13   there in the middle lane.  It was no more
14   cars, at least I remember.  Then I saw it
15   was Park Avenue South, and it is safe to
16   keep going, it was a green light.  I am
17   still in the middle lane.  After Park Avenue
18   South there is a while, I was going between
19   Park Avenue South, and before Lexington I am
20   in the middle of the block, in the middle
21   lane.  I recall a car that was double-parked
22   ahead of me.  I was half a block away.  I
23   recall the car double-parked and I looked in
24   the mirror and put my blinker.  I recall it
25   was safe to move to the left.  I proceeded
</pre>

                         FROMETA

1

2    slowly, at the time this light changed into

3    red, and I stopped there for about 5

4    seconds.  Then suddenly within 5 seconds

5    standing there I just remember everything

6    happened too quickly. I heard a loud noise

7    and a big light was inside the car, I don't

8    know why.  I got hit, I wanted to look back

9    to see what hit me extremely too hard. It

10   was so hard I am not able to turn, and it

11   hit me again. I black out. I remember

12   nothing else.

13                   MR. MILLER: I move to

14   strike the entire answer as not responsive.

15                   MR. PLATTA:  Can you read

16   back the question?

17                   (The requested question was

18        read back by the reporter.)

19                   MR. PLATTA: I believe it

20   was responsive. The route she took and

21   events that happened that night.

22                   MR. MILLER:  For the

23   record, if counsel is going to give a

24   position whether or not something is

25   accurate or not then submit himself as a

1                    FROMETA

2   witness, unless he was present. I don't

3   believe counsel was present that night and

4   can't state what is accurate.

5                    MR. PLATTA:  I don't think

6   my credibility or veracity is at issue here.

7                    MR. MILLER: Counsel is

8   constantly stating his position on the

9   statements provided by his witness.  I

10  submit that he produce himself at a

11  deposition.

12                    MR. PLATTA:  Taken under

13  advisement.  Following-up in writing.

14      Q    Ma'am, had the accident not

15  occurred where did you intend to go?

16      A    Sorry?

17      Q    Had the incident not occurred

18  where were you planing on driving to?

19      A    To my aunt in Brooklyn because she

20  lives closer than my mom.

21      Q    Which aunt, Eva or Gladys?

22      A    Eva.

23      Q    What were the weather conditions

24  like on February 13th when you arrived to

25  work at Rick's Cabaret Gentlemen's Club?

```
 1                    FROMETA

 2       A    I don't recall.

 3       Q    Was it snowing?

 4       A    A little bit, but I don't remember

 5  too heavy.  I don't remember. I don't

 6  recall.

 7       Q    Ma'am, you testified that you

 8  don't recall and you testified it was

 9  snowing.

10       A    I left home it was clear. I was

11  watching the news and it said it was going

12  to be bad. I knew it was going to be bad but

13  not until morning. When I got to work it was

14  snowing, but light.

15                  MR. MILLER: I move to

16       strike as not responsive.

17       Q    Everything I ask you about is your

18  recollection, not your recollection whether

19  you watched the news cast.

20                  My question is, do you recall what

21  the weather was like when you arrived at

22  work?

23       A    No.

24                  MR. PLATTA:  Objection.

25  She already testified that is was slightly
```

```
 1                    FROMETA

 2   snowing.

 3                    MR. MILLER: That is what I

 4   am trying to get at.  She first testified

 5   she does not recall.  Then she testified it

 6   was slightly snowing, that's a

 7   contradiction.

 8                    MR. PLATTA:  That is not a

 9   contradiction.  Was it slightly snowing?

10                    WITNESS: It was slightly

11   snowing.

12       Q    You recall that it was slightly

13   snowing?

14       A    Yes.

15       Q    Do you recall how long it was

16   slightly snowing, prior to your arrival at

17   Rick's Cabaret Gentlemen's Club?

18       A    No.

19       Q    Where were you coming from when

20   you went to work that day?

21       A    From my mother's.

22       Q    Was it snowing when you left your

23   mother's apartment?

24       A    No.

25       Q    But it was slightly snowing when
```

Page 33

```
                          FROMETA
1
2    you arrived at Rick's Cabaret Gentlemen's

3    Club?

4        A    Yes.

5        Q    Sometime between leaving 666 East

6    233rd Street and arriving at Rick's Cabaret

7    Gentlemen's Club on 33rd near Broadway, the

8    snow had began?

9        A    Yes.

10                    MR. PLATTA:  Off the

11            record.

12                    (Whereupon, a discussion

13            was held off the record.)

14                    MR. MILLER: Do you want to

15            take a break?

16                    MR. PLATTA:  I have a 2:00

17    o'clock with an interpreter scheduled.

18                    MR. PLATTA:  Fine.

19                    (Whereupon, a brief recess

20            was taken.)

21                    MR. PLATTA:  I made a     .

22    statement and advised counsel I will make an

23    objection with regard to every time the name

24    Rick's Cabaret Gentlemen's Club was used. I

25    move to strike this portion of the record
```

```
 1                    FROMETA

 2   each time the name is used. I feel it is

 3   prejudicial to my client. I will raise the

 4   objection each the name is used, including

 5   preserving my right at the time of trial.

 6                    MR. MILLER:   Your

 7              objection is noted.

 8      Q    Was it your intention when you

 9   left Rick's Cabaret Gentlemen's Club to go

10   to your aunt Eva's house directly, or were

11   you going to stop somewhere?

12      A    Directly,  yes.

13      Q    Ma'am, you testified that you were

14   at a red light prior to impact, is that

15   correct?

16      A    Yes.

17      Q    You were at a red light on 23rd

18   Street facing Lexington?

19      A    East, facing east,  on 23rd.

20      Q    Facing east as if you are going to

21   cross Lexington?

22      A    Yes.

23      Q    Or turn right on Lexington?

24      A    No, going to keep straight on

25   Lexington.
```

```
 1                        FROMETA
 2        Q     Had you not been in an incident,
 3   can you tell me where you would have begun
 4   the route that you would have taken?
 5        A     The same route, was the safe one
 6   that I take, the safest.
 7        Q     Which route would that be?
 8        A     23rd Street.
 9        Q     To where?
10        A     To the West Side Highway.
11        Q     You were east on 23d Street going
12   to the West Side Highway?
13              MR. PLATTA:  Do you
14        understand what he is asking? Off the
15        record.
16              (Whereupon, a discussion was
17        held off the record.)
18        A     Sorry. I was going east to my
19   aunt's.  I have to go over the Brooklyn
20   Bridge, that would be the FDR.
21              MR. PLATTA:  I want to
22   clarify which way she was going to take
23   after 23rd Street.
24              MR. MILLER: Would you
25   rather just testify for her?
```

```
 1                    FROMETA
 2                    MR. PLATTA:  No, I want to
 3    clarify the record.  Do you want her to
 4    clarify that?
 5                    WITNESS: Yes, I am on 23rd
 6    Street going east to the FDR.
 7        Q    Which direction of the FDR would
 8    you have headed, if this incident had not
 9    occurred?
10        A    Towards the Brooklyn Bridge.
11        Q    Would that be north or south on
12    the FDR?
13        A    That would be south.
14        Q    Do you recognize the phone number
15    718 881-3716?
16        A    Yes.
17        Q    Whose number is that?
18        A    That's my mom.
19        Q    Do you know whether your mother
20    was called after this incident?
21        A    I called her.
22        Q    Did you ever lose consciousness
23    after your vehicle was struck?
24        A    Yes, I did, for a few minutes.
25        Q    Did the police arrive at the
```

```
 1                     FROMETA

 2   scene?

 3       A    Not right away, maybe after I

 4   called 911.  When I woke up I didn't realize

 5   where I was.  I was shaking. I didn't know

 6   where I was.

 7       Q    Did you speak to the driver of the

 8   other vehicle?

 9       A    That's what woke me up, there was

10   someone knocking.  I thought I was at home

11   and someone was knocking at the door when I

12   was sleeping.  I woke up and realized

13   something happened. He was saying, " hello,

14   hello."  I got scared.  At that point I put

15   the window down.  I am shacking, my whole

16   body was shaking uncontrollably. My neck was

17   stiff, my back hurt, my neck hurt.  I felt

18   --

19       Q    I am going to cut you off.  Just

20   answer the question.

21                MR. MILLER: I move to

22         strike the entire portion of the

23         answer as not responsive. Can you read

24         back the question?

25                (The requested question
```

```
 1                      FROMETA
 2          was read back by the reporter.)
 3      Q    The question I asked is if you
 4  spoke to the driver of other vehicle, not
 5  how you felt, not if you felt stiff. I am
 6  not asking about pain or blacking out.  All
 7  I am asking you, did you speak to the driver
 8  of the other vehicle?
 9                 MR. PLATTA:  The other
10          vehicle, the one that hit her.
11                 MR. MILLER:   Would you
12          like to testify? I am talking about
13          the vehicle in fact according to the
14          testimony of your witness.
15      A    I don't know if it was the other
16  guy from the other vehicle.  There was a man
17  standing on my door knocking. I don't know
18  who it was.
19      Q    Did you ever come to learn the
20  identity of the man?
21      A    No.
22      Q    Was it more than one man?
23      A    I don't know.
24      Q    Was it at least one?
25      A    One by the door, yes.
```

```
 1                    FROMETA

 2      Q    What did he look like?

 3      A    Kind of short, that's it.

 4      Q    Was he Spanish, was he White,

 5 Black, Asian?

 6      A    He told me he was Dominican,

 7 that's all he told me. That's all I

 8 remember.

 9      Q    Did you speak to him in English?

10      A    He spoke to me in Spanish, maybe

11 both languages.  I don't remember.

12      Q    From the time that you came to

13 talk with him, until the time the police

14 arrived, can you tell me how much time

15 elapsed?

16      A    Maybe 10 minutes.

17      Q    Did you get out of your vehicle,

18 prior to the police arriving?

19      A    No, sir.

20      Q    Did an ambulance arrive?

21      A    Sorry.

22      Q    Did an ambulance arrive?

23      A    Yes.

24      Q    Did the ambulance arrive before or

25 after the police, or at the same time?
```

```
 1                    FROMETA

 2        A    Almost the same time, one behind

 3   the other one.

 4        Q    Who assisted you out of the

 5   vehicle, if anyone?

 6        A    Two ladies.

 7        Q    What two ladies?

 8        A    I don't know who they were.

 9                  MR. PLATTA:  Were they

10        working for the ambulance?

11                  WITNESS: They were working

12        for the ambulance, yes.

13        Q    Did you get their identities?

14        A    No.

15        Q    Do you know of any eyewitness to

16   this incident?

17        A    No.

18        Q    This vehicle that struck you, you

19   testified struck you in the rear. Is this

20   the same vehicle that you passed on 23rd

21   Street when you were passing Madison?

22        A    No, I don't know.  I don't know.

23        Q    Can you describe the vehicle that

24   struck you?

25        A    I don't know because when I
```

```
 1                    FROMETA

 2    stepped out the two ladies were holding me.

 3    I looked and it was a dark big truck, that's

 4    what I remember. Then they put me inside the

 5    ambulance and they strapped me.

 6        Q    Were you taken to a hospital?

 7        A    Yes.

 8        Q    What hospital were you taken to?

 9        A    Cabrini, on 19th Street.

10        Q    Were you taken into the emergency

11    room?

12        A    Yes, sir.

13        Q    Do you know what time you arrived

14    at Cabrini?

15        A    I don't remember.

16        Q    Do you recall what type of

17    diagnostic testing they did on you in the

18    emergency room?

19        A    They did a CAT Scan.

20        Q    Other than a CAT Scan, do you know

21    if any diagnostic images or films were done

22    to any part of your body?

23        A    No, I don't remember.

24        Q    Were you admitted into the

25    hospital?
```

```
 1                    FROMETA
 2        A    Admitted means?
 3        Q    Were you sent home from the
 4   emergency room or were you admitted as an
 5   inpatient in the hospital, at Cabrini?
 6        A    I don't understand the question.
 7        Q    Were you given a room as an
 8   inpatient at Cabrini?
 9        A    No.
10        Q    Did you go home on February 14th?
11        A    Yes.
12        Q    Where did you go, which home did
13   you go to?
14        A    To my aunt, the one closer, over
15   the Brooklyn Bridge.
16        Q    What time did you go home, this is
17   February 14th, from the hospital?
18        A    I don't remember.  I know I was in
19   the hospital.  I don't remember what time.
20        Q    Immediately following the impact
21   did you call anybody?
22        A    Not immediately.  The impact, when
23   I came out of the blackout the first thing I
24   did was call 911.
25        Q    After you called 911 did you call
```

```
1                     FROMETA
2    anybody else?
3         A    I called my aunt, she didn't pick
4    up.  Then I called my mom, she did pick up,
5    my mom.
6         Q    After you called your mother did
7    you call anyone else?
8         A    No, I kept trying to make a phone
9    call but my phone was already damaged.  It
10   was damaged from water and stuff going in
11   it. It was not working.
12        Q    The damage from water, was that
13   water as a result of this incident?
14        A    No, from coffee.
15        Q    Did you call anyone from Rick's
16   Cabaret Gentlemen's Club, following the
17   incident?
18                    MR. PLATTA:  Objection.
19        A    I don't remember. I don't carry a
20   cell phone in the club.
21        Q    Did you call anyone in Rick's
22   Cabaret Gentlemen's Club advising them of
23   the accident?
24                    MR. PLATTA: Objection.
25        A    Yes, not the same day, maybe three
```

```
 1                    FROMETA
 2   or four days later.
 3       Q    Who did you speak to at Rick's
 4   Cabaret Gentlemen's Club?
 5                    MR. PLATTA:  Objection.
 6                    MR. MILLER: You noted your
 7   standing objection. Just let her answer the
 8   question. Let's move on.
 9                    MR. PLATTA: I note my
10   objection to every time you use the words
11   Rick's Cabaret Gentlemen's Club.
12                    MR. MILLER: I am happy to
13   note that you have a standing objection to
14   it.
15                    MR. PLATTA:  Would you
16   stipulate to that?
17                    MR. MILLER: I stipulate
18   that you have an objection.  Not that it is
19   prejudicial to your client.
20                    MR. PLATTA:  Correct.
21       Q    Ma'am, who did you speak with at
22   Rick's Cabaret Gentlemen's Club?
23       A    I don't remember.
24       Q    Do you recall who the manager of
25   Rick's Cabaret Gentlemen's Club was?
```

