# Adonna Frometa

# Life Care Plan

**Prepared  by:**

***Charles A. Kincaid, Ph.D., CRC, CVE, ATP. CLCP***
Certified Life Care Planner
Licensed Rehabilitation Counselor
One University Plaza – Suite 8
Hackensack, New Jersey  07601
Phone:  (201) 343-0700
Fax:     (201) 343-0757
ckincaid@kincaidvocational.com

**REPORT  DATE:**

May 1, 2008

**Life Care Plan Prepared for:**

**RE:**            Adonna Frometa
Date of Birth:    03/25/68
Age:              40.1
Date of Injury:   02/14/07
Diagnosis:        Multiple Orthopedic

**CONTENTS**

Heading                                                                 Page

Introduction……………..…………………………….……………....4

Background  Information……………………………………………4

Medical Records Reviewed……………………..………………………5

Summary of Medical Records……..…………..…….…..…….………....7

Current Functional Limitations…..…………………………...…..….…11

Pertinent Medical History…………………………………………12

Home/Daily Activities Evaluation………………..……………….…12

Current Medications...…………………...…………….………….....12

Treating Providers…..…………..…………..….………………....13

Medical Team/Provider Comments………..…….…..……………13

Life Expectancy………………………………………………..13

Life Care Plan Recommendations…………………………………13

Conclusions…..……………………..………..……………..…14

Cost Summary……..…………………..………………..………..…16

Life Care Plan……..………………………..…………………Appendix A



KINCAID VOCATIONAL & REHABILITATION SERVICES, INC.

One University Plaza, Suite 8 • Hackensack, New Jersey 07601
Tel: 201.343.0700 • Fax: 201.343.0757
www.kincaidvocational.com

# LIFE CARE  PLAN

## NARRATIVE

## Introduction

Adonna Frometa (DOB: 03/25/68) is a forty year old female referred for development of a life care plan.  The purpose of this evaluation is to assess the extent to which disabling conditions, incurred since onset of a motor-vehicle accident, involving neck, back, left leg, right and left shoulder injuries on February 14, 2007, will impact this individual's future medical, activities of daily living and independent living needs.  The specific manner in which the resulting deficits impede Ms. Frometa's ability to demonstrate independent living skills were assessed in this report.  She was interviewed in-person on April 26, 2008. The assessments and resulting recommendations focus on the costs, arising from Ms. Frometa's deficits, through her life expectancy.  These recommendations are contained in the attached life care plan.

A life care plan is a dynamic document based upon published standards of practice, comprehensive assessment, data analysis and research, which provides an organized concise plan for current and future needs with associated costs, for individuals who have experienced catastrophic injury or have chronic health care needs.[1]  The cost figures contained in this plan are based on current rates in the New York/East Coast region.  Actuarial figures are to be determined by an economist.  This report is based on available documents reviewed and should there be additional documents available to review, we reserve the right to amend this plan.

## Background Information

Ms. Frometa was born in the Dominican Republic.  She became a United States citizen in 1978.  She indicated that she completed the 11th grade at John Jay High School and obtained her GED in 1985 in Brooklyn, New York.  She

---

[1] Combined definition of the University of Florida and Intelicus Annual Life Care Planning Conference and the American Academy of Nurse Life Care Planners presented at the Forensic Section Meeting, NARPPS Annual Conference, Colorado Springs and agreed upon April 3, 1998.

attended Kingsboro College for two semesters taking general coursework and obtained CPR certification.   Ms. Frometa did not serve in the military.  No other formal education is noted.  She has a valid New York State drivers license.

Ms. Frometa has been residing in Brooklyn, New York.  She alternates living with her aunt and her mother.  Prior to injury, she noted enjoying figure skating, light yoga, racquetball, tennis, rolling skating, skiing and gymnastics, which she states she is no longer able to participate in at pre-injury levels.

Ms. Frometa has undergone the following medical procedures:

04/26/07 – 05/10/07;      Dr. Andrew Davy Performed series of three Cervical
                          Epidural Steroid Injection with Fluoroscopic Guidance; Epidurogram

5/15/07:      Right-sided L5-S1 hemilaminotomy, medial facetectomy.  Removal
              of herniated disc.  Microscope was needed for the procedure.

09/21/07 - 10/03/07 :      Dr. Andrew Davy completed facet joint/nerve
                           injections with fluoroscopic guidance.

09/26/07 - 10/11/07:       Dr. Andrew Davy performed a facet nerve denervation
                           with fluoroscopic guidance.

10/10/07 – 10/24/07;       Dr. Andrew Davy Performed series of three Lumbar
                           Epidural Steroid Injection with Fluoroscopic Guidance; Epidurogram

12/13/07:      Diagnostic discogram at C3-4; Percutaneous discectomy at C3-4.

05/08/08:      Ms. Frometa is scheduled to undergo an implantation of the
               neurostimulator with Dr. Andrew Davy.


**Medical Records Reviewed**

   1) NYC 911 Ambulance Call Report
         02/14/07

   2) Cabrini Medical Center
      Unspecified Practitioner
            Emergency Department Record: 02/14/07
            Emergency Physician Record: 02/14/07
            Progress Note: 05/17/07, 05/18/07
      Marina Margolina, MD
            Imaging: 02/14/07
      *Ramesh Babu, MD
            Operative Report: 05/17/07

3) Midtown Medical Practice, PC
   Albert Villafuerte, MD (212) 682-5800
        Initial Physiatric Evaluation: 02/23/07
        Follow-Up: 03/09/07
   Unspecified Practitioner
        Follow-Up: 02/26/07, 02/27/07, 02/28/07, 03/01/07, 03/02/07,
        03/05/07, 03/06/07, 03/07/07, 03/08/07, 03/09/07, 03/12/07,
        03/13/07, 03/14/07, 03/15/07, 03/19/07
   Allan Keil, MD
        Imaging: 03/12/07 (x2)

4) Stand-Up MRI of Manhattan, PC
   Robert Diamond, MD
        Imaging: 03/10/07 (x2)

5) Arden M. Kaisman, MD (212) 813-3199
        Initial Pain Management Evaluation: 03/27/07

6) Westchester Medical Care, PC
   R. C. Krishna, MD (718) 904-0908
        Initial Neurological Evaluation: 03/29/07
        Letter of Disability: 05/09/07
        Follow-Up: 12/03/07
   Unspecified Practitioner
        Initial Physical Therapy Evaluation: 03/29/07
        Physical Therapy Progress Note: 03/29/07, 04/02/07, 04/04/07,
        04/05/07, 04/11/07, 04/12/07, 04/13/07, 04/18/07, 04/20/07,
        04/23/07, 04/25/07, 04/26/07, 04/27/07, 04/30/07, 05/02/07,
        05/03/07, 05/09/07, 05/11/07, 05/14/07, 05/18/07, 06/06/07,
        06/13/07, 06/14/07, 06/15/07, 06/20/07, 06/21/07, 06/22/07,
        06/25/07, 06/28/07, 07/02/07, 07/03/07, 07/05/07, 07/11/07,
        07/13/07, 07/18/07, 07/19/07, 07/20/07, 07/26/07, 07/27/07,
        08/02/07, 08/03/07, 08/09/07, 08/10/07, 08/15/07, 08/17/07,
        08/22/07, 08/23/07, 08/24/07, 08/27/07, 08/30/07, 09/05/07,
        09/06/07, 09/07/07, 09/12/07, 09/14/07, 09/17/07, 09/19/07,
        09/20/07, 09/27/07, 09/28/07, 10/01/07, 10/05/07, 10/10/07,
        10/11/07, 10/12/07, 10/15/07, 10/18/07, 10/19/07, 10/22/07,
        10/25/07, 10/28/07, 10/31/07, 11/01/07, 11/05/07, 11/07/07,
        11/08/07, 11/14/07, 11/15/07, 11/19/07, 11/21/07, 11/26/07,
        11/27/07, 11/30/07, 12/03/07, 12/05/07, 12/09/07, 12/10/07,
        12/11/07

7) Xcalibur Chiropractic, PC
   Xerxes Oshidar, DC, DAAPM (718) 094-0117
        Initial Chiropractic Evaluation: 04/04/07

Unspecified Practitioner
        Follow-Up: 04/12/07, 04/13/07, 04/20/07, 04/23/07, 04/25/07,
        04/26/07, 05/02/07, 05/03/07, 05/09/07, 05/11/07, 05/14/07,
        08/21/07, 08/24/07, 08/27/07, 08/30/07, 09/05/07, 09/06/07,
        09/07/07, 09/12/07, 09/14/07, 09/17/07, 09/19/07, 09/20/07,
        09/27/07, 09/28/07, 10/01/07, 10/05/07, 10/10/07, 10/11/07,
        10/12/07, 10/15/07, 10/18/07, 10/22/07, 10/25/07, 10/26/07,
        10/31/07, 11/05/07, 11/07/07, 11/08/07, 11/14/07, 11/15/07,
        11/19/07, 11/21/07, 11/26/07, 11/27/07, 11/30/07, 12/03/07,
        12/05/07, 12/06/07, 12/10/07, 12/11/07

8)  New York University School of Medicine
    *Ramesh Babu, MD (212) 263-7481
        Initial Neurosurgical Evaluation: 04/09/07

9)  *Andrew M. G. Davy, MD, PA (718) 377-8877
        Initial Pain Management Evaluation: 04/20/07
        Epidural Steroid Injection: 04/26/07, 05/03/07, 05/10/07, 10/10/07,
        10/17/07, 10/24/07
        Facet Nerve Injection: 09/21/07, 10/03/07, 10/11/07
        Facet Nerve Denervation: 10/11/07
    Unspecified Practitioner
        Imaging: 11/28/07

10) The Brooklyn Hospital Center
    *Andrew M. G. Davy, MD
        Operative Report: 12/13/07 (x2)
    M. Cheema, MD (718) 250-8155
        Surgical Pathology Report: 12/13/07

* Please note that an asterisk next to the name of a practitioner indicates that he
or she may be found in several different locations throughout this medical
summary.


**Medical History Summary**

On 02/14/07 the patient was admitted to Cabrini Medical Center.  Dr. Marina
Margolina completed imaging procedures.  Her impression was:

        CT Head w/o Contrast
        "Normal examination."

On 02/23/07 Dr. Albert Villafuerte performed an initial physiatric evaluation.  He
reported:

1)  Status post motor vehicle accident 02/14/07.
2)  Cervical and lumbar sprain/strain.
3)  Headaches.

"If the events as described are correct and true, then the symptoms described are causally related to the accident of 02/14/07."

On 03/10/07 Dr. Robert Diamond completed several imaging procedures.  He noted:

MRI Lumbar Spine
"L3-4 and L4-5 posterior disc bulges.  L5-S1 diminished disc space height disc hydration loss and anterior disc extension and anterior spurring with adjacent osseous vertebral edema as well as posterior disc herniation."

MRI Cervical Spine
"C2-3 and C4-5 posterior disc bulges.  C3-4 posterior disc herniation with ventral CSF impression.  T1-2 and T2-3 eccentric left-sided peripheral disc herniations.  Left maxillary mucosal thickening compatible with sinusitic change."

On 03/12/07 Dr. Alan Keil performed multiple imaging procedures.  He concluded:

4 Views, Cervical Spine
"Minimal flattening at the anterosuperior margin of the C6 vertebral body."

2 Views, Lumbar Spine
"Minimal dextroscoliosis.  L5-S1 intervertebral disc space narrowing with anterior productive changes."

On 03/27/07 Dr. Arden Kaisman conducted an initial pain management evaluation.  He opined:

1)  Disc herniation at C3-4 with disc bulge at C2-3 and C4-5 with the right cervical radiculopathy.
2)  Cervical myofascial pain syndrome.

On 03/29/07 Dr. R. C. Krishna completed an initial neurological evaluation.  He concluded:

"The patient's clinical features are consistent with cervical and lumbar disc bulges and disc herniation resulting in neuropathic pain syndrome."

According to Dr. Krishna, Electromyographs showed radiculopathy at C5-C6 and L5-S1.

On 04/04/07 Dr. Xerxes Oshidar conducted an initial chiropractic evaluation.  His impression was:

1) Cervical radiculitis.
2) Cervical disc displacement/herniated nucleus pulposus.
3) Thoracic myofascitis.
4) Lumbar disc syndrome.
5) Lumbar radiculitis.

"I feel that there is a direct causal relationship between the accident described and Ms. Frometa's current injuries.  At this point the patient remains impaired with regard to some functional capabilities."

On 04/09/07 Dr. Ramesh Babu performed an initial neurosurgical evaluation.  He noted:

"MRI examination showed cervical disc herniation at C3-4.  MRI examination of the lumbar spine demonstrates a disc herniation at L5-S1. I have advised her to undergo lumbar as well as cervical spine surgery to prevent further irreversible neurological damage.

"To the best of my ability, I feel there is a causal relation between the accident and the current condition."

On 04/20/07 Dr. Andrew M. G. Davy completed an initial pain management evaluation.  He opined:

"Low back pain secondary to lumbar post-traumatic disc pathology, lumbar radiculopathy, multiple myofascial trigger points, cannot rule out facet syndrome.

"Neck pain secondary to cervical post-traumatic disc pathology, cervical radiculopathy, multiple myofascial trigger points, cannot rule out facet syndrome.

"Ms. Frometa has clinical signs, symptoms, and radiologic evidence consistent with cervical and lumbar post-traumatic disc pathology that is a direct result of the motor vehicle accident dated 02/14/07.  No pre-existing condition exists that affects the causality.  All her pain, suffering, and current marked partial disability are a result of this accident.  She has failed conservative therapy and I would like to proceed with the routine interventional treatments, namely epidural injections and facet treatments."

On 04/26/07, 05/03/07, 05/10/07, 10/10/07, 10/17/07 and 10/24/07 Dr. Andrew Davy performed epidural steroid injections.

On 05/09/07 Dr. R. C. Krishna composed a letter of disability regarding the patient.  He wrote:

> "Please be advised that the above-mentioned patient was involved in a car accident on the above-mentioned date.  Ms. Frometa is having difficulties with her cervical spine and her lumbar spine.  She is unable to return to work until her next re-evaluation which will take place in a month from today's date."