1                         FROMETA

2         A     No, I don't remember.

3         Q     Why did you call them?

4         A     To tell them that I am not coming

5    to work, that something happened.

6         Q     How did you get home from the

7    hospital on February 14th?

8         A     I took a taxi.

9         Q     Did anyone accompany you?

10        A     No, I felt dazed and confused.

11        Q     Did anyone come to see you at the

12   hospital?

13        A     No.

14        Q     Do you know what time you left

15   Cabrini's emergency room?

16        A     Any time after 12:00.

17        Q     12:00 noon?

18        A     I think, I don't remember.

19        Q     Do you recall what diagnoses they

20   told you had, following your examination in

21   the emergency room?

22        A     I am sorry.  What was that?

23   Forgive me, my neck hurts.  I have to lean

24   back.

25                    MR. MILLER:  I move to

1                    FROMETA

2        strike the colloquy.

3        Q    Did they tell you that you were

4    injured, in the emergency room?

5        A    Yes.

6        Q    What did they tell you was

7    injured?

8        A    My neck, lower back, and they

9    could see in the CAT Scan that my spinal

10   cord was not in the middle but it was off,

11   that I would have to come up for follow-up.

12       Q    Did they discharge you out of the

13   emergency room after telling you that

14   information?

15       A    From after, I don't know.  The

16   emergency room CAT Scan, go back to the

17   emergency room, then I went home.

18       Q    Did they send you home in a neck

19   or back brace or any type of medical device?

20       A    No. I don't remember, no.

21       Q    When was the next time you sort

22   medical treatment after you left Cabrini

23   Medical Center?

24       A    Probably nine days after the

25   accident.

1                    FROMETA

2        Q      Nine days?

3        A      Nine days after the accident.

4        Q      Were you wearing a seat belt?

5        A      Yes.

6        Q      Nine days after the accident when

7    you sort follow-up medical treatment, where

8    did you go?

9        A      Sorry?

10       Q      Where did you go following the

11   nine day span, after your incident?

12       A      I went for treatment. I went to

13   43rd Street, Dr. Albert Villafuerte.

14       Q      What kind of doctor is Dr.

15   Villafuerte?

16       A      Can I look in my purse to show

17   you, I have a business card?

18       Q      Sure, with your counsel's

19   permission.

20               MR. PLATTA:  I prefer that

21        you testify from your memory.

22       A      Neurologist,  neck and back.

23       Q      How long did you go to Dr.

24   Villafuerte?

25       A      I was going there for five weeks.

```
 1                    FROMETA
 2      Q    Who referred you to Dr.
 3  Villafuerte?
 4      A    My aunt.
 5      Q    Have you ever seen Dr.
 6  Villafuerte, prior to the February 14th
 7  incident?
 8      A    No, sir.
 9               MR. MILLER: I am going to
10  ask on the record, I am going to make a
11  demand that medical authorizations be
12  provided for copies of medical records from
13  Dr. Villafuerte be provided, a neurologist.
14  None was part of the 26A rules discloser.
15  His name and information has oddly been left
16  off.
17               MR. PLATTA: For the
18  record, medical PC authorizations was
19  provided with plaintiff's response, Midtown
20  Medical Practice.
21               MR. MILLER: I stand
22  corrected.
23      Q    Where was his address located?
24      A    43rd Street, I think between
25  Madison or Park, something like that.
```

```
 1                    FROMETA
 2        Q    You had no medical treatment from
 3   February 14th until nine days later when you
 4   saw Dr. Villafuerte?
 5        A    What was the question?
 6                   MR. PLATTA:  Objection.
 7          Asked and answered.
 8        A    No, I didn't have any treatment.
 9        Q    You testified earlier that you
10   continued to waitress and dance at Rick's
11   Cabaret Gentlemen's Club for three to four
12   weeks after the loss?
13        A    Only about 4 or 5 hours, I had to
14   go home.
15                   MR. PLATTA:  Objection.
16          Asked and answered.
17        Q    Did you dance seven days a week?
18                   MR. PLATTA: Over
19         objection.
20        A    No, five days a week.
21        Q    Did you dance on February 15th
22   2007?
23        A    No, I was stiff at home.
24        Q    Do you know the first day you went
25   back to dancing?
```

1                    FROMETA

2                    MR. PLATTA:   Objection.

3        A     Probably a week or two weeks

4    after.  I was between flying and dancing,

5    but it was light.

6        Q     You testified earlier you danced

7    three or four weeks after the accident.  Now

8    you testified a week or two later.

9        A     Because it's free-lancing, I can

10   go when I want.  Not whenever, once I am

11   there I have to go 8 hours and leave. I can

12   go one day a week, I free-lance.

13       Q     Do you keep any records of the

14   days that you danced?

15       A     No.

16       Q     Did you sign anything or punch in

17   when you arrived at Rick's Cabaret

18   Gentlemen's Club?

19       A     No.

20       Q     Do you have any records when you

21   flew for Excel Air during the time, after

22   this incident?

23       A     No.

24       Q     Do you know the address for Excel

25   Air?

```
                          FROMETA
 1

 2       A    No, it's in Long Island.

 3       Q    Do you have anything at home that

 4   has the address and contact information?

 5       A    I don't think so, no.

 6       Q    How are you compensated by Excel

 7   Air?

 8       A    Check.

 9       Q    Do you maintain any check stubs?

10            MR. PLATTA:   Objection.

11      You can answer.

12       A    Probably there, I probably have

13   something.

14            MR. MILLER:   I ask that

15   you provide counsel a copy of your Excel Air

16   paycheck for the purpose of obtaining the

17   address and proper corporate identity.  I

18   also ask for authorizations for the records,

19   for the purpose of not lost earnings, for

20   the purpose of her schedule and when she

21   might have worked.

22            MR. PLATTA: I agree to

23   provide attendance records regarding her

24   employment.  However, any records regarding

25   wages will not be provided.
```

Page 52

```
 1                    FROMETA
 2               MR. MILLER: Fair enough.
 3               MR. PLATTA:  I ask that
 4    you follow-up in writing.
 5               MR. MILLER: Sure.
 6        Q    What did Dr. Villafuerte tell you
 7    after his initial examination, approximately
 8    nine days after this incident?
 9        A    He said according to that I will
10    keep treatment for five weeks.  He cannot
11    tell anything yet for another two months
12    what is going to happen, only until he
13    receives the MRI.
14        Q    Did he send you for an MRI?
15        A    Yes.
16        Q    Where did he send you?
17        A    77th Street, 77th or 75th Street
18    and Third Avenue.
19        Q    Would that be Stand Up MRI Of
20    Manhattan?
21        A    Yes.
22        Q    How often would you go to Dr.
23    Villafuerte?
24        A    I was there for five weeks then he
25    would give me a appointment maybe four
```

1                         FROMETA

2       times.