On 05/17/07 the patient presented to Cabrini Medical Center for a surgical procedure to be completed by Dr. Ramesh Babu.  It progressed as follows:

> Pre-op Dx:    Herniated lumbar disc, L5-S1.
>
> Post-op Dx:   Same.
>
> Procedure:    Right-sided L5-S1 hemilaminotomy, medial facetectomy. Removal of herniated disc.  Microscope was needed for the procedure.

On 09/21/07, 10/03/07 Dr. Andrew Davy completed facet nerve injections.

On 10/11/07 Dr. Andrew Davy performed a facet nerve denervation.

On 11/28/07 Dr. Andrew Davy analyzed radiological examinations of the cervical, thoracic, and lumbar spine.  He reported:

> "Good C2-C4 disc space.  Patient is an excellent candidate for [*illegible*] C3-4."

On 12/03/07 Dr. M. Cheema composed a surgical pathology report as follows:

> Diagnosis: "Intervertebral disc C[*3*]-C4.  Degenerated cartilaginous material."

On 12/03/07 Dr. R. C. Krishna examined the patient in follow-up.  He noted:

> Diagnosis: "Post traumatic headache.  Cervical disc herniations.  Lumbar disc herniations.  Cervical radiculopathy.  Lumbar radiculopathy.  Status post lumbosacral laminectomy.
>
> "In my opinion as stated in my original consultation, with a reasonable degree of medical certainty, the injury of 02/14/07 was competent provocation cause of the impairment and disability and in my opinion there is causal relationship."

On 12/13/07 the patient presented to Brooklyn Hospital Center for two surgical procedures to be performed by Dr. Andrew Davy.  They progressed as follows:

Pre-op Dx:   Cervical disc disease, cervical radiculopathy, rule out contained disc herniation.

Post-op Dx:   Cervical contained disc herniation, cervical radiculopathy at C3-4.

Procedure:   Diagnostic discogram at C3-4.

Diagnosis:   Cervical disc disease, cervical radiculopathy, and contained disc herniation at C3-4.

Procedure:   Percutaneous discectomy at C3-4.


## Current Functional Limitations/Behavioral Problems

Ms. Frometa requires assistance with activities of daily living.  Ms. Frometa demonstrates the following limitations:

- Unable to lift or carry over 10 pounds
- Difficulty sitting; has to be supported or recline
- Difficulty climbing stairs
- Poor balance and gait
- Unable to stoop, bend, or kneel
- Difficulty standing for long periods of time
- Difficulty driving longer than one hour
- Difficulty feeling, grasping, and reaching; hands tingle
- Difficulty seeing when she experiences a migraine headache
- Difficulty walking more than three blocks
- Increased pain and weakness in left leg
- Increased pain and weakness in both shoulders
- Increased pain and weakness in lower back and neck area
- Difficulty grasping and holding objects with left hand
- Difficulty walking for more than one block
- Requires assistance with activities of daily living
- Difficulty sleeping with disrupted sleep
- Bothered by noises, vibrations, and heights
- Frustration, anxiety, and stress
- Depression
- Sensitivity to wet and cold temperatures extremes

Ms. Frometa reported that she experiences daily pain in her lower back and left leg, neck and shoulders.  She experiences a tingling feeling in her hands, left worse than right.  She experiences migraine headaches that may last for weeks at a time.

She noted that she is unable to perform her former homemaking duties without pain, including laundry, cleaning, cooking and shopping.  She reported difficulty lifting and carrying, climbing, balancing, stooping, kneeling, bending, kneeling, sitting, walking, and sustained standing.  She has difficulty grasping, reaching and handling objects.  She has difficulty sleeping.  She requires assistance with activities of daily living.  Her aunt accompanies her to the bathroom, washes her clothes, prepares her meals, assists with dressing and bathing.

Ms. Frometa indicated that since the accident, she has gained 30 pounds. Ms. Frometa was attending physical and occupational therapy, but is currently unable to do so as her insurance is not paying for therapy.

## Pertinent Medical History Information

Ms. Frometa indicated no previous medical history prior to motor-vehicle accident of February 14, 2007.

## Home/Daily Activities Evaluation

Ms. Frometa resides in Brooklyn, New York.  She alternates living with her aunt and her mother.  Due to her orthopedic limitations, Ms. Frometa requires assistance with many of her activities of daily living,   She has difficulty with household tasks due to pain and injuries.    She is unable to shop or do laundry.  Ms. Frometa lives part time with her aunt.  She indicated that her aunt accompanies her to the bathroom, washes her clothes, prepares her meals, assists with dressing and bathing as she has much difficulty doing these tasks.

Ms. Frometa would benefit from aids for independent living.   These items will need replacement in the future.  The items include a shower chair, handheld shower, reacher and cervical pillow.

## Medications

Ms. Frometa takes the following medications related to daily, persistent pain, in the lower back, neck, left leg, and right and left shoulders:

| | | |
|---|---|---|
| Lyrica | 50mg, 30ct | Pain Relief |
| Baclofen | 10mg, 90ct | Muscle Relaxant |
| Opana | 5mg, 90ct | |
| Amitiptyline HCL | 10mg, 30ct | Anxiety Relief |

Esgic Plus                     30ct                          Pain Relief

**Treating Physicians/Providers**

Andrew Davy, M.D.              Pain Management          Every six weeks
Ramesh Babu, M.D.             Neurosurgeon             Every three months
Ranga Krishna, MD             Neurologist              Every three months

**Provider Comments**

Ms. Frometa  is currently under the care of Andrew Davy, M.D., pain specialist, Ranga Krishna, M.D. neurologist and Rashed Babu, M.D. neurosurgeon. Information regarding current and future medical recommendations was provided by Dr. Davy,  Dr. Krishna and Dr. Babu.

Dr. Davy indicated that he currently sees Ms. Frometa every six weeks for pain management follow-up.  She requires pain medications.  He has performed facet nerve injection and denervation.  These procedures were not successful in alleviating her pain.

He has recommended a trial with a neurostimulator.  If this is successful, he will implant the permanent neurostimulator.  She would require physical therapy after the implantation, 3x weekly for 4 -6 weeks.  He indicated that once the neurostimulator was in place, battery replacement would be required every 7-9 years.

Dr. Krishna indicated that Ms. Frometa will require MRI diagnostic imaging of the cervical and lumbar spine every 3-5 years and the assistance of a home health aide as she ages.  Dr. Babu recommended four follow-up visits at his office over the next year. And physical therapy three times a month for one year.

**Life Expectancy**

Ms. Frometa is currently 40.1 years of age.  She is projected to live the age of 82.0 years of age, an additional 41.9 years according to the National Center of Health Statistics.[2]

**Life Care Plan Recommendations**

1.  Medical care to include, but not limited to, evaluations and follow-up care with a pain management specialist.

2.  Psychological and Psychiatric counseling due to depression and acceptance of disability is outlined.

---
[2] **National Vital Statistics Reports**, Vol 52, No. 14, February 18, 2004.

3.  Diagnostic tests including MRI's are included in the plan.

4.  Physical therapy after placement of the neurostimulator is outlined.  Gym membership with short term personal trainer is also included**.**

5.  Current Pain medications are outlined in the life care plan.

6.  Surgical interventions recommended by Dr. Davy are listed in the plan.

7.  Equipment to assist with activities of daily living are listed.

8.  Option A in the plan provides for home health care assistance starting immediately.  She is currently receiving assistance from a relative.  This is based on the need for assistance if the relative was not available to care for her.  The total cost of this plan is **$2,325,610.19.**

    Option B in the plan provides for home health care assistance beginning at age 55.  This is based on the ideal that the neurostimulator is successful in providing pain reduction and improving function. The total cost of this plan is **$1,760,114.96.**

9.  The plan provides for continuation of care through life expectancy.

## Conclusions

Pertinent medical, psychosocial and rehabilitation reports and data were carefully considered in this report.  This life care plan is based on record review, interviews with Ms. Frometa, and treating physicians.

Ms. Frometa is significantly and permanently disabled subsequent to developing physical impairments following a motor-vehicle accident on February 14, 2007.  Her disability has significantly affected all aspects of her life.

Ms. Frometa's treating physicians indicated that the medical services recommended in this life care plan are a direct result of injuries to her cervical spine and lumbar spine.  According to her physicians, she will be impaired in her activities of daily living.  Ms. Frometa will require medical and rehabilitation intervention and support throughout the remainder of her life.

Ms. Frometa will require continued follow-up care from treating physicians, therapists and other medical providers for the remainder of her lifetime.  Specific recommendations and needs have been provided in the life care plan.  Dr. Davy has recommended  a trial and implantation of a neurostimulator due to chronic pain.  She will also require battery replacement every 7-9 years.

Ms. Frometa is not currently under the care of a psychologist or psychiatrist.  She indicated at the evaluation that she was depressed.  It is recommended that Ms. Frometa be seen by psychiatrist/psychologist for care.

Ms. Frometa has a permanent disability that significantly affects her ability to function in all aspects of her life.  It is essential that Ms. Frometa receive sufficient medical care to assist her in activities of daily living and to maximize her potential.  This Life Care Plan addresses Ms. Frometa's needs that have arisen as a result of disabilities related to a motor-vehicle accident on February 14, 2007.

I reserve the right to amend my findings contingent on additional medical documentation furnished to me in the future.


Respectfully submitted,

Charles Kincaid, Ph.D., CRC, CLCP, CRC, ABVE, ATP
Licensed Rehabilitation Counselor (N.J. Lic# RC00042)
Certified Rehabilitation Counselor
Certified Life Care Planner
Certified Vocational Expert
Assistive Technology Practitioner

# COST SUMMARY

## Adonna Frometa
### OPTION A

| Item | Annual Cost | Years | Lifetime Costs |
|------|-------------|-------|----------------|
| Evaluations/Primary Car | $      568.77 | 41.9 | $    23,831.46 |
| Projected Therapeutic Modalities | $  1,630.40 | 41.9 | $  68,313.76 |
| Diagnostics | $      183.25 | 41.9 | $    27,133.00 |
| Future Surgery | $  5,584.73 | 41.9 | $  234,000.00 |
| Aids for Independence | $        43.72 | 41.9 | $      1,831.87 |
| Medications | $  5,668.45 | 41.9 | $  237,508.05 |
| Routine Medical Care | $  2,057.48 | 41.9 | $    86,208.52 |
| Case Management | $  1,350.00 | 41.9 | $    56,565.00 |
| Home Health Care | $37,952.70 | 41.9 | $1,590,218.13 |
| **TOTALS:** | **$55,503.82** | | **$2,325,610.19** |

# COST SUMMARY

## Adonna Frometa
### OPTION B

| Item | Annual Cost | Years | Lifetime Costs |
|---|---|---|---|
| Evaluations/Primary Car | $    568.77 | 41.9 | $    23,831.46 |
| Projected Therapeutic Modalities | $  1,630.40 | 41.9 | $    68,313.76 |
| Diagnostics | $    183.25 | 41.9 | $    27,133.00 |
| Future Surgery | $  5,584.73 | 41.9 | $  234,000.00 |
| Aids for Independence | $      43.72 | 41.9 | $      1,831.87 |
| Medications | $  5,668.45 | 41.9 | $  237,508.05 |
| Routine Medical Care | $  2,057.48 | 41.9 | $    86,208.52 |
| Case Management | $  1,350.00 | 41.9 | $    56,565.00 |
| Home Health Care | $24,456.40 | 41.9 | $1,024,722.90 |
| **TOTALS:** | **$42,007.52** | | **$1,760,114.96** |

**APPENDIX  A**
**LIFE  CARE  PLAN**

**CONTENTS**

Heading                                                                                      Page

Projected Evaluations……………………………………………………………..……1

Projected Therapeutic Modalities……………………………………………….....2

Diagnostics………………………….…………….………………………………..3

Medications……………………………………………………………………..…4

Surgical Intervention…………………………………………………………….5

Aids for Independence…………………………………………………………..7

Routine Medical Care…...………………………………………………….....8

Option A…………………………………………………………………..…9

Option B…………………………………………………………………..10

Case Management………………………………………………………....11

Potential Complications……………….………………………………..12

DOB: 03/25/68                           Date Prepared: 05/01/08
D/E:  04/26/08                          Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
Projected Evaluations

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Pain Management Evaluation | **Beginning** 40.1 <br> **Ending** Life | 1x yearly, on-going | To evaluate pain management needs. | **Per Unit** $416.66 <br> **Per Year** $416.66 | Average Area Costs. | Andrew M. Davy, M.D./ |
| Psychiatric Evaluation | **Beginning** 40.1 <br> **Ending** Life | 1x lifetime | To evaluate psychiatric needs. | **Per Unit** $333.33 <br> **Per Year** $7.95 | Average Area Costs. | Ragna Krishna, MD <br><br> Charles A. Kincaid, Ph.D, ATP, CLCP |
| Psychological Evaluation | **Beginning** 40.1 <br> **Ending** Life | 1x yearly | To evaluate adjustment to disability and depression symptoms. | **Per Unit** $144.16 <br> **Per Year** $144.16 | Average Area Costs. | Ragna Krishna, MD <br><br> Charles A. Kincaid, Ph.D, ATP, CLCP |

Note: Growth rate to be determined by economist

DOB: 03/25/68
D/E:  04/26/08

Date Prepared: 05/01/08
Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
Projected Therapeutic Modalities

| Item / Service | Age | Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|---|
| Physical Therapy Evaluation | **Beginning** 40.1<br>**Ending** Life | | 1x lifetime | Evaluate Therapy Goals | **Per Unit** $141.66<br>**Per Year** $3.38 | Average Cost in local area. | Andrew Davy, M.D. |
| Physical Therapy | **Beginning** 40.1<br>**Ending** 41.1 | | 3x monthly for one year | Improve range of motion/therapeutic exercise. | **Per Unit** $100.00<br>**Per Year** $85.92 | Average Cost in local area. $100 x 36 sessions= $3,600.00 | Andrew Davy, M.D.<br><br>Ramesh Babu, MD |
| Gym Membership | **Beginning** 40.1<br>**Ending** Life | | Monthly membership, ongoing | Improve range of motion/therapeutic exercise. | **Per Mth** $122.22<br>**Per Year** $1,466.64 | Average Cost in local area. $122.22 x 12= $1466.64/yr. | Ragna Krishna, MD<br><br>Charles A. Kincaid, Ph.D, ATP, CLCP |
| Personal Trainer | **Beginning** 40.1<br>**Ending** Life | | 1x weekly for 1 year | Education for gym equipment and exercise. | **Per Unit** $65.00<br>**Per Year** $74.46 | Average Cost in local area. $65 x 4= $260/mth x 12= $3,120.00 | Ragna Krishna, MD<br><br>Charles A. Kincaid, Ph.D, ATP, CLCP |