3            Q      Approximately once a week for

4       four, five weeks?

5            A      About once a week I have to say.

6            Q      Did he refer you to any other

7       doctors?

8            A      Yes.

9            Q      Who did he refer to you?

10           A      He referred me to Dr. Kaisman.

11           Q      Is that Arden Kaisman at 51 East

12      25th Street?

13           A      Yes.

14           Q      What kind of doctor is Dr.

15      Kaisman?

16           A      Neck doctor, back.

17           Q      What did Dr. Kaisman do for you?

18           A      He didn't. I got scared about the

19      needle and I ran out. I was laying down, I

20      saw the needle and just ran out. I could not

21      do it.

22           Q      How often did you see Dr. Kaisman?

23           A      Twice.

24           Q      What did he do for you during this

25      time?

```
 1                    FROMETA
 2        A     He told me what he was going to
 3   do.  He read the paper and he saw the MRI
 4   and then the neck stuff, and he told me what
 5   he was going to do.  He wanted to do
 6   compression, first injection to kill the
 7   pain in my neck. Then if at that point does
 8   not go away he will have to do compression
 9   of the disc which was giving a problem.
10        Q     Did you see Dr. Kaisman during the
11   same time you saw Dr. Villatuerte, or a
12   different time?
13        A     At the same time.
14        Q     Did Dr. Villafuerte or Dr. Kaisman
15   refer you to any other healthcare providers?
16        A     Sorry?
17        Q     Did Dr. Villafuerte or Dr. Kaisman
18   refer you to any other doctors or healthcare
19   providers?
20        A     Dr. Kaisman referred me to Dr.
21   Babo for the lower back lumbar spinal cord
22   injuries.
23        Q     Is that Dr. Ramesh Babo?
24        A     Yes.
25        Q     At 530 First Avenue?
```

```
 1                    FROMETA
 2      A     Yes.
 3      Q     Did you see Dr. Babo during the
 4  same time you saw Dr. Kaisman?
 5      A     No.
 6      Q     Were you seeing him another time?
 7      A     I didn't see Dr. Kaisman anymore.
 8  I didn't want to see him.
 9      Q     You went to Dr. Babo at the
10  referral of Dr. Kaisman?
11      A     Yes.
12      Q     How often did you see Dr. Babo?
13      A     Three or four times, four times
14  before surgery.
15      Q     Was that during the same time you
16  were seeing Dr. Villafuerte, or sometime
17  after?
18      A     About the same time.
19      Q     What did Dr. Babo do for you?
20      A     Dr. Babo, he went over the records
21  and he told me that my injuries, I have to
22  wait almost two months.  He described the
23  pinch, it all came in before the time.  He
24  gave me time of two months. All the pain and
25  numbness on my leg would go away for half
```

```
 1                    FROMETA
 2   hour, or 10 minutes.  I would not feel it, I
 3   would not walk.  He said as soon as you feel
 4   that, meaning you will need surgery. You
 5   don't have to do it because it's your
 6   decision. We are telling you if you don't
 7   you are going to have like no leg.
 8                    MR. MILLER: I move to
 9        strike the entire portion of the
10        answer as not responsive.
11        Q    Ma'am, I am not asking about
12   conversations you had with Dr. Babo.  Did
13   you ever receive treatment with Dr. Babo?
14   What did he do for you?
15        A    Treatment.
16        Q    I want you to tell me only the
17   treatment, not conversations you had with
18   Dr. Babo?
19        A    He operated on my lower back.
20        Q    When did he operate on your lower
21   back?
22        A    The lumbar disc.
23        Q    Not where, when?
24        A    May 17th.
25        Q    Where was this surgery held?
```

Page 57

```
 1                      FROMETA
 2        A    Cabrini Hospital.
 3        Q    Is Dr. Babo affiliated with
 4   Cabrini Hospital?
 5        A    I hope so, I think so.
 6        Q    Did you see any other medical care
 7   providers or doctors with regard to the
 8   treatment on your back?
 9        A    Yes, Dr. David.
10        Q    Is that Andrew Davy?
11        A    Yes. I didn't go to the medical
12   center on 43rd Street anymore. I changed to
13   the one closer to my home, to my mom.
14        Q    Where is that?
15        A    Westchester, it's in the Bronx, on
16   Westchester Avenue.
17        Q    3262, Ranga Krishna?
18        A    Yes, that's where I changed after.
19        Q    Were you seeing Dr. Krishna before
20   or after surgery?
21        A    Before surgery.
22        Q    What kind of doctor is Dr.
23   Krishna?
24        A    Neurologist.
25        Q    What did Dr. Krishna do for you?
```

1                    FROMETA

2        A    He checked, look at my X-rays and

3    MRI and he just basically told me what might

4    be going on in the future for me.   He

5    recommended me to Dr. David.

6        Q    You keep saying Dr. David, is this

7    Dr. Davy?

8        A    Dr. Davy.

9        Q    What kind of doctor is Dr. Davy?

10       A    He is a neurologist.

11       Q    Did you see Dr. Davy before or

12   after surgery?

13       A    Before lower back surgery.

14       Q    Did you see Dr. Davy at any time

15   after surgery?

16       A    Yes.

17       Q    What did you see him for, after

18   surgery?

19       A    Dr. Davy after the surgery for

20   neck injection and painkiller injection and

21   electro, something very painful. He put four

22   needles on one side, six on the other side

23   and it's over seven days, and then you have

24   to stay three months then do it again. This

25   is what I needed,  otherwise I feel like

```
 1                    FROMETA
 2   electricity running from the spinal cord
 3   going to where the nerves are.  They inject
 4   also the spinal cord.  That liquid run in
 5   the spinal cord. The entire lower back
 6   turning into something very hard.  That is
 7   a year, do and re-do for the rest of my
 8   life, otherwise I will not be able to walk
 9   correctly. That procedure last about 40
10   minutes.
11                    MR. MILLER: Let's take a
12        break.
13                    (Whereupon, a brief recess
14        was taken.)
15     Q    Did there come a time that you had
16   surgery?
17     A    Sorry.
18     Q    Did there come a time you had
19   surgery?
20     A    After the accident?
21     Q    Yes.
22     A    Yes.
23     Q    Did the surgery take place on May
24   17th 2007?
25     A    Yes.
```

```
 1                    FROMETA
 2      Q    Did Dr. Babo perform the surgery
 3 at Cabrini Medical Center?
 4      A    Yes.
 5      Q    Do you know the kind of surgery
 6 you had?
 7      A    I don't know the name.  He told me
 8 before, I forget, it's a fancy word. Lumber
 9 back surgery, he kind of cut something
10 there, a bone or something.
11      Q    Were you admitted into the
12 hospital?
13      A    Yes.
14      Q    Did you spend the night?
15      A    Two days.
16      Q    Have you been admitted back into
17 the hospital for any reason, since the
18 surgery?
19      A    No, sir.
20      Q    Do you have any plans for any
21 future surgery?
22      A    Well, no.  Yes, they still have to
23 do the compression of the disc (indicating).
24                MR. PLATTA: Indicating the
25      neck.
```

Page 61

```
 1                    FROMETA
 2                    WITNESS: The neck and
 3    spinal cord. They have to refill that every
 4    year and a half or 2 years or then I am not
 5    able to walk.  They have to do the lower
 6    back also, whenever it starts bothering me.
 7    Only when the leg does not work anymore I
 8    will have to go back.
 9         Q    Were you given any tickets with
10    regard to this accident?
11         A    No.
12         Q    Did you have a driver's license in
13    good standing?
14         A    Yes.
15         Q    What kind of driver's license was
16    it?
17         A    A regular driver's license.
18         Q    Was it issued by New York State?
19         A    New York State.
20         Q    Did you have any restrictions on
21    the license?
22         A    No.
23         Q    Did you wear glasses?
24         A    Now I do, after the accident for
25    reading or driving at night.
```

1                    FROMETA

2      Q    Are you aware whether your blood

3  alcohol level was tested while you were in

4  the emergency room at Cabrini Hospital, on

5  February 14th 2007?

6                    MR. PLATTA:   Objection.

7      A    I don't know.

8      Q    Other then Cabrini Hospital, Dr.

9  Villatuerte, Dr. Babo, Dr. Davy, Dr.

10  Krishna, Westchester Medical, Stand Up MRI,

11  is there any other healthcare providers?

12      A    Those are the ones that I recall

13  right now.

14      Q    Do you have anything at home that

15  might refresh your recollection whether you

16  saw anyone else?

17      A    No.

18      Q    Is Dr. Krishna at 3262 Westchester

19  Avenue associated with Westchester Medical

20  Care P.C?

21      A    Yes, sir.

22      Q    Had you ever injured your back and

23  neck, prior to February 2007?

24      A    No, sir.

25      Q    Had you ever been in a car

```
 1                        FROMETA

 2    accident, prior to February 14, 2007?

 3                    MR. PLATTA:   Objection.

 4        A    Yes, when I was in a car accident

 5    that was in LA. I was with my mom and

 6    sister.  We were driving back where I used

 7    to live in Vegas before, it was rush hour.

 8    We are driving and the car in front of me --

 9    everyone was driving close, it's very

10    congested in LA.  Everyone stop and I saw

11    that and but I stop but the car in front of

12    me stop too quickly, a small little red car

13    with a Oriental older gentleman, a very old

14    gentleman.  I hit him.

15        Q    Were you injured?

16        A    No.

17        Q    Other then that, were you involved

18    in any other automobile accident, prior to

19    February 14th 2007?

20                    MR. PLATTA:   Objection.

21        A    I do not recall that. Someone hit

22    me.  I was leaving a parking lot, a diner in

23    New Jersey.  I looked behind me.  I put the

24    car in reverse.  I keep looking going

25    slowly. A large SUV just ran in my
```

Page 64

```
 1                      FROMETA

 2     headlight.  Only the light on the back and

 3     he just took a headlight.  The light still

 4     worked. He just took part of the material

 5     going over the light.

 6         Q     Were you injured?

 7         A     No, sir.

 8         Q     When did this happen?

 9         A     That happened I guess in maybe

10     August, I think in August.

11         Q     What year?

12         A     This year, the police came over

13     and he said, your car, put your car back.

14                    MR. PLATTA:   There is no

15         question.

16                    WITNESS: Sorry.

17         Q     Did you report the accident to

18     your insurance company?

19         A     No, there was no need.

20         Q     Were you involved in an accident

21     on March 8th 2007?

22         A     No, that's probably the one I am

23     talking about.  But I don't recall if it's

24     the one in New Jersey.  That was the car

25     that hit the light on the back.
```

1                          FROMETA

2          Q      What kind of car?

3          A      Sorry?

4          Q      What kind of car struck you?

5          A      It looked like a large SUV.  I

6    don't remember.