Note: Growth rate to be determined by economist

DOB: 03/25/68                                   Date Prepared: 05/01/08
D/E: 04/26/08                                   Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
### Diagnostics

| Item / Service | Age Year | | Frequency/ Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|---|
| MRI Cervical/ Spine | **Beginning** 40.1 | | 1x 3-5 years 10x total | Evaluate Cervical and Lumbar Spine | **Per Unit** $1,356.66 | | Average cost in local area. Total Cost = $13,566.60 | Ragna Krishna, MD |
| | **Ending** Life | | | | **Per Year** $323.79 | | | |
| MRI Lumbar Spine | **Beginning** 40.1 | | 1x 3-5 years 10x Total | Evaluate Lumbar Spine | **Per Unit** $1,363.33 | | Average cost in local area. Total Cost = $13,566.60 | Ragna Krishna, MD |
| | **Ending** Life | | | | **Per Year** $323.79 | | | |

Note: Growth rate to be determined by economist

DOB: 03/25/68                          Date Prepared: 05/01/08
D/E: 04/26/08                          Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
### Medications

| Item / Service | Age Year | Frequency / Replacement | Purpose | Cost | | Comment | Recommended By |
|---|---|---|---|---|---|---|---|
| Lyrica | **Beginning** 40.1 | 50mg, 1x daily | Nerve Pain | **Per Day** $2.60 | | Average Cost in local area. | Andrew Davy, M.D. |
| | **Ending** Life | | | **Per Year** $949.00 | | | |
| Baclofen | **Beginning** 40.1 | 10mg, 3x daily | Muscle Relaxant | **Per Day** $1.23 | | Average Cost in local area. $.41 x 3/day= $1.23/day | Andrew Davy, M.D. |
| | **Ending** Life | | | **Per Year** $448.95 | | | |
| Opana | **Beginning** 40.1 | 5mg, 3x daily | Pain Relief | **Per Day** $7.29 | | Average Cost in local area. $2.43/pill x 3= $7.29/day | Andrew Davy, M.D. |
| | **Ending** Life | | | **Per Year** $2,660.85 | | | |
| Amitriptyline HCL | **Beginning** 40.1 | 10mg, 1x daily | Anxiety | **Per Day** $.39 | | Average Cost in local area. | Andrew Davy, M.D. |
| | **Ending** Life | | | **Per Year** $142.35 | | | |
| Esgic Plus | **Beginning** 40.1 | 4x daily | Pain Relief for headaches | **Per Day** $4.02 | | Average Cost in local area. $1.34/pill x 3= $4.02/day | Andrew Davy, M.D. |
| | **Ending** Life | | | **Per Year** $1,467.30 | | | |

Note: Growth rate to be determined by economist
Note: Exact medication and dosage may change throughout lifetime.
Note: Annual cost above based upon current dosage and usage

DOB: 03/25/68
D/E:  04/26/08

Date Prepared: 05/01/08
Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
### Surgical Intervention

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Neurostimulator Trial | **Beginning** 40.1 **Ending** LE | 1x lifetime | Cervical/Lumbar Pain | **Per Unit** $29,000.00 **Per Year** $692.12 | Estimated costs obtained from Dr. Andrew Davy. Includes surgeon fee, equipment fee, anesthesia | Andrew Davy, M.D. |
| Neurostimulator Implantation | **Beginning** 40.1 **Ending** LE | 1x lifetime | Cervical/Lumbar Pain | **Per Unit** $47,000.00 **Per Year** $1,121.72 | Estimated costs obtained from Dr. Andrew Davy. Includes surgeon fee, equipment fee, anesthesia, and facility fee | Andrew Davy, M.D. |

DOB: 03/25/68                          Date Prepared: 05/01/08
D/E:  04/26/08                         Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
Surgical Intervention-continued

| Item / Service | Age Year | Frequency / Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Battery Replacement for Neurostimulator | **Beginning** 40.1<br><br>**Ending** LE | Every 7-9 years. (4x lifetime) | Replacement of battery for neurostimuator | **Per Unit** $37,000.00<br><br>**Per Year** $3,532.22 | Estimated costs obtained from Dr. Andrew Davy. Includes surgeon fee, equipment fee, anesthesia and facility fee $37,000.00 x 4= $148,000.00 | Andrew Davy, M.D. |

Note: Growth rate to be determined by economist

DOB: 03/25/68                          Date Prepared: 05/01/08
D/E:  04/26/08                         Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
Aids for Independence

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Shower Chair | **Beginning** 40.1 <br><br> **Ending** Life | Every 7 years | Assist with Bathing Needs. | **Per Unit** $47.98 <br><br> **Per Year** $5.73 | Replace 5 times lifetime @ $47.98/per shower chair = $239.90 | Charles A. Kincaid, Ph.D, ATP, CLCP |
| Handheld Shower | **Beginning** 40.1 <br><br> **Ending** Life | Every 7 years | Assist with Bathing Needs. | **Per Unit** $29.57 <br><br> **Per Year** $3.53 | Replace 5 times lifetime @ $29.57/per hand held shower = $147.85 | Charles A. Kincaid, Ph.D, ATP, CLCP |
| Reacher | **Beginning** 40.1 <br><br> **Ending** Life | Every 7 years | Assist with independence. | **Per Unit** $20.98 <br><br> **Per Year** $2.50 | Replace 5 times lifetime @ $20.98/per reacher = $104.90 | Charles A. Kincaid, Ph.D, ATP, CLCP |
| Cervical Pillow | **Beginning** 40.1 <br><br> **Ending** Life | Every year, on-going | Assist with pain and sitting/sleeping | **Per Unit** $31.96 <br><br> **Per Year** $31.96 | Average cost in local area | Charles A. Kincaid, Ph.D, ATP, CLCP |

Note: Growth rate to be determined by economist

DOB: 03/25/68      Date Prepared: 05/01/08
D/E:  04/26/08      Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
### Routine Medical Care

| Item / Service | Age Year | Frequency / Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Neurosurgeon | **Beginning** 40.1 / **Ending** 41.1 | 4 times over 1 year period | Routine follow-up | **Per Unit** $241.60 / **Per Year** $966.40 | Average Cost in local area. $241.60 x 4 visits = $966.40 | Ramesh Babu, MD |
| Neurologist | **Beginning** 40.1 / **Ending** Life | 1x every 3 months | Routine follow-up for neurological issues. | **Per Unit** $114.00 / **Per Year** $456.00 | Actual Cost of current service. $114.00 x 168 visits = $19,152.00 | Ragna Krishna, MD |
| Pain Management Specialist | **Beginning** 40.1 / **Ending** Life | Every 6 weeks for one year. (8x) 1x every 3 months thereafter | Routine follow-up for pain management | **Per Unit** $239.16 / **Per Year** $981.75 | Average Cost in local area. $239.16 x 172 visits = $41,135.52 | Andrew Davey, MD |
| Psychologist | **Beginning** 40.1 / **Ending** Life | 1x weekly for 6-12 months (36 sessions); thereafter 6-8 sessions per year (286 sessions) | Routine counseling for adjustment to disability and depression. First year is intensive therapy; thereafter supportive sessions | **Per Unit** $77.50 / **Per Year** $595.58 | Average Cost in local area. $77.50 x 322 sessions = $24,955.00 | Ragna Krishna, MD  Charles A. Kincaid, Ph.D., ATP, CLCP |

Note: Growth rate to be determined by economist

DOB: 03/25/68                          Date Prepared: 05/01/08
D/E:  04/26/08                         Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
Home Health Care- Option A
Beginning at age 40.1

| Item / Service | Age Year | Frequency / Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Home Health Aide | **Beginning** 40.1 | 4 -8 hours per day, 7 days per week, on-going | Assist with activities of daily living | **Per Day** $103.98 | Average Cost in local area. $17.33/hr x 6 = $103.98/day x 365 days= $37,952.70/ Year x 41.9 years = $1,590,218.13 | Ragna Krishna, MD

Charles A. Kincaid, Ph.D, ATP, CLCP |
| | **Ending** Life | | | **Per Year** $ 37,930.80 | | |

*Ms. Frometa currently has assistance from her family members.  If this situation should change, she would require home health assistance to continue to live independently.  The home health care would begin at age 40.1.

Note: Growth rate to be determined by economist

DOB: 03/25/68                          Date Prepared: 05/01/08
D/E:  04/26/08                         Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
Home Health Care- Option B
Beginning age 55.0

| Item / Service | Age Year | Frequency / Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Home Health Aide | **Beginning** 55.0 <br><br> **Ending** Life | 4 -8 hours per day, 7 days per week | Assist with activities of daily living | **Per Day** $103.98 <br><br> **Per Year** $37,952.70 | Average Cost in local area. $17.33/hr x 6= $103.98/day x 365= $37,952.70/yr x 27 years= $1,024,722.90 | Charles A. Kincaid, Ph.D, ATP, CLCP |

*Ms. Frometa currently has assistance from her family members.  If this situation should change, she would require an increase in home health assistance to continue to live independently.  Home Health Care would likely begin at age 55.0 if the neurostimulator was successful in reducing her pain.

Note: Growth rate to be determined by economist

DOB: 03/25/68                                    Date Prepared: 05/01/08
D/E:  04/26/08                                   Primary Disability:  Multiple Orthopedic

# Life Care Plan
## Adonna Frometa
## Case Management

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| Case Management | **Beginning** 40.1 / **Ending** LE | 1-2 hours per month | Routine supervision of case and services. Average 18 hours per year. | **Per Unit** $75.00 / **Per Year** $1,350.00 | Adjust services as needed and monitor ability to function. | Charles A. Kincaid, Ph.D, ATP, CLCP |

Note: Growth rate to be determined by economist

# Potential Complications
## Adonna Frometa

Dr. Davy has recommended that Ms. Frometa have undergo trial and implantation of neurostimulator due to chronic pain issues.

Ms. Frometa may need to be seen by an orthopedic surgeon if her physical condition continues to deteriorate.

Dr. Charles Kincaid reported that Ms. Frometa evidenced depression with suicidal ideation.  It is recommended that she attend psychological counseling for depression.  A psychiatric evaluation is also recommended.

**INTERVIEW WORKSHEET**

DOS 2/14/07 MVA

**Personal Data**

Client's Name: ADONNA FROMETTA                    SS#: _____

Address: 666 EAST 233RD ST. APT 1A   Accessible to Public Transport: YES

City: BRONX                State: NY        Zip: 10466

Date of Birth: 3/25/68  Age: 40  Sex: F  Phone: _____

Place of Interview – Home: _____ Office: ✓ Other: _____ City: HACKENSACK NJ

Interviewing Counselor: CHARLES KINCAID   Case #: _____ Interview Date: 4/26/08

Referral Source: SLAWEK W. PLATTA ESQ.          Referral Date: 4/25/08

Address: 42 BROADWAY SUITE 1927                City NY, NY 10004

Claim #: _____ File #: _____ Case Manager: SAME

**Family Background**

US CITIZEN SINCE 1978

Place of Birth: SANTO DOMINGO DOMINICAN REPUBLIC  How Long at Present Location?: 3-4 YRS

Spouse's Name: _____ Occupation: _____ Age: _____

Marital Status: S  Previous Marriages? Yes: ___ No: ✓ Date of Present Marriage: _____

Number of Children: 0  At Home: _____ Names and Ages: _____

**Military Service**

Branch: NONE                Years Served: _____ Type discharge: _____

Occupation & duties: _____

Special training: _____

Service connected disability: _____ Percentage: _____

**Miscellaneous Data**

Driver's License #: NYS- AUTO VALID   Chauffeur's License #: _____

Hobbies/Leisure Time Activities: FIGURE SKATING, ROLLER SKATING, TENNIS, YOGA

RACQUETBALL, SKIING, GYMNASTICS, PLAY PIANO

Arrests/Convictions: NONE

**Education**

Last Grade Completed: 11TH  Name of School: JOHN JAY HS  BROOKLYN NY

Degree / Certification: EARNED GED                            Year: 1985

Special Training: 2 SEMESTER KINGSBORO COLLEGE  / LEARNED CPR

Location: BROOKLYN NY  / FLIGHT ATTENDANT TRAINING   Year: _____

AMERICAN TRANSAIR

NO WAGE LOSS CLAIM

**Employment**

Employer when injured: _____ Job Title:_____

Address: _____ City_____

Date Started:_____Date Left:_____Reason: _____

Supervisor: _____ Salary:_____

Union Member? Yes:____No:____Name of Union: _____

On previous job was client required to:

| | | | | | |
|---|---|---|---|---|---|
| Walk: | _____ How far: _____ | Drive: | _____ How far: _____ |
| Stand: | _____ How long: _____ | Balance: | _____ How long: _____ |
| Sit: | _____ How long: _____ | Carry: | _____ How much: _____ |
| Lift: | _____ How much: _____ | Push: | _____ How far: _____ |
| Bend: | _____ How often: _____ | Pull: | _____ How far: _____ |
| Kneel: | _____ How often: _____ | Stoop: | _____ How often: _____ |
| Squat: | _____ How often: _____ | Handle: | _____ How often: _____ |
| Climb: | _____ How much: _____ | Work | |
| Reach: | _____ How far: _____ | overtime: | _____ How much: _____ |