7          Q      What kind of car were you driving?

8          A      My car.

9          Q      What is your Social Security

10   number?

11         A      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.

12         Q      So the record is clear. Do you

13   have any recollection of being in an

14   automobile incident on March 8th 2007?

15         A      That was probably the one.

16                    MR. PLATTA:  Yes or no?

17                    WITNESS: The one in New

18      Jersey, yes.

19         Q      That New Jersey accident happened

20   in Englewood?

21         A      Yes, sir, that's the one.

22         Q      That accident happened in July

23   2007?

24         A      July.

25         Q      That accident happened July 29,

```
 1                      FROMETA

 2   2007?

 3       A    Yes.

 4       Q    Are you aware of an accident that

 5   occurred on March 8, 2007?

 6       A    No.

 7       Q    You never were in an accident

 8   involving another vehicle that was a Hyundai

 9   Sonata?

10       A    No.

11                 MR. PLATTA:  Can we take a

12       break?

13                 MR. MILLER: Sure.

14       Q    Was your vehicle involved in an

15   incident on March 8th 2007?

16       A    The vehicle was, I was at home

17   asleep.

18       Q    Where was the vehicle?

19       A    Three blocks away from my mom.

20       Q    Was it parked?

21       A    It was parked.

22       Q    Was it unoccupied?

23       A    No people were inside.

24       Q    Did someone strike your vehicle?

25       A    It seems like that because I
```

```
 1                    FROMETA

 2   didn't see it.

 3        Q     Did you file a claim?

 4        A     No, I didn't have money to file a

 5   claim.

 6        Q     Did you report it to your

 7   insurance carrier?

 8        A     I called them to let them know and

 9   they tell me to bring it over. They gave me

10   the address to get it fixed and everything.

11   And they asked me for $500.00 and I didn't

12   have it, that's why I did not take it.

13        Q     Are you currently going for any

14   physical therapy?

15        A     Yes, sir.

16        Q     Where are you going for physical

17   therapy?

18        A     On Westchester, in the Bronx.

19        Q     What frequency are you going?

20        A     Three days a week.

21        Q     Who prescribed this for you?

22        A     Dr. Krishna.

23        Q     How do you feel as you sit here

24   today?

25        A     Sorry?
```

Page 68

                        FROMETA

1

2      Q     How do you feel?

3      A     From one to ten one is good ten is

4   bad.  I say a nine, my neck, my lower back.

5      Q     You testified earlier that you

6   currently are not working. What do you do

7   during the day?

8      A     I just go to therapy.  I do my

9   walking maybe two or three blocks. I go to a

10  bookstore and I read.

11                  MR. MILLER:  Let's take a

12        break.

13                  (Whereupon, a brief recess

14        was taken.)

15     Q     Ma'am, did you take any medication

16  or drugs prior to coming here to testify

17  today?

18     A     Today, no.

19     Q     Is there any medications that were

20  prescribed to you to take that you chose not

21  to take, before coming here today?

22     A     They prescribe medication that is

23  too expensive, I didn't have the money.

24  Today I have migrans but I only use it at

25  night to go to sleep.

```
 1                    FROMETA

 2      Q     Is there any medication, anything

 3  you are taking recently that affects your

 4  ability to testify today truthfully?

 5      A     No.

 6      Q     In the 24 hours prior to the

 7  February 14, 2007 incident, had you taken

 8  any prescribed medicines?

 9      A     No, only for one the back, they

10  prescribe but then didn't want to pay, the

11  insurance.

12      Q     I will clarify my question.

13  Listen to my question. February 14th, back

14  at the time of the accident, 24 hours prior

15  to that.  During the 24 hour period prior to

16  this accident, was there any medication

17  that you were prescribed?

18      A     No.

19      Q     That was prescribed that you took?

20      A     No.

21      Q     Were there any medicines or

22  prescriptions that you were supposed to have

23  taken where you failed to take, 24 hours

24  prior to the February 14, 2007 accident?

25      A     No.
```

```
 1                    FROMETA
 2       Q    Other then the healthcare
 3  providers you testified about today, are
 4  there any other healthcare providers that
 5  you seen?
 6       A    No, sir.
 7       Q    Do you know when your neck
 8  surgical procedure is scheduled for?
 9       A    It's supposed to be about three or
10  four weeks from now.
11                    MR. MILLER: I note on the
12        record, I reserve out right for
13        further testimony with regard to any
14        post care follow-up pertaining to the
15        second surgery.
16       Q    Ma'am, did you ever have an
17  opportunity to review the police report?
18       A    I did, yes.
19       Q    When did you first see the police
20  report?
21       A    When I first got it.
22       Q    Who gave it to you?
23       A    The police department.
24       Q    Did you read the description under
25  the officer's notes?
```

```
 1                    FROMETA
 2      A    I looked at it, it's hard to
 3 understand for me.  It's not my job. I am
 4 not a police officer.
 5      Q    How many lanes of traffic go east
 6 on 23rd Street?
 7      A    There is three lanes, one for
 8 parking and two for going east.
 9      Q    Is that the same on the west, side
10 there is one lane for parking and two going
11 west?
12      A    Yes.
13      Q    There is a total of six lanes
14 across the entire street?
15      A    Yes.
16      Q    Do you recall looking at the
17 accident diagram on the police report?
18      A    Sorry?
19      Q    Do you recall looking at the
20 accident diagram on the police report?
21      A    It looks familiar but I don't
22 know.
23                MR. PLATTA:   Yes or no,
24        did you look at it when you reviewed
25        the police report?
```

```
 1                    FROMETA
 2                    WITNESS:  I looked at it,
 3      yes.
 4      Q    Did you ever file a revised police
 5  report or MV104?
 6      A    I don't know what that is, sorry.
 7                    (Continued on next page to
 8              include jurat.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                        FROMETA
 1
 2       Q      Did you file any documents with

 3   the police department, after the accident?

 4       A     I don't remember.

 5       Q      Did you ever have an opportunity

 6   to speak to the driver of the other vehicle,

 7   since February 14th 2007?

 8       A     No.

 9                    MR. MILLER: I have no

10        further questions.

11                       -oOo-

12        (Whereupon, the deposition of

13   Adonna Frometa was concluded at 12:05 p.m.)

14

15

16

17                    ADONNA FROMETA

18

19

20   Subscribed and sworn to
     before me this      day
21   of              , 2007.

22
           Notary Public
23

24

25
```

1                     I N D E X

2

3   WITNESS              EXAMINATION BY          PAGE

4   Adonna Frometa      Mr. Miller               4

5

6                       EXHIBITS

7                       NONE

8

9

                  INFORMATION REQUESTED
10

    DESCRIPTION             PAGE          LINE
11
    Authorizations for medical 48         9
12  records from Dr. Villatuerte

13  Excel Air pay stubs &      51         14
    employment records regarding
14  plaintiff's schedule

15  Reserve right to further   70         11
    testimony regarding post
16  care follow-up for second
    surgery

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK )

5                      :    SS:

6    COUNTY OF QUEENS  )

7

8         I, NANCY NASCA, a Shorthand Reporter

9    and Notary Public within and for the State

10   of New York, do hereby certify:

11        That ADONNA FROMETA, the witness whose

12   deposition is hereinbefore set forth, was

13   duly sworn by me, and that such deposition

14   is a true record of the testimony given by

15   such witness.

16        I further certify that I am not related

17   to any of the parties to this action by

18   blood or marriage, and that I am in no way

19   interested in the outcome of this matter.

20        IN WITNESS WHEREOF, I have hereunto set

21   my hand this 12th day of December 2007.

22

23                    _____

                      NANCY NASCA

24

25

**A**
ability 69:4
able 29:10 59:8 61:5
above-entitled 1:14
accident 8:9 14:15 15:3
    15:12 16:5 17:4,25
    30:14 43:23 46:25
    47:3,6 50:7 59:20
    61:10,24 63:2,4,18
    64:17,20 65:19,22,25
    66:4,7 69:14,16,24
    71:17,20 73:3
accompany 45:9
accurate 29:25 30:4
aches 14:16
action 1:15 75:17
address 4:12 7:10 8:20
    48:23 50:24 51:4,17
    67:10
addresses 9:18
administer 3:16
admitted 41:24 42:2,4
    60:11,16
Adonna 1:3,13 4:11
    73:13,17 74:4 75:11
adult 13:23
advised 33:22
advisement 30:13
advising 43:22
affiliated 57:3
age 11:9
aggravating 19:6
ago 10:6,10
agree 51:22
AGREED 3:7,13,21
ahead 28:22
Air 15:18,25 16:4 17:5
    17:8 50:21,25 51:7
    51:15 74:13
Albert 6:19,22 47:13
alcohol 20:21 22:21
    62:3
ambulance 39:20,22,24
    40:10,12 41:5
American 1:6 4:18
Andrew 57:10
Annie 5:13,13,14,16
    6:15,16,24 10:18,19
    10:20,21,24,24,25
answer 5:5 12:24 13:5
    13:17,21,15 14:5,13
    15:22 16:25 18:7,18
    19:12,18 22:3,14
    29:14 37:20,23 44:7
    51:11 56:10
answered 22:23 49:7
    49:16
anybody 42:21 43:2
anymore 7:23 55:7
    57:12 61:7
apartment 4:14 7:4,13

32:23
apartments 7:22 9:10
appointment 52:25
approximate 18:12
approximately 52:7
    53:3
Arden 53:11
arrival 32:16
arrive 36:25 39:20,22
    39:24
arrived 20:8 23:12
    24:8 30:24 31:21
    33:2 39:14 41:13
    50:17
arriving 33:6 39:18
Asian 39:5
asked 22:23 38:3 49:7
    49:16 67:11
asking 35:14 38:6,7
    56:11
asleep 66:17
assisted 40:4
associated 62:19
assume 5:5
attendance 51:23
attendant 15:18 17:5
    17:15
attorneys 2:4,9 3:8
August 64:10,10
aunt 7:9 8:4,9,25 30:19
    30:21 34:10 42:14
    43:3 48:4
aunt's 9:6 35:19
authorizations 48:11
    48:18 51:18 74:11
authorized 3:15
automatic 23:4,6
automobile 63:18
    65:14
Avenue 8:10,12,18 9:2
    9:12 12:15 27:24,24
    28:5,15,17,19 52:18
    54:25 57:16 62:19
aware 62:2 66:4
a.m 1:11 19:22 26:5,7