Employer Comments: _____

_____ EMPLOYMENT HISTORY :

_____ AIRLINE FLIGHT ATTENDENT

_____ WAITRESS

_____ ENTERTAINER

**Other Work Experience** (Begin with most recent job first)

Employer: _____ Job Title:_____

Address: _____ City:_____

Date Started:_____Date Left/Reason: _____ Salary:_____

Supervisor: _____ Best Skill:_____

Specific Duties: _____

_____

Union Member: Yes:____No:____Name of Union: _____

Employer: _____ Job Title:_____

Address: _____ City:_____

Date Started:_____Date Left/Reason: _____ Salary:_____

Supervisor: _____ Best Skill:_____

Specific Duties: _____

_____

Union Member: Yes:____No:____Name of Union: _____

Employer: _____ Job Title:_____

Address: _____ City:_____

Date Started:_____Date Left/Reason: _____ Salary:_____

Supervisor: _____ Best Skill:_____

Specific Duties: _____

_____

Union Member: Yes:____No:____Name of Union: _____

**Vocational Information**

Employment Interests: _____

Business Practices with which client is familiar (describe):

   Bookkeeping: _____

   Inventory Control: _____

   Shipping/Receiving: _____

   Scheduling: _____

   Supervising: _____

   Instructing: _____

   Other: _____

Machines/Equipment with which client is familiar and/or has had experience (describe):

   Office Machines: _____

   Farm Equipment: _____

   Construction Equipment: _____

   Hand Tools: _____

   Transportation Equipment: _____

   Machine/Shop Tools: _____

Special license or certificate (describe):

_____

Possession of special tools or equipment (describe):

_____

Available for work (date): _____ Salary requirements:_____Minimum wage:_____

Means of transportation: _____ Willing to commute:_____Willing to relocate:_____

*Rt. HAND DOMINANT*

**Physical Limitations**

| Activity | None | Yes | Extent |
|----------|------|-----|--------|
| Lifting | | ✓ | 10 lbs at most |
| Talking | ✓ | | |
| Hearing | ✓ | | |
| Sitting | | ✓ | Has to be supported - Prefers Reclining |
| Climbing | | ✓ | Going up stairs |
| Balancing | | ✓ | |
| Stooping | | ✓ | |
| Breathing | ✓ | . | |
| Driving | | ✓ | up to 1 hr as passenger |
| Feeling | | ✓ | Hands tingle - difficulty grasping |
| Reaching | | ✓ | |
| Seeing | | ✓ | When she has migraine headaches |
| Standing | | ✓ | |
| Walking | | ✓ | 3 blocks |
| Bending | | ✓ | |
| Kneeling | | ✓ | |
| Sleeping | | ✓ | Disrupted / sleep walks since accident |

**Emotional Status:** (Include emotional appearance, depression, anxiety, anger, etc.): _____

Depressed Mood

**Motivation:** (Include client's effort to recall information, attitude toward interviewer, outside issues affecting interview, pertinent observations and body language):

**Impressions & Comments:** _____

Date: 4/26/08          Consultant: _(signature)_

©Developed and copyrighted by Leslie K. Burke, Ph.D., and Everett G. Dillman, Ph.D., 1984.
Distributed by  E & F Vocational Services, Inc.  P.O. Box 1945, Athens, GA 30603

**Financial Status**          INCOME                                                              EXPENSES

| | | | |
|---|---|---|---|
| Relatives | $:_____Month | Auto | $:_____Month |
| Welfare | $:_____Month | Personal | $:_____Month |
| V.A. | $:_____Month | Insurance | $:_____Month |
| D.V.R. | $:_____Month | Telephone | $:_____Month |
| Cash on hand | $:_____Month | Counselor | $:_____Month |
| S.S. | $:_____Month | Medicine | $:_____Month |
| Pension | $:_____Month | Utilities | $:_____Month |
| W.C. | $:_____Month | Rent | $:_____Month |
| Other | $:_____Month | Food | $:_____Month |
| | | Transportation | $:_____Month |
| | | Miscellaneous | $:_____Month |

*SUPPORT & LOANS IKV FAMILY IKV*

Total income    $:_____Month          Total expenses    $:_____Month

**Personal Appearance**

Height:_____Weight (Pre injury):_____Weight (Current):_____ *GAINED 30 POUNDS* Grooming: _____ *CASUAL*

Outward signs of injury/disabling condition: *LEANING CHAIR AGAINST WALL - RUBBING NECK*

Mobility - Limp:_____Stiffness: ✓ *COMPLAINS OF NECK/LB* Posture:_____Other: *STIFF NECK*

Describe: *NEEDS NECK SUPPORT WHEN SITTING*

Prosthetic aid (type): _____ Problems:_____

Demonstration of pain –        Walking:_____Standing:_____Sitting:_____Arising:_____

Visible scars - Yes:____No:____Location: _____

**Physical/Mental Status    Previous Problems:** (Illness, injuries, operations)

| Date | Incidents | Residual Problems |
|---|---|---|
| NONE | | |
| | | |
| | | |

**Physical/Mental Status    Current Problems**

| Item | No | Yes | Extent |
|---|---|---|---|
| | | | *DIZZINESS - OCCASIONALLY 6X IN LAST 8 MONTHS* |
| Headaches/Dizziness | | ✓ | *MIGRAINES FREQUENT TO DAILY (L) SIDE LAST FOR WEEKS* |
| Chest Pain/Discomfort | ✓ | | |
| Back Pain/Discomfort | | ✓ | *RADIATES TO LEFT LEG PAIN/NUMBNESS* |
| Stomach/Digestive Problems | | ✓ | *CONSTIPATION* |
| Urination/Elimination | ✓ | | |
| Sexual Dysfunction | ✓ | | |
| Other_____ | | ✓ | *NECK SHOULDERS* |

Subjective Complaints: *HANDS TINGLE - (L) WORSE*
*FEELINGS OF DEPRESSION / SUICIDAL IDEATION*
*NO PSYCHOTHERAPY OR PSYCHOTROPIC MEDS*

**Physical Status: Occurence of Pain**

| Pain Location | Pain Frequency | Pain Intensity |
|---|---|---|
| LOWER BACK | DAILY | 6/10 |
| NECK | " | 7-8/10 |
| LEFT LEG | " | 8/10 |
| SHOULDERS | " | 7-8/10 |
| HEADACHES | " | 8/10 |

**Present Physical/Mental Treatment**

Doctors/Treatments

| Doctor | Treatment | Date |
|---|---|---|
| | | |
| | | |
| | | |

Special techniques to relieve problems – (hot baths, PT, OT, exercise, traction): HOT SHOWERS
PT DISCONTINUED B/C INS COVERAGE RAN OUT
CHIROPRACTIC - NO LONGER ABLE TO GO- INS. RAN OUT

Present Medication/Dosages: LYRICA 50MG CAPS IX/BEDTIME BACLOFEN 10mg 1X/DAY
OPANA 5mg 1X AS NEEDED    ESGIC PLUS 3-4X DAY
AMITIPTYLINE 10mg 1X/BEDTIME

Physician Comments:
NEUROSTIMULATOR/DORSAL

**Special problems with environment:**

| Condition | No | Yes | Extent |
|---|---|---|---|
| Inside | | ✓ | CLAUSTROPHOBIC |
| Outside | | ✓ | NO CROWDS |
| Heat | | ✓ | |
| Cold | | ✓ | |
| Wet/Humid | | ✓ | HUMIDITY INCREASE PAIN |
| Dusty/Dirty | ✓ | | |
| Noisy | | ✓ | |
| Heights | | ✓ | |
| Vibrations | | ✓ | |



**BDI–II**

Date: 4/26/08

Name: Adonna Frometta   Marital Status: Single   Age: 40   Sex: Female
Occupation: Private Flight Attendant + Waitress + Entertainer   Education: GED + C.P.R + Rescue Safety

**Instructions:** This questionnaire consists of 21 groups of statements. Please read each group of statements carefully, and then pick out the **one statement** in each group that best describes the way you have been feeling during the **past two weeks, including today.** Circle the number beside the statement you have picked. If several statements in the group seem to apply equally well, circle the highest number for that group. Be sure that you do not choose more than one statement for any group, including Item 16 (Changes in Sleeping Pattern) or Item 18 (Changes in Appetite).

**1. Sadness**
0   I do not feel sad.
1   I feel sad much of the time.
2   I am sad all the time.
(3)   I am so sad or unhappy that I can't stand it.

**2. Pessimism**
0   I am not discouraged about my future.
(1)   I feel more discouraged about my future than I used to be.
2   I do not expect things to work out for me.
(3)   I feel my future is hopeless and will only get worse.

**3. Past Failure**
0   I do not feel like a failure.
1   I have failed more than I should have.
(2)   As I look back, I see a lot of failures.
3   I feel I am a total failure as a person.

**4. Loss of Pleasure**
0   I get as much pleasure as I ever did from the things I enjoy.
1   I don't enjoy things as much as I used to.
(2)   I get very little pleasure from the things I used to enjoy.
3   I can't get any pleasure from the things I used to enjoy.

**5. Guilty Feelings**
0   I don't feel particularly guilty.
(1)   I feel guilty over many things I have done or should have done.
2   I feel quite guilty most of the time.
3   I feel guilty all of the time.

**6. Punishment Feelings**
0   I don't feel I am being punished.
(1)   I feel I may be punished.
2   I expect to be punished.
3   I feel I am being punished.

**7. Self-Dislike**
0   I feel the same about myself as ever.
1   I have lost confidence in myself.
2   I am disappointed in myself.
(3)   I dislike myself.

**8. Self-Criticalness**
0   I don't criticize or blame myself more than usual.
(1)   I am more critical of myself than I used to be.
2   I criticize myself for all of my faults.
3   I blame myself for everything bad that happens.

**9. Suicidal Thoughts or Wishes**
0   I don't have any thoughts of killing myself.
(1)   I have thoughts of killing myself, but I would not carry them out.
2   I would like to kill myself.
3   I would kill myself if I had the chance.

**10. Crying**
0   I don't cry anymore than I used to.
1   I cry more than I used to.
2   I cry over every little thing.
(3)   I feel like crying, but I can't.

18   Subtotal Page 1        **Continued on Back**

THE PSYCHOLOGICAL CORPORATION®
*Harcourt Brace & Company*
SAN ANTONIO
Orlando • Boston • New York • Chicago • San Francisco • Atlanta • Dallas
San Diego • Philadelphia • Austin • Fort Worth • Toronto • London • Sydney

Copyright © 1996 by Aaron T. Beck
All rights reserved. Printed in the United States of America.

0154018392

**11. Agitation**

0  I am no more restless or wound up than usual.
1  I feel more restless or wound up than usual.
2  I am so restless or agitated that it's hard to stay still.
(3)  I am so restless or agitated that I have to keep moving or doing something.

**12. Loss of Interest**

0  I have not lost interest in other people or activities.
1  I am less interested in other people or things than before.
(2)  I have lost most of my interest in other people or things.
3  It's hard to get interested in anything.

**13. Indecisiveness**

0  I make decisions about as well as ever.
1  I find it more difficult to make decisions than usual.
(2)  I have much greater difficulty in making decisions than I used to.
3  I have trouble making any decisions.

**14. Worthlessness**

0  I do not feel I am worthless.
1  I don't consider myself as worthwhile and useful as I used to.
(2)  I feel more worthless as compared to other people.
3  I feel utterly worthless.

**15. Loss of Energy**

0  I have as much energy as ever.
1  I have less energy than I used to have.
(2)  I don't have enough energy to do very much.
3  I don't have enough energy to do anything.

**16. Changes in Sleeping Pattern**

0  I have not experienced any change in my sleeping pattern.
1a  I sleep somewhat more than usual.
1b  I sleep somewhat less than usual.
2a  I sleep a lot more than usual.
(2b)  I sleep a lot less than usual. Insomia
3a  I sleep most of the day.
3b  I wake up 1–2 hours early and can't get back to sleep.

**17. Irritability**

0  I am no more irritable than usual.
(1)  I am more irritable than usual.
2  I am much more irritable than usual.
3  I am irritable all the time.

**18. Changes in Appetite**

0  I have not experienced any change in my appetite.
(1a)  My appetite is somewhat less than usual.
1b  My appetite is somewhat greater than usual.
2a  My appetite is much less than before.
2b  My appetite is much greater than usual.
3a  I have no appetite at all.
3b  I crave food all the time.

**19. Concentration Difficulty**

0  I can concentrate as well as ever.
(1)  I can't concentrate as well as usual.
2  It's hard to keep my mind on anything for very long.
3  I find I can't concentrate on anything.

**20. Tiredness or Fatigue**

0  I am no more tired or fatigued than usual.
1  I get more tired or fatigued more easily than usual.
2  I am too tired or fatigued to do a lot of the things I used to do.
(3)  I am too tired or fatigued to do most of the things I used to do.

**21. Loss of Interest in Sex**

0  I have not noticed any recent change in my interest in sex.
(1)  I am less interested in sex than I used to be.
2  I am much less interested in sex now.
3  I have lost interest in sex completely.

12 ABCDE

_18_  Subtotal Page 2
_20_  Subtotal Page 1     Severe Range
_38_  Total Score

NOTICE: This form is printed with both blue and black ink. If your copy does not appear this way, it has been photocopied in violation of copyright laws.

NOTES

ADONNA FROMETA                                    4/26/08

ADL's  - VERY LIMITED
    NEEDS HELP W/ PERSONAL HYGEINE / HAIR IS
    A CONCERN - SHE USES SALONS BECAUSE OF DIFFICULT
    WASHING & GROOMING HER HAIR
        PRIOR TO 2/14/07, SHE COULD DO IT HERSELF

    - DIFFICULT DRESSING IF ZIPPERS ARE IN BACK
    - CARRYING WASH / DIRTY LAUNDRY TO & FROM LAUNDRY
        ROOM - PAINFUL
    - EATS OUT TO LIGHTEN BURDEN ON AUNT
            2X DAILY FOR MEALS OUTSIDE
    - FOOD PREPARATION SUCH AS DICING, MINCING
    - OPENING VACUUM PACKED CANS / BOTTLES - IMPOSSIBLE
    - NEEDS SUPPORT IN BATHROOM W/ SHOWER

    HAS ALTERNATED LIVING W/ MOTHER IN BRONX & AUNT
        IN BROOKLYN - CURRENTLY LIVES W/ AUNT @
            448 MYRTLE AVE #1A
            BROOKLYN NY 11205
        AUNT CARES FOR HER - CLEANS HER (AFTER SHE)
        BATHES HER, ACCOMPANIES HER TO BATHROOM, WASHES,
        CLOTHES, PREPARES MEALS, MOVES CAR TO AVOID TICKETS
        DRESSES HER, DOES HER HAIR - EVERYTHING

        APT - WALK-UP 15 STEPS TO APT - 4 BDR 1 BATH K LR

Residence @ 233ard St. (Mother)
on 1st floor 9 steps to walk up to enter
Bldg. 2 Bldgs. 1 Back

Stairs Pose Problem, She Stabs "Grabs Auto
Hand Rail for Balance.