**B**
Babo 54:21,23 55:3,9
    55:12,19,20 56:12,13
    56:18 57:3 60:2 62:9
back 11:19 29:8,16,18
    37:17,24 38:2 45:24
    46:8,16,19 47:22
    49:25 53:16 54:21
    56:19,21 57:8 58:13
    59:5 60:9,16 61:6,8
    62:22 63:6 64:2,13
    64:25 68:4 69:9,13
bad 31:12,12 68:4
bartender 22:5
basically 58:3

basis 11:21
began 33:8
begun 35:3
behalf 21:25
believe 29:19 30:3
belt 41:3
big 29:7 41:3
birth 10:3
bit 24:23 25:15 31:4
black 29:11 39:5
blacked 18:2
blacking 38:6
blackout 42:23
blinker 27:17,20 28:2
    28:24
block 12:6 25:16 28:20
    28:22
blocks 66:19 68:9
blood 62:2 75:18
body 37:16 41:22
bone 60:10
bookstore 68:10
born 11:3,4
bothering 61:6
brace 46:19
break 33:15 59:12
    66:12 68:12
Bridge 35:20 36:10
    42:15
brief 33:19 59:13 68:13
bring 67:9
Broadway 2:5 13:12
    23:18,20 24:23 27:19
    27:19,21,22 33:7
Bronx 4:15 57:15
    67:18
Brooklyn 7:8,12,23 8:2
    8:13 30:19 35:19
    36:10 42:15
brother 10:20
brother's 5:14
brought 16:12
brush 27:10,11
business 21:11 47:17
buy 21:21

**C**
C 2:2 75:2,2
Cabaret 19:19,21,25
    20:6,15,23 21:5,9,14
    21:19 22:11 23:12,23
    24:17,21 25:3,9,19
    27:14 30:25 32:17
    33:2,6,24 34:9 43:16
    43:22 44:4,11,22,25
    49:11 50:17
Cabrini 41:9,14 42:5,8
    46:22 57:2,4 60:3
    62:4,8
Cabrini's 45:15
call 42:21,24,25 43:7,9

43:15,21 45:3
called 15:19,21 36:20
    36:21 37:4 42:25
    43:3,4,6 67:8
capacity 15:5
car 11:11,13 27:5,9,11
    27:16 28:21,23 29:7
    62:25 63:4,8,11,12
    63:24 64:13,13,24
    65:2,4,7,8
card 47:17
care 8:5,7,8 57:6 62:20
    70:14 74:16
carrier 67:7
carry 43:19
cars 28:14
cast 31:19
CAT 41:19,20 46:9,16
cell 43:20
center 46:23 57:12
    60:3
certain 7:15
certify 75:10,16
changed 5:15 10:25
    29:2 57:12,18
check 51:8,9
checked 58:2
chose 68:20
citizen 5:18,20
citizenship 5:15 11:8
city 11:23
claim 67:3,5
clarify 35:22 36:3,4
    69:12
clean 27:4,7,9
clear 8:24 22:16 31:10
    65:12
client 34:3 44:19
close 17:23 63:9
closed 20:16 25:24 26:3
    26:6,11,13
closer 24:23 30:20
    42:14 57:13
club 19:19,22 20:2,7,15
    20:24 21:5,9,15,19
    22:12 23:13,24 24:17
    24:21 25:4,9,20
    27:15 30:25 32:17
    33:3,7,24 34:9 43:16
    43:20,22 44:4,11,22
    44:25 49:11 50:18
cocktail 22:9
code 7:17,19 8:14,16
    8:17,22
coffee 43:14
colloquy 46:2
color 28:11
come 38:19 45:11
    46:11 59:15,18
coming 19:4 32:19 45:4
    68:16,21

company 64:18
compensated 51:6
complete 4:20
compression 54:6,8
    60:23
concluded 73:13
conditions 30:23
confused 45:10
congested 63:10
consciousness 36:22
constantly 30:8
contact 51:4
continued 49:10 72:7
contractor 12:25 13:3
contradiction 32:7,9
conversations 56:12,17
copies 48:12
copy 51:15
cord 46:10 54:21 59:2
    59:4,5 61:3
corporate 51:17
correct 8:22 34:15
    44:20
corrected 48:22
correctly 59:9
counsel 29:23 30:3,7
    33:22 51:15
counsel's 47:18
COUNTY 75:6
course 21:11
COURT 1:1
credibility 30:6
cross 34:21
currently 7:21 9:10,23
    11:11 14:7,9 15:24
    67:13 68:6
customary 21:2
customers 21:2,20
cut 37:19 60:9

**D**
D 4:2 74:1
damage 43:12
damaged 43:9,10
dance 13:7,19 14:7,9
    20:2,6,14 49:10,17
    49:21
danced 14:11 25:2 50:6
    50:14
dancer 14:3 16:22
    20:11 21:4,18
dancers 21:1
dancing 15:6,11,20
    16:23 17:15 20:5
    25:8 49:25 50:4
dark 28:11 41:3
date 10:3
David 57:9 58:5,6
Davy 57:10 58:7,8,9,11
    58:14,19 62:9
day 19:4,6 25:13 32:20

43:25 47:11 49:24
50:12 68:7 73:20
75:21
days 9:14,15,16 44:2
46:24 47:2,3,6 49:3
49:17,20 50:14 52:8
58:23 60:15 67:20
dazed 45:10
December 1:11 75:21
decision 56:6
Defendant 1:15
Defendants 1:7 2:9
demand 48:11
department 70:23 73:3
deposition 3:10,14,18
30:11 73:12 75:12,13
describe 26:21 40:23
described 55:22
description 70:24
74:10
device 46:19
diagnoses 45:19
diagnostic 41:17,21
diagram 71:17,20
Diaz-Diaz 1:6 4:18
DICKER 2:9
different 15:9 54:12
diner 63:22
direction 36:7
directly 24:20 34:10,12
disc 54:9 56:22 60:23
discharge 46:12
discloser 48:14
discussion 10:11 33:12
35:16
DISTRICT 1:1,2
divorced 9:25 10:5,9
10:13
doctor 47:14 53:14,16
57:22 58:9
doctors 53:7 54:18
57:7
documents 73:2
dog 10:25
Dominican 11:4 39:6
door 37:11 38:17,25
double-parked 28:21
28:23
Dr 47:13,14,23 48:2,5
48:13 49:4 52:6,22
53:10,14,17,22 54:10
54:11,14,14,17,17,20
54:20,23 55:3,4,7,9
55:10,12,16,19,20
56:12,13,18 57:3,9
57:19,22,25 58:5,6,7
58:8,9,11,14,19 60:2
62:8,9,9,9,18 67:22
74:12
drink 20:21 22:20
drinks 21:3,9,16,21,25

driver 37:7 38:4,7 73:6
driver's 61:12,15,17
driving 30:18 61:25
63:6,8,9 65:7
drugs 68:16
due 14:16
duly 4:3 75:13

E
e 1:6 2:2,2 4:2 5:17
8:12 74:1 75:2,2
earlier 49:9 50:6 68:5
earned 15:15
earnings 51:19
east 1:9 2:10 4:14 5:24
7:11 8:20 9:7,11 12:4
12:11 25:16,17 33:5
34:19,19,20 35:11,18
36:6 53:11 71:5,8
EDELMAN 2:8
effect 3:17
elapsed 39:15
electricity 59:2
electro 58:21
Elser 2:8 4:17
emergency 41:10,18
42:4 45:15,21 46:4
46:13,16,17 62:4
employed 12:20 15:4
employment 17:17
51:24 74:13
encourage 21:15
encouraged 21:19
Englewood 65:20
English 39:9
entire 20:14 29:14
37:22 56:9 59:5
71:14
ESQ 2:6,11
established 26:13
establishment 13:15,23
19:16 25:24 26:3,6
26:11
Eva 9:3 30:21,22
Eva's 34:10
evening 12:2
events 29:21
examination 1:13 4:7
45:20 52:7 74:3
examined 4:5
Excel 15:18,24 16:4
17:5,8 50:21,24 51:6
51:15 74:13
EXHIBITS 74:6
expensive 68:23
extremely 29:9
ex-husband 10:16
eyes 17:24,25
eyewitness 40:15

F

F 4:2 75:2
Fabian 6:7
facing 34:18,19,20
fact 38:13
failed 69:23
fair 5:7 9:9 10:5,8 27:3
52:2
familiar 71:21
fancy 60:8
FDR 35:20 36:6,7,12
February 11:17,20
16:13,13,16,21 17:3
17:8,16,20 18:15,16
19:10 20:7,16,22,22
22:6,6,10,11,19,20
23:8,13,23 24:8 25:4
25:20 26:18 30:24
42:10,17 45:7 48:6
49:3,21 62:5,23 63:2
63:19 69:7,13,24
73:7
feel 34:2 56:2,3 58:25
67:23 68:2
felt 37:17 38:5,5 45:10
Fifth 13:13 23:19,21
27:23,24
file 2:13 67:3,4 72:4
73:2
filing 3:10
films 41:21
finally 15:19
find 11:25 12:7,10,14
Fine 33:18
finish 16:8
finished 23:22
first 4:3 6:7 24:7 32:4
42:23 49:24 54:6,25
70:19,21
five 47:25 49:20 52:10
52:24 53:4
fixed 67:10
flew 50:21
flight 15:18 17:4,15
flights 17:7,10,11
floor 7:15,16,18 8:21
flying 50:4
following 16:15,21
42:20 43:16 45:20
47:10
Following-up 30:13
follows 4:6
follow-up 46:11 47:7
52:4 70:14 74:16
force 3:16
Ford 11:15,16 23:3
forget 60:8
Forgive 45:23
fork 27:22
form 3:22
forth 75:12
four 9:15,16 14:15

15:11 16:17,21 25:12
44:2 49:11 50:7
52:25 53:4 55:13,13
58:21 70:10
free-lance 50:12
free-lancing 50:9
frequency 67:19
Frometa 1:3,14 4:11
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
73:13,17 74:4 75:11
front 63:8,11
full 19:15
further 3:13,21 70:13
73:10 74:15 75:16
future 58:4 60:21