RS medical   RS-41-Simulator                                4/26/08

#41

Serial # 4145 7697


Adonna Frometta –

## Expert Witness Retention Contract

**1. Parties.** This contract is made between Dr. Charles A. Kincaid, Ph.D., CRC, ATP, ABVE, CLCP ("Expert") and the Law Offices of Slawek Platta____ ("Client"). The undersigned acknowledges that:

- Dr. Kincaid is an independent contractor and not the agent or employee of either the attorney or representative.

- Dr. Kincaid is being asked to provide his independent opinion as to the future vocational options / earnings capacity of the client and, as such, is not an advocate for the Client.

- Dr. Kincaid is being paid for his time and services in this regard in the following manner: (a) non-refundable retainer is being paid with the execution of this agreement, the receipt of which is hereby acknowledged; (b) The Client acknowledges the costs of the services provided by Dr. Kincaid under this agreement are expenses of litigation and that the Client remains ultimately liable for the costs of these services; (c) The undersigned representative personally guarantees payment of the sums due for the services Dr. Kincaid has provided; (d) This agreement shall be constructed under the law of the State of New Jersey.

**2. Retention.** The parties agree that Expert will only become retained by Client once this contract has been mutually executed and client has paid the initial non-refundable retention retainer as specified in previous paragraph.

**3. Expert's Fees and Expenses. Scope of Work.** Client shall check and initial all services requested:
**Personal Injury:**

- <u>Vocational Evaluation and Earning Capacity Analysis</u> to include: Interview, evaluation, comprehensive assessment of education and work history, testing, scoring, summarization of all medical records, review legal exhibits, tax returns, labor and employment contracts, critique reports from other experts, development of worker trait profiles and work experience using

ExpertWitnessRetentionContract 2

standard vocational references, Job-Person Matching using the McCroskey Transferable Skills Program, detailed narrative report of findings.

Retainer: $3,500.00

Attorney's Initials here: _____

Due Date of Report: _____

- <u>Life Care Plan</u> to include: Interview, medical record review and summarization, pertinent medical history, contact with all medical doctors, evaluation of home and activities of daily living, costing research, medical team / provider comments, cost summarization and narrative Life Care Plan to be billed at an hourly rate of $325.00 for the first ten hours, after which the hourly rate of $200.00 shall apply.

Retainer: $5,000.00 

Attorneys Initials here:

Due Date of Report: <u>May 1, 2008</u>

- <u>Vocational Evaluation / Earning Capacity Analysis / Life Care Plan</u>: To include all of the above listed services. Dr. Kincaid is being paid for his time in the following manner: (a) non-refundable retainer of $5,000.00 is being paid with the execution of this agreement, of which $3,500.00 is applied to the vocational report, and; (b) the balance of $1,500.00 towards the Life Care Plan at the hourly rate of $200.00.

Retainer: $5,000.00

Attorney's Initials here: _____

Due Date of Report: _____ (Please allow a minimum of 45 days after receipt of all records.)

**Matrimonial:**

- <u>Vocational Evaluation and Earning Capacity Analysis</u> to include: Interview, evaluation, comprehensive assessment of education and work history, testing, scoring, review of legal exhibits, tax returns, labor and employment contracts, critique reports from other experts, development of worker trait profiles and work experience using standard vocational references, Job-Person Matching using the McCroskey Transferable Skills Program, detailed narrative report of findings.

Retainer: $3,000.00

Initials of the individual in the matrimonial matter: _____

Due Date of Report: _____

 

ExpertWitnessRetentionContract     3

## Workers Compensation / Social Security Disability:

- <u>Vocational Evaluation and Earning Capacity Analysis</u> abbreviated version to include: Interview, evaluation, comprehensive assessment of education and work history, testing, scoring, summarization of all medical records, review of legal exhibits, tax returns, labor and employment contracts, critique reports from other experts, development of worker trait profiles and work experience using standard vocational references, Job-Person Matching using the McCroskey Transferable Skills Program, detailed narrative report of findings.

  Retainer for Workers Compensation: $750.00

  Retainer for Social Security Disability: $2,500.00

  Attorney's Initials here: _____

  Due Date of Report: _____

  Initials of the individual in the matter: _____

## Depositions, Consultations, Critique of other Expert's Reports, Court Preparation:

- Hourly rate of $325.00; Depositions are a three hour minimum to be paid in full in advance.

## Court Appearances:

- Personal Injury:    Half Day $2,500.00      Full Day $3,500.00
- Matrimonial:      Half Day $2,500.00      Full Day $3,500.00

## Surcharge:

- A surcharge of $1,000.00 applies to all 'rush' matters (under thirty business days).

  Due Date of Life Care Plan:

  Attorneys Initials here: _____


**4. Payment Terms.** Under no circumstances does Expert assign financial obligations to third party carriers. All payments are to be made to:

    Independent Medical Evaluation Services of New Jersey, Inc.

    (d/b/a) Kincaid Vocational & Rehabilitation Services

    One University Plaza ~ Suite 8

    Hackensack, New Jersey 07601

    Federal Taxpayer Identification Number: 22-3072657

- The retention retainer is non-refundable. This non-refundable amount is the minimum fee due to the Expert and is earned upon receipt of the matter.

04/25/2008  16:26   17192182691                SLAWEK PLATTA,PLLC                          PAGE   04/07

ExpertWitnessRetentionContract                                                                 4

- Expert agrees to invoice Client no less frequently than monthly for all Life Care Plans in progress.
- All invoices are payable upon receipt before further work proceeds on the Life Care Plan.
- There is no charge to post a trial date to Expert's Tentative Trial Calendar. Fees for any time Expert is required to *reserve* for testifying (at trial, depositions or other venue) must be paid in advance and in full five business days prior to the time reserved for the scheduled testimony.
- Client is responsible for collecting any and all deposition fees owed by other lawyers or parties.

## 5. Fees for Late Notice Cancellation of Rescheduling of Testimony.

- Client understands that Expert will suffer damages from late notice cancellation or rescheduling of Expert's testimony and that since the precise amount of these damages would be difficult to determine, Expert shall instead be entitled to the full fee.
- Fees for Court Appearances are 100% refundable to Client in the event Expert's scheduled testimony is cancelled or rescheduled with notice to Expert of two or more business days.
- In the event Expert's scheduled testimony is cancelled or rescheduled with one business days' notice, Expert may retain a cancellation fee of 50% of the amount.
- In the event of same day cancellation or rescheduling of Expert's Testimony or if Expert's testimony is completed in less time than was reserved, Expert may retain 100% of the fee.

## 6. Duties of Client. The Client's duties specifically include, but are not limited to:

- Abiding by the applicable rules of professional conduct for attorneys.
- Making all payments as specified in previous paragraphs.
- Providing Expert with copies of or access to all non-privileged, arguably relevant documents, evidence and other materials in the underlying legal matter.
- Notifying Expert of all parties and attorneys in the case so that Expert can check for conflicts of interests.
- Where circumstances reasonably allow, providing Expert with prompt notice of any Daubert motions, Frye motions, motions in limine, or other pre-trial motions made by other parties or persons to restrict, exclude or in any way limit Expert's testimony or Expert's participation in the underlying legal matter.

- Obtaining Expert's advance approval (for accuracy) of the relevant portions of any and all answers to interrogatories, motions, expert designations or other documents which summarize Expert's qualifications, methodology, opinion(s) and / or anticipated testimony.
- Promptly notifying Expert of when and where Expert may be requested to appear to testify.
- Promptly notifying Expert of the settlement or final adjudication of the underlying matter.

**7. Duties of the Expert.** The Expert's duties are:

- To truthfully represent Expert's credentials.
- To formulate with honesty and due care and truthfully express Expert's opinion(s) in those areas (and only those areas) where Expert feels qualified to render an opinion and where Client has requested an opinion. Client agrees that Expert's opinion(s) are not preordained, might be contrary to Client's position, and are subject to modification as a result of new or additional information.
- To cease work on the underlying matter where *Life Care Plans* are concerned and promptly inform Client whenever Expert has accrued unpaid fees and expenses totaling more than $1,000.00. In this event, Expert shall not perform further work on the underlying legal matter until fees are paid in full.
- Expert is under no duty to provide and express opinions if Expert is given time deadlines or cost-based or other restrictions by Client that would not reasonably allow Expert to in good faith formulate and express his opinions with reasonable care.
- To retain and preserve (during this engagement) all evidence provided to Expert from the underlying legal matter unless client gives written permission for destruction.
- To be available on reasonable notice to testify.
- To be available to consult with Client. Expert's cellular number is (914) 924-4320.
- To work exclusively with Client in the underlying legal matter unless the parties mutually agree in writing otherwise.
- Upon receipt from Client of the list of attorneys and parties specified in previous paragraph, to within thirty days, check for conflicts of interest with due care and within the same thirty day period to notify Client of any conflicts of interest discovered that preclude Expert's further involvement in the underlying legal matter.

**8. Expert's Right of Withdrawal from Case.** Expert shall have the absolute right to withdraw, without any liability from the case if Client violates any of the duties previously specified or if: (a) Expert discovers a conflict of interest which precludes Expert's further involvement in the underlying legal matter, and; (b) Expert discovers that because of legal restrictions Expert's involvement or testimony in the case could reasonably be deemed to be practicing Expert's profession without a license.

**9. Withdrawal.** Notice of withdrawal under previous paragraph shall be in writing from Expert to Client. In the event of withdrawal, the parties agree that Client remains fully liable for all accrued but unpaid fees, expenses and interest.

**10. Termination.** This contract shall be terminated upon written notice to Expert from Client at any time, by Expert's withdrawal pursuant to previous paragraph, at such time as Client is no longer involved in the underlying legal matter, or upon the settlement or final adjudication of the underlying legal matter. In the event of termination Client is still responsible for all sums owed Expert.

**11. Document / Evidence Retention.** Expert shall have no duty to retain any documents, reports, evidence, transcripts, exhibits, e-mails, electronic files or other materials from the underlying legal matter for more than thirty days following the termination of this agreement. Expert shall return (at Client's expense) all records and evidence in the underlying legal matter to Client if a written request to do so is received by Expert within the thirty days following the termination of this agreement.

**12. Disputes.** Any controversy, claim or dispute arising out of or relating to this Contract, shall be resolved through binding arbitration conducted in accordance with the rules of the American Arbitration Association in the State in which the Expert is domiciled. The arbitration or court proceeding, the prevailing party shall be entitled to recover reasonable attorneys' fees and expenses associated with the Expert's efforts to collect monies owed under the terms of this Contract.

**13. Miscellaneous.** Each party agrees that it may not assign its interests, rights or duties under this Contract to any other person or entity without the other party's prior approval. (Expert is under no duty to work for successor law firms on the underlying legal matter). The performance of this contract by either party is subject to acts of God, death, disability, government authority, disaster or other



ExpertWitnessRetentionContract

7

emergencies, any of which make it illegal or impossible to carry out the agreement. It is provided that this Contract may be terminated for anyone or more such reasons by written notice from one party to the other without liability. If either party agrees to waive its right to enforce any terms of this Contract, it does not waive its right to enforce any other terms of this Contract. This written Contract represents the entire understanding between the Expert and Client. The individual signing this contract on behalf of Client represents and warrants that he / she is duly authorized to bind Client.

**14. Additional Provisions:**

- _____

**EXPERT, by**

Charles A. Kincaid, Ph.D., CRC, ABVE, ATP, CLCP

*Charles A. Kincaid*

_____                     **4/25/08**

**Signature of Expert**                                               **Date**


**CLIENT, by**

<u>Law Offices of Slawek Platta</u>

**Name of Law Firm**

<u>Slawek Platta</u>

**Name of Attorney**

_____                     4/25/08

**Signature of Attorney**                                             **Date**



### Adonna Frometa – 5/1/08

Telephone consultation with Dr. Ranga Krishna

He recommends follow-up evaluations with Ms. Frometa every 3 months.

Dr. Krishna indicated that Ms. Frometa will require MRI diagnostic imaging of the cervical and lumbar spine every 3-5 years and the assistance of a home health aide if she does not continue to receive help from family members.

Dr. Krishna agreed that Ms. Frometa would benefit from an exercise program designed by a personal trainer over a one year period and membership at a gym.

He agreed that Ms. Frometa would benefit from a Psychiatric and Psychological evaluation due to her depressed mood and psychological therapy over her lifetime.



**Adonna Frometa- 4/28/08**

Telephone consultation with Dr. Andrew Davy

He sees Ms. Frometa for follow-up every 6 weeks. The plan is to do a trial neurostimulator. If the trial goes well, they will do the implant. Thereafter, he will only need to see her every 5-7 years for battery change. He does not plan to do any more epidural injections, radio frequency ablation or facet injections.

He has prescribed the medications that are listed in the life care plan for pain. She would benefit from physical therapy after the implant 3x weekly for 4-6 weeks.

He was not sure if she needed home health care at this time. He felt that Ms. Frometa was coping with her medical issues and did not recommend psychological or psychiatric treatment.

He provided the following costs for the neurostimulator:

**Trial:**

$17,000.00 for office use and equipment
$12,000.00 surgeon fee

The trial is performed in his office.

**Implantation:**

$12,000.00 for surgeon fee
$30,000.00 for device
$ 5,000.00 for facility/anesthesiologist

**Battery replacement** takes place every 5-7 years. Average cost $25,000 for equipment and facility; surgeon fee $12,000.00.