G

garage 12:17
garbage 28:11,12
gentleman 63:13,14
Gentlemen's 19:19,21
20:2,7,15,24 21:5,9
21:15,19 22:12 23:13
23:24 24:17,21 25:3
25:9,20 27:14 30:25
32:17 33:2,7,24 34:9
43:16,22 44:4,11,22
44:25 49:11 50:18
gestures 4:24
girl 10:24
give 4:21 7:10 29:23
52:25
given 42:7 61:9 75:14
giving 54:9
Gladys 9:8 30:21
glasses 61:23
go 30:15 34:9 35:19
42:10,12,13,16 46:16
47:8,10,23 49:14
50:10,11,12 52:22
54:8 55:25 57:11
61:8 68:8,9,25 71:5
going 4:19 5:5 18:16
19:3 20:8,22 22:6,10
22:16,20 25:16,17

27:2,20,22,23,25
28:2,8,9,12,16,18
29:23 31:11,12 34:11
34:20,24 35:11,18,22
36:6 37:19 43:10
47:25 48:9,10 52:12
54:2,5 56:7 58:4 59:3
63:24 64:5 67:13,16
67:19 71:8,10
good 61:13 68:3
green 28:10
ground 26:22
guess 5:2 64:9
guy 38:16
guys 28:11

H

half 6:23 28:22 55:25
61:4
hand 75:21
happen 17:19 52:12
64:8
happened 17:23 29:6
29:21 37:13 45:5
64:9 65:19,22,25
happy 44:12
hard 29:9,10 59:6 71:2
Haulers 1:6 4:18
headed 36:8
headlight 64:2,3
healthcare 54:15,18
62:11 70:2,4
heard 29:6
heavy 26:25 31:5
held 1:16 10:12 33:13
35:17 56:25
hello 37:13,14
hereinbefore 75:12
hereunto 75:20
Highway 35:10,12
hit 29:8,9,11 38:10
63:14,21 64:25
holding 41:2
home 11:23 12:2 31:10
37:10 42:3,10,12,16
45:6 46:17,18 49:14
49:23 51:3 57:13
62:14 66:16
hope 57:5
hospital 41:6,8,25 42:5
42:17,19 45:7,12
57:2,4 60:12,17 62:4
62:8
hour 28:8 56:2 63:7
69:15
hours 14:16 49:13
50:11 69:6,14,23
house 34:10
hurt 37:17,17
hurts 45:23
Hyundai 66:8

**I**
ice 26:19
identities 40:13
identity 38:20 51:17
ill 8:8
images 41:21
immediately 26:15,16
  42:20,22
impact 34:14 42:20,22
inch 26:22
inches 26:23,23
incident 16:11,16,22
  17:9,19 18:9,15 19:3
  25:7 27:15 30:17
  35:2 36:8,20 40:16
  43:13,17 47:11 48:7
  50:22 52:8 65:14
  66:15 69:7
include 72:8
including 34:4
income 15:15
independent 12:25
  13:3
indicating 60:23,24
information 15:23
  46:14 48:15 51:4
  74:9
initial 52:7
inject 59:3
injection 54:6 58:20,20
injured 46:4,7 62:22
  63:15 64:6
injuries 54:22 55:21
inpatient 42:5,8
inside 27:8 29:7 41:4
  66:23
insurance 64:18 67:7
  69:11
intend 30:15
intention 34:8
interested 75:19
interpreter 33:17
involved 63:17 64:20
  66:14
involving 66:8
Island 51:2
issue 30:6
issued 61:18

**J**
JAGUAR 1:24
Jersey 63:23 64:24
  65:18,19
jet 15:17
job 71:3
July 65:22,24,25
jurat 72:8

**K**
Kaisman 53:10,11,15
  53:17,22 54:10,14,17

54:20 55:4,7,10
keep 12:4 28:16 34:24
  50:13 52:10 58:6
  63:24
kept 43:8
kill 54:6
kind 13:2 39:3 47:14
  53:14 57:22 58:9
  60:5,9 61:15 65:2,4,7
knew 31:12
knocking 37:10,11
  38:17
know 5:2 13:17 17:23
  18:9 22:25 27:23
  29:8 36:19 37:5
  38:15,17,23 40:8,15
  40:22,22,25 41:13,20
  42:18 45:14 46:15
  49:24 50:24 60:5,7
  62:7 67:8 70:7 71:22
  72:6
known 5:9
Krishna 57:17,19,23
  57:25 62:10,18 67:22

**L**
l 3:4 8:12
LA 63:5,10
ladies 40:6,7 41:2
lane 28:4,4,7,9,13,17
  28:21 71:10
lanes 71:5,7,13
languages 39:11
large 63:25 65:5
lawsuit 16:12
lawyer 4:17
laying 53:19
leading 27:15
lean 45:23
learn 38:19
learned 10:23
leave 26:15,16 50:11
leaving 33:5 63:22
left 4:23 17:22 25:19
  27:14,20,24 28:25
  31:10 32:22 34:9
  45:14 46:22 48:15
leg 55:25 56:7 61:7
Let's 44:8 59:11 68:11
level 62:3
levels 26:22
Lexington 28:19 34:18
  34:21,23,25
license 61:12,15,17,21
life 59:8
light 28:2,5,16 29:2,7
  31:14 34:14,17 50:5
  64:2,3,5,25
line 19:6 74:10
liquid 59:4
Listen 69:13

little 24:23 25:15 31:4
  63:12
live 6:3 7:8,21 63:7
lived 7:25 8:3,4
lives 30:20
LLP 2:9
locate 19:2
located 13:11 48:23
location 12:3 24:7
long 5:23 7:3 16:6 19:5
  25:2,7 32:15 47:23
  51:2
longer 14:16
look 29:8 39:2 47:16
  58:2 71:24
looked 28:23 41:3
  63:24 65:5 71:2 72:2
looking 63:24 71:16,19
looks 71:21
lose 36:22
loss 49:12
lost 51:19
lot 63:22
loud 29:6
lower 46:8 54:21 56:19
  56:20 58:13 59:5
  61:5 68:4
lumbar 54:21 56:22
Lumber 60:8

**M**
M 4:2 8:12
Madison 28:5,10 40:21
  48:25
maintain 51:9
man 38:16,20,22
management 21:14,20
  21:24
manager 44:24
Manhattan 52:20
March 64:21 65:14
  66:5,15
Mario 1:6 4:17
marriage 75:18
married 9:21,22,23
  10:23
material 64:4
matter 17:11 75:19
Ma'am 22:19 30:14
  31:7 34:13 44:21
  56:11 68:15 70:16
mean 11:22 15:20
meaning 56:4
means 42:2
medical 46:19,22,23
  47:7 48:11,12,18,20
  49:2 57:6,11 60:3
  62:10,19 74:11
medication 68:15,22
  69:2,16
medications 68:19

medicines 69:8,21
Medina 9:8
memory 47:21
mentally 8:7,8
mention 10:22
meters 24:24
middle 28:3,4,7,9,13,17
  28:20,20 46:10
Midtown 48:19
migrans 68:24
miles 28:8
Miller 2:11 4:8,16 10:8
  11:24 14:17 18:4,20
  18:25 29:13,22 30:7
  31:15 32:3 33:14
  34:6 35:24 37:21
  38:11 44:6,12,17
  45:25 48:9,21 51:14
  52:2,5 56:8 59:11
  66:13 68:11 70:11
  73:9 74:4
minutes 36:24 39:16
  56:2 59:10
mirror 28:24
missing 17:24 18:2
mom 6:3 7:3,24 8:4,6
  9:13,17 30:20 36:18
  43:4,5 57:13 63:5
  66:19
money 67:4 68:23
month 17:12
monthly 12:17
months 25:12 52:11
  55:22,24 58:24
morning 31:13
MOSKOWITZ 2:8
mother 6:17 7:7 36:19
  43:6
mother's 6:4 32:21,23
move 11:5 14:17 18:4
  24:4 28:25 29:13
  31:15 33:25 37:21
  44:8 45:25 56:8
moving 7:6
MRI 52:13,14,19 54:3
  58:3 62:10
MV104 72:5
Myrtle 8:10,18 9:2,12
  12:15

**N**
n 2:2 3:4 4:2,2 5:17,17
  74:1
name 4:9,16 5:10,12,13
  5:14,15 6:4,6,7,8,14
  8:25 9:4,6 11:2 13:15
  13:18 19:15 33:23
  34:2,4 48:15 60:7
named 10:20,21,24,24
  10:25
NANCY 1:17 75:8,23

NASCA 1:17 75:8,23
near 33:7
neck 37:16,17 45:23
  46:8,18 47:22 53:16
  54:4,7 58:20 60:25
  61:2 62:23 68:4 70:7
need 56:4 64:19
needed 58:25
needle 53:19,20
needles 58:22
nephew 6:19
nerves 59:3
neurologist 47:22
  48:13 57:24 58:10
never 66:7
New 1:2,10,10,18 2:5,5
  2:10,10 4:5,15 7:12
  8:13 61:18,19 63:23
  64:24 65:17,19 75:4
  75:10
news 31:11,19
night 15:18 29:21 30:3
  60:14 61:25 68:25
nine 46:24 47:2,3,6,11
  49:3 52:8 68:4
nods 4:24
noise 29:6
noon 45:17
north 24:15 36:11
Notary 1:17 4:4 73:22
  75:9
note 44:9,13 70:11
noted 34:7 44:6
notes 70:25
notice 28:11
noticed 28:8
number 7:13,14 36:14
  36:17 65:10
numbness 55:25
Nydia 6:5,6,7

**O**
O 3:4 4:2,2
oath 3:16
objection 12:24 13:5
  13:10,16,20,24 14:4
  14:12,22 16:24,25
  18:17,21,24 19:11,12
  19:17,18,23 20:4,9
  20:12,17,20 21:7,12
  21:17,22 22:2,13,22
  24:18 25:5,11 31:24
  33:23 34:4,7 43:18
  43:24 44:5,7,10,13
  44:18 49:6,15,19
  50:2 51:10 62:6 63:3
  63:20
objections 3:22
obtaining 51:16
occupation 12:22
occurred 16:13 18:10