1

 **KINCAID VOCATIONAL & REHABILITATION SERVICES, INC.**

One University Plaza, Suite 8 • Hackensack, New Jersey 07601
Tel: 201.343.0700 • Fax: 201.343.0757
www.kincaidvocational.com

April 29, 2008

Ramesh P. Babu, M.D.
530 First Avenue, Suite 7W
New York, NY 10016

**RE: Adonna Frometa**

Dear Dr. Babu:

We are preparing a Life Care Plan for your patient, Adonna Frometa at the request of attorney, Slawek Platta. In order to complete our plan, we need to obtain updated medical information regarding future treatment needs.

1. Follow up visits _____4_____ times per year for ___1___ years.

   What is the average cost for follow-up visits?

2. What type of diagnostic procedures do you recommend?  NoNe

   MRI Cervical Spine _____ times per year for _____ years
   CT Cervical Spine _____ times per year for _____ years
   X-ray Cervical Spine _____ times per year for _____ years
   MRI Lumbar Spine _____ times per year for _____ years
   CT Lumbar Spine _____ times per year for _____ years
   X-ray Lumbar Spine _____ times per year for _____ years
   EMG /NCV Studies _____ times per year for _____ years
   Other:

3. Physical Therapy ___3___ times per month for ___1___ years
   Occupational Therapy ___0___ times per month for _____ years
   Massage Therapy ___0___ times per month for _____ years
   Chiropractic Treatment ___0___ times per month for _____ years
   Do you recommend that she exercise at a local health club?

   ___NA___

2

4. Is there any specific type of equipment that you recommend for Ms. Frometa such as shower chair, adjustable bed, neck brace?

NONE.

5. What medications are you currently prescribing for Ms. Frometa?

NONE

6. Do you anticipate recommending any future surgical procedures?

Further Spinal Surgery _____          NONE

7. Ms. Frometa indicates that she has difficulty with activities of daily living due to pain and her injuries. Do you recommend that she have home health assistance?  NO
If so, how many hours per day?_____

8. Do you recommend that Ms. Frometa be treated by any of the following professionals?
Pain Management Specialist  Y
Neurologist _____
Orthopedist_____
Psychologist _____
Psychiatrist _____

9. What type of complications related to her injuries may develop in the future for Ms. Frometa?  NOT Known

10. Based on her injury, do you anticipate that Ms. Frometa will have a normal life expectancy?  Yes

3



Signed: _____
                    Ramesh Babu, M.D.

**Please fax this information to me at:  407-281-0591.**  If you have any
questions, please call at: 407-482-3725.

Thank you for your assistance.


**Leslie L. Watson, M.A., C.R.C.**
**Charles A. Kincaid, Ph.D, C.R.C., ATP, CVE, CLCP**
**Kincaid Vocational & Rehabilitation Services, Inc.**
**407-482-3725**
**FAX: 407-281-0591**



# Preparing for Your Screening Test

Making the most of your
neurostimulation experience

**Canada**
Medtronic of Canada Ltd.
6733 Kitimat Road
Mississauga, Ontario L5N 1W3
Canada
Tel. 1-905-826-6020
Fax 1-905-826-6620

UC200403669 EN N16206
© Medtronic, Inc. 2004
All Rights Reserved
Printed in USA

**Medtronic**

*When Life Depends on Medical Technology*



# Additional Information

# 7

## The Importance of Talking with Your Doctor About Neurostimulation

As with any treatment, side effects can occur. Talk with your doctor about possible side effects of neurostimulation. The most common side effects include: no stimulation resulting in a loss of pain relief due to lead migration or other causes; intermittent stimulation; stimulation in the wrong location; uncomfortable stimulation, described by some patients as shocking or jolting; pain at the stimulator site; allergic response to the system; programmer or telemetry problems. Neurostimulation does require surgery. Device complications may require additional surgery to repair or replace parts of the system. As with any surgery, some risks, including the risk of infection, exist. Serious adverse effects occur rarely, but include hematoma or paralysis. Talk to your doctor about all the benefits and possible side effects of neurostimulation.

## References

1. North R, Kidd D, Zuhurak, M, et al. Spinal Cord Stimulation for Chronic, Intractable Pain: Experience Over Two Decades. *Neurosurgery* 1993;32:384-395.
2. Burchiel K, Anderson V, et al. Prospective, Multicenter Study of Spinal Cord Stimulation for Relief of Chronic Back and Extremity Pain. *Spine* 1996;21:2786-2794.
3. Kumar K, Toth C, Nath R, et al. Epidural Spinal Cord Stimulation for Treatment of Chronic Pain—Some Predictors of Success. A 15-Year Experience. *Surg Neurol* 1998;50:110-121.
4. Devulder J, De Laat M, Van Bastalaere M, et al. Spinal Cord Stimulation: A Valuable Treatment for Chronic Failed Back Surgery Patients. *J Pain Symptom Manage* 1997;13:296-301.
5. De La Porte C, Van de Kelft E. Spinal Cord Stimulation in Failed Back Surgery Syndrome. *Pain* 1993;52:55-61.
6. Turner J, Loeser J, Bell K. Spinal Cord Stimulation for Chronic Low Back Pain: A Systematic Literature Synthesis. *Neurosurgery* 1995;37:1088-1096.

## Important Safety Information

**BRIEF SUMMARY: Product technical manual must be reviewed prior to use for detailed disclosure.**

**INDICATIONS:** The Medtronic Itrel®, Synergy™, Synergy Versitrel™, X-trel® and Mattrix® Neurostimulation systems are indicated as an aid in the management of chronic, intractable pain of the trunk and/or limbs. X-trel and Mattrix Receiver Model 3272 systems are also indicated for peripheral nerve stimulation. Peripheral nerve stimulators are used to stimulate electrically a peripheral nerve in patients to relieve severe intractable pain.

**CONTRAINDICATIONS:** Unsuccessful pain relief during trial stimulation of the spinal cord or peripheral nerve, or inability of patients to properly operate the system. The X-trel and Mattrix systems also are contraindicated for patients with an implantable cardiac pacemaker or cardioverter/defibrillator, or for those patients who will be exposed to magnetic resonance imaging (MRI). Also, diathermy (e.g., shortwave diathermy, microwave diathermy or therapeutic ultrasound diathermy) is contraindicated because diathermy's energy can be transferred through the implanted system (or any of the separate implanted components), which can cause tissue damage and can result in severe injury or death. Diathermy can damage parts of the neurostimulation system.

**WARNINGS/PRECAUTIONS/ADVERSE EVENTS:** Safety has not been established for pregnancy or pediatric use. Patients should not drive or use dangerous equipment during stimulation. Systems may be affected by or

For more information, visit www.medtronicscreeningtest.com



**Medtronic**
*Where Life Depends on Medical Technology*

**United States of America**
Medtronic Neurological
710 Medtronic Parkway
Minneapolis, MN 55432-5604
USA
Internet: www.medtronic.com
Tel. 763-505-5000
Fax 763-505-1000
Toll-free 1-800-328-0810

**Europe**
Medtronic Europe Sàrl

**Asia-Pacific**
Medtronic International, Ltd.
Suite 1602 16/F
Manulife Plaza
The Lee Gardens
33 Hysan Avenue
Causeway Bay
Hong Kong
Tel. 852-2891-4456
Fax 852-2891-6830

**Australia**

**Canada**
Medtronic of Canada Ltd.
6733 Kitimat Road
Mississauga, Ontario L5N 1W3
Canada
Tel. 1-905-826-6020
Fax 1-905-826-6620



 

Resource List for Adonna Frometa-05/01/08

## Pain Management Specialist
**Andrew Davy, M.D.**
1513 Voorhes Avenue
Brooklyn, NY
718-377-8877
Spoke with Dr. Davy
Initial and follow-up appts average $400.00

**Dr. Stuart Kahn**
10 Union Square E #5P
New York, NY
212-844-8756
Spoke with receptionist
-Initial consultation: $350.00
-Follow-ups: $150.00- $250.00
-Epidural Injections: $650.00 and up

**University Pain Center**
95 University Pl FL 8
New York, NY
212-604-1300
Spoke with Marie
-Initial consultation: $500.00
-Follow-ups: $110.00- $125.00

$400.00
$350.00
$500.00
**Total:  $1250 divided by 3= $416.66/pain management**

$400.00



$200.00
$117.50
**Total:  $717.50 divided 3 = $239.16/follow-up**

## Neurologists

### Dr. Harold Weinberg, MD
650 First Ave
Dept of Neurology (NYU Medical Center)
New York, NY 10016
212-213-9339
Spoke with receptionist
-Initial consultation: $450.00
-Follow-ups: $200.00

### Roosevelt Hospital Center
1000 Tenth Ave
New York, NY 10019
212-523-6770 (Neurology)
Spoke with receptionist
-Initial consultation: $500.00
-Follow-ups: $150.00



## Dr. Raymond Coll, MD

1365 York Ave
New York, NY
212-249-0840
Spoke with receptionist
-Initial consultation: $575.00
-Follow-ups: $285.00

## Internal Medicine

## Manhattan Internal Medicine Associates

145 E 32nd Street #303
New York, NY
212-725-5300
Spoke with receptionist
-Initial consultation: $250.00
-Follow-ups: $100.00

## Westside Internal Medicine Associates

620 Columbus Ave
New York, NY
212-874-6600
Spoke with receptionist
-Initial consultation: $250.00
-Follow-ups: $125.00

## Stephan Siegel, M. D.

3 East 71st Street



New York, NY 10021
212-879-8000
Spoke with receptionist
-Initial consultation: $250.00
-Follow-ups: $150.00

## Chiropractors

### Broadway Chiropractic
1410 Broadway
New York, NY
212-354-2225
Spoke with Cindy
-Initial consultation: $150.00
-Follow-ups: $75.00

### 57th Chiropractic
225 W 57th Street #403
New York, NY
212-977-7094
Spoke with receptionist
-Initial consultation: $100.00
-Follow-ups: $54.00

### New York Chiropractic Life
91 Central Park W
New York, NY

212-580-3350
Spoke with receptionist
-Initial consultation: $210.00
-Follow-ups: $87.00

## Cardiologists

### Interventional Cardiologists
161 Fort Washington Ave
New York, NY
212-305-1581
Spoke with receptionist
-Initial consultation: $700.00
-Follow-ups: $400.00

### Cardiology Associates
525 E 68th Street #4
New York, NY
212-746-2150
Spoke with receptionist
-Initial consultation: $300.00- $600.00 plus $120.00
for EKG
-Follow-ups: $80.00-$300.00

### Staten Island Heart
50 Seaview Ave



New York, NY
718-663-7000
Spoke with receptionist
-Initial consultation and follow-ups: approximately
$250.00 per visit

## Podiatrists

### Midtown West Podiatry Associates
162 W 56th Street #303
New York, NY
212-245-8066
Spoke with receptionist
-Initial consultation: $125.00
-Follow-ups: $75.00


### Amazing Feet Podiatry Group
1 Penn Plaza #1707
New York, NY
212-279-0086
Spoke with receptionist
-Initial consultation: $150.00
-Follow-ups: $85.00- $125.00

### Midtown 57th Foot and Ankle Specialties
119 W 57th Street #717
New York, NY
212-397-3111



Spoke with receptionist
-Initial consultation and follow-ups are $75.00 per visit

**Psychologist**
**Leonard Hausman, Ph.D.**
26 West 9th Street #8C
New York, NY
212-460-8545
Spoke with physician referral services from St. Vincent's
Counseling $120/session

**Roosevelt Hospital Center**
1000 Tenth Ave
New York, NY 10019
(212) 523-3996
Spoke with Diane
Initial consultation with Psychologist: $175.00- $250.00
($212.50)
Follow-ups: $75.00- $150.00  ($112.50)

**Stanley Hoffman, Ph.D.**
829 East 18th Street
Brooklyn, NY
718-434-5932
Counseling $100/session

$120.00
$212.50
$100.00
**Total:  $432.50 divided by 3= $144.16/eval**



$120.00
$112.50
$100.00
**Total:  $232.50 divided by 3= $77.50/session**

**Psychiatrists**
**Dr. Milton Sirota, MD**
80 Wall Street #1001
New York, NY
212-363-5648
Spoke with receptionist
-Initial consultation: $250.00
-Follow-ups: $200.00


**Solstice Psychiatric Consulting, P.C.**
**Dr. Vatsal Thakkar, MD**
304 Park Ave South, 11th Floor
New York, NY 10010
877-657-8423
Spoke with receptionist
-Initial consultation: $400.00
-Follow-ups: $200.00

**Dr. Ronen Hizami, MD**
1817 Avenue P
Brooklyn, NY 11229
718-645-5138
Spoke with receptionist
-Initial consultation: $350.00
-Follow-ups: $175.00


$250.00
$400.00



$350.00
**Total:  $1,000 divided by 3= $333.33**

$200.00
$200.00
$175.00
**Total:  $575 divided by 3= $191.66/psychiat**
**<u>Neuropsychologists</u>**

## Integrative NeuroPsychiatric Services of New York*

30 West 63rd Street
New York, NY 10023
212-315-1755
Spoke with receptionist
-Initial consultation: $750.00
-Neuropsychological testing: approximately $5,000.00 and takes about 12 hours
*This is a Neuropsychiatrist's office that has a Neuropsychologist that administers the neuropsychological testing

## NYU Comprehensive Epilepsy Center

403 E 34th Street
New York, NY 10016
212-263-8317
Spoke with receptionist



-Neuropsychological testing: $2,000.00 and this price includes consultation fee

## NeuroRehabilitation & Neuropsychological Services, P.C.

1035 Park Blvd
Suite 2B
Massapequa Park, NY 11762
37 miles from NYC
516-799-8599
Spoke with Elva
-Initial consultation: $250.00
-Follow-ups: $85.00
-Neuropsychological Testing: approximately $2,000.00

## Physical Therapy

**Physiofitness Physical Therapy**
584 Broadway Ste 710
New York, NY 10012
(212) 941-0503
Spoke with receptionist
Initial consultation: $150.00
Follow-ups: $100.00

**Professional Orthopedic and Sports Physical Therapy**
97 Greenwich Ave at West 12th Street
New York, NY 10014

 