30:15,17 36:9 66:5
**oddly** 48:15
**officer** 3:15,18 71:4
**officer's** 70:25
**old** 6:21 63:13
**older** 6:24 63:13
**once** 50:10 53:3,5
**ones** 62:12
**open** 17:24,25
**operate** 56:20
**operated** 56:19
**opportunity** 70:17 73:5
**Order** 1:16
**Oriental** 63:13
**outcome** 75:19
**owner** 13:14
**o'clock** 17:22 19:14
   26:12 33:17
**o0o** 73:11

**P**

**P** 2:2,2 3:4
**page** 72:7 74:3,10
**pain** 38:6 54:7 55:24
**painful** 58:21
**painkiller** 58:20
**pains** 14:16
**paper** 54:3
**park** 11:20 23:7,14
   28:15,17,19 48:25
**parked** 23:17,25 24:7
   24:11,14 25:13 66:20
   66:21
**parking** 12:7,8,10,14
   12:18 63:22 71:8,10
**part** 41:22 48:14 64:4
**parties** 3:9 75:17
**passed** 40:20
**passengers** 25:18
**passing** 28:10 40:21
**patrons** 20:3 21:10,16
**pay** 69:10 74:13
**paycheck** 51:16
**payments** 15:5
**PC** 48:18
**people** 66:23
**perform** 60:2
**period** 69:15
**permission** 47:19
**pertaining** 70:14
**phone** 36:14 43:8,9,20
**physical** 67:14,16
**pick** 43:3,4
**pin** 22:17
**pinch** 55:23
**place** 1:16 13:18 59:23
**plaintiff** 1:4,14 2:4 4:2
   19:2
**plaintiff's** 48:19 74:14
**planing** 30:18
**plans** 60:20

**PLATTA** 2:4,6 10:7
   11:22 12:23 13:4,10
   13:16,20,24 14:4,12
   14:22 15:22 16:24
   18:7,11,17,22 19:11
   19:17,23 20:4,9,12
   20:17,19 21:7,12,17
   21:22 22:2,13,22
   24:18 25:5,10 29:15
   29:19 30:5,12 31:24
   32:8 33:10,16,18,21
   35:13,21 36:2 38:9
   40:9 43:18,24 44:5,9
   44:15,20 47:20 48:17
   49:6,15,18 50:2
   51:10,22 52:3 60:24
   62:6 63:3,20 64:14
   65:16 66:11 71:23
**please** 4:10,13
**PLLC** 2:4
**point** 22:18 37:14 54:7
**police** 36:25 39:13,18
   39:25 64:12 70:17,19
   70:23 71:4,17,20,25
   72:4 73:3
**portion** 33:25 37:22
   56:9
**portions** 14:18 18:5
**position** 29:24 30:8
**post** 17:16 71:14 74:15
**Practice** 48:20
**precipitation** 27:2
**prefer** 47:20
**prejudicial** 18:23 19:8
   34:3 44:19
**prescribe** 68:22 69:10
**prescribed** 67:21 68:20
   69:8,17,19
**prescriptions** 69:22
**present** 30:2,3
**preserving** 18:23 34:5
**prior** 7:6 8:20 11:19
   25:4,7 32:16 34:14
   39:18 48:6 62:23
   63:2,18 68:16 69:6
   69:14,15,24
**private** 15:17,18 17:4
**privileged** 19:7
**probably** 14:14 46:24
   50:3 51:12,12 64:22
   65:15
**problem** 54:9
**procedure** 59:9 70:8
**proceed** 27:18
**proceeded** 28:7,12,25
**produce** 30:10
**proper** 51:17
**provide** 51:15,23
**provided** 30:9 48:12,13
   48:19 51:25
**providers** 54:15,19

57:7 62:11 70:3,4
**Public** 1:17 4:4 73:22
   75:9
**punch** 50:16
**purchase** 21:3,16
**purchased** 21:10,25
**purpose** 51:16,19,20
**purse** 47:16
**pursuant** 1:15
**pursue** 11:8
**put** 27:17,19 28:2,24
   37:14 41:4 58:21
   63:23 64:13
**putting** 28:12
**P.C** 62:20
**p.m** 19:22,24 25:25
   26:4 73:13

**Q**

**QUEENS** 75:6
**question** 4:21,25 5:3,4
   5:5,6 18:8 22:17
   23:11 29:16,17 31:20
   37:20,24,25 38:3
   42:6 44:8 49:5 64:15
   69:12,13
**questioning** 19:7
**questions** 4:20 73:10
**quickly** 29:6 63:12

**R**

**r** 2:2 4:2 8:12 75:2
**rain** 26:20
**raise** 34:3
**Ramesh** 54:23
**ran** 53:19,20 63:25
**Ranga** 57:17
**read** 29:15,18 37:23
   38:2 54:3 68:10
   70:24
**reading** 61:25
**realize** 37:4
**realized** 37:12
**really** 24:22,22
**rear** 40:19
**reason** 18:21 60:17
**recall** 8:21 22:9 26:24
   28:21,23,24 31:2,6,8
   31:20 32:5,12,15
   41:16 44:24 45:19
   62:12 63:21 64:23
   71:16,19
**receive** 56:13
**receives** 52:13
**recess** 33:19 59:13
   68:13
**recognize** 36:14
**recollection** 26:9 31:18
   31:18 62:15 65:13
**recommended** 58:5
**record** 4:9,12 8:24

10:10,12 14:23 21:24
   22:16 29:23 33:11,13
   33:25 35:15,17 36:3
   48:10,18 65:12 70:12
   75:14
**records** 21:8 48:12
   50:13,20 51:18,23,24
   55:20 74:12,13
**Recycling** 1:6 4:19
**red** 27:25 28:5 29:3
   34:14,17 63:12
**refer** 53:6,9 54:15,18
**referral** 55:10
**referred** 48:2 53:10
   54:20
**refill** 61:3
**refresh** 62:15
**regard** 33:23 57:7
   61:10 70:13
**regarding** 51:23,24
   74:13,15
**regular** 11:21 21:11
   61:17
**related** 75:16
**remember** 5:19 7:14
   8:16 12:19 17:21,22
   18:13 19:13 20:25
   22:5 23:2 24:25
   26:17 28:14 29:5,11
   31:4,5 39:8,11 41:4
   41:15,23 42:18,19
   43:19 44:23 45:2,18
   46:20 65:6 73:4
**rent** 6:2
**repeat** 15:8 25:6
**report** 64:17 67:6
   70:17,20 71:17,20,25
   72:5
**reporter** 29:18 38:2
   75:8
**REPORTING** 1:24
**represent** 4:17
**Republic** 11:4
**requested** 29:17 37:25
   74:9
**reserve** 70:12 74:15
**reserved** 3:23
**reside** 6:9,17 7:7,20
   9:10
**resided** 5:23 7:3
**residence** 6:10,18
**resides** 8:25
**respective** 3:9
**response** 4:21 48:19
**responses** 4:22
**responsive** 14:19 18:6
   29:14,20 31:16 37:23
   56:10
**rest** 9:14 59:7
**restrictions** 61:20
**result** 43:13

**reverse** 63:24
**review** 70:17
**reviewed** 71:24
**revised** 72:4
**re-ask** 5:4
**re-do** 59:7
**Rick** 13:14
**Rick's** 13:9,11,22,23
   14:7 15:7,12 16:17
   16:22 18:14 19:10,15
   19:21,25 20:6,15,23
   21:4,9,14,18,20
   22:11 23:12,23 24:3
   24:8,17,19,21 25:3,9
   25:19 27:14 30:25
   32:17 33:2,6,24 34:9
   43:15,21 44:3,11,22
   44:25 49:10 50:17
**rides** 9:7
**right** 34:5,23 37:3
   62:13 70:12 74:15
**room** 41:11,18 42:4,7
   45:15,21 46:4,13,16
   46:17 62:4
**route** 27:13 29:20 35:4
   35:5,7
**rules** 48:14
**run** 59:4
**Runner** 11:15,17 23:4
**running** 59:2
**rush** 63:7

**S**

**S** 2:2 3:4,4
**safe** 27:18 28:15,25
   35:55
**safest** 35:6
**SAM9466** 2:12
**Sanchez** 9:5
**saw** 28:14 49:4 53:20
   54:3,11 55:4 62:16
   63:10
**saying** 23:9 37:13 58:6
**Scan** 41:19,20 46:9,16
**scared** 37:14 53:18
**scene** 37:2
**schedule** 51:20 74:14
**scheduled** 33:17 70:8
**sealing** 3:9
**seat** 47:4
**second** 7:16 70:15
   74:16
**seconds** 28:6,7 29:4,4
**Security** 65:9
**see** 10:16 29:9 45:11
   46:9 53:22 54:10
   55:3,7,8,12 57:6
   58:11,14,17 67:2
   70:19
**seeing** 55:6,16 57:19
**seen** 48:5 70:5

send 46:18 52:14,16
sense 5:4
sent 42:3
September 11:7
set 75:12,20
seven 49:17 58:23
shacking 37:15
shaking 37:5,16
shift 20:14,23 22:19
    23:5,22
short 19:5 39:3
Shorthand 75:8
show 19:9,25 47:16
sibling 10:18
siblings 10:21
side 24:10,13,15,16,19
    35:10,12 58:22,22
    71:9
sign 50:16
signed 3:14,17
sir 11:18 12:13 15:14
    18:19 25:21,23 39:19
    41:12 48:8 60:19
    62:21,24 64:7 65:21
    67:15 70:6
sister 6:13,25 7:2 8:7
    10:19 63:6
sister's 5:13
sit 67:23
six 58:22 71:13
SLAWEK 2:4,6
sleep 68:25
sleeping 37:12
slight 27:22
slightly 31:25 32:6,9,10
    32:12,16,25
slowly 29:2 63:25
small 63:12
snow 26:19,21 33:8
snowfall 26:25
snowing 31:3,9,14 32:2
    32:6,9,11,13,16,22
    32:25
Social 65:9
son 10:23
Sonata 66:9
soon 56:3
sorry 7:18 8:10 10:7
    14:20 24:12 26:2
    30:16 35:18 39:21
    45:22 47:9 54:16
    59:17 64:16 65:3
    67:25 71:18 72:6
sort 46:21 47:7
south 24:19 27:20
    28:15,18,19 36:11,13
SOUTHERN 1:2
span 47:11
Spanish 39:4,10
speak 37:7 38:7 39:9
    44:3,21 73:6

spell 5:16 8:11
spend 9:13,19 12:11,15
    26:14 60:14
spends 9:15
spinal 46:9 54:21 59:2
    59:4,5 61:3
spoke 38:4 39:10
SP2699 2:6
SS 75:5
stand 48:21 52:19
    62:10
standing 29:5 38:17
    44:7,13 61:13
started 19:21
starts 61:6
state 1:18 4:5,9,12 30:4
    61:18,19 75:4,9
statement 33:22
statements 30:9
States 1:1 5:21 11:6
stating 30:8
stay 8:9 9:14 58:24
staying 12:3
stenographer 4:23
stepped 41:2
stick 23:4
stiff 37:17 38:5 49:23
stipulate 44:16,17
STIPULATED 3:7,13
    3:21
stop 34:11 63:10,11,12
stopped 15:6,10 16:18
    16:23 29:3
straight 34:24
strapped 41:5
street 1:9 2:10 4:14
    5:24 7:11 8:21 9:7,11
    12:4,6,8,10,12,14
    13:12 23:14,16,18
    24:2,10,13,21 25:17
    27:17,19,25 28:3,4
    28:10 33:6 34:18
    35:8,11,23 36:6
    40:21 41:9 47:13
    48:24 52:17,17 53:12
    57:12 71:6,14
strike 11:25 14:18 18:5
    29:14 31:16 33:25
    37:22 46:2 56:9
    66:24
struck 36:23 40:18,19
    40:24 65:4
Stuart 2:11 4:16
stubs 51:9 74:13
stuff 43:10 54:4
submit 29:25 30:10
Subscribed 73:20
suddenly 29:4
Suite 2:5
supposed 69:22 70:9
sure 27:18 47:18 52:5