212-741-9288*
Spoke with Danielle
-PT evaluation: $150.00
-PT follow-ups: $100.00
*This is the PT facility that matches the phone # they wanted
us to call, but it is not ProFitness PT

**Paspa Physical Therapy**
131 W 35th Street #12
New York, NY
212-967-5337
Spoke with Michelle
-PT evaluation: $125.00
-PT follow-ups: $100.00


$150.00
$150.00
$125.00
**Total:  $425 divided by 3= $141.66/PT eval**

$100.00
$100.00
$100.00
**Total:  $300 divided by 3= $100/session**


## Occupational Therapy

**Sports Therapy and Rehabilitation**
160 East 56th Street
New York, NY
212-355-7827
Spoke with Jennifer
OT Evaluation $175

 

OT $125/session

**Park Slope Occupational Therapy**
240 Berkeley PL
Brooklyn, NY
718-636-2212
Spoke with receptionist
-OT evaluation: $150.00
-OT follow-ups: $100.00

**Mt. Sinai Medical Center**
OT Eval $200.00
OT $150 -$180/session  ($165.00)

$175.00
$120.00
$200.00
**Total:  $495 divided by 3= $165/OT Eval**

$125.00
$90.00
$165.00
**Total:  $380 divided by 3= $126.66/OT session**

**Massage Therapy**
**Village Chinese Therapy Center**
45 E 7th Street
New York, NY
212-598-1099
Spoke with male
-$45.00 for 1 hour massage

**Ohm Spa (01/07/08)**



260 5th Ave 7th Floor
New York, NY 10001
212-481-7892
Spoke with Lori
-Therapeutic Massage ranges in cost from $75.00 for 30 minutes to $179.00 for 90 minutes (one hour massage is $129.00)

**Manhattan Total Health (01/07/08)**
57 West 57th
Suite 1012
New York, NY 10019
212-906-0140
Spoke with Olivia
-This is a medical office; you must first see the doctor before getting a massage
-Initial consultation with physician plus massage: $200.00
-Follow-ups: (massage only): $80.00

$45.00
$129.00
$80.00
**Total:  $254 divided by 3= $84.66/massage**

## Health Clubs

## YMCA
125 W 14th Street
New York, NY



212-741-9210
Spoke with female receptionist
-Monthly membership fee: $86.00 per month
Personal Training $65/each  $260/month for 1x
weekly.

**Eastern Athletic Club**
**43 Clark Street**
**Brooklyn, NY**
**718-625-0500**
**Spoke with marketing dept**
**$110/month for single membership**

**Equinox Fitness at Greenwich**
97 Greenwich Ave
New York, NY
212-620-0103
Spoke with Tim
-Monthly membership fee: $170.00 per month

$86.66
$110.00
$170.00
**Total:  $366.66 divided by 3= $122.22/mth gym**

**<u>MRI</u>**

 

**Dove Open MRI**
604 2nd Avenue
New York, NY 10016-
(212)683-6200
MRI Cervical $1,200.00
MRILumbar Spine $1,200 includes radiologist fee

**Stand Up MRI**
2671 86th St
Brooklyn, NY
(718) 331-7733
Spoke with Receptionist
MRICervical Spine $600.00
MRI Lumbar Spine $600.00

**Diagnostic Radiology Associates**
230 West 17th Street #1
New York, NY
212-989-8999
Spoke with receptionist
MRI Cervical Spine $2,270.00 includes reading fee
MRI Lumbar Spine $2,290.00 includes reading fee

Cervical
$1,200.00
$600.00
$2,270.00
**Total:  $4,070 divided by 3= $1,356.66/Cervical Spine MRI**


$1,200.00
$  600.00
$2,290.00
**Total:  $4,090 divided by 3= $1,363.33/MRI Lumbar Spine**

## <u>Diagnostics</u>
**Diagnostic Radiology Associates**
230 West 17th Street #1
New York, NY
212-989-8999



Spoke with receptionist/scheduling dept
X-ray Cervical Spine $150 includes reading

**Lerman Diagnostic Imaging**
6411 Fort Hamilton Pkwy
Brooklyn, NY
718-491-4545
Spoke with receptionist
X-ray cervical spine $75.00 includes reading

**Hillcrest Radiology**
8015 164th Street
Jamaica, NY
718-380-6010
Spoke with Appointment Secretary
X-ray Cervical Spine $135.00 includes reading fee

Cervical Spine X-ray
$150.00
$ 75.00
$125.00

**Total:  $350 divided by 3= $116.66/x-ray cervical spine**

**Diagnostic Radiology Associates**
230 West 17th Street #1
New York, NY
212-989-8999
Spoke with receptionist/scheduling dept
X-ray Lumbar Spine $150 includes reading

**Lerman Diagnostic Imaging**
6411 Fort Hamilton Pkwy



Brooklyn, NY
718-491-4545
Spoke with receptionist
X-ray lumbar spine $75.00 includes reading

**Hillcrest Radiology**
8015 164th Street
Jamaica, NY
718-380-6010
Spoke with Appointment Secretary
X-ray Lumbar Spine $125.00 includes reading fee


$150.00
$75.00
$135.00
**Total:  $360 divided by 3= $120/x-ray lumbar spine**

**Housecleaning**
**Good Impressions Cleaning (I checked these prices on
their website and they are the same)**
**www.goodimpressionscleaning.com**
72 Boyd Street
Staten Island, NY 10304
212-810-0593
They do service New York City
Spoke with receptionist to verify web pricing; she could not
say how much of a discount, if any, would be given for
service every week or every other week
-Hourly rate: $20.00 per hour for one cleaner with 3 hour
minimum; 4 hours and up is $35.00 per hour for 2 cleaners;
rates may vary depending on number of bathrooms and
closets present



-The following estimates are made on the basis of one cleaner per job; client may choose to have a team of 2 or 3 cleaners to cut cleaning time in half at a discounted rate:

Studio, 4 hours: $76.00
1 bedroom, 5 hours: $86.00
2 bedrooms, 6 hours: $100.00
3 bedrooms, 7 hours: $115.00
4 bedrooms, 8 hours: $130.00
5 bedrooms, 8.5 hours: $145.00

**A New York Cleaning Company**
www.anewyorkcleaningcompany.com
2325 65th Street
Suite C1
Brooklyn, NY 11204
They do service NYC
Spoke with receptionist
718-431-3415
Spoke with receptionist
-Residential cleaning rate: $60.00 for 3 rooms, each additional room is $10.00; they are booked for service every other week right now, but said slots should open in a couple of months

**Oxford Maids, LLC**
11th Floor 545 8th Ave
New York, NY
212-532-0308
Spoke with receptionist
-Initial clean: about $167.00 for a 3 bedroom, 2 bathroom apartment in NYC
-Weekly service: about $124.00 per week; firm weekly quote would be given after initial clean

## Diagnostic Imaging
**New York Presbyterian Hospital**
622 West 168th Street
New York, NY 10032
(212) 305-2500
Spoke with radiology receptionist
X-ray cervical lumbar and thoracic spine can range from
$550 - $750 including reading fee  ($650)

## X-rays
$650

## MRI Lumbar Spine
**Diagnostic Radiology Associates**
230 West 17th Street #1
New York, NY
212-989-8999
Spoke with receptionist
MRI Lumbar Spine $1,150
Includes reading fee

**Dove Open MRI**
604 2nd Avenue
New York, NY
212-683-6200
Spoke with receptionist
MRI Lumbar Spine $1,200.00 includes reading fee

**Kingsway Diagnostic Imaging**
3131 Kings Hwy
Brooklyn, NY
718-758-1500
Spoke with receptionist
MRI lumbar spine $1,800.00 includes reading fee

$1,150.00
$1,200.00
$1,800.00
**Total:  $4150.00 divided by 3= $1,383.33/MRI Lumbar
Spine**

## Acupuncture
**Aiyana Acupuncture & Chinese Herbs**
41 Union Square West
New York, NY
212-894-0767
Spoke with receptionist
-Initial visit: $225.00
-Follow-ups: $115.00


**Acupuncture for Natural Healing- New York City**
119 W 57th Street Suite511
New York, NY
212-974-2880
Spoke with receptionist
-Initial treatment: $100.00
-Follow-ups: $75.00


**Manhattan Acupuncture Clinic**
31 W 26th Street, 2nd floor
New York, NY
917-968-6456
Spoke with Alida
-All sessions are $90.00 per session (free consultation)

$115.00
$75.00



$90.00

**Total:  $280 divided by 3= $93.33/session**

**<u>New York, NY – Medications – 04/27/08</u>**

**<u>www.drugstore.com</u>**

-**No Opana**; only Opana ER

**-Baclofen** 10mg, 90 count: Brand is $34.97; (they do not list the generic price for this)

**-Lyrica** 50mg, 30 count: $69.99

-**Esgic-Plus** 120 count: $220.45 for the brand; $62.65 for the generic

**-Amitriptyline Hcl** 10mg, 90 count: $11.99

**CVS**
129 Fulton Street
New York, NY
212-233-5023
Spoke with pharmacy

**-Amitriptyline Hcl** 10mg, 30 count: $10.99

**-Esgic-Plus** 120 count: $151.99 for Brand; $116.99 for generic



## Walgreens
1000 2nd Ave
New York, NY
212-752-1909
Spoke with pharmacy

**-Amitriptyline Hcl** 10mg, 30 count $11.99

**-Esgic-Plus 120 count:** $239.99 for brand; $181.19
for generic

## CVS
75 Christopher Street
New York, NY
212-627-2662
Spoke with pharmacy

**-Lyrica** 50mg, 30 count: $76.59

**-Baclofen** 10mg, 90 count: $34.29


## Walgreens
350 5th Ave
Manhattan, NY
212-868-5659
Spoke with pharmacy



**-Lyrica** 50mg, 30 count: $87.39

**-Baclofen** 10mg, 90 count: $40.19

**Walgreens**
1191 3rd Ave
New York, NY
212-861-0291
Spoke with pharmacy

**-Opana** 5mg, 90 count: $239.09

**CVS**
400 West 58th Street
New York, NY
212-245-0636
Spoke with pharmacy

**-Opana** 5mg, 90 count: $229.99

**Rite Aid**
301 W 50th Street
New York, NY
212-247-8384
Spoke with pharmacy

-**Opana** 5mg, 90 count: $186.99

## Lyrica
$69.99
$76.59
$87.39
**Total:  $233.97 divided by 3= $77.99 divided by 30ct= $2.60/pill x 365= $949.00/year**

## Baclofen
$34.97
$34.29
$40.19
**Total:  $109.45 divided by 3= $36.48 divided by 90ct= $.41 x 3/day= $1.23/day x 365= $448.95/year**

## Opana
$239.09
$229.99
$186.99
**Total:  $656.07 divided by 3= $218.69 divided by 90ct= $2.43/pill x 3= $7.29/day x 365= $2,660.85/year**

## Amitriptyline HCL
$11.99
$10.99
$11.99



**Total:  $34.97 divided by 3= $11.66 divided by 30ct= $.39/pill x 365= $142.35/year**

## Esgic Plus
$62.65
$116.99
$181.19
**Total:  $360.83 divided by 3= $120.28 divided by 90ct= $1.34/pill x 3/day= $4.02/day x 365= $1,467.30/year**

## Home Health Care

**Bayada Nurses**
252 W 38th St
New York, NY
212-354-9400
Spoke with receptionist
-HHA: $20.00 per hour
**Live-in rate for HHA averages $230/day**

**Partners in Care**
1250 Broadway
New York, NY 10001
212-609-7700
Spoke with Raymond
-HHA: $17.00 per hour
**-Live-in rate for HHA: $238.00 per day**
-RN visits: $85.00 per visit
-PT visits: $85.00- $100.00 per visit

**Continuity Home Health Care**



121 W 11th St
New York, NY 10011
212-625-2547
Spoke with receptionist
-HHA rate: $15.00 per hour
**Live-in if available averages $235/day**

$230.00
$238.00
$235.00
**Total:  $703 divided by 3= $234.33/day**

Hourly
$20.00
$17.00
$15.00
**Total:  $52 divided by 3= $17.33/hour**
**These rates are for the Brooklyn, NY area**

### **Shower Chair w/back**
### **Care One Home Medical Equipment Inc.**
2230 1st Ave
NY, NY 10029
(212) 491-1234
Spoke with Karena
-Shower Chair with Back: $45.00

www.sammonspreston.com
$59.95
www.allegromedical.com
I-fit shower chair w/ back $39.00

$45.00
$59.95
$39.00
**Total:  $143.95 divided by 3= $47.98/chair**



**Hand Held Shower**
www.sammonspreston.com
$56.95

www.southwestmedical.com
hand held shower $35.23
**Care One Home Medical Equipment Inc.**
2230 1st Ave
NY, NY 10029
(212) 491-1234
Spoke with Karena

Hand held shower $30.00

$23.49
$35.23
$30.00
**Total: $88.72 divided by 3= $29.57/hand held shower**

**Reacher**
www.dynamic-living.com
$24.99
www.activeforever.com
$17.95
**Care One Home Medical Equipment Inc.**
2230 1st Ave
NY, NY 10029
(212) 491-1234
Spoke with Karena

Reacher $20.00

$24.99
$17.95



$20.00
**Total: $62.94 divided by 3= $20.98/reacher**

### Cane
**Care One Home Medical Equipment Inc.**
2230 1st Ave
NY, NY 10029
(212) 491-1234
Spoke with Karena
Cane $35.19

www.sammonspreston.com
$20.95 adjustable cane
www.dynamic-living.com
$19.99 adjustable cane

$35.19
$20.95
$19.99
**Total: $76.13 divided by 3= $25.38/cane**
## RS Medical
www.rsmedical.com
14001 SE First Street
Vancouver, WA 98684
800-683-0353
Spoke with Kim

-Purchase price of RS-4i Stimulator is $2,495.00

-The set of 8 pads on this unit must be replaced about once a month; a set of 8 pads sells for $80.00 per set



-The battery must be replaced on the unit every 2-5 years; the cost of the battery is $49.95