66:13
surgery 16:8 55:14
    56:4,25 57:20,21
    58:12,13,15,18,19
    59:16,19,23 60:2,5,9
    60:18,21 70:15 74:16
surgical 70:8
SUV 63:25 65:5
sworn 3:14,17 4:4
    73:20 75:13

                T
t 3:4,4 4:2 8:12 75:2,2
take 4:23 8:7,8 25:18
    33:15 35:6,22 59:11
    59:23 66:11 67:12
    68:11,15,20,21 69:23
taken 1:15 3:19 30:12
    33:20 35:4 41:6,8,10
    59:14 68:14 69:7,23
talk 39:13
talking 38:12 64:23
taxi 45:8
tell 5:12 11:13 23:16
    27:13 35:3 39:14
    45:4 46:3,6 52:6,11
    56:16 67:9
telling 46:13 56:6
ten 17:10 68:3,3
terms 15:5
tested 62:3
testified 4:6 15:10
    16:15,20 19:20 31:7
    31:8,25 32:4,5 34:13
    40:19 49:9 50:6,8
    68:5 70:3
testify 35:25 38:12
    47:21 68:16 69:4
testimony 14:18 18:5
    26:10 38:14 70:13
    74:15 75:14
testing 41:17
therapy 67:14,17 68:8
thing 27:8 42:23
think 10:2 30:5 45:18
    48:24 51:5 57:5
    64:10
third 7:18 8:21 52:18
thought 37:10
three 9:14,15,16 14:14
    15:2,11 16:17,21
    25:12 43:25 49:11
    50:7 55:13 58:24
    66:19 67:20 68:9
    70:9 71:7
ticket 27:10
tickets 61:9
time 1:16 3:23 7:25
    8:22 9:19 12:11,15
    14:11,24 15:6,6,13
    15:16,20 16:3 17:19

17:21,23,24 18:2,9
    19:2,9 20:16 25:22
    26:14,25 29:2 33:23
    34:2,5 39:12,13,14
    39:25 40:2 41:13
    42:16,19 44:10 45:14
    45:16 46:21 50:21
    53:25 54:11,12,13
    55:4,6,15,18,23,24
    58:14 59:15,18 69:14
times 53:2 55:13,13
today 16:12 26:10
    67:24 68:17,18,21,24
    69:4 70:3
told 39:6,7 45:20 54:2
    54:4 55:21 58:3 60:7
topless 14:3 16:22
    17:14 20:11 21:4,18
total 71:13
Toyota 11:15,16 23:3
traffic 71:5
treatment 46:22 47:7
    47:12 49:2,8 52:10
    56:13,15,17 57:8
trial 1:13 3:23 34:5
truck 28:11 41:3
true 75:14
truthfully 69:4
trying 18:25 32:4 43:8
turn 27:20,21,25 28:3
    29:10 34:23
turning 59:6
Twice 53:23
two 6:10 9:14,15 12:7
    16:5 17:3,12,13
    28:11 40:6,7 41:2
    50:3,8 52:11 55:22
    55:24 60:15 68:9
    71:8,10
type 11:13 19:4 41:16
    46:19

                U
U 3:4
uncontrollably 37:16
understand 4:25 5:3
    16:11 35:14 42:6
    71:3
understood 5:6
United 1:1 5:21 11:5
unoccupied 66:22
use 44:10 68:24

                V
Vegas 63:7
vehicle 11:21 12:5 23:3
    23:7,14,17,24 24:6
    25:19 36:23 37:8
    38:4,8,10,13,16
    39:17 40:5,18,20,23
    66:8,14,16,18,24

73:6
veracity 30:6
verbal 4:22
Villafuerte 47:13,15,24
    48:3,6,13 49:4 52:6
    52:23 54:14,17 55:16
Villatuerte 54:11 62:9
    74:12
volunteering 15:23

                W
W 2:4,6
wages 51:25
wait 20:20 55:22
waiting 16:7,9
waitress 13:6,8 20:2
    49:10
waitressed 14:25 16:16
    25:3
waitresses 22:10
waitressing 15:7,10
    16:18 17:14 25:8
waived 3:11
walk 56:3 59:8 61:5
walking 63:9
want 4:25 11:24 16:8
    22:17 33:14 35:21
    36:2,3 50:10 55:8
    56:16 69:10
wanted 29:8 54:5
watched 31:19
watching 31:11
water 43:10,12,13
waves 4:24
way 15:9 35:22 75:18
wear 61:23
wearing 47:4
weather 26:17 30:23
    31:21
week 9:14 49:17,20
    50:3,8,12 53:3,5
    67:20
weeks 14:14 15:2,11
    16:5,17,21 17:3,12
    17:13 47:25 49:12
    50:3,7 52:10,24 53:4
    70:10
went 23:9 27:16 32:20
    46:17 47:12,12 49:24
    55:9,20
west 35:10,12 71:9,11
Westchester 57:15,16
    62:10,18,19 67:18
WHEREOF 75:20
White 39:4
Wilson 2:8 4:17
window 37:15
windy 26:20
witness 14:20 30:2,9
    32:10 36:5 38:14
    40:11 61:2 64:16

65:17 72:2 74:3
75:11,15,20
**woke** 37:4,9,12
**word** 60:8
**words** 44:10
**work** 13:2 15:5,13,17
15:24 17:22 19:21
23:9,12 30:25 31:13
31:22 32:20 45:5
61:7
**worked** 16:3,20 25:14
26:10 51:21 64:4
**working** 15:12 16:9
18:14 21:4 40:10,11
43:11 68:6
**worse** 26:19
**writing** 30:13 52:4

**X**

**x** 1:2,8 74:1
**X-rays** 58:2

**Y**

**y** 8:12
**year** 11:19 59:7 61:4
64:11,12
**years** 7:5 10:6,10,14
61:4
**York** 1:2,10,10,18 2:5
2:5,10,10 4:5,15 7:12
8:13 61:18,19 75:4
75:10
**younger** 6:24 7:2

**Z**

**zip** 7:17,19 8:14,16,17
8:22

**$**

**$500.00** 67:11

**0**

**01502.00009** 2:13
**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** 65:11
**07-CV-6372** 1:8

**1**

**1** 26:22
**1A** 4:14
**10** 7:5 39:16 56:2
**10:25** 1:11
**10004** 2:5
**10017** 2:10
**10466** 4:15
**11** 74:15
**11205** 7:19 8:15,17
**12th** 75:21
**12:00** 45:16,17
**12:05** 73:13
**13** 20:7
**13th** 18:15 19:10 20:8

20:22 22:6,10,18,20
23:13 24:8 25:4
30:24
**14** 6:23 11:17 16:16
17:16,20 63:2 69:7
69:24 74:13
**14th** 11:20 16:13,22
17:3,8 18:16 20:8,16
20:22 22:7,11,18,20
23:8,23 25:20 26:18
42:10,17 45:7 48:6
49:3 62:5 63:19
69:13 73:7
**15** 28:8
**15th** 49:21
**150** 1:9 2:10
**17th** 56:24 59:24
**1752** 7:11 9:7 12:11
**19th** 41:9
**1927** 2:5
**1978** 11:7

**2**

**2** 26:22 61:4
**2:00** 33:16
**20** 28:6,8
**2001** 11:15
**2003** 5:25 7:7
**2007** 1:11 11:17,19
12:20 16:13,16 17:4
17:8,16,20 19:10
20:7,16,23 22:7,11
23:8,13,23 24:8 25:4
25:20 26:18 49:22
59:24 62:5,23 63:2
63:19 64:21 65:14,23
66:2,5,15 69:7,24
73:7,21 75:21
**21** 5:19 10:2 11:9
**23d** 35:11
**23rd** 27:25 28:3,4,9
34:17,19 35:8,23
36:5 40:20 71:6
**233rd** 4:14 5:24 9:11
12:4 33:6
**24** 69:6,14,15,23
**25th** 53:12
**26A** 48:14
**29** 65:25

**3**

**3/25/68** 10:4
**30** 28:6
**3262** 57:17 62:18
**33rd** 13:12 23:18,20
25:16 27:17,18 33:7

**4**

**4** 1:11 49:13 74:4
**4:00** 17:22 25:24 26:3,6
26:12

**40** 59:9
**42** 1:9 2:5,10
**43rd** 47:13 48:24 57:12
**433** 8:10
**448** 9:15
**48** 74:11
**488** 8:10,18,25 9:11
12:15

**5**

**5** 10:6,9,13 14:16 26:23
29:3,4 49:13
**51** 53:11 74:13
**530** 54:25

**6**

**666** 4:14 5:23 9:11 12:3
33:5

**7**

**70** 74:15
**718** 1:25 36:15
**75th** 52:17
**77th** 52:17,17

**8**

**8** 50:11 66:5
**8th** 64:21 65:14 66:15
**858-7700** 1:25
**881-3716** 36:15

**9**

**9** 7:11 74:11
**9th** 8:20 9:7 12:11
**9:00** 19:13,22
**911** 37:4 42:24,25