-Kim would not estimate replacement time of the unit; she said it is too variable based on client use and any issues that would come up with the unit; I asked her if 7 years would be a reasonable replacement time and she said she could not say, it would just depend on the use of the unit and patient care of the unit

Cervical Support Cushion
http://www.painreliever.com  $16.88 cervical support pillow
www.sitincomfort.com
Cervical Pillow $49.00
www.walgreens.com/store/productlist.jsp?CATID=303936
Therapeutic Neck Pillow $29.99
$16.88
$49.00
$29.99
**Total:  $95.87 divided by 3= $31.96/pillow**

**Adjustable Bed**
www.flexabed.com
Full Size Bed $2,300.00.
**http://www.livingincomfort.com/mm27039.html**
**$1, 095 (twin) -$1,445.00(Full)**

 

**Adonna Frometa**
**Additional Sources-05/01/08**

### Neurosurgeon

### Manhattan Neurosurgical Associates
8413 13th Avenue
Brooklyn, NY
718-234-0979
Spoke with Tanya
Initial Evaluation $400.00
Follow-up visit $200.00

### New York Neurosurgery Associates
1 Brookdale Plaza
Brooklyn, NY
718-639-3455
Spoke with receptionist
Initial Evaluation $250.00
Follow-up $250.00

### Central Park Neurosurgery
1148 5th Avenue
New York, NY
212-876-7575
Spoke with receptionist
Initial Evaluation $550.00
Follow-up $250 -$300.00

Follow-up
$200.00
$250.00
$200.00
**Total:  650 divided by 3= $216.66/follow-up visit**

# CHARLES A. KINCAID, Ph.D., ABVE, CRC, ATP, CLCP
Vocational Rehabilitation Counselor
One University Plaza ~ Suite 8
Hackensack, NJ 07601
Phone (201) 343-0700                  Fax (201) 343-0757
ckincaid@kincaidvocational.com             www.kincaidvocational.com

## EDUCATIONAL BACKGROUND

| | |
|---|---|
| 2003-2004 | Certificate in Life Care Planning<br>Capital University Law School, Columbus, Ohio |
| 1992-1997 | Doctor of Philosophy (Ph.D.) in Rehabilitation Counseling<br>Syracuse University, Syracuse, New York |
| 1987-1990 | M.S. in Criminal Justice Administration<br>University of Wisconsin, Milwaukee, Wisconsin |
| 1986-1987 | Certificate in Rehabilitation Management<br>DePaul University, Chicago, Illinois |
| 1971-1975 | B.A. in Psychology<br>University of Wisconsin, Milwaukee, Wisconsin |

## PROFESSIONAL LICENSURE AND CERTIFICATIONS

Licensed Rehabilitation Counselor, State of New Jersey, Department of Law and Public Safety, Division of Consumer Affairs, State Board of Marriage and Family Therapy Examiners, Professional Counselor Examiners Committee (License #RC 00042).

Certified Rehabilitation Counselor (CRC) Board of Rehabilitation Counselor Certification, 2000, valid through September 2010 (Certification #038502).

Certified Vocational Expert (CVE). Fellow, American Board of Vocational Experts, valid through June 30, 2009.

Certified Life Care Planner (CLCP), Commission on Health Care Certification, 2004, valid through 2012 (Certification #0712).

Assistive Technology Practitioner (ATP), Rehabilitation Engineering and Assistive Technology Society of North America, 1999 and valid through 2010.

## PROFESSIONAL EMPLOYMENT EXPERIENCE

2006-Present          Vocational Rehabilitation Counselor and Evaluator, Life Care
                      Planner, Kincaid Vocational & Rehabilitation Services,
                      Hackensack, New Jersey.

                      Provide vocational evaluation, counseling, employability
                      assessment and work capacity evaluation services, life-care
                      planning and vocational rehabilitation planning services to those
                      with physical and mental challenges.

                      Evaluate clients to determine employability, job placement,
                      wage earning capacity for plaintiff and defense counsel in civil
                      litigation, including Social Security Disability, Worker's
                      Compensation, Matrimonial, Personal Injury, Jones Act,
                      Employment Discrimination and Longshoreman Cases.

                      Provide career counseling, job seeking skills instruction, resume
                      preparation, career-life planning and strategic/targeted job search
                      planning to those with and without challenges.

2000-2006             Vocational Rehabilitation Counselor and Evaluator, Vocational
                      Consulting Group, Springfield, New Jersey.

                      Provide vocational evaluation, counseling, employability
                      assessment and work capacity evaluation services, life-care
                      planning and vocational rehabilitation planning services to those
                      with physical and mental challenges.

                      Evaluate clients to determine employability, job placement,
                      wage earning capacity for plaintiff and defense counsel in civil
                      litigation, including Social Security Disability, Worker's
                      Compensation, Matrimonial, Personal Injury, Jones Act,
                      Employment Discrimination and Longshoreman and Harbor
                      Worker's Cases.

                      Provide career counseling, job seeking skills instruction, resume
                      preparation, career-life planning and strategic/targeted job search
                      planning to those with and without challenges.

2002-2005             Adjunct Professor, William Paterson University, Department of
                      Special Education, Wayne, New Jersey.

                      Develop curriculum and teach undergraduate and master's level
                      students in assistive technology principles and practices.

| | |
|---|---|
| 1999-2000 | Coordinator of Assistive Technology Services, United Cerebral Palsy of New York City, Inc., New York, New York. |
| | Coordinated assistive technology services to clients in pre-school, residential, day habilitation, day care, vocational rehabilitation and supported employment programs. |
| 1998-2000 | Vocational Rehabilitation Counselor, Self-employed consultant to Long-term disability insurance carriers and to Apex Rehab Management, Brooklyn, New York. |
| | Provided vocational rehabilitation evaluation, case management, job analysis, and transferable skills analysis services to individuals receiving long-term disability benefits. |
| 1997-1999 | Director, New York City Regional Technology Related Assistance for individuals with Disabilities (TRAID) Center, United Cerebral Palsy of New York City, Inc. |
| | Managed program providing information and referral, training and assistive technology consultation services to individuals with disabilities. |
| | Trained over 1,000 teachers, therapists and administrators from the New York City Board of Education in the principles and practice of assistive technology. |
| | Evaluated assistive technology needs in work sites and homes of individuals with disabilities. |
| 1997-1998 | Vocational Rehabilitation Counselor, Stickney Rehabilitation Services, Syracuse, New York. |
| | Provided vocational rehabilitation evaluation, job analysis, labor market survey and transferable skills analysis services to individuals receiving long-term disability benefits. |
| 1995-1997 | Adjunct Instructor, Rehabilitation Counseling Department, Syracuse University, Syracuse, New York. |
| | Developed curriculum and taught master's level students in job placement, job development and assistive technology courses. |
| 1996-1998 | Coordinator/Instructor, New York State Office of Mental Health, Self-Empowerment Through Technology Project, Syracuse, New York. |

Developed vocational and self-improvement computer training center for individuals with mental illness.

Taught Computer technology, grant writing and computer lab management course.

1994-1995     Program Evaluation Specialist, Hutchings Psychiatric Center, Syracuse, New York.

Facilitated quality improvement projects for vocational rehabilitation and pharmacy departments.

1993-1994     Teaching Associate, Rehabilitation Counseling Department, Syracuse University, Syracuse, New York.

Developed curriculum and taught master's level students in job placement, job development and assistive technology courses.

1992-1994     Consultant, Rehabilitation Counseling Department, Syracuse University, Syracuse, New York.

Provided program evaluation and grant writing services for rehabilitation counseling department.

1992-1994     Consultant, Voluntary Hospitals of America Upstate New York, Inc., Syracuse, New York.

Conducted statistical analysis of performance data for hospitals located in central New York.

1988-1991     Research Director, Wisconsin Correctional Service, Milwaukee, Wisconsin.

Developed a comprehensive Research Department from a one-person operation.

Co-facilitated a group of criminal justice decision-makers developing program alternatives for addressing overcrowding conditions in Milwaukee County Jails, including a system of day fines and community support services.

Acted as principal investigator for federally-funded research projects studying pretrial prediction guidelines and a model program for offenders with dual disabilities.

1978-1988        Rehabilitation Analyst, Wisconsin Correctional Service,
                 Milwaukee, Wisconsin.

                 Provided vocational rehabilitation, pretrial intervention and
                 monitoring services for individuals with alcohol, drug and
                 psychiatric disabilities.

## PROFESSIONAL ORGANIZATIONS

Member, National Rehabilitation Association (NRA).  Member since 1994.

Member, International Association of Rehabilitation Professionals (IARP).  Member
since 1994.

Member, American Board of Vocational Experts (ABVE).  Member since October, 2000.

## PRESENTATIONS

"Beginning Computer Adaptations"
Tech Works Expo 2005 An Assistive Technology Exhibition & Conference

"Intermediate Computer Adaptations"
Tech Works Expo 2005 An Assistive Technology Exhibition & Conference

"Assistive Technology"
American Board of Vocational Experts, 2005

"Augmentive Methods and Assistive Technology."
New York University School of Medicine
Epilepsy and Developmental Disabilities Conference, 1999

"Understanding and Using Assistive Technology Recommended on IEP's."
New York City Board of Education, 1999

"Solutions for Assistive Technology and Augmentative Communication Needs of
Individuals with Cerebral Palsy.
Stanley S. Lamm Institute for Child Neurology & Developmental Medicine, 1999

"Assistive Technology in the Home:  Adaptive Equipment and Home Modifications to
Improve Your Life."
Living Better Expo, 1999

"Assistive Technology and Job Place Accommodations."
National Association of Rehabilitation Professionals in Private Sector, 1998

"Self-Empowerment Through Technology."
New York State Governor's Conference on Technology, 1998

"Self-Empowerment Through Technology."
United Cerebral Palsy State Association Conference, 1997

"Quality of Life Issues for Persons with Traumatic Brain Injuries."
American Public Health Association National Conference, 1996

"Preventing Secondary Conditions in Persons with Traumatic Brain Injuries."
American Public Health Association National Conference, 1996

"Guidelines for Persons with Disabilities in How to Avoid Becoming a Victim of
Violence."
CDC National Violence Prevention Conference, 1995

"Demystifying Rehabilitation Research."
New York State Hutchings Psychiatric Center, Staff Training, 1995

"A Multi-Cultural Approach to Drug Abuse Prevention."
New York State Association for Counseling and Development, Inc., Conference, 1994

"Aging and the Workforce:  Towards a Positive Perspective."
Society for Research in Adult Development - Ninth Annual Adult Development
Symposium, 1994

"Designing Focus Groups for Obtaining Consumer Feedback."
New York Psychiatric Rehabilitation Research Conference, 1993

"The Wisconsin Pretrial Release Experiment: Prediction of Rearrest and Failure to
Appear."
American Society of Criminology, 1984

"Beginning Computer Adaptations"
Tech Works Expo 2005 An Assistive Technology Exhibition & Conference

"Intermediate Computer Adaptations"
Tech Works Expo 2005 An Assistive Technology Exhibition & Conference

## PUBLICATIONS

"Objectivity in Vocational Evaluation Reports:  The Role of Job Accommodations."
New York State Trial Lawyers Association Bill of Particulars, Spring, 2007.

Charles A. Kincaid, (Contributor).  2002.  Approaches to Estimating Lost Earning:
Strategies for the Rehabilitation Consultant.  Athens, GA:  Elliott & Fitzpatrick, Inc.

"Augmentative and Alternative Communication (AAC) Technologies: A Review"
Epilepsy and Developmental Disabilities, Edited by Devinsky, O. & Westbrook, L.W.,
2002:  Butterworth Heinemann, Boston, MA.

"Alternative Keyboards," Exceptional Parent Magazine, February 1999, Vol. 29, Issue 2.

"New Technology Gets Workers Back on the Job, National Underwriter, April 1998,
Vol. 102, No. 17.

"A Unique Partnership," Exceptional Parent Magazine, November 1998, Vol. 28,
Issue 11.

"Assistive Technology; and the Prevention of Secondary Disabling Conditions Among
Persons with Spinal Cord Injury," Journal of Applied Rehabilitation Counseling, Vol. 26,
No. 4, 1995.

## OTHER  PROFESSIONAL  ACTIVITIES

Improving Employment Outcomes Program Grant Review for the National Institute on
Disability and Rehabilitation Research (NIDRR).  United States Department of
Education.  Washington D.C., September, 2004.

Majid, Salim                                                                                    7

       Initial Examination:  06/07/06
       Review of Medical Records:  02/29/08

8) Stanley Wainapel, MD
   Montefiore Medical Center
   Letter of Medical Necessity:  05/25/06

## MEDICAL HISTORY

The file record indicates Mr. Majid was injured on 03/06/06, while employed by Trade Fair Supermarket as a Deli Person, when he fell 15 feet into an open elevator shaft and landed on his right knee.  He was taken emergently to Elmhurst Hospital and presented with chief complaint of "my knee hurts."  Dr. Lee was the attending physician and the admitting diagnosis was Bilateral Patella Fracture.

On 03/07/06, Dr. Azriel Benoraya conducted the following surgical procedure:
1. Open reduction and internal fixation.
2. Bilateral patellar fractures.

On 03/17/06 Dr. Edward Yang discharged the patient.

On 08/11/06 Dr. Sam Jin Yee conducted an initial evaluation.  His impressions:
1. Status post multi-trauma neck pain.
2. Lumbar pain.
3. Patellar fractures.
4. Lower extremity pain.

On 08/24/06 Dr. Thomas Weiss performed an Independent Medical Examination. Disability:  "In accordance with the 6/96 Medical Guidelines of the New York State Worker's Compensation Board, the degree of disability is marked."

On 09/27/06 & 11/01/06, Dr. Allan Perlmutter performed an assessment. His impressions:
"1. C Sprain.
2. Lumbar Sprain
3. Bilateral Knee Derangement."

On 10/06/06, Arvin Ilagen, PT conducted a range of motion examination.  Diagnoses:
"1. Cervicalgia
2. Lumbar pain.
3. Bilateral patellar fracture."

On 12/16/06, Dr. Sam Jin Yee saw the patient for follow up exam.  Impressions were:
"1. Status post multi-trauma neck pain.
2. Low back pain due to the multi-trauma